

# United States District Court
# Eastern District of California

| | |
|---|---|
| Ger Chong Ze Chang, et al., | Case Number: 2:22-CV-01378-DB |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| County of Siskiyou, et al., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Silvia Wu__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs: Ger Chong Ze Chang, et al

On __12/07/2018__ (date), I was admitted to practice and presently in good standing in the __Washington, D.C.__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __08/31/2022__                Signature of Applicant: /s/ __Silvia Wu__

**Pro Hac Vice Attorney**

Applicant's Name: Silvia Wu
Law Firm Name: Covington & Burling LLP
Address: 850 Tenth Street, NW

City: Washington   State: DC   Zip: 20001-4956
Phone Number w/Area Code: (202) 662-5391
City and State of Residence: Chevy Chase, Maryland
Primary E-mail Address: swu@cov.com
Secondary E-mail Address: Not Applicable

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stanley Young
Law Firm Name: Covington & Burling LLP
Address: 3000 El Camino Real
5 Palo Alto Square, 10th Floor
City: Palo Alto   State: CA   Zip: 94306-2112
Phone Number w/Area Code: (650) 632-4700   Bar #: 121180

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/09/2022

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE