UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dilevon Lo, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>County of Siskiyou et al.,<br><br>    Defendants. | No. 2:21-cv-00999-KJM-AC |
| Ger Chong Ze Chang, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>County of Siskiyou, et al.,<br><br>    Defendants. | No. 2:22-cv-01378-DB<br><br>RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:22-cv-01378-DB is reassigned from Magistrate Judge Deborah Barnes to the undersigned and Magistrate Judge Allison Claire. The caption on documents filed in the reassigned case shall be shown as 2:22-cv-01378-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE