**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI (SBN: 131192)
J. SCOTT DONALD (SBN: 158338)
ERIC G. FERNANDEZ (SBN: 269684)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants County of
Siskiyou and Jeremiah LaRue

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA,** and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**COUNTY OF SISKIYOU** and **JEREMIAH LARUE**, in his official capacity as Sheriff,<br><br>Defendants. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COUNTY OF SISKIYOU AND JEREMIAH LARUE TO RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**<br><br>Complaint Filed:  August 3, 2022<br><br>Magistrate Judge: Allison Claire |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendants COUNTY OF

SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff, may have until Monday,

November 14, 2022, to file a responsive pleading to Plaintiffs' Complaint, which is deemed served.

This extension does not exceed the twenty-eight (28) days allowed under the Eastern District Local

Rule 144(a). Additionally, this is the first stipulation for an extension of time between the parties.

Accordingly, pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

\\\

---

1

1    Dated:  October 14, 2022                          **SPINELLI, DONALD & NOTT**

2

3                                                      By:  /s/ J. Scott Donald
                                                           DOMENIC D. SPINELLI
4                                                          J. SCOTT DONALD
                                                           ERIC G. FERNANDEZ
5                                                          Attorneys for Defendants
                                                           COUNTY OF SISKIYOU
6

7    Dated:  October 14, 2022                          **COVINGTON & BURLING LLP**

8

9                                                      By:  /s/ Melissa Decker
                                                           STANLEY YOUNG
10                                                         MELISSA DECKER
                                                           SILVIA WU
11                                                         Attorneys for Plaintiffs

12

13   Dated:  October 14, 2022                          **AMERICAL CIVIL LIBIERTIES UNION**
                                                       **FOUNDATION OF NORTHER CALIFORNIA**
14

15                                                     By:  /s/ John Thomas H. Do
                                                           JOHN THOMAS H. DO
16                                                         EMI YOUNG
                                                           GRAYCE ZELPHIN
17                                                         BRANDON GREENE
                                                           Attorneys for Plaintiffs
18

19   Dated:  October 14, 2022                          **ASIAN AMERICANS ADVANCING**
                                                       **JUSTICE-ASIAN LAW CAUCUS**
20

21                                                     By:  /s/ Glenn Katon
22                                                         GLENN KATON
                                                           Attorneys for Plaintiffs
23

24   Dated:  October 25, 2022

25

26                                                     _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE
27

28

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COUNTY OF SISKIYOU AND
JEREMIAH LARUE TO RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL
RULE 144(a)