**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI (SBN: 131192)
J. SCOTT DONALD (SBN: 158338)
ERIC G. FERNANDEZ (SBN: 269684)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants County of
Siskiyou and Jeremiah LaRue

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA,** and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**COUNTY OF SISKIYOU** and **JEREMIAH LARUE**, in his official capacity as Sheriff,<br><br>Defendants. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COUNTY OF SISKIYOU AND JEREMIAH LARUE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:  August 3, 2022<br><br>Magistrate Judge: Allison Claire |

Plaintiff GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA ("Plaintiffs") and Defendants COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff, hereby stipulate and agree as follows:

1. Defendants' time to respond to Plaintiffs' Complaint, which was deemed served as of October 4, 2022, was extended to November 14, 2022.

2. On November 14, 2022, the Parties agreed to extend Defendants' time to respond to the Complaint an additional nine (9) days to November 23, 2022, so that Plaintiffs could have time to

1  consider Defendants' proposal to stay the instant action while the Parties explore the possibility of a global resolution of not only the instant action, but also the related *Lo, et al. v. County of Siskiyou, et al.*, Case Number 2:21-cv-00999-KJM-DMC (the "*Lo* Matter") which is also pending before the above-captioned court.

3. On November 21, 2022, Plaintiffs' counsel sent Defendants' counsel a meet and confer letter expressing the need for additional information from Defendants to assist Plaintiffs in deciding whether to accept Defendants' proposal of a stay in litigation. In their correspondence, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs would be agreeable to another extension of Defendants' time to file a responsive pleading to Plaintiffs' Complaint in light of the continuing negotiations to determine whether Plaintiffs would be agreeable to stay on litigation to explore the possibility of a global resolution.

4. On November 22, 2022, pursuant to Plaintiffs' November 21, 2022 correspondence, the Parties mutually agreed to a third extension of time for Defendants to respond to Plaintiffs' Complaint. The Parties agreed that Defendants would have until Monday, December 12, 2022, to file their response.

5. Like the previous extension, this third extension is to allow the Parties to continue their good faith discussions towards Plaintiffs' consideration of whether a stay of the instant action is agreeable so that the Parties can explore the possibility of a global resolution of the instant action and the *Lo* Matter.

Dated: November 22, 2022                     **SPINELLI, DONALD & NOTT**

By: /s/ Eric G. Fernandez
DOMENIC D. SPINELLI
J. SCOTT DONALD
ERIC G. FERNANDEZ
Attorneys for Defendants
COUNTY OF SISKIYOU

///

///

Dated: November 22, 2022    **COVINGTON & BURLING LLP**

By: /s/ Stanley Young
STANLEY YOUNG
MELISSA DECKER
SILVIA WU
Attorneys for Plaintiffs

Dated: November 22, 2022    **AMERICAL CIVIL LIBIERTIES UNION FOUNDATION OF NORTHER CALIFORNIA**

By: /s/ Emi Young
JOHN THOMAS H. DO
EMI YOUNG
GRAYCE ZELPHIN
BRANDON GREENE
Attorneys for Plaintiffs

Dated: November 22, 2022    **ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**

By: /s/ Glenn Katon
GLENN KATON
Attorneys for Plaintiffs

## ORDER

Pursuant to the Stipulation, and Good Cause appearing, Defendants COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff, are granted a further extension to respond to Plaintiffs' Complaint. Defendants shall file their response to Plaintiffs' Complaint by Monday, December 12, 2022.

**IT IS SO ORDERED.**

DATED: November 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE