1 **AMERICAN CIVIL LIBERTIES UNION**
  **FOUNDATION OF NORTHERN**
2 **CALIFORNIA**
  JOHN THOMAS H. DO (SBN 285075)
3 EMI YOUNG (SBN 311238)
  39 Drumm Street
4 San Francisco, CA 94111
  (415) 293-6333
5 jdo@aclunc.org
  eyoung@aclunc.org
6 **ASIAN AMERICANS ADVANCING JUSTICE -**
  **ASIAN LAW CAUCUS**
7 GLENN KATON (SBN 281841)
  55 Columbus Avenue
8 San Francisco, CA 94111
  (415) 896-1701
9 glennk@advancingjustice-alc.org
  **COVINGTON & BURLING LLP**
10 STANLEY YOUNG (SBN 121180)
  3000 El Camino Real
11 5 Palo Alto Square,
  10th Floor Palo Alto, CA 94306-2112
12 (650) 632-4704
  syoung@cov.com
13
  *Counsel for Chang, et al. Plaintiffs*
14

**ALLISON B. MARGOLIN, PLC**
ALLISON B. MARGOLIN (SBN 222370)
GEOFFREY GALLEGOS (SBN336616)
418 S. Swall Dr.
Beverly Hills, CA 90211
(323) 653-9700
allison@allisonmargolin.com
geoff@allisonmargolin.com

*Counsel for Lo, et al. Plaintiffs*


**SPINELLI, DONALD & NOTT, P.C.**
J. SCOTT DONALD (SBN: 158338)
601 University Avenue, Suite 225
Sacramento, CA 95825
(916) 448-7888
scottd@sdnlaw.com

*Counsel for County of Siskiyou, et al. Defendants*


*Additional Counsel listed on signature page*

15
16 **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

17 GER CHONG ZE CHANG, ET AL.,                    Case No. 2:22-cv-01378-KJM-AC

18            Plaintiffs,

19            v.

20 COUNTY OF SISKIYOU, ET AL.,

21            Defendants.

22 DILEVON LO, ET AL.,                             Case No. 21-cv-00999-KJM-AC

23            Plaintiffs,                          **STIPULATION AND ORDER TO**
                                                   **EXTEND STAY OF RELATED CASES**
24            v.

25 COUNTY OF SISKIYOU, ET AL.,

26            Defendants.

27
28

1  Conditioned on the agreements below, the Parties request a continuation of the stay of

2 the above captioned related cases and further endorsement of this stipulation by Court order.

3 The Parties represent the following in support:

4  1. On August 4, 2022, the *Chang* Plaintiffs filed Case No. 2:22-cv-01378-KJM-AC

5 which was later deemed related to the previously filed *Lo* matter, Case No. 2:22-cv-01378-

6 KJM-AC.  *See Chang Docket* Dkt. No. 9.  Both matters allege discrimination against Asian

7 Americans by Siskiyou County, including through the passage of three water ordinances.  The

8 *Chang* Complaint further includes claims of racial profiling in traffic stops and the use of

9 unlawful liens.  *See Chang Docket* Dkt. No. 1 (claims 2-3, 9-11). Defendants have not yet

10 answered the *Chang* Complaint.

11  2. In November 2022, Defendants proposed a stay of the related cases to explore

12 the possibility of a global resolution.  On November 14, 2022, the *Lo* Plaintiffs and Defendants

13 agreed to stay the *Lo* Plaintiffs' discovery deadlines.

14  3. On December 28, 2022, the Parties stipulated to, and the Court ordered, a stay of

15 the related cases until February 28, 2023. *Chang* Dkt. No. 19; *Lo* Dkt. No. 94. On January 23,

16 2023, the Parties met for an initial settlement conference with the Honorable Magistrate Judge

17 Claire.

18  4. Having met and conferred, the Parties now agree that a further extension of the

19 stay is appropriate with the additional conditions set forth below.

20

21  The parties to the related cases 2:22-cv-01378-KJM-AC (*Lo*) and 2:22-cv-01378-KJM-AC

22 (*Chang*) stipulate as follows and jointly request that the Court enter an order accordingly:

23  1. The parties have continued their settlement discussions with Magistrate Judge Claire and

24 have a further mediation with her set for March 6, 2023.  Accordingly, they stipulate that the stay of

25 *Chang* Dkt. No. 19 and *Lo* Dkt. No. 94 is extended to March 14, 2023, and any deadlines provided

26 therein are correspondingly extended.

27

28

1
**STIPULATION AND ORDER TO EXTEND STAY OF RELATED CASES**
Case Nos. 2:22-cv-01378-KJM-AC, 21-cv-00999-KJM-AC

2.  They further stipulate that the provisions of paragraph 5 of *Chang* Dkt. No. 19 and *Lo* Dkt. No. 94 (relating to lien enforcement) are amended to substitute "60 days" in place of "30 days."

3.  Other than the change of "30 days" to "60 days" relating to lien enforcement, all other provisions of the Stipulation in *Chang* Dkt. No. 19 and *Lo* Dkt. No. 94 shall continue to be in effect, and any deadlines shall be set based on the new date of termination of the stay.

Dated:  February 28, 2023                                        Respectfully submitted,


**AMERICAL CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**

By:   */s/ John Thomas H. Do*
      JOHN THOMAS H. DO
      EMI YOUNG
      GRAYCE ZELPHIN
      BRANDON GREENE


**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**

By:  */s/ Glenn Katon*
     GLENN KATON
     MEGAN VEES

**COVINGTON & BURLING LLP**

By:  */s/ Stanley Young*
     STANLEY YOUNG
     MELISSA DECKER
     SILVIA WU
     JAKE GLENDENNING
     Attorneys for Plaintiffs

     *Counsel for Chang, et al. Plaintiffs*


**ALLISON B. MARGOLIN, PLC**

By:  */s/ Allison Margolin* (authorized 2/28/2023)

     ALLISON B. MARGOLIN

2
**STIPULATION AND ORDER TO EXTEND STAY OF RELATED CASES**
Case Nos. 2:22-cv-01378-KJM-AC, 21-cv-00999-KJM-AC

GEOFFREY GALLEGOS

*Counsel for Lo, et al. Plaintiffs*

**SPINELLI, DONALD & NOTT**

By: _/s/ J. Scott Donald_ (authorized 2/28/2023)
DOMENIC D. SPINELLI
J. SCOTT DONALD

*Counsel for County of Siskiyou, et al.*
*Defendants*

## ORDER

Pursuant to the Stipulation, and Good Cause appearing, IT IS HEREBY ORDERED:

1.     The stay under the Court's December 28, 2022 Order (Chang Dkt. No. 19; Lo Dkt. No. 94) is extended to March 14, 2023, and any deadlines provided therein are correspondingly extended.

2.     The provisions of paragraph 5 of the Court's December 28, 2022 Order (Chang Dkt. No. 19; Lo Dkt. No. 94) (relating to lien enforcement) are amended to substitute "60 days" in place of "30 days."

3.     Other than the change of "30 days" to "60 days" relating to lien enforcement, all other provisions of the Court's December 28, 2022 Order (Chang Dkt. No. 19; Lo Dkt. No. 94) shall continue to be in effect, and any deadlines shall be set, based on the new date of termination of the stay.

Dated:  March 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE