1 **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**

2 JOHN THOMAS H. DO (SBN 285075)

3 EMI YOUNG (SBN 311238)
39 Drumm Street

4 San Francisco, CA 94111
(415) 293-6333

5 jdo@aclunc.org
eyoung@aclunc.org

6 **ASIAN AMERICANS ADVANCING JUSTICE - ASIAN LAW CAUCUS**

7 GLENN KATON (SBN 281841)
55 Columbus Avenue

8 San Francisco, CA 94111
(415) 896-1701

9 glennk@advancingjustice-alc.org
**COVINGTON & BURLING LLP**

10 STANLEY YOUNG (SBN 121180)
3000 El Camino Real

11 5 Palo Alto Square,
10th Floor Palo Alto, CA 94306-2112

12 (650) 632-4704
syoung@cov.com

13

*Counsel for Chang, et al. Plaintiffs*

14

**SPINELLI, DONALD & NOTT, P.C.**
J. SCOTT DONALD (SBN: 158338)
601 University Avenue, Suite 225
Sacramento, CA 95825
(916) 448-7888
scottd@sdnlaw.com

*Counsel for County of Siskiyou, et al. Defendants*

*Additional Counsel listed on signature page*

15

16
**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

17 GER CHONG ZE CHANG, ET AL.,

18             Plaintiffs,

19             v.

20 COUNTY OF SISKIYOU, ET AL.,

21             Defendants.

22

23

24

25

26

27

28

Case No. 2:22-cv-01378-KJM-AC

**STIPULATION AND ORDER TO EXTEND STAY**

1    Conditioned on the agreements below, the Parties request a continuation of the stay of

2  the above captioned case and further endorsement of this stipulation by Court order.  The

3  Parties represent the following in support:

4    1.    On August 4, 2022, the *Chang* Plaintiffs filed Case No. 2:22-cv-01378-KJM-AC.

5  The *Chang* Complaint alleges discrimination against Asian Americans by Siskiyou County and

6  its Sheriff's Department, including through the passage of three water ordinances, and includes

7  claims of racial profiling in traffic stops and the use of unlawful liens.  *See Chang Docket* Dkt.

8  No. 1. Defendants have not yet answered the *Chang* Complaint.

9    2.    In November 2022, Defendants proposed a stay of the case to explore the

10  possibility of a global resolution of this and the related case of *Lo et al. v. County of Siskiyou*,

11  No. 2:21-cv-00999-KJM.

12    3.    On December 28, 2022, the Parties stipulated to, and the Court ordered, a stay of

13  the related cases until February 28, 2023. *Chang* Dkt. No. 19. Between December 28, 2022 and

14  May 12, 2023, the Parties met for settlement conference with the Honorable Magistrate Judge

15  Claire four times, and the stay was correspondingly extended several times. *Chang* Dkt. 24, 25,

16  26, 27. On May 12, 2023, the Parties engaged in a full day of settlement negotiations with

17  Plaintiffs in the related *Lo* case. The *Lo* case reached a settlement in principle but, due to time

18  constraints, *Chang* Plaintiffs and Defendants were unable to complete their negotiations. The

19  Honorable Magistrate Judge Claire referred the *Chang* matter back to the District Court, with an

20  order extending the stay for two weeks following that order to permit private settlement

21  discussions. The current stay is set to expire on May 26, 2023.

22    4.    Having met and conferred, the Parties agree that they have made substantial

23  progress on the terms of a settlement. The Parties continue to work together toward a written

24  agreement, and accordingly agree that a further extension of the stay is appropriate with the

25  conditions set forth below.

26

27

28

1
**STIPULATION AND ORDER TO EXTEND STAY**
Case No. 2:22-cv-01378-KJM-AC

1     The Parties to 2:22-cv-01378-KJM-AC (*Chang*) stipulate as follows and request that the

2 Court enter an order accordingly:

3     1.  The Parties have continued their settlement discussions and stipulate that the stay of

4 *Chang* Dkt. No. 19 is extended to June 23, 2023. Any deadlines provided therein are

5 correspondingly extended.

6     2.  They further stipulate that the provisions of paragraph 5 of *Chang* Dkt. No. 19 (relating

7 to lien enforcement) are amended to substitute "60 days" in place of "30 days," as previously

8 occurred with the Court's March 2, 2023 Order.

9     3.  Other than the change of "30 days" to "60 days" relating to lien enforcement, all other

10 provisions of the Stipulation in *Chang* Dkt. No. 19 shall continue to be in effect, and any deadlines

11 shall be set based on the new date of termination of the stay.

Dated:  May 25, 2023                  Respectfully submitted,

**AMERICAL CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA**

By:  /s/ Emi Young
      JOHN THOMAS H. DO
      EMI YOUNG
      GRAYCE ZELPHIN
      BRANDON GREENE

**ASIAN AMERICANS
ADVANCINGJUSTICE-ASIAN LAW
CAUCUS**

By:  /s/ Glenn Katon  (authorized 5/25/23)
      GLENN KATON
      MEGAN VEES

**COVINGTON & BURLING LLP**

By:  /s/ Stanley Young  (authorized 5/25/23)
      STANLEY YOUNG
      SILVIA WU
      JAKE GLENDENNING

2
**STIPULATION AND ORDER TO EXTEND STAY**
Case No. 2:22-cv-01378-KJM-AC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Chang, et al. Plaintiffs*

**SPINELLI, DONALD & NOTT**

By: <u>/s/ J. Scott Donald</u> (authorized 5/25/23)
DOMENIC D. SPINELLI
J. SCOTT DONALD

*Counsel for County of Siskiyou, et al.
Defendants*

**STIPULATION AND ORDER TO EXTEND STAY**
Case No. 2:22-cv-01378-KJM-AC

**ORDER**

Pursuant to the Stipulation, and Good Cause appearing, IT IS HEREBY ORDERED:

       1.     The stay under the Court's December 28, 2022 Order (*Chang* Dkt. No. 19) is extended to June 23, 2023. Any deadlines provided therein are correspondingly extended.

       2.     The provisions of paragraph 5 of the Court's December 28, 2022 Order (*Chang* Dkt. No. 19) (relating to lien enforcement) are amended to substitute "60 days" in place of "30 days," as previously occurred with the Court's March 2, 2023 Order (*Chang* Dkt. No. 24.)

       3.     Other than the change of "30 days" to "60 days" relating to lien enforcement, all other provisions of the Court's December 28, 2022 Order (*Chang* Dkt. No. 19) shall continue to be in effect, and any deadlines shall be set based on the new date of termination of the stay.

DATED:  June 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND STAY**
Case No. 2:22-cv-01378-KJM-AC