| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>JOHN THOMAS H. DO (SBN 285075)<br>EMI YOUNG (SBN 311238)<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 293-6333<br>jdo@aclunc.org<br>eyoung@aclunc.org<br>**ASIAN AMERICANS ADVANCING JUSTICE - ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841)<br>MEGAN VEES (SBN 325184)<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>(415) 896-1701<br>glennk@advancingjustice-alc.org<br>**COVINGTON & BURLING LLP**<br>STANLEY YOUNG (SBN 121180)<br>3000 El Camino Real<br>5 Palo Alto Square,<br>10th Floor Palo Alto, CA 94306-2112<br>(650) 632-4704<br>syoung@cov.com<br><br>*Counsel for Chang, et al. Plaintiffs* | **SPINELLI, DONALD & NOTT, P.C.**<br>J. SCOTT DONALD (SBN: 158338)<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825<br>(916) 448-7888<br>scottd@sdnlaw.com<br><br>*Counsel for County of Siskiyou, et al. Defendants* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GER CHONG ZE CHANG,** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>Defendants. | Case No. 2:22-cv-01378-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE AND SET BRIEFING SCHEDULE** |

STIPULATION AND ORDER TO EXTEND PLEADING DEADLINE AND SET BRIEFING SCHEDULE
Case No. 2:22-cv-01378-KJM-AC

The Parties hereby request a continuation of the responsive pleading deadline and the setting of a briefing schedule in accordance with the timeline set forth below. The Parties represent the following in support:

1. On August 4, 2022, the *Chang* Plaintiffs filed Case No. 2:22-cv-01378-KJM-AC. The *Chang* Complaint alleges discrimination against Asian Americans by Siskiyou County and its Sheriff's Department, including through the passage of three water ordinances, and includes claims of racial profiling in traffic stops and the use of unlawful liens. *See Chang Docket* Dkt. No. 1. Defendants have not yet answered the *Chang* Complaint.

2. In November 2022, Defendants proposed a stay of the case to explore the possibility of a global resolution of this and the related case of *Lo et al. v. County of Siskiyou*, No. 2:21-cv-00999-KJM.

3. On December 28, 2022, the Parties stipulated to, and the Court ordered, a stay of the related cases until February 28, 2023. *Chang* Dkt. No. 19. Between December 28, 2022 and May 12, 2023, the Parties met for settlement conference with the Honorable Magistrate Judge Claire four times, and the stay was correspondingly extended several times. *Chang* Dkt. Nos. 24, 25, 26, 27. On May 12, 2023, the Parties engaged in a full day of settlement negotiations with Plaintiffs in the related *Lo* case. The *Lo* case reached a settlement in principle but, due to time constraints, *Chang* Plaintiffs and Defendants were unable to complete their negotiations. The Honorable Magistrate Judge Claire referred the *Chang* matter back to the District Court, with an order extending the stay for two weeks following that order to permit private settlement discussions. The parties applied for and were granted five extensions of the stay to permit further negotiations, Dkt. Nos. 29, 32, 35, 38, 43.

4. The final stay expired after December 31, 2023, and Defendants' responsive pleading deadline was set for fourteen days after the stay was lifted, Dkt. No. 43.

5. While the stay has been lifted, the Parties continue to negotiate and make substantial progress on finalizing the terms of a settlement, apart from outstanding financial

1
**STIPULATION AND ORDER TO EXTEND PLEADING DEADLINE AND SET BRIEFING SCHEDULE**
Case No. 2:22-cv-01378-KJM-AC

components that must be negotiated. In the interest of efficiency for both the Parties and the Court, the Parties request a two-week continuance of the responsive pleading deadline to continue their efforts to resolve the litigation. In the event the litigation does not resolve and Defendants proceed with a motion pursuant to FRCP Rule 12(b)(6), the Parties agree to an amended briefing schedule.

The Parties to 2:22-cv-01378-KJM-AC (*Chang*) stipulate as follows and request that the Court enter an order accordingly:

1. Defendants' time to respond to the Complaint, which would have fallen on January 16, 2024 under the Court's prior order, Dkt. 43, is extended to January 30, 2024.

2. If Defendants file a motion to dismiss pursuant to Rule 12(b), Plaintiffs' time to respond to the motion is extended from 14 to 28 days.

3. If a motion to dismiss is filed, Defendants' time to file a reply to Plaintiffs' response is extended from 10 to 20 days.

Dated:  January 12, 2024                                              Respectfully submitted,

**AMERICAL CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**

By:   */s/ Emi Young* (authorized on 1/12/2024)
JOHN THOMAS H. DO
EMI YOUNG
GRAYCE ZELPHIN

**ASIAN AMERICANS ADVANCINGJUSTICE-ASIAN LAW CAUCUS**

By:   */s/ Megan Vees* (authorized on 1/12/2024)
GLENN KATON
MEGAN VEES

**COVINGTON & BURLING LLP**

2
**STIPULATION AND ORDER TO EXTEND PLEADING DEADLINE AND SET BRIEFING SCHEDULE**
Case No. 2:22-cv-01378-KJM-AC

By: <u>/s/ Stanley Young (authorized 1/12/2024)</u>
STANLEY YOUNG
SILVIA WU
JAKE GLENDENNING

*Counsel for Chang, et al. Plaintiffs*

**SPINELLI, DONALD & NOTT**

By: <u>/s/ J. Scott Donald (authorized 1/12/2024)</u>
DOMENIC D. SPINELLI
J. SCOTT DONALD

*Counsel for County of Siskiyou, et al. Defendants*

**ORDER**

Pursuant to the Stipulation, and Good Cause appearing, IT IS HEREBY ORDERED:

1. Defendants' time to respond to the Complaint is extended to January 30, 2024.

2. If Defendants file a motion to dismiss pursuant to Rule 12(b), Plaintiffs' time to respond to the motion is extended from 14 to 28 days.

3. If a motion to dismiss is filed, Defendants' time to file a reply to Plaintiffs' response is extended from 10 to 20 days.

Dated: January 22, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE