| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>JOHN THOMAS H. DO (SBN 285075)<br>EMI YOUNG (SBN 311238)<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 293-6333<br>jdo@aclunc.org<br>eyoung@aclunc.org<br>**ASIAN AMERICANS ADVANCING JUSTICE - ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841)<br>MEGAN VEES (SBN 325184)<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>(415) 896-1701<br>glennk@advancingjustice-alc.org<br>**COVINGTON & BURLING LLP**<br>STANLEY YOUNG (SBN 121180)<br>3000 El Camino Real<br>5 Palo Alto Square,<br>10th Floor Palo Alto, CA 94306-2112<br>(650) 632-4704<br>syoung@cov.com<br><br>*Counsel for Chang, et al. Plaintiffs* | **SPINELLI, DONALD & NOTT, P.C.**<br>J. SCOTT DONALD (SBN: 158338)<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825<br>(916) 448-7888<br>scottd@sdnlaw.com<br><br>*Counsel for County of Siskiyou, et al. Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GER CHONG ZE CHANG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>Defendants. | Case No. 2:22-cv-01378-KJM-AC<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

The Parties hereby request the setting of a briefing schedule in accordance with the timeline set forth below. The Parties represent the following in support:

1. On August 4, 2022, Plaintiffs filed a Complaint alleging discrimination against Asian Americans by Siskiyou County and its Sheriff's Department, including through the passage of three water ordinances, and includes claims of racial profiling in traffic stops and the use of unlawful liens. *See* Dkt. No. 1.

2. Following several stays for the purposes of settlement negotiations, *see* Dkt. Nos. 19, 24, 29, 32, 35, 38, 43, and an extension of Defendants' responsive pleading deadline following expiration of the final stay, *see* Dkt. No. 45, Defendants filed a motion to dismiss the Complaint on January 30, 2024, *see* Dkt. No. 46.

3. On February 20, 2024, Plaintiffs filed a First Amended Complaint ("FAC"), *see* Dkt. No. 47, mooting Defendants' motion to dismiss the Complaint.

4. Due to the unavailability of certain of Plaintiffs' counsel the week prior to the deadline to oppose Defendants' anticipated motion to dismiss the FAC, the Parties have agreed to extend the deadline for Plaintiffs to file an opposition by one week; the Parties have further agreed to extend the deadline for Defendants to file a reply by one week.

The Parties stipulate as follows and request that the Court enter an order accordingly:

1. If Defendants file a motion to dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b), Plaintiffs' time to respond to the motion is extended from 14 to 21 days.
2. If a motion to dismiss the First Amended Complaint is filed, Defendants' time to file a reply to Plaintiffs' response is extended from 10 to 17 days.

//
//
//
//
//

1
STIPULATION AND ORDER TO SET BRIEFING SCHEDULE
Case No. 2:22-cv-01378-KJM-AC

| | |
|---|---|
| Dated: February 27, 2024 | Respectfully submitted, |
| | **AMERICAL CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA** |
| | By:   /s/ Emi Young (authorized on 2/27/2024)<br>JOHN THOMAS H. DO<br>EMI YOUNG<br>GRAYCE ZELPHIN |
| | **ASIAN AMERICANS ADVANCINGJUSTICE-ASIAN LAW CAUCUS** |
| | By:  /s/ Megan Vees<br>GLENN KATON<br>MEGAN VEES |
| | **COVINGTON & BURLING LLP** |
| | By:  /s/ Stanley Young (authorized 2/27/2024)<br>STANLEY YOUNG |
| | *Counsel for Chang, et al. Plaintiffs* |
| | **SPINELLI, DONALD & NOTT** |
| | By:  /s/ J. Scott Donald (authorized 2/27/2024)<br>DOMENIC D. SPINELLI<br>J. SCOTT DONALD |
| | *Counsel for County of Siskiyou, et al. Defendants* |

**ORDER**

Pursuant to the Stipulation, and Good Cause appearing, IT IS HEREBY ORDERED:

1. If Defendants file a motion to dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b), Plaintiffs' time to respond to the motion is extended from 14 to 21 days.
2. If a motion to dismiss the First Amended Complaint is filed, Defendants' time to file a reply to Plaintiffs' response is extended from 10 to 17 days.

DATED: February 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE