**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD (SBN: 158338)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: scottd@sdnlaw.com

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
Email: rlinkert@mathenysears.com
Email: msimmons@mathenysears.com

Attorneys for Defendants
COUNTY OF SISKIYOU and
JEREMIAH LARUE

**[Fee Exempt Pursuant to Gov. Code § 6103]**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:　　　May 17, 2024<br>Time:　　　10:00 AM<br>Judge:　　　Kimberly J. Mueller (KJM)<br>Courtroom:　3<br><br>Action Filed: August 3, 2022<br>Trial Date:　Not assigned |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HERBY GIVEN** that on May 17, 2024 a.m. in the Courtroom of the Honorable Kimberly J. Mueller, Courtroom 3, 15th Floor, located at 501 I Street, Sacramento, California, 95814, Defendants, COUNTY OF SISKIYOU and JEREMIAH LARUE (hereinafter, "Defendants"), will, and hereby does, move this Court for an order dismissing Plaintiffs' First Amended Complaint against them with prejudice pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) on the basis that Plaintiffs' first claim for conspiracy fails to plead specific facts; that Plaintiffs' second, third, sixth and seventh claims based on alleged violations of the Equal Protection Clause fail, due to a lack of facts pled to show a discriminatory purpose; that Plaintiffs' fourth and fifth claims for unreasonable search and seizure fail under the totality of the circumstances test and because the law enforcement conduct was justified; and that Plaintiffs' eighth, ninth and tenth claims are moot.

This Motion is made and based upon Rule 12(b)(6) of the Federal Rules of Civil Procedure and will be based upon this Notice; the Memorandum of Points and Authorities in support hereof; the Defendants' Request for Judicial Notice; and all records and documents on file herein, and such other and further evidence or matters as may be presented or offered here, in the reply brief and at the time of the hearing on this Motion.

Dated: March 5, 2024                    SPINELLI, DONALD & NOTT

                                        By:   /s/ J. Scott Donald
                                              J. SCOTT DONALD
                                              Attorneys for Defendants
                                              COUNTY OF SISKIYOU and JEREMIAH LARUE