**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
JOHN THOMAS H. DO (SBN 285075)
EMI YOUNG (SBN 311238)
GRAYCE ZELPHIN (SBN 279112)
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333
jdo@aclunc.org
eyoung@aclunc.org
gzelphin@aclunc.org

**ASIAN AMERICANS ADVANCING JUSTICE ASIAN LAW CAUCUS**
GLENN KATON (SBN 281841)
MEGAN VEES (SBN 325184)
55 Columbus Avenue
San Francisco, CA 94111
(415) 896-1701
glennk@advancingjustice-alc.org
meganv@advancingjustice-alc.org

**COVINGTON & BURLING LLP**
STANLEY YOUNG (SBN 121180)
3000 El Camino Real
5 Palo Alto Square,
10th Floor Palo Alto, CA 94306-2112
(650) 632-4704
syoung@cov.com
ALISON WALL (SBN 319562)
Salesforce Tower, 415 Mission St., Suite 5400
San Francisco, CA 94104-2533
(415) 591-7022
awall@cov.com

*Counsel for Plaintiffs Chang, et al.*

**SPINELLI, DONALD & NOTT, P.C.**
J. SCOTT DONALD (SBN: 158338)
ELISE D. RICE (SBN : 343219)
300 University Avenue, Suite 100
Sacramento, CA 95825
(916) 448-7888
scottd@sdnlaw.com
eliser@sdnlaw.com

**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT (SBN: 88756)
MADISON M. SIMMONS (SBN: 292185)
3638 American River Dr
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile:  (916) 978-3430
Email: rlinkert@mathenysears.com
Email: msimmons@mathenysears.com

*Counsel for County of Siskiyou, et al. Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all others similarly situated,<br><br>Plaintiff,<br><br>v. | **CASE NO.: 2:22-cv-01378-KJM-AC**<br><br>**STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND [PROPOSED] ORDER** |

COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff,

    Defendant

Plaintiffs Ger Zhong Ze Chang, Mai Nou Vang, Russell Mathis, and Ying Susanna Va ("Plaintiffs") and Defendants County of Siskiyou and Jeremiah LaRue ("Defendants") (together, the "Parties") hereby stipulate to the following provisions regarding discovery in this matter:

**I.**    **PRODUCTION OF ELECTRONICALLY STORED INFORMATION ("ESI")**

    1.    **Load files.** Except where noted below, all ESI is to be produced in electronic format, with files suitable for loading into a Concordance compatible litigation support review database. All productions will include both image and metadata load files, as described in Appendix A: Load File Format.

    2.    **Metadata Fields and Processing.** Each of the metadata and coding fields set forth in Appendix B that can be extracted from a document shall be produced for that document. The parties are not obligated to populate manually any of the fields in Appendix B if such fields cannot be automatically extracted from a document, i.e. if doing so would be technologically infeasible or if no such metadata exists.

    3.    **Email.** Unless otherwise agreed to in writing, email shall be collected from the producing party's email store or server (e.g., MS Exchange, Lotus Notes) because this is the most reliable source from which to produce and maintain email metadata and structure. Metadata and "header fields" shall be extracted from email messages. Email messages, meeting notices, calendar items, contacts and tasks shall all be extracted from the email archives.

    4.    **TIFFs/JPGs.** Single-page Group IV TIFF images shall be provided using at least 300 DPI print setting. Each image shall have a unique file name, which is the Bates number of the document. Original document orientation shall be maintained (i.e., portrait to portrait and landscape to landscape). TIFFs will show any and all text and images which would be visible to the reader using the native software that created the document. Documents containing color need not be produced initially in color, unless the original document contains color that is necessary to see and understand the entire meaning or content of the document, in which case the color image will be produced. Also, the producing party will honor

reasonable requests for a color image of any document, e.g., if the color image will improve legibility. If color images are to be produced, they will be provided in JPG format.

     5.    **Text Files.** For each document, a single text file shall be provided along with the image files and metadata. The text file name shall be the same as the page Bates number of the first page of the document. File names shall not have any special characters or embedded spaces. Electronic text must be extracted directly from the native electronic file unless the document was redacted, is an image file, or is a physical file. In these instances, a text file created using OCR will be produced in lieu of extracted text. See below for OCR requirements.

     6.    **Spreadsheets.** Various types of files, including but not limited to MS Excel spreadsheets, media files, etc., may lose significant information and meaning when produced as an image and therefore should be produced as native files as instructed below.

        a.    Any native files that are produced shall be produced with a Bates-numbered TIFF image slip-sheet stating the document has been produced in native format. Any native files that are produced shall be produced with the Source File Path provided, as well as all extracted text and applicable metadata fields set forth in Appendix B.

        b.    Spreadsheets. Excel spreadsheets shall be produced as a native document file along with the extracted text and relevant metadata identified in Appendix B for the entire spreadsheet, plus a Bates-numbered TIFF image slip-sheet stating the document has been produced in native format.

        c.    Computer Assisted or Aided Dispatch (CAD) records. CAD records shall be produced in a usable tabulated form in the first instance. Upon request, CAD records will be produced in their native form with the parties promptly meeting and conferring on appropriate metadata fields. Where applicable, sufficient information shall be provided to identify which CAD records, RIPA reports, video files, and/or Siskiyou County Sheriff's Office (SCSO) incident reports are associated with one another.

        d.    Racial and Identity Profiling Act (RIPA) reports. RIPA reports shall be produced in a usable tabulated form in the first instance. Upon request, RIPA reports will be

produced in their native form with the parties promptly meeting and conferring on appropriate metadata fields. Where applicable, sufficient information shall be provided to identify which CAD records, RIPA reports, video files, and/or SCSO incident reports are associated with one another.

7. **Video.** Video files shall be produced as a native file with relevant metadata identified directly below, plus a Bates-numbered TIFF image slip-sheet stating the document has been produced in native format. Where applicable, sufficient information shall be provided to identify which CAD records, RIPA reports, video files, and/or SCSO incident reports are associated with one another. The following metadata fields shall be provided:

| Field Name | Example/Format | Description |
|---|---|---|
| BATES BEGIN | ABC0000001 (Unique Bates) | The Unique Bates number associated with the first page of a document. |
| BATES END | ABC0000001 (Unique Bates) | The Unique Bates number associated with the last page of a document. |
| BATES BEG ATTACH | ABC0000001 (Unique Bates Parent-Child Relationships) | The Unique Bates number associated with the first page of the first attachment (if applicable). |
| BATES END ATTACH | ABC0000008 (Unique Bates Parent-Child Relationships) | The Unique Bates number associated with the last page of the last attachment (if applicable). |
| PARENT BATES BEG | ABC0000001 | The Unique Bates number associated with the first page of a document's parent. |
| DATE | MM/DD/YYYY HH:MM:SS | The date and time the video was recorded. |
| DATE UPLOADED | MM/DD/YYYY HH:MM:SS | The date and time the video was uploaded. |
| DURATION | HH:MM:SS | The duration of the video. |
| CUSTODIAN | | The custodian / source of a document. |
| LOCATION | City, County, State | The location where the footage was filmed. |

| SOURCE PATH | i.e. Joe Smith/Email/Inbox Joe Smith/Email/Deleted Items Joe Smith/Loose Files/Accounting/... Joe Smith/Loose Files/Documents and Settings/... | Location of the original document. The source should be the start of the full path. |
|---|---|---|

8. **Presentations.** PowerPoint presentations shall be produced as a native document file along with the extracted text and relevant metadata identified in Appendix B for the entire presentation, plus a Bates-numbered TIFF image slip-sheet stating the document has been produced in native format.

9. **Other ESI.** The parties understand and acknowledge that certain categories of ESI are structurally complex and do not lend themselves to production in native format or other traditional formats. The parties agree to meet and confer on acceptable production formats for any types of files that are not specifically addressed in this protocol.

10. **Endorsements.** The producing party will brand all TIFF images in the lower right-hand corner with its corresponding Bates number, using a consistent font type and size. The Bates number must not obscure any part of the underlying data.

11. **Redactions.** Redacted documents must be produced with all metadata fields identified in Appendix B, unless those metadata fields potentially contain privileged information. Where redactions are made based on a claim of privilege, documents must also be logged in the manner set forth in Appendix C.

12. **Fully withheld documents**. Any documents that are fully withheld based on a claim of privilege shall be assigned a unique document control number on the privilege log, also known as a privilege log ID number, and be logged in the manner provided in Appendix C.

II. **PRODUCTION OF PHYSICALLY STORED INFORMATION (HARD COPY DOCUMENTS**

13. **TIFFs.** Hard copy paper documents shall be scanned as single-page, Group IV compression TIFF images using a print setting of at least 300 dots per inch (DPI). Each image shall have a unique file name, which is the Bates number of the document. Original document orientation shall be

maintained (i.e., portrait to portrait and landscape to landscape). All physical documents should be OCR'd using standard software, such as LexisNexis LAW PreDiscovery, Ipro, etc.

14. **Database Load Files/Cross-Reference Files.** Documents shall be provided with (i) a delimited metadata file (.dat) and (ii) an image load file (.opt), as detailed in Appendix A.

15. **Metadata Fields.** The following information shall be produced for hard copy documents and provided in the data load file at the same time that the TIFF images and the Optical Character Recognition (OCR) acquired text files are produced. Each metadata field shall be labeled as listed below:

| Field Name | Example/Format | Description |
|---|---|---|
| BATES BEGIN | ABC0000001 (Unique Bates) | The Unique Bates number associated with the first page of a document. |
| BATES END | ABC0000003 (Unique Bates) | The Unique Bates number associated with the last page of a document. |
| BATES BEG ATTACH | ABC0000001 (Unique Bates Parent-Child Relationships) | The Unique Bates number associated with the first page of the parent document (if applicable). |
| BATES END ATTACH | ABC0000008 (Unique Bates Parent-Child Relationships) | The Unique Bates number associated with the last page of the last attachment (if applicable). |
| PAGES | 3 (Numeric) | The total number of pages in the document. |
| CUSTODIAN | | The custodian / source of a document. |
| PARENT BATES BEG | ABC0000001 | The Unique Bates number associated with the first page of a document's parent. |

### III. COMPLIANCE

16. A Party alleging that another Party has failed to comply with this Stipulation and Order may file a motion with the Court. Any such motion shall include a meet and confer certification by the moving Party pursuant to Local Civil Rule 37(a)(1).

# APPENDIX A: REQUESTED LOAD FILE FORMAT FOR ESI

17. **Image File Format.** All images, paper documents scanned to images or rendered ESI, shall be produced as 300 dpi single-page, CCITT Group IV TIFF images (for black/white) or JPG images (for color). Documents should be uniquely and sequentially Bates numbered with an endorsement burned into each image.

    a. All TIFF/JPG image file names shall include the unique Bates number burned into the image.

    b. Each Bates number shall be a standard length, include leading zeros in the number and be unique for each produced page.

    c. All TIFF/JPG image files shall be named with a ".tif" or ".jpg" extension.

    d. Images should be able to be OCR'd using standard software, such as LexisNexis LAW PreDiscovery, Ipro, etc.

18. **Concordance Image Cross-Reference file (.opt).** Images shall be accompanied by a Concordance Image Cross-Reference file (.opt) that associates each Bates number with its corresponding single-page TIFF/JPG image file. The Cross-Reference file should also contain the image file path for each Bates numbered page.

    a. Image Cross-Reference Sample Format:

ABC000001,OLS,D:\DatabaseName\Image\001\ABC000001.TIF,Y,,,

ABC000002,OLS,D:\DatabaseName\Image\001\ABC000002.TIF,,,,

ABC000003,OLS,D:\DatabaseName\Image\001\ABC000003.TIF,,,,

ABC000004,OLS,D:\DatabaseName\Image\001\ABC000004.TIF,Y,,,

19. **Concordance Load File (.dat).** Images shall also be accompanied by a "text load file" containing delimited text (DAT file) that will populate fields in a searchable, flat database environment. The delimiters for the load file should be Concordance defaults.

    a. Comma: ¶ ASCII character (020)

    b. Quote: þ ASCII character (254)

    c. Newline: ® ASCII character (174)

## APPENDIX B: REQUESTED METADATA FIELDS FOR ESI

| | Field Name | Example / Format | Description |
|---|---|---|---|
| 1. | PARENT BATES BEG | ABC0000001 (Unique Bates Parent-Child Relationships) | The Unique Bates number associated with the first page of a parent document. Note: This field will only be populated in child records. |
| 2. | BATES BEG | ABC0000001 (Unique Bates) | The Unique Bates number associated with the first page of a document. |
| 3. | BATES END | ABC0000003 (Unique Bates) | The Unique Bates number associated with the last page of a document. |
| 4. | BATES BEG ATTACH | ABC0000001 (Unique Bates Parent- Child Relationships) | The Unique Bates number associated with the first page of the parent document. |
| 5. | BATES END ATTACH | ABC0000008 (Unique Bates Parent- Child Relationships) | The Unique Bates number associated with the last page of the last attachment. |
| 6. | PAGES | 3 (Numeric) | The total number of pages in the document. |
| 7. | EMAIL RECEIVED DATE/TIME | MM/DD/YYYY HH:MM:SS | The date and time the email was received. |
| 8. | EMAIL SENT DATE/TIME | MM/DD/YYYY HH:MM:SS | The date and time the email was sent. |
| 9. | CREATED DATE TIME | MM/DD/YYYY HH:MM:SS | The date and time the document was created. |
| 10. | LAST MODIFIED DATE/TIME | MM/DD/YYYY HH:MM:SS | The date and time the document was last modified. |
| 11. | SOURCE PATH | i.e. Joe Smith/Email/Inbox Joe Smith/Email/Deleted Items Joe Smith/Loose Files/Accounting/... Joe Smith/Loose Files/Documents and Settings/... | Location of the original document. The source should be the start of the full path. |
| 12. | HAS HIDDEN DATA | Yes/No | Indication of the existence of hidden document data such as hidden text in a Word document, hidden columns, rows, or |

| | **Field Name** | **Example / Format** | **Description** |
|---|---|---|---|
| | | | worksheets in Excel, or slide notes in PowerPoint.<br>[If convenient, the contents of fields 13-15 may be condensed into a single "Hidden Data" field, so long as it contains all three categories of information.] |
| 13. | TRACK CHANGES | Yes/No | Whether Track Changes are present in a Microsoft Word document. |
| 14. | SPEAKER NOTES | Yes/No | Whether speaker notes are present in a PowerPoint presentation. |
| 15. | AUTHOR | jmoralez | The author of a document from entered metadata. |
| 16. | EMAIL FROM | Juanita Moralez <jmoralez@email.com> | The display name and email address of the sender of an email message. If the display name is not available, then the email address alone may be provided in this field. An email address must be provided for the sender of every email message, except for files where that information does not exist (e.g., a draft). |
| 17. | EMAIL TO | Juanita Moralez <jmoralez@email.com>mail to:; Yukari Mukumoto <ymukumoto@email.com> | The display name(s) and email address(es) of the recipient(s) of an email message. If display names are not available, then the email address(es) alone may be provided in this field.<br>Email address(es) of recipient(s) must be provided for every email message, except for files where that information does not exist (e.g., a draft). |
| 18. | EMAIL CC | Juanita Moralez <jmoralez@email.com>mail to:; Yukari Mukumoto <ymukumoto@email.com> | The display name(s) and email address(es) of the Carbon Copy recipient(s) of an email message. If display name(s) are not available, then the email address(es) alone may be provided for this field. The |

| | **Field Name** | **Example / Format** | **Description** |
|---|---|---|---|
| | | | email address(es) of all Carbon Copy recipients must be provided for every email message, except for files where that information does not exist (e.g., a draft). |
| 19. | EMAIL BCC | Juanita Moralez <jmoralez@email.com>mailto:; Yukari Mukumoto <ymukumoto@email.com> | The display name(s) and email address(es)of the Blind Carbon Copy recipient(s) of an email message. If display name(s) are not available, then the email address(es) alone may be provided for this field. The email address(es) of all Blind Carbon Copy recipients must be provided for every email message, except for files where that information does not exist (e.g., a draft). |
| 20. | EMAIL SUBJECT | Re: Scheduling Meeting | The subject line of an email message. |
| 21. | TITLE | | The extracted document title or subject of a document from entered metadata. This field may not be applicable to email messages. |
| 22. | CUSTODIAN | | The custodian or source of a document. |
| 23. | ALL CUSTODIANS | | If documents are de-duped on a global level, this field should contain the name of each custodian from which the document originated. |
| 24. | NUMBER OF ATTACHMENTS | 3 (Numeric) | The total number of attachments to a document. |
| 25. | FILE EXTENSION | DOC, XLS | The file extension of a document. |
| 26. | FILE NAME | Document Name.xls | The file name of a document. |
| 27. | HASH | | The MD5 or SHA-1 Hash value. |
| 28. | NATIVELINK | D:\NATIVES\ABC000001.xls | The full path to a native copy of a document. |

| | **Field Name** | **Example / Format** | **Description** |
|---|---|---|---|
| 29. | FULLTEXT | D:\TEXT\ABC000001.txt | The path to the full extracted text of the document. There should be a folder on the deliverable, containing a separate Unicode text file per document. These text files should be named with Bates numbers equivalent to the Bates number for the first page of a particular document. Note: Extracted text for emails should include header information: author, recipient, cc, bcc, date, subject, attachment, names, etc. If the attachment or e-file does not extract any text, then OCR for the document should be provided. |
| 30. | REDACTED | Has Redaction | Descriptor for documents that have been redacted. |

# APPENDIX C: ADDITIONAL INSTRUCTIONS FOR DOCUMENTS REDACTED OR WITHHELD ON THE BASIS OF PRIVILEGE

22. All documents that are withheld in whole or in part from production based on a claim of privilege by any above-captioned party or party responding to a non-party subpoena, must comply with the requirements set forth in this Appendix.

23. Documents should also comply with the technical requirements for redacted and withheld documents set forth in this document.

24. The parties' privilege logs shall conform with the following requirements:

    a. Each document or document family that is withheld in whole or in part from production based on a claim of privilege shall be assigned unique document control numbers, also known as privilege log ID numbers;

    b. For purposes of this instruction, each attachment to a document shall be treated as a separate document and separately logged, if withheld, and cross referenced, if produced;

    c. The parties must provide a statement of the claim of privilege (for example, "Attorney Work Product" or "Attorney-Client Privilege" and a description explaining the decision to withhold each document in the form of a privilege log that conforms with the requirements set forth below.

    d. The privilege log must be produced as a searchable and sortable Microsoft Excel spreadsheet;

    e. The names of counsel shall be designated with an asterisk where they appear on the log;

    f. The privilege log must be clearly numbered and titled using the following naming convention: "YYYY.MM.DD_Privilege Log [X]"; and

    g. The privilege log must contain, in a separate tab, a legend containing the full name, title(s), employer, or affiliation of each author, addressee, and recipient identified on each party's privilege log.

20. For each document identified on a privilege log, provide the following information, unless it contains privileged material. Note that the values for these fields are the same values described in Appendix A.

| | FIELD NAME | DESCRIPTION |
|---|---|---|
| 1. | PRIVILEGE LOG ID NUMBER | Each privilege log entry must have a unique control number assigned to it. |
| 2. | PARENT BATES BEG | The Unique Bates number associated with the first page of a parent document, regardless of whether any privilege is being asserted for such parent.<br>Note: This field will only be populated in child records. |
| 3. | BATES BEG | For documents that have been partly withheld or redacted, provide the Bates number associated with the first page of the document, as previously produced. |
| 4. | BATES END | For documents that have been partly withheld or redacted, provide the Bates number associated with the last page of the document, as previously produced. |
| 5. | BATES BEG ATTACH | For documents that have a partly withheld or redacted family, the Unique Bates number associated with the first page of the parent document. |
| 6. | BATES END ATTACH | For documents that have a partly withheld or redacted family, the Unique Bates number associated with the last page of the last attachment. |
| 7. | RECORD TYPE | This is the same as Metadata Field No. 29, as reflected in Appendix B above. |
| 8. | PAGES | This is the same as Metadata Field No. 6, as reflected in Appendix B above. |
| 9. | EMAIL SENT DATE/TIME<br> or<br>CREATED DATE/TIME | This is the same as Metadata Field Nos. 8 & 9, reflected in Appendix B above. |
| 10. | EMAIL FROM or AUTHOR | This is the same as Metadata Field Nos. 15 & 16, reflected in Appendix B above. |

| **FIELD NAME** | **DESCRIPTION** |
|---|---|
| 11. EMAIL TO | This is the same as Metadata Field No. 17, reflected in Appendix B above. |
| 12. EMAIL CC | This is the same as Metadata Field No. 18, reflected in Appendix B above. |
| 13. EMAIL BCC | This is the same as Metadata Field No. 19, reflected in Appendix B above. |
| 14. EMAIL SUBJECT / TITLE | This is the same as Metadata Field Nos. 20 & 21, reflected in Appendix B above. |
| 15. CUSTODIAN | This is the same as Metadata Field No. 22, reflected in Appendix B above. |
| 16. ALL CUSTODIAN | This is the same as Metadata Field No. 23, reflected in Appendix B above. |
| 17. PRIVILEGE TYPE | The nature or type of the privilege that the party is asserting for the document (e.g., "Attorney-Client Privilege" or "Attorney Work Product") |
| 18. PARTIALLY PRIVILEGED or WITHHELD | Whether the document is partially privileged (and produced with redactions) or wholly privileged (and has been withheld). |
| 19. DESCRIPTION | A description of the subject matter of the document that provides sufficiently detailed information to enable the parties to assess the applicability of the privilege claimed, without revealing information that is itself privileged. |

Dated: May 2, 2024                                          Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
By: /s/ John Thomas H. Do
     (as authorized on May 2, 2024)
JOHN THOMAS H. DO (SBN 285075)
EMI YOUNG (SBN 311238)
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333
jdo@aclunc.org
eyoung@aclunc.org

**ASIAN AMERICANS ADVANCING JUSTICE - ASIAN LAW CAUCUS**
By: /s/ Glenn Katon
     (as authorized on May 2, 2024)
GLENN KATON (SBN 281841)
MEGAN VEES (SBN 325184)
55 Columbus Avenue
San Francisco, CA 94111
(415) 896-1701
glennk@advancingjustice-alc.org
meganv@advancingjustice-alc.org

**COVINGTON & BURLING LLP**
By: /s/ Stanley Young
STANLEY YOUNG (SBN 121180)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

ALISON WALL (SBN 319562)
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591 7022
awall@cov.com

*Counsel for Plaintiffs Chang, et al.*

**SPINELLI, DONALD & NOTT**
A Professional Corporation
By: /s/ J. Scott Donald
     (as authorized on May 2, 2024)
J. SCOTT DONALD (SBN: 158338)
ELISE D. RICE (SBN: 343219)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Fascimile: (916) 448-6888

**MATHENY SEARS LINKERT & JAIME, LLP**
By: /s/ Richard S. Linkert
     (as authorized on May 2, 2024)
RICHARD S. LINKERT (SBN: 88756)
MADISON M. SIMMONS (SBN: 292185)
3638 American River Dr
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

*Counsel for Defendants County of Siskiyou and Jeremiah Larue*

**[PROPOSED] ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED: May 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE