**SPINELLI, DONALD, & NOTT**
A Professional Corporation
J. SCOTT DONALD (SBN: 158338)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: scottd@sdnlaw.com

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
Email: rlinkert@mathenysears.com
        msimmons@mathenysears.com

*Exempt from filing fees per Gov. Code § 6103*

Attorneys for DEFENDANT COUNTY OF SISKIYOU AND
JEREMIAH LARUE, in his official capacity as Sheriff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff<br><br>Defendant. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>ACTION FILED:  AUGUST 3, 2022<br>TRIAL DATE:    TBD |

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1

I, Jeremiah LaRue, do declare as follows:

1.     I am currently the elected Siskiyou County Sheriff-Coroner. I have held that position since October 2020, when I was appointed to finish the term of the retiring Sheriff. I was elected in 2022 and started my official term in 2023. Prior to being appointed as Sheriff, I was first employed by Siskiyou County as a Deputy Sheriff in 2006. Over the years, I was promoted to Corporal, Sergeant, and then Lieutenant before being appointed Sheriff. I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth below.

2.     In my capacity as a law enforcement officer charged with enforcing the laws of the State of California and Siskiyou County and specifically those related to the illegal cultivation of cannabis, I am intimately familiar with all areas of the county and those areas where crime is concentrated including the Mt. Shasta Vista subdivision. (Hereinafter "MSV".)

3.     Over the years and starting a few years before 2015, marijuana cultivation began to steadily increase in and around the MSV subdivision. As a result, around the end of 2015 and early 2016, the County passed an ordinance making it illegal to cultivate cannabis. As a result, outdoor cannabis grows started to significantly decrease while grow houses slowly became more prevalent, with them exploding between 2018-2021. The move from outdoor to indoor cultivation allowed cannabis growers to increase yields by a factor of two to three times on a per annum basis.

4.     In approximately 2017-2018 the County issued an Urgency Resolution declaring a local state of emergency due to the proliferation of indoor grow sites.

5.     In my capacity as a law enforcement officer, I engaged in eradication operations where huge quantities of cannabis plants were seized. Through these operations I learned that the cannabis we were confiscating was intended for illegal black markets and was being illegally transported over state lines. Approximately 150 search warrants per year were issued to effect searches and seizures of illegal cannabis. The use of drones was implemented to aid in surveilling the illegal cannabis grow sites about 4 years ago to help investigators confirm observations made

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

on the road to develop probable cause to support the acquisition of search warrants. Attached hereto as Exhibit A are true and correct copies of photographs taken of grow houses and cannabis plants inside a grow house taken during eradication operations.

6.    Since 2017, illegal cannabis has only increased in the MSV area. The number of grow houses is far greater than most of the other areas located in the county. Attached hereto as Exhibit B are true and correct ariel images from Google Earth that illustrate the increases in greenhouses between 2017 and 2021 in MSV, an image of GIS information representing sites with illegal cannabis grow sites (*see* Declaration of Siskiyou County GIS Coordinator Brandon Konicke explaining the GIS information), and a Google Earth image with grow houses highlighted in white from July 2024 after the grow house material was from white to grey.

7.    I am able to identify cannabis grow houses from the air because I have personally engaged in aerial surveillance of cannabis grow houses from a helicopter. I have done this with and without a team, to photograph and observe the grow houses first-hand. Further, my team and I have used drones to visually inspect the illegal grow operations. In and around the MSV subdivision, a conservative estimate of the number of grow houses would be 2,400. However, it is more realistically reaching 4,000 because there are almost 2,000 parcels with grow houses, with most parcels having 2 or more grow houses erected during harvest season.

8.    Illegal cannabis grow houses are easily recognizable from the air because most are built uniformly with the same materials. From the air, we look for the presence of cannabis that can often be seen during the warmer months because the grow houses get so hot they need the doors open to let heat out. Additionally, the plastic that is attached to the grow houses (which creates the greenhouse effect) is rolled up on the sides to vent, which will allow investigators to visually see cannabis growing. We also consistently observe and look for: fertilizer containers, barrels of chemicals and fuel, soil, swimming pools containing non-potable water that link to a grow house, water trucks, pesticides, trash, plastic wrap, waste discharge, land disturbance, old cannabis plants discarded on property, concealment fencing, and bags of cannabis plants, among other things.

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

9.      Along with the visual characteristics of the grow houses, there is also a strong and distinct odor that cannabis plants give off that can be smelled from the helicopter. Combined, these factors, coupled with training and experience, develop probable cause sufficient to obtain a search warrant from a judge.

10.     These illegal cannabis grow houses found through ariel surveillance are then investigated, upon search warrant duly obtained and served, and reveal the signs of current or recently abandoned illegal cultivation activities. The average plant count in a grow house is around 300-400 mature plants. However, immature plants can double the number to 600-800 plants. Each plant requires approximately 6 gallons of water per day and can be harvested 3 to 4 times a year.

11.     Indoor marijuana cultivation requires an enormous amount of water.  A vast majority of the grow sites located in MSV are dependent on water trucks to provide the necessary water for illegal cannabis cultivation. Large non-potable water trucks, which hold approximately 4,000 gallons of water at a time, constantly haul water to illegal cultivation sites throughout the MSV community from neighboring properties, such as Griset's and Spencer's properties. Both the pumpers of the water and the haulers of the water are making huge, undisclosed sums of money. To my knowledge, these are all cash transactions that are not easily traceable. Attached hereto as Exhibit C are true and accurate photographs of the trucks that haul the non-potable water, the pools and conveyance systems that distribute the trucked non-potable water to the illegal grow houses, and the bottled water that is consumed by the cultivators.

12.     In addition to its detrimental impact on the County's water supply, the cultivation of cannabis at the level known to occur in MSV requires the unregulated use of insecticides, pesticides, rodenticides, and fertilizers.

13.     In my capacity as a law enforcement officer, I have observed the impact on the environment because of the activities of the illegal cannabis growers including but not limited to the discharge of raw sewage on the land, the discharge of chemicals on the land and potentially into the water table and the effect of the unpermitted construction on the thousands of sites

4

located in MSV.  Attached hereto as Exhibit D are true and accurate photographs of the devastation to the environment caused by the illegal cultivation of cannabis in MSV.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on this 22nd day of November, 2024 in Siskiyou County, California.

Jeremiah LaRue

*DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE IN SUPPORT OF DEFENDANTS'*
*SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION*

# Exhibit A











# Exhibit B



Google Earth satellite image from 2017



Google Earth satellite image from 2021

Underlying Google Earth satellite image was captured on 7/18/2024. The Red dots represent data that was collected in May of 2023.





Google Earth satellite image from 7/18/2024 in MSV area demonstrating the change in grow house building material from the white to the grey hue.

Google Earth satellite image with grow houses highlighted in white, clearly indicated which buildings are grow house in the same MSV as above.

Exhibit C




















# Exhibit D





















# Exhibit E