**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. Scott Donald (SBN: 158338)
Elise D. Rice (SBN: 343219)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888
Email: scottd@sdnlaw.com
Email: eliser@sdnlaw.com

**LAW OFFICE OF**
**MATHENY SEARS LINKERT & JAIME LLP**
Richard S. Linkert (SBN: 88756)
Madison M. Simmons (SBN: 29285)
3638 American River Drive
Sacramento, CA 95864
Telephone:  (916) 978-3434
Facsimile:   (916) 978-3430
Email: rlinkert@mathenysears.com
Email: msimmons@mathenysears.com

Attorneys for Defendants
COUNTY OF SISKIYOU and
JEREMIAH LARUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff,<br><br>  Defendants. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**DECLARATION OF SHANE LAUDERDALE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Fees Exempt Pursuant to Government Code Section 6103]** |

I, Shane Lauderdale, do declare as follows:

1. I began service with the City of Redding, California Fire Department, in the summer of 1985. I have worked as a firefighter, Fire Apparatus Engineer, Arson Investigator/Inspector, Fire Captain, Operations Battalion Chief, and Deputy Chief of Administration. I have personal knowledge of the matters contained herein and, if called upon to do so, could and would testify to the facts set forth below.

2. I have served on a Type I Incident Management Team since 2001. As an Operations Section Chief and Branch Director, I have assisted dozens of communities impacted by catastrophic fires and other disasters in California. Incidents include the Thomas Fire of 2017, where I led evacuation of Ojai and the firefight in Montecito; the Oroville Dam Failure; the Camp Fire in 2018; the Kincaid Fire of 2019; and the Butte Complex of 2020. I am a member of the Advanced All-Hazard Incident Management (AAIM) training cadre that provides intensive disaster management training and evaluation for all hazard incident management teams.

3. My certifications include NFPA Certified Fire Protection Specialist, Type I Operations Section Chief, Type III Incident Commander, Certified Chief Fire Officer, Certified Fire Officer, Certified Fire Prevention Officer, Certified Fire Service Instructor, and AIIM-NAFI Certified Fire Investigator.

4. In my capacity as a Fire Chief Officer and an Operation Section Chief I am familiar with fire related issues inherent in illegal cannabis cultivation sites throughout the State of California and in particular, at Mount Shasta Vista subdivision. Through my contact with current and former Cal Fire personnel, including the former Cal Fire Unit Chief at Siskiyou County, members of the Hmong community in Mount Shasta Vista have been contacted repeatedly by Cal Fire regarding issues pertaining to fire prevention and fire response. Due to its location as an unincorporated community in Siskiyou County, Cal Fire has jurisdictional authority to respond to fires and historically has done so. While a 30-40 minute response time is not optimal, it is reasonable and not an uncommon response time for similarly situated remote communities that do not have their own fire response team.

5. In 2021, the Mount Shata Vista fire protection district became defunct because there was no longer support for the fire protection district by the Mount Shata Vista Community. The Hmong

community was contacted repeatedly to discuss if they wished to maintain a fire protection district with appropriate equipment and responders. It was explained that they would need to fund that through their taxes like every other similarly situated community in the state.

6. I have reviewed the declarations of Koua Lee and Vang Khang, offered in support of Plaintiffs' Motion for Preliminary Injunction. Neither Mr. Khang nor Mr. Lee have undertaken to complete the requisite training to become volunteer firefighters. There is no evidence on the State's (website) that Khang and Lee are licensed, certified or otherwise qualified to perform firefighter tasks. Water trucks used to haul agricultural water would only be usable for firefighting purposes if the water trucks could be attached to a firetruck.

7. There has been a significant increase in fires in Mount Shasta Vista as a direct result of the illegal cannabis cultivation. Illicit grows have increased the incidents of fire in Mount Shasta Vista specifically because living in unpermitted housing, camping outside, using propane in unpermitted structures, and utilizing fire at all times of the year, including those times when fire is prohibited, has caused an increase in the number of fires.

8. Due to the utilization of chemicals, including illegal pesticides that can release neurotoxins into the environment when under heat, firefighting personnel typically require personal protection equipment including hazardous material suits and self-contained breathing apparatus to prevent contact with these poisons.

9. In the event of fire, non-trained individuals with water trucks, even if there is a firetruck available for their independent use, creates significant danger to those individuals. In the event of a wildfire, they would all be evacuated, and in the event they ignored an evacuation order, this would divert the attention of first responders from the fire to try to protect them.

I declare under penalty of perjury in the State of California that the foregoing matters are true and correct. Executed on this 22nd day of November, 2024 in Siskiyou County, California.



SHANE LAUDERDALE

3
DECLARATION OF SHANE LAUDERDALE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION