**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. Scott Donald (SBN: 158338)
Elise D. Rice (SBN: 343219)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888
Email: scottd@sdnlaw.com
Email: eliser@sdnlaw.com

**LAW OFFICE OF**
**MATHENY SEARS LINKERT & JAIME LLP**
Richard S. Linkert (SBN: 88756)
Madison M. Simmons (SBN: 29285)
3638 American River Drive
Sacramento, CA 95864
Telephone:  (916) 978-3434
Facsimile:   (916) 978-3430
Email: rlinkert@mathenysears.com
Email: msimmons@mathenysears.com

Attorneys for Defendants
COUNTY OF SISKIYOU and
JEREMIAH LARUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**DECLARATION OF AGRICULTURAL COMMISSIONER/SEALER OF WEIGHTS & MEASURES JAMES E. SMITH IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF TO ADDRESS COURT ORDER SUSTAINING IN PART PRELIMINARY INJUNCTION**<br><br>[Fees Exempt Pursuant to Government Code Section 6103] |

///

///

///

1

I, James E. Smith, do hereby declare:

1. I am currently employed by the County of Siskiyou as the Agricultural Commissioner/Sealer of Weights & Measures. I have held this position for about 9 years. I have worked in the Agriculture Department for the County of Siskiyou for 17 years. I have studied all aspects of agriculture, specializing in Agronomy and Integrated Pest Management, but built a broad knowledge base in Animal Science, Agriculture Mechanics, and Agriculture Business. I earned an Agricultural Science B.S. and an Agricultural Sciences M.S. from California State University, Chico. I also possess California Teaching Credentials in Agriculture, Biology, and Industrial Arts. In my capacity in this position, I am familiar with the facts and ordinances involved in this litigation. I have personal knowledge of the matters contained herein and, if called upon to do so, could and would testify to the facts set forth below.

2. The Siskiyou County Agriculture Department includes, but is not limited to, programs and services such as the Apiary Program, Noxious Weed Control, Pest Detection, Pesticide Use, Plant & Nursery Inspection, and the Seed Program. Agriculture services include certified Farmers' Markets, Crop Reports, Farm Advising, and Organic Producers. These programs require general knowledge of plant inputs, such as plant water consumption and the impacts of chemicals on plants.

3. As the Agricultural Commissioner/Sealer of Weights & Measures, the duties of my position are vast. Essential functions include, but are not limited to, organizing and managing the County's inspection and enforcement programs, overseeing enforcement of State and Federal Pesticide regulations, investigations, and environmental monitoring; managing and directing Air Pollution and Animal Control inspection and enforcement; directing actions to eradicate plant and related diseases; providing information for integrated pest management; directing County animal damage control and vegetation management efforts; developing a variety of technical reports; and representing the Department with the public, community organizations, and other government agencies.

4. I have reviewed photos and input from Community Development Director, Rick Dean, regarding the typical vegetable plots found at, near, or around illegal cannabis cultivation sites.

5. To estimate how much water is required for garden plots, several factors must be considered beyond the size of the plot. Some garden crops utilize less water while others may use more.

2
DECLARATION OF AGRICULTURAL COMMISSIONER/SEALER OF WEIGHTS & MEASURES JAMES E. SMITH IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF TO ADDRESS COURT ORDER SUSTAINING IN PART PRELIMINARY INJUNCTION

Water use is also affected by varying weather conditions, irrigation methods, and soil types.

I declare under penalty of perjury in the State of California that the foregoing matters are true and correct.

Executed on this 22nd day of November, 2024 in Yreka, California.

*James Smith*
JAMES E. SMITH

# 2024-11-21 Declaration of J. Smith

Final Audit Report                                               2024-11-22

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Julie keowen (rebeckas@sdnlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAr9mst6jeeokoRY_zwikE2upxWhAOSSow |

## "2024-11-21 Declaration of J. Smith" History

- Document created by Julie keowen (rebeckas@sdnlaw.com)
  2024-11-22 - 6:34:41 PM GMT

- Document emailed to James Smith (jsmith@co.siskiyou.ca.us) for signature
  2024-11-22 - 6:34:45 PM GMT

- Email viewed by James Smith (jsmith@co.siskiyou.ca.us)
  2024-11-22 - 6:37:53 PM GMT

- Document e-signed by James Smith (jsmith@co.siskiyou.ca.us)
  Signature Date: 2024-11-22 - 6:38:16 PM GMT - Time Source: server

- Agreement completed.
  2024-11-22 - 6:38:16 PM GMT

Adobe Acrobat Sign