**SPINELLI, DONALD, & NOTT**
A Professional Corporation
J. SCOTT DONALD (SBN: 158338)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: scottd@sdnlaw.com

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
Email: rlinkert@mathenysears.com
       msimmons@mathenysears.com

*Exempt from filing fees per Gov. Code § 6103*

Attorneys for DEFENDANT COUNTY OF SISKIYOU AND JEREMIAH LARUE, in his official capacity as Sheriff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff<br><br>Defendant. | Case No.: 2:22-cv-01378-KJM-AC<br><br>**DECLARATION OF SISKIYOU COUNTY GIS COORDINATOR BRANDON KONICKE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>ACTION FILED: AUGUST 3, 2022<br>TRIAL DATE:      TBD |

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

I, Brandon Konicke, do declare as follows:

1. I am currently employed full-time as the Geographic Information Systems (GIS) Coordinator for Siskiyou County. I have been in this position since February of 2022. I have approximately 20 years of experience in governmental GIS, as well as academic GIS courses and extensive training through ESRI (Environmental Systems Research Institute). My experience includes, but is not limited to, data creation and maintenance, map creation for printing, web map creation, web map application creation, spatial data analysis, system integration, system configuration, licensing/contract/project management, database development and maintenance, end-user training, workflow optimization, and data security. I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth below.

2. A GIS is a computer system that analyzes and displays geographically referenced information. It uses data that is attached to a unique location. The Siskiyou County GIS Coordinator plans, implements, coordinates, oversees and maintains the development and operation of the Countywide GIS; performs both routine and complex technical and administrative tasks necessary to maintain and evaluate the County's GIS system, including collection, integration, and dissemination of data and information pertaining to GIS; develops a Countywide GIS Steering Committee and directs its activities; and supervises and coordinates the work of other GIS.

3. Part of my job is to aid the Siskiyou County Sheriff's Office and Cannabis Task Force staff in the maintenance of a cultivation data point layer that represents parcels throughout the County where marijuana cultivation is occurring or has occurred. The data can be downloaded as a file titled "CultivationSites20241106.kmz", which can in turn be uploaded and accurately displayed in Google Earth. The data is displayed as red points in Google Earth. Attached hereto as Exhibits A and B are true and correct copies of screen shots of the CultivationSites20241106.kmz overlay in Google Earth.

4. I also work on updating a polygon layer in the County's GIS representing tax parcels throughout the county based on the County Assessor's records and data to provide a more

*DECLARATION OF SISKIYOU COUNTY GIS COORDINATOR BRANDON KONICKE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION*

accurate geographic layer to County employees and County GIS users. The data can be downloaded as a file titled "SiskiyouParcels20240614.kmz", which can in turn be uploaded and accurately displayed in Google Earth. Attached hereto as Exhibits C and D are true and correct copies of screen shots of the SiskiyouParcels20240614.kmz overlay in Google Earth.

5. The CultivationSites20241106.kmz data was collected by the Sherriff's Office and Cannabis Task Force. The data can be updated in the field by using a mobile device, or in the office via web application. Only Sheriff's Office and Cannabis Task Force staff have access to the web map, web application, and they are the only staff that can access the data aside from myself. I have previously created points on the map after updating workflows and editing capabilities to test functionality. I also combined ownership data to the cultivation data point layer.

6. The CultivationSites20241106.kmz data was created to identify where marijuana cultivation is occurring or has occurred throughout the county. Having a map allows staff to see the distribution and concentration of illegal cultivation sites throughout the county in graphical form rather than tabular data. *See* Exhibit A & B.

7. To update and edit the CultivationSites20241106.kmz data, the Sheriff's Office and Cannabis Task Force staff can use a mobile device in the field to update data (add, edit, and delete points), or they can use the desktop web mapping application to perform the same tasks.

8. The SiskiyouParcels20240614.kmz GIS data was originally created in the 1990's as a foundational layer to a governmental geographic information system. The parcel data is a polygon layer export from the County's GIS. The data represents tax parcels throughout the County based on County Assessor's records and data. This assists in identifying property ownership. The data also included the names and addresses for the owner of the parcel. Attached hereto as Exhibit E is true and correct copy of a screen shot of data embedded in the SiskiyouParcels20240614.kmz overlay in Google Earth.

I declare under the penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Dated: 11/18/2024

_____
Brandon Konicke

# Exhibit A



This image is representative of the appearance of the CultivationSites20241106.kmz GIS data set uploaded in Google Earth.

# Exhibit B



This image is representative of using the Google Earth zoom function on a specific area in Siskiyou County with the CultivationSites20241106.kmz GIS data set overlay uploaded.

# Exhibit C



This image is representative of the appearance of the SiskiyouParcels20240614.kmz GIS data set uploaded in Google Earth.

# Exhibit D



This image is representative of using the Google Earth zoom function on a specific area in Siskiyou County with the CultivationSites20241106.kmz GIS data set overlay uploaded.

# Exhibit E



This image is an example of the information contained in the CultivationSites20241106.kmz GIS data set overlay when one of the parcels is selected.