1  **SPINELLI, DONALD, & NOTT**
   A Professional Corporation
2  J. SCOTT DONALD (SBN: 158338)
   300 University Avenue, Suite 100
3  Sacramento, CA 95825
   Telephone: (916) 448-7888
4  Facsimile: (916) 448-6888
   Email: scottd@sdnlaw.com

5
   Law Offices of
6  **MATHENY SEARS LINKERT & JAIME LLP**
   RICHARD S. LINKERT, ESQ. (SBN 88756)
7  MADISON M. SIMMONS, ESQ. (SBN 292185)
   3638 American River Drive
8  Sacramento, California  95864
   Telephone:      (916) 978-3434
9  Facsimile:      (916) 978-3430
   Email: rlinkert@mathenysears.com
10         msimmons@mathenysears.com

11 *Exempt from filing fees per Gov. Code § 6103*

12 Attorneys for DEFENDANT COUNTY OF SISKIYOU AND
   JEREMIAH LARUE, in his official capacity as Sheriff
13

14                    UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFONIA

16

17

18 GER CHONG ZE CHANG, MAI NOU        Case No.: 2:22-cv-01378-KJM-AC
   VANG, RUSSELL MATHIS, YING
19 SUSANNA VA, and all other similarly
   situated,
20                                     **DECLARATION OF NICOLE KUKLO IN
                Plaintiffs,            SUPPORT OF DEFENDANTS'
21                                     SUPPLEMENTAL BRIEF IN OPPOSITION
        v.                             TO MOTION FOR PRELIMINARY
22                                     INJUNCTION**
   COUNTY OF SISKIYOU and JEREMIAH
23 LARUE, in his official capacity as Sheriff
                                       ACTION FILED:  AUGUST 3, 2022
24              Defendant.             TRIAL DATE:    TBD

25

26

27

28
                                     1
                    _____
                    *DECLARATION OF NICOLE KUKLO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN
                           OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

I, Nicole Kuklo, declare:

1.      I am a law clerk at Matheny Sears Linkert & Jaime LLP. I graduated with distinction from McGeorge School of Law in May of 2024 and passed the California Bar on November 8, 2024. I have JD Certifications of Concentration in Water & Environmental Law and Capital Lawyering. While in school, I assisted Professor Jennifer Harder in editing the newest edition of the Water Law casebook originally developed by Frank J. Trelease. I studied the use of Geographic Information Systems to create visual representations of geographic data though the application ArcGIS, while obtaining my undergraduate degree in Agricultural Studies from California State University, Stanislaus.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

2.      On October 27, 2024, in response to the Court's Order on October 25, 2024, requesting supplemental briefing on various issues, I began developing a Google Earth Project to capture the extent of remediation needs in relation to the proliferation of illegal cannabis cultivation throughout the Mount Shasta Vista Subdivision and other locations in Siskiyou County surrounding the named plaintiffs and declarants during the pendency of this litigation.

3.      The Google Earth Project includes Geographic Information System data overlays from the Siskiyou Couty GIS Coordinator (*see* Declaration of Siskiyou County GIS Coordinator Brandon Konicke), a layer of highlighted cannabis grow houses created through application of the Google Earth Polygon tool, and groundwater boundaries created by the Department of Water Resources. Attached hereto as Exhibit A is a true and correct copy of the methodology used to create the Google Earth Project and examples of what the Google Earth Project reveals, a video of the project has also been provided to the court and is attached hereto as Exhibit F. Attached hereto as Exhibit B is a true and accurate copy of the Siskiyou County Map Book Locations. Attached

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*DECLARATION OF NICOLE KUKLO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION*

hereto as Exhibit C is a true and accurate copy of the Department of Water Resources Bulletin 118, which sets the boundaries for all of California's groundwater basins, for the Shasta Valley Groundwater Basin and Butte Valley Groundwater Basin.

4.    I became familiar with distinguishing between cannabis grow sheds and other structures from an ariel perspective after viewing approximately 10 hours of the Siskiyou County's drone footage of illegal cannabis grow sites in Siskiyou County.

5.    Sheriff LaRue confirmed the appearance cannabis grow sheds from an aerial view. (*See* Declaration of Siskiyou County Sheriff LaRue, at Exhibit A.)

6.    To pinpoint the location at issue in this case, I started by locating the Mount Shasta Vista Subdivision on the Siskiyou County Map Book Locations. *See* Exhibit B. The Parcel Numbering Sequence for Mount Shasta Vista parcels begin with 100. On the County Map Book, the approximate location of the 100 series parcel number is due North-East of the cities of Weed and Edgewood and South-East of the cities of Montague and Grenada. *See* Exhibit A, at 1-3 (demonstrating the orientation of the County Map Book in Google Earth's satellite imaging).

7.    Knowing the beginning of the parcel numbers and the general location of the subdivision enabled me to locate the subdivision parcels in the Tax Assessor's public GIS map. The Tax Assessor's GIS map is available to the public at: https://siskiyou.maps.arcgis.com/home/webmap/viewer.html?layers=710e1a6aa9c949b0ab110b8 8b1647bc1&useExisting=1.

8.    Embedded in the Tax Assessor's GIS map is a table. The table includes the addresses for some of the parcels in the Mount Shasta Vista Subdivision. *See* Exhibit A, at 7. Using an address provided through the Tax Assessor's GIS map permitted me to copy the address into Google Earth, enabling me to see the location of that address through satellite imagery of the Mount Shasta Vista Subdivision. *See* Exhibit A, at 4-9 (demonstrating how the viewer can replicate

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3

1    the same outcome in the Google Earth Pro program).

2           9.     This was confirmed by the County GIS data provided by the GIS Coordinator, titled

3    "SiskiyouParcels20240614.kmz." Once the data is uploaded into Google Earth it displays as green

4    polygons with purple outlines (*see* Declaration of Siskiyou County GIS Coordinator Brandon

5    Konicke explaining the Siskiyou County Parcel data). *See* Kuklo Decl., Exhibit A, at 10-12

6    (demonstrating the parcel information as overlaid in Google Earth and the embedded data).

7     

8          10.    Embedded in the GIS data is the underlying name of the parcel owner, APN, and

9    address. *See* Exhibit A, at 11-12. This information is displayed whenever the parcel is clicked on

10    in the Google Earth Application. *See* Exhibit A, at 10 (demonstrating the Google Earth pins

11    dropped into the parcel boundaries and named per the name indicated in the County Parcel data).

12     

13          11.    Next, the GIS data file named "CultivationSites20241106.kmz" was obtained from

14    the County's GIS Coordinator and uploaded to the Google Earth Project. The data indicates which

15    parcels in Siskiyou County have illegal cannabis cultivation sites on the property by marking the

16    parcel with a red dot. *See* Exhibit A, at 13-15 (demonstrating the red dots that represent the

17    cultivation sites as overlaid in Google Earth); *see also* Declaration of Siskiyou County GIS

18    Coordinator Brandon Konicke.

19     

20          12.    Once the parcels were marked as having illegal cultivations sites on them, I went

21    through and highlighted each grow house in the Mount Shasta Vista area using Google Earth's

22    "polygon" tool. I would cause the mouse to draw a rectangle around each grow shed, clicking on

23    each corner to anchor the polygon line to trace the contours of the grow shed. The final Google

24    Earth Project contains approximately 2,410 highlighted grow sheds surrounding the named

25    plaintiffs and declarants.   There is no doubt more that are not visible. Exhibit A includes

26    screenshots with and without the highlighted grow houses to allow the viewer to confirm the

27    highlighting overlays a building.

28     

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

4

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

13.     The last part of the Google Earth Project was to overlay the Department of Water Resources Groundwater basin information. Attached hereto is Exhibit D, a true and accurate copy of the Department of Water Resource's Groundwater Boundary Assessment Tool map, the underlying data for which can be obtained for download at:

https://gis.water.ca.gov/arcgis/rest/services/Geoscientific/i08_B118_CA_GroundwaterBasins/MapServer.

14.     The groundwater basin information was included in this project because according to the California Department of Fish and Wildlife, Habitat Conservation Planning Branch, cannabis plants use 22.7 liters or 6 gallons of water per day per plant, impacting the diversion and application water for legal purposes. *See* Exhibit E, at 6. Further, pesticides and rodenticides can run off into streams and percolate through the groundwater into the rivers and groundwater basin, culminating in far reaching impacts to people, animals, and the ecosystem. Attached hereto as Exhibit E is a true and correct copy of California Department Fish and Wildlife, Habitat Conservation Planning Branch's July 2018 report, *A Review of the Potential Impacts of Cannabis Cultivation on Fish and Wildlife Resources* (explaining the impact that cannabis cultivation can have on the environment and reliant ecosystem); *see also* Exhibit C (explaining of the complex hydrology and geology that makes up the Shasta Valley Groundwater Basin).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed in Sacramento, California this 22nd day of November, 2024.

Nicole Kuklo

*DECLARATION OF NICOLE KUKLO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION*

# Exhibit A

This is a map of Siskiyou County Parcels. As noted in the bottom left-hand corner, the map was created by the Siskiyou County Assessor's office in 2002. The highlighted portion orients the viewer to the location of the Mt. Shasta Vista Subdivision in Siskiyou County. See Exhibit B.



SISKIYOU COUNTY MAP BOOK LOCATIONS

https://www.co.siskiyou.ca.us/sites/default/files/fileattachments/assessor/recorder/page/4021/asr-20180829-mapbooklocations.pdf

The County's Parcel Map includes a Parcel Numbering Sequence that allows the viewer to establish where a given parcel is in a particular location. As seen below, the Mt. Shasta Vista Subdivision is in the 100 range.



**PARCEL NUMBERING SEQUENCE:**

001-551-100-000

Book

Page/Block    Parcel    Suffix- Right(s) may be reserved if other than zero

Extension- For Assessor's internal use (normally 000)

**APN Begins With:**    **Location/ Description**

001    Tulelake Area
002    Butte Valley-East Side
003    Butte Valley-West Side
004    NE Shasta Valley to Copco Lake
006    Klamath River – Highway 263 to Beaver Creek
007    Klamath River – Horse Creek Area
008    Klamath River – Seiad Valley Area
009    North of Happy Camp – Indian Creek Area
010    Red Rock Valley
011    Upper Little Shasta; Grass Lake, Bray
013    Unincorporated area outside Yreka & Montague
014    South Yreka; North Scott Valley
015    Scott River below Meamber Creek
016    Happy Camp Area

055    City of Fort Jones
056    City of Etna
057    City of Mt. Shasta
058    City of Dunsmuir – South
059    City of Dunsmuir – North
060    City of Weed
061    City of Yreka – Central/ South
062    City of Yreka – South
067    City of Mt. Shasta
100    Mt. Shasta Vista Subdivision
101    Mt. Shasta-McCloud Subdivision
102    Iron Gate Lake Estates Subdivision
103    Klamath River Country Estates Sub. – West
104    Klamath River Country Estates Sub. – East
106    Lake Shastina Subdivision – North
107    Lake Shastina Subdivision – Central & South
108    Lake Shastina Subdivision – East & West

Google Earth is a program capable of displaying geographic information created by systems such as ArcGIS. This is done by uploading a .kmz or .kml file into Google Earth Pro or opening the same file in Google Earth online. Regardless of the type of Google Earth used, the location of markers will not vary. This is a Google Earth screen capture of Siskiyou County's Boundary in yellow and Google Earth generated pins for the cities nearest to Mt. Shasta Vista.

Geographic data for county boundary was obtained from the Federal Communication Commission: https://www.fcc.gov/media/radio/us-county-overlays-kml



The following maps are screen shots of Siskiyou County Tax Parcels' public record GIS maps establishing the physical location of Mt. Shasta Vista in Siskiyou County by locating the 100-parcel number sequence, as seen on slide 3.



https://siskiyou.maps.arcgis.com/home/webmap/viewer.html?layers=710e1a6aa9c949b0ab110b8b1647bc1&useExisting=1

APN 100-602-020

Site Address

Zoom to

The table feature of the Tax Parcel map shows the address for some of the parcels. This allows the viewer to copy and paste the address into Google Earth to view the area through satellite imaging.



This image shows Google Earth's automatically generated pin for 10840 Eagle Rd, Montague, CA 96064. The outline of the Mt. Shasta Vista Subdivision can be be seen faintly here. The next slide demonstrates the bounty in yellow by use of the Google Earth polygon feature.



This map shows the parcels of the named plaintiffs and declarants within the Mt. Shasta Vista Region. The green polygons with purple outlines were automatically generated by GIS data obtained through the County's GIS Specialist and establishes the boundary of the parcel. (See **Exhibit D** to Decl. of Kuklo).

The pins were dropped within the parcel and the names were copied from the GIS parcel data, explained further on the next slide.

This is an example of the data provided from the County's Geographic Information System regarding parcel data. (See Exhibit C to the Decl. of Kukol) The data gets uploaded to Google Earth by way of .kmz or .kml file and anyone who uploads the data can access the same information and depictions of parcels.



| 100161030000 | MATHIS RUSSELL |
| --- | --- |
| Name | 100161030000 |
| Asmt | 100161030000 |
| FeeParcel | 100161030000 |
| TRA | 051009 |
| Zoning1 | |
| LandUse | 190 |
| NeighborhoodCode | 100 |
| Acres | 2.5 |
| CurrentDocNum | 2013000743 |
| CurrentDocDate | 8/16/2013 |
| AssesseeName | MATHIS RUSSELL |
| InCareOf | |
| DBA | |
| AddressStreet | PO BOX 654 |
| AddressCity | MONTAGUE |
| AddressState | CA |
| AddressZip | 960540654 |
| Address1 | PO BOX 654 |
| Address2 | MONTAGUE CA 96064-0654 |
| Address3 | |
| Address4 | |
| LastOfLand | 5296 |
| LastOfStructure | 0 |
| LastOfFixtures | 0 |
| LastOfFixturesRealProperty | 0 |
| LastOfPPBusiness | 0 |
| LastOfPPMH | 0 |
| LastOfHOXExemption | 0 |
| LastOfOtherExemption | 0 |
| NetAssessedValue | 5296 |
| LastOfOtherExemptionCode | |
| Street | |
| StreetNum | |
| StreetType | |
| Section | 16 |
| Sec | 16 |
| Township | 43N |
| Range | 4W |
| Descr | BLK 66 LOT 6 MT SHASTA VISTA SUB EXCEPT RD |
| LastOfDocNum | 2023001 |
| Roll Year | 2023 |
| RollYear | 2023 |
| Timber Preserve | No |
| TimberPreserve | No |
| Ag Preserve | No |
| AgPreserve | No |

Using the GIS data, the other named plaintiff was found outside of the Mt. Shasta Vista Subdivision, as seen here.

This image captures an additional layer of GIS data. The red dots denote parcels with illegal cannabis cultivation sites within Siskiyou County.

**This image captures the marked illegal cannabis cultivation sites in and around Mt. Shasta Vista.**



This image captures the additional layer of GIS data marking the parcels that have illegal cannabis cultivation sites near the plaintiff that is outside of Mt. Shasta Vista.



Below: Orients viewer to plaintiff's parcel relative location to Mt. Shasta Vista.

To better see the grow sites on the parcels that were tagged by the County as has having illegal cultivation sites, the grow house in these images were highlighted in white using Google Earth's polygon tool.

# Plaintiff Chang's Parcel

## 2022-2024

This is a Google Earth Screen capture of Plaintiff Chang's parcel. As can be seen in the bottom right-hand corner, the satellite captured this image on **7/16/2022**, approximately a month before this case was filed. At this point in time, the Chang Parcel does not have cannabis cultivation.

18



This is a Google Earth screen capture of Plaintiff Chang's parcel. As can be seen in the bottom right-hand corner, the satellite captured this image on 7/18/2024. The parcel now has at least one grow house on it. The next slide shows the highlighted overlay to better see the grow sheds in the area.

Google Earth screen capture of Plaintiff Chang's parcel from satellite images taken on 7/18/2024 with Siskiyou County Parcel, illegal cultivation site data, and highlighted cannabis grow shed overlays.



# Plaintiff Vang's Parcel

## 2022-2024

This is a Google Earth screen capture of Plaintiff Vang's parcel. As can be seen in the bottom right-hand corner the satellite captured this image on **7/16/2022**, approximately a month before this case was filed. This parcel had at least one grow shed on it since the beginning of the case.

22



This is a Google Earth screen capture of Plaintiff Vang's parcel. As can be seen in the bottom right-hand corner, the satellite captured this image on 7/18/2024. The parcel continues to have a grow shed on it.



Google Earth screen capture of Plaintiff Vang's parcel from satellite images taken on 7/18/2024 with Siskiyou County Parcel, illegal cultivation site data, and highlighted cannabis grow shed overlays.

# Plaintiff Mathis' Parcel

## 2022-2024

This is a Google Earth Screen capture of Plaintiff Mathis' parcel. As can be seen in the bottom right-hand corner the satellite captured this image on **7/16/2022**, approximately a month before this case was filed.



26

This is a Google Earth Screen capture of Plaintiff Mathis' parcel. As can be seen in the bottom right-hand corner, the satellite captured this image on 7/18/2024. While the the parcel does not have illegal cultivation, the neighboring parcels do.



Google Earth image of Plaintiff Mathis' parcel from satellite images taken on 7/18/2024 with Siskiyou County Parcel, illegal cultivation site data, and highlighted cannabis grow shed overlays.



29

# Plaintiff Susanna's Parcel

## 2021-2023

This is a Google Earth screen capture of Plaintiff Susanna's parcel. As can be seen in the bottom right-hand corner the satellite captured this image on **6/26/2021**, approximately a year before this case was filed. Google Earth does not have the same time period catured for this region as is does for Mount Shasta Vista. As can be seen, the parcel had grow sheds at this time.



30

This is a Google Earth Screen capture of Plaintiff Mathis' parcel. As can be seen in the bottom right-hand corner, the satellite captured this image on 9/12/2023. The parcel continues to have the 2 grow shed on them.

Google Earth image of Plaintiff Susanna's parcel from satellite images taken on 9/12/2023 with Siskiyou County Parcel, illegal cultivation site data, and highlighted cannabis grow shed overlays.

# Declarant Griset's Parcel

## Satellite images: 7/18/2024



**Orientation of declarant Stephen Griset's parcel in relation to the illegal cannabis cultivation sites in Mt. Shasta Vista.**

35

# Declarant King's Parcels

## Satellite images: 7/18/2024



**Left: Declarant's parcel without cannabis overlays**

**Right: Declarant's parcel with illegal cannabis overlays.**

36

37

# Declarant Koua Lee's Parcels

Satellite images: 7/18/2024



Orientation of declarant Koua Lee in Mt. Shasta Vista. Yellow pins indicate the approximate location of the declarant's parcels

38

Koua Neng Lee

**Left: Declarant's parcel without cannabis overlays**

**Parcel in the main portion of Mt. Shasta Vista, due west**

**Right: Declarant's parcel with illegal cannabis overlays.**

39



Koua Neng Lee

Left: Declarant's Parcel without cannabis overlays

Parcel in the furthest eastern section of Mt. Shasta Vista.

Right: Declarant's parcel with illegal cannabis overlays.

40

Left: Declarant's Parcel without cannabis overlays

Parcel in the main portion on Mt. Shasta Vista, furthest east.

Right: Declarant's parcel with illegal cannabis overlays.

# Declarant Meng Lee's Parcels

## Satellite images: 7/18/2024

Right: Meng Lee's parcel in relation to Mt. Shasta Vista. Below: Close up of Meng Lee's parcel.

44

# Declarant Moua's Parcels

## Satellite images: 7/18/2024



Right: Orientation of
declarant to Mt. Shasta Vista.
Below: Closeup of
declarant's parcel.

46

# Declarant Neng Vue's Wife Chong Vue's Parcel

Satellite images: 7/18/2024

Right: Declarant's parcel with illegal cannabis overlays.

Left: Declarant's Parcel without cannabis overlays. Grow shed can be seen

47

48

# Declarant Yang's Parcels

## Satellite images: 7/18/2024



Declarant Yang has 2 parcels, as seen in this Google Earth screen capture. One is west of Mt. Shasta Vista and the other parcel is in the western most section of subdivision.



Right: Orientation of declarant's most western parcel to Mt. Shasta Vista. Below: Closeup of declarant's parcel in which you can see the parcel has 2 grow sheds.



Right: Orientation of declarant's parcel in west Mt. Shasta Vista. Below: Closeup of declarant's parcel in which you can see the parcel has 2 grow sheds.

Right: Orientation of declarant's parcel in west Mt. Shasta Vista. Below: Closeup of declarant's parcel in which you can see the parcel has 2 grow sheds. Both images include the illegal cannabis colorization.

# Declarant Ya's Parcel

## Satellite images: 7/18/2024



Right: Orientation of
declarant's parcel in eastern
Mt. Shasta Vista. Below:
Closeup of declarant's
parcel in which you can see
the parcel has a grow shed.

Right: Orientation of declarant's parcel in eastern Mt. Shasta Vista. Below: Closeup of declarant's parcel in which you can see the parcel has a grow shed. Both images include the illegal cannabis colorization.

56

# Groundwater Basins

Siskiyou County contains three groundwater basins that are required to create Groundwater Sustainability Plans under the Substantiable Groundwater Management Act because they are priority basins, at risk for overdraft. Two of the basins are implicated in this case because Mt. Shasta Vista largely falls inside Shasta Valley Groundwater Basin 1-004 and named Plaintiff Susanna's parcel directly neighbors Butte Valley Groundwater Basin 1-003. The following Slide orients the basins in Siskiyou County.





The blue outline is the groundwater basin outline for the Shasta Valley Basin 1-004. Of interest is that the 3 named plaintiffs' parcels and many of the illegal cannabis sites fall within the basin. Runoff from the sites have the potential to percolate into the groundwater supply, degrading water quality.



**CALIFORNIA DEPARTMENT OF**

WATER RESOURCES

Basin overlay data is downloaded from DWR's SGMA compliance portal: https://sgma.water.ca.gov/portal/gsp/preview/90

58



The blue outline is the groundwater basin outline for the Butte Valley Basin 1-004. Of interest is that one named plaintiff's parcel and other illegal cannabis sites immediately neighboring the basin. Runoff from the sites have the potential to percolate into the groundwater supply, degrading water quality.



CALIFORNIA DEPARTMENT OF
WATER RESOURCES

Basin overlay data is downloaded from DWR's SGMA compliance portal: https://sgma.water.ca.gov/portal/gsp/preview/90

59

# Exhibit B

# SISKIYOU COUNTY MAP BOOK LOCATIONS



## PARCEL NUMBERING SEQUENCE:



| APN Begins With: | Location/ Description |
|---|---|
| 001 | Tulelake Area |
| 002 | Butte Valley-East Side |
| 003 | Butte Valley-West Side |
| 004 | NE Shasta Valley to Copco Lake |
| 006 | Klamath River – Highway 263 to Beaver Creek |
| 007 | Klamath River – Horse Creek Area |
| 008 | Klamath River – Seiad Valley Area |
| 009 | North of Happy Camp – Indian Creek Area |
| 010 | Red Rock Valley |
| 011 | Upper Little Shasta; Grass Lake, Bray |
| 013 | Unincorporated area outside Yreka & Montague |
| 014 | South Yreka; North Scott Valley |
| 015 | Scott River below Meamber Creek |
| 016 | Happy Camp Area |
| 017 | Happy Camp Area West of Klamath River |
| 018 | Medicine Lake Area |
| 019 | East Big Springs, Tennant |

| | |
|---|---|
| 020 | North of Weed; Lake Shastina, Big Springs |
| 021 | Unincorporated area around Weed |
| 022 | SW Shasta Valley |
| 023 | South Scott Valley |
| 024 | Greenview, Oro Fino, Quartz Valley |
| 025 | West of Scott Valley – Marble Mountains |
| 026 | Klamath River – Ti Bar Area |
| 027 | SE Siskiyou County – Bartle Area |
| 028 | McCloud Area |
| 030 | West of Mt. Shasta & Dunsmuir |
| 031 | South Scott Valley – Callahan |
| 032 | North Fork Salmon River – Sawyers Bar |
| 033 | Salmon River Area – Forks to Somes Bar |
| 034 | South Fork Salmon River – Cecilville |
| 035 | Mt. Hebron |
| 036 | West of Mt. Shasta |
| 037 | East of Mt. Shasta |
| 038 | Grenada Area |
| 039 | Big Springs-Shasta Valley |
| 040 | Hornbrook Area |
| 041 | North Shasta Valley to Iron Gate Lake |
| 050 | City of Dorris |
| 051 | City of Tulelake |
| 052 | City of Montague |
| 053 | City of Yreka – North |
| 054 | City of Yreka – City Center |
| 055 | City of Fort Jones |
| 056 | City of Etna |
| 057 | City of Mt. Shasta |
| 058 | City of Dunsmuir – South |
| 059 | City of Dunsmiur – North |
| 060 | City of Weed |
| 061 | City of Yreka – Central/ South |
| 062 | City of Yreka – South |
| 067 | City of Mt. Shasta |
| 100 | Mt. Shasta Vista Subdivision |
| 101 | Mt. Shasta-McCloud Subdivision |
| 102 | Iron Gate Lake Estates Subdivision |
| 103 | Klamath River Country Estates Sub. – West |
| 104 | Klamath River Country Estates Sub. – East |
| 106 | Lake Shastina Subdivision – North |
| 107 | Lake Shastina Subdivision – Central & South |
| 108 | Lake Shastina Subdivision – East & West |
| 109 | Juniper Valley Subdivision |
| 800 | Unsecured – Business Equipment, Etc. |
| 801 | Unsecured – Quarries & Timber Rights |
| 802 | Unsecured – Billboard Assessments |
| 803 | Unsecured – Water Rights, Etc. |
| 820 | Unsecured – Aircraft Assessments |
| 830 | Unsecured – Boat Assessments |
| 850 | Unsecured – Leasehold Improvements |
| 860 | Unsecured – Possessory Interests |
| 870 | Unsecured – Utility/ Water Companies |
| 910 | Manufactured Homes on Leased Land (Parks) |
| 912 | Manufactured Homes on Foundations – Leased Land |
| 980, 981 | Supplemental Assessments – Change in Ownership – U/S Roll |
| 985, 986 | Supplemental Assessments – New Construction – U/S Roll |
| 990, 991 | Supplemental Assessments – Change in Ownership |
| 995, 996 | Supplemental Assessments – New Construction |

# Exhibit C

# Shasta Valley Groundwater Basin

Groundwater Basin Number: 1-4
County: Siskiyou
Surface Area: 56,640 (82 square miles)

## Basin Boundaries and Hydrology

The Shasta Valley Groundwater Basin is located along the west side of Shasta Valley and consists of Quaternary terrace deposits and alluvium.  In the vicinity of Montague, the basin trends to the northeast and largely consists of older alluvium.  The basin is bounded on the west by Paleozoic metamorphic and sedimentary rocks and Mesozoic intrusive rocks of the Klamath Mountains.  On the east, from the southern extents of the basin north to Montague, the basin is bounded by a debris avalanche from ancestral Mount Shasta (Crandell 1984).   Little Shasta Valley is bounded by the debris avalanche and Holocene Plutos Cave basalt to the south, and Eocene to Miocene volcanic rocks of the western Cascades to the east and north, which also separates Little Shasta Valley from the Shasta Valley Basin located north of Montague.  Annual precipitation within the basin is estimated to be 13- to 25-inches, increasing to the south.

## Hydrogeologic Information
### Water-Bearing Formations

The primary water-bearing formation in the basin is Quaternary alluvium.  Though the basin boundary is defined by alluvial deposits, the groundwater body of the entire valley appears to be hydrologically continuous with all geologic units (Mack 1960) including Plutos Cave basalt, the volcanic rocks of the western Cascades, and the ancestral Mount Shasta debris avalanche.  A brief description of these units is provided below.

**Holocene Alluvium.**  Alluvium underlies the majority of the basin and consists of silt and clay with beds of sand and gravel.   Most wells yield water for domestic and stock uses.  Irrigation wells obtaining water from alluvium are located mostly along the western margins of the valley.  The thickness of unit may range up to 140 feet.  Well yields range from 150- to 1,000-gpm.  Specific capacity ranges from 2- to 67-gpm per foot of drawdown (Mack 1960).

The alluvium of Little Shasta Valley was derived from basic volcanic rocks of high calcium content resulting in the cementing of the subsoil into a hardpan.  The alluvial strip from Gazelle to Grenada contains no hardpan (Mack 1960).

**Pleistocene to Holocene Alluvium.**  Older alluvial deposits underlie the northern part of the valley north of Montague.  The older alluvium includes gravels derived from metamorphic rocks of the Klamath Mountains and the Chico Formation.  A hardpan layer of approximately one foot in thickness is present just below the surface, cemented primarily with iron minerals.  In the vicinity of Montague, the older alluvium is up to 100 feet thick yielding sufficient water for domestic and stock uses.

The following geologic units are not located within the basin boundary but serve as significant groundwater storage and recharge areas within Shasta Valley. Groundwater has also been developed in these areas.

**Holocene Plutos Cave Basalt**. The Plutos Cave Basalt covers about 50 square miles in the southeastern part of the valley and forms a small segment of the basin boundary south of Little Shasta Valley. The flow is composed of black, vesicular olivine-rich augite basalt. The unit provides abundant water to wells and springs for irrigation and domestic uses with well yields up to 4,000 gpm, averaging 1,300 gpm. The groundwater appears to be present in the lava tubes, fractures and contacts between individual flows. Contacts between flows are vesicular and fractured. The unit may be as thick as 400 feet near the source at the south end of the valley.

**Pleistocene Debris Landslide Deposit**. The debris avalanche of ancestral Mount Shasta forms the basin boundary to the east from south of Gazelle to north of Grenada. The deposit covers about 180 square miles and consists of two lithologically distinct parts, the matrix facies and the block facies. The matrix facies consists of an unsorted and un-stratified mixture of pebbles, cobbles, and boulders in a compact sandy silt resembling a mudflow. The boulders and most cobbles are pyroxene andesite similar to rocks that make up the Mount Shasta volcano. In places the matrix incorporates the material from the underlying deposits, alluvial sand and gravel or lacustrine sediments. The fine grained part of the matrix includes sedimentary rock of the Hornbrook Formation, pulverized volcanic rock, and the alluvial and lacustrine sediments incorporated as the avalanche traveled across the valley floor. The matrix facies underlies flat areas between hills and extends beyond the outermost extent of the hills and mounds to the west side of Shasta Valley up to the upper end of the Shasta River gorge (Crandell 1984). The maximum exposed thickness of the matrix facies is about 100 feet near the Shasta River northwest of Edgewood. Some wells penetrate over 225 feet of material interpreted to be the matrix facies (Crandell 1984). The block facies forms the mounds, hills and ridges of the debris avalanche. The block facies includes individual andesite blocks, ranging in size from tens to hundreds of meters in maximum dimension, and masses of coherent but unconsolidated volcaniclastic deposits. Some hills consist of one or more large blocks of a single rock type with the slopes of most hills veneered with smaller rock fragments of varied rock types. Other hills are formed by lithologically dissimilar blocks that are parts of continuous stratigraphic successions transported in the same relative positions as their original sequence.

**Eocene to Miocene Volcanic Rocks of the High Cascades.** Volcanic rocks of the Cascades form the basin boundary to the north, south, and east for the portion of Shasta Valley Basin located north of Montague and also the boundary north and east of Little Shasta Valley. The older peaks of the high Cascades include Miller Mountain, Eagle Rock, and Goosenest and Willow Creek Mountain. The rocks are highly fractured, very permeable and are a major element of the groundwater storage reservoir and recharge mechanism in the valley. The individual flow units range in thickness from 10- to 50-feet and intermittently up to 100 feet. Individual well yields are quite

variable depending on the flow thickness and number of flow contacts intercepted as well as vertical fracturing.

### Groundwater Level Trends

Analysis incomplete.

### Groundwater Storage

The basin boundary has been delineated by the contact of the alluvial fill with the surrounding hard rock. Although some wells produce water from the alluvium, many wells also produce water from underlying volcanic rock. All units in the valley are hydrologically interconnected. The volcanic units provide storage and recharge to the basin and also serve as recharge and storage to areas outside of the basin. Due to the complexity of the region with respect to the extensive network of volcanic recharge/storage areas, the amount of groundwater in storage has not been estimated.

### Groundwater Budget (Type B)

Estimates of groundwater extraction for the Shasta Valley Basin are based on a survey conducted by the California Department of Water Resources during 1991. The surveys included land use and sources of water. Estimates of groundwater extraction for agricultural and municipal/industrial uses are 50,000, and 2,210 acre-feet respectively. Deep percolation of applied water is estimated to be 18,600 acre-feet.

### Groundwater Quality

**Characterization.** Groundwater in the basin is characterized as magnesium bicarbonate and calcium bicarbonate type water. Total dissolved solids range from 131- to 1,240-mg/L, averaging 406 mg/L (DWR unpublished data).

**Impairments.** Table Rock Springs has saline carbonated waters high in sodium, chloride, and boron. Some areas have high conductivity, ASAR, boron, and calcium. Locally high magnesium, iron, fluoride, nitrate, chloride, sodium, sulfate, hardness, and total dissolved solids concentrations occur within the basin.

## Water Quality in Public Supply Wells

| Constituent Group[1] | Number of wells sampled[2] | Number of wells with a concentration above an MCL[3] |
|---|---|---|
| Inorganics – Primary | 5 | 0 |
| Radiological | 4 | 0 |
| Nitrates | 15 | 2 |
| Pesticides | 2 | 0 |
| VOCs and SVOCs | 2 | 0 |
| Inorganics – Secondary | 5 | 0 |

[1] A description of each member in the constituent groups and a generalized discussion of the relevance of these groups are included in *California's Groundwater – Bulletin 118* by DWR (2003).
[2] Represents distinct number of wells sampled as required under DHS Title 22 program from 1994 through 2000.

[3] Each well reported with a concentration above an MCL was confirmed with a second detection above an MCL. This information is intended as an indicator of the types of activities that cause contamination in a given basin. It represents the water quality at the sample location. It does not indicate the water quality delivered to the consumer. More detailed drinking water quality information can be obtained from the local water purveyor and its annual Consumer Confidence Report.

## Well Characteristics

| Well yields (gal/min) | | |
|---|---|---|
| Municipal/Irrigation | Range: 2 – 1,200 | Average: 273 (13 Well Completion Reports) |
| **Total depths (ft)** | | |
| Domestic | Range: 20 – 1,183 | Average: 156 (704 Well Completion Reports) |
| Municipal/Irrigation | Range: 40 – 450 | Average: 164 (82 Well Completion Reports) |

## Active Monitoring Data

| Agency | Parameter | Number of wells /measurement frequency |
|---|---|---|
| DWR | Groundwater levels | 9 wells semi-annually |
| DWR | Miscellaneous Water Quality | 15 wells biennial |
| Department of Health Services and cooperators | Miscellaneous Water Quality | 24 |

## Basin Management

| | |
|---|---|
| Groundwater management: | Siskiyou County adopted a groundwater management ordinance in 1998 |
| Water agencies | |
| Public | Montague Water CD, Grenada ID |
| Private | |

## Selected References

California Department of Water Resources. 1959. Shasta Valley Water Quality Investigation, Division of Resource Planning. California Department of Water Resources.

Crandell DR, Miller CD, Christiansen RL, Glicken HX, Newhall CG. 1984. Catastrophic Debris Avalanche from an Ancestral Mount Shasta Volcano, California. Pacific Section, Society of Economic Paleontologists and Mineralogists.

Crandell DR, Miller CD, Glicken HX, Christiansen RL, Newhall CG. 1983. Huge Debris Avalanche of Pleistocene Age from Ancestral Mount Shasta Volcano, California. Geological Society of America.

Crandell DR, Miller CD, Glicken HX, Christiansen RL, Newhall CG. 1984. Catastrophic Debris Avalanche from Ancestral Mount Shasta Volcano, California. Geology 12:143-146.

Irwin WP. 1966. Geology of the Klamath Mountain Province. California Division of Mines and Geology. Bulletin 190. p.19-38

Irwin WP. 1981. Tectonic Accretion of the Klamath Mountains. In: Ernst WG, editor. The Geotectonic Development of California: Prentice Hall, Inc. p 29-49.

Mack. 1960. Geology and Ground Water of Shasta Valley, Siskiyou County, California. USGS. Water Supply Paper 1484.

## Bibliography

Bailey EH. 1966. Geology of Northern California. California Division of Mines and Geology. Bulletin 190.

California Department of Water Resources. 1958. Ground Water Conditions in Central and Northern California 1957-58. California Department of Water Resources. Bulletin 77-58.

California Department of Water Resources. 1960. Northeastern Counties Investigation. California Department of Water Resources. Bulletin 58.

California Department of Water Resources. 1964. Quality of Ground Water in California 1961-62, Part 1: Northern and Central California. California Department of Water Resources. Bulletin 66-62.

California Department of Water Resources. 1964. Shasta Valley Investigation. Bulletin 87.

California Department of Water Resources. 1975. California's Ground Water. California Department of Water Resources. Bulletin 118.

California Department of Water Resources. 1980. Ground Water Basins in California. California Department of Water Resources. Bulletin 118-80.

California Department of Water Resources. 1990. Shasta Valley Water Quality Literature Review. California Department of Water Resources, Northern District.

California Department of Water Resources. 1998. California Water Plan Update. California Department of Water Resources. Bulletin 160-98, Volumes 1 and 2.

Chesterman CW. 1971. Volcanism in California. California Geology 24(8):137-147.

Condie KL, Swenson PH. 1973. Compositional Variation in Three Cascade Strato-Volcanoes: Jefferson Rainier and Shasta. Bulletin Volcanologique 37:205-230.

Dickinson WR, Ingersoll RV, Grahm SA. 1979. Paleogene Sediment Dispersal and Paleotectonics in Northern California. Geological Society of America Bulletin 90:1458-1528.

Mankinen EA, Irwin WP, Graomme CS. 1984. Implications of Paleomagnetism for the Tectonic History of the Eastern Klamath and Related Terrains in California and Oregon. Pacific Section Society of Economic Paleontologists and Mineralogists No. 42(Geology of the Upper Cretaceous Hornbrook Formation, Oregon and Califorina):221-229.

Mortimer N, Coleman RG. 1984. A Neogene Structural Done in the Klamath Mountains, California and Oregon. Pacific Petroleum Geologist 42(Geology of the Upper Cretaceous Hornbrook Formation, Oregon and California):179-186.

Nilsen TH. 1984. Stratigraphy, Sedimentology, and Tectonic Framework of the Upper Cretaceous Hornbrook Formation, Oregon and California. Pacific Section Society of Economic Paleontologists and Mineralogists 42(Geology of the Upper Cretaceous Hornbrook Formation, Oregon and California):51-58.

Planert M, Williams JS. 1995. Ground Water Atlas of the United States, Segment 1, California, Nevada. USGS. HA-730-B.

Siskiyou County Department of Public Works. 1951. Investigation of Effects of High Ground Water Table on Disposal of Sewage by Septic Tanks Near Montague, Siskiyou County, California.

Strand RG. 1969. Geologic Atlas of California [Weed Sheet]. California Division of Mines and Geology.

Wagner DL, Saucedo GJ. 1987. Geologic Map of the Weed Quadrangle, California, Regional Geologic Map Series 4A. California Division of Mines and Geology.

Case 2:22-cv-01378-KJM-AC     Document 109-6     Filed 11/22/24     Page 75 of 126

## Errata

Changes made to the basin description will be noted here.

# Butte Valley Groundwater Basin

- Groundwater Basin Number:  6-81
- County:  Inyo
- Surface Area:  8,810 acres (13.8 square miles)

## Basin Boundaries and Hydrology

This groundwater basin underlies Butte Valley in the Panimint Range of southern Inyo County. The basin is bounded by impermeable rocks of the Panamint Range, with Needle Peak on the south and Striped Butte on the east (Jennings and others 1962). Average annual precipitation ranges from 6 to 8 inches.

## Hydrogeologic Information

### Water Bearing Formations

Groundwater is likely found in alluvium of Quaternary age. Such alluvium likely consists of unconsolidated, fine- to coarse-grained sand, pebbles, and boulders with variable amounts of silt and clay.

### Restrictive Structures

The southwest-trending Butte Valley fault zone crosses the central portion of the basin; however, it is unknown whether or not this fault is a barrier to groundwater movement.

### Recharge Areas

Recharge to the basin is most likely from percolation of precipitation and runoff from the surrounding mountains.

### Groundwater Level Trends

Unknown.

### Groundwater Storage

**Groundwater Storage Capacity.** Unknown.

**Groundwater in Storage.** Unknown.

### Groundwater Budget (Type C)

No information is available.

### Groundwater Quality

**Characterization.** Unknown.

**Impairments.** Unknown.

## Well Production characteristics

**Well yields (gal/min)**

Municipal/Irrigation

**Total depths (ft)**

Domestic

Municipal/Irrigation

## Active Monitoring Data

| Agency | Parameter | Number of wells /measurement frequency |
|---|---|---|
| | Groundwater levels | |
| | Miscellaneous water quality | |
| Department of Health Services and cooperators | Title 22 water quality | |

## Basin Management

Groundwater management:

Water agencies

   Public

   Private

## References Cited

Jennings, C. W., J. L. Burnett, B. W. Troxel. 1962. *Geologic Map of California: Trona Sheet.* Olaf P. Jenkins Edition. California Department of Conservation, Division of Mines and Geology. Scale 1: 250,000.

Additional References

California Department of Water Resources (DWR). 1964. *Ground Water Occurrence and Quality Lahontan Region.* Bulletin No.106-1. 439 p.

_____. 1975. *California's Ground Water.* Bulletin 118. 135 p.

## Errata

Changes made to the basin description will be noted here.

# Exhibit D



All rights reserved

Exhibit E



# A Review of the Potential Impacts of Cannabis Cultivation on Fish and Wildlife Resources

California Department of Fish and Wildlife
Habitat Conservation Planning Branch

*July 2018*



*Prepared by:*
    *Ange Baker, Sr. Environmental Scientist*
    *Habitat Conservation Planning Branch*
    *California Department of Fish and Wildlife*

*Cover Photo by:*
    *Scott Bauer, Sr. Environmental Scientist (Supervisor)*
    *Northern Region (R1)*
    *California Department of Fish and Wildlife*

# Table of Contents

**1. Introduction** ..................................................................................................... 1

**2. Pollutants** ........................................................................................................ 1

    **2.1 Pesticides (insecticides, herbicides, fungicides)** .................................. 1

        2.1.1 Direct Effects ........................................................................... 1

        2.1.2 Indirect Effects ........................................................................ 3

    **2.2 Rodenticides** ......................................................................................... 4

        2.2.1 Direct Effects ........................................................................... 4

        2.2.2 Indirect Effects ........................................................................ 4

    **2.3 Fertilizers and Imported Soils** .............................................................. 5

**3. Water Impacts** ................................................................................................. 6

    **3.1 Water Diversion** ..................................................................................... 6

    3.1.1 Changes in Flow Regimes ............................................................ 6

    3.1.2 Changes in Water Properties ....................................................... 7

    3.1.3 Dewatered Streams ..................................................................... 8

    3.1.4 Other Impacts .............................................................................. 9

    **3.2 Dams and Stream Crossings** ................................................................ 9

    **3.3 Delivery of Pollutants** ........................................................................... 9

**4. Terrestrial Impacts** ....................................................................................... 10

    **4.1 Site Development** ................................................................................. 10

    **4.2 Site Use and Maintenance** .................................................................. 11

        4.2.1 Road Use ................................................................................ 11

        4.2.2 Noise ...................................................................................... 13

        4.2.3 Artificial Lighting .................................................................... 14

**5. Direct Ingestion** ............................................................................................ 16

**6. References** ................................................................................................... 17

**Appendix A.** ................................................................................................... A-1

**Appendix B.** ................................................................................................... B-1

# 1. Introduction

"A Review of the Potential Impacts of Cannabis Cultivation on Fish and Wildlife Resources" provides a synthesis of the available scientific literature on potential impacts of cannabis cultivation on fish, wildlife, and associated ecosystems. As defined by the California Department of Food and Agriculture, cannabis (marijuana) cultivation refers to "…any activity involving the planting, growing, harvesting, drying, curing, grading, or trimming of cannabis." The review focuses on outdoor cultivation of cannabis, including greenhouse cultivation.

"The combination of limited water resources, a water-hungry crop, and cultivation in sensitive ecosystems means that marijuana cultivation can have environmental impacts that are disproportionately large given the area under production" (Carah et al. 2015).

# 2. Pollutants

Cannabis cultivation sites often use substantial quantities of pesticides, including insecticides and rodenticides, to discourage wildlife foraging on cannabis plants and to decrease damage to irrigation lines (NDIC 2007).

## 2.1 Pesticides (insecticides, herbicides, fungicides)

This section will focus on the effects of pesticides including insecticides, herbicides, and fungicides; effects of rodenticides are addressed in section 2.2.

2.1.1 Direct Effects

The direct effects of pesticides on wildlife include acute poisoning, immunotoxicity, endocrine disruption, reproductive failure, altered morphology and growth rates, and changes in behavior.

Wildlife can be poisoned by pesticides after exposure to a toxic dose through ingestion, inhalation, or dermal contact (Pimentel 2005, Berny 2007). In addition to killing arthropod pests, insecticides are toxic to native insect pollinators, other beneficial arthropods (e.g., spiders, predatory mites, etc.), and beneficial decomposers such as earthworms, fungi, bacteria, and protozoa (Pimentel 2005). Herbicides have also been shown to cause mortality in beneficial arthropods (Freemark and Boutin 1995).

Pesticide poisoning has also been documented in numerous vertebrae taxa, primarily birds (see Appendix A; Nettles 1976, Henny et al. 1987, Littrell and Hunter 1988, Augspurger et al. 1996, Mineau et al. 1999, Fleischli et al. 2004, Pimentel 2005). For example, granivorous birds can die after eating seeds coated in insecticides (Fairbrother 1996, Mineau and Palmer 2013). Mineau and Whiteside (2013) suggested that pesticide use was the most important indicator of grassland bird declines in the

U.S. when they found that the best predictors of such declines were lethal pesticide risk and insecticide use, not agriculture intensification. Population declines have also been demonstrated in herbivorous birds due to changes in plant species abundance and composition as a result of herbicide use (Sotherton et al. 1988). Pesticide use has also been shown to decrease species diversity, including loss of sensitive passerine and raptor species (Clark et al. 1986, Smutz 1987, Warner 1994). Additionally, pesticides can cause embryotoxicity to eggs of waterfowl (Hoffman and Albers 1984). Other taxa including fish (Pimentel 2005), amphibians (Relyea and Diecks 2008, Egea-Serrano et al. 2012, Brühl et al. 2013), and reptiles (Mingo et al. 2016) also have documented casualties of pesticide poisoning. Furthermore, pesticide toxicity is increased when combined with environmental stressors (e.g., predators), as has been demonstrated in amphibians (Relyea 2003).

The immune system of wildlife species can be compromised by chronic exposure to low doses of pesticides (Li and Kawada 2006, Zabrodskiĭ et al. 2012). Exposure to pesticides can lower the immune function of anurans leaving them susceptible to death from parasitic infections and pathogens (Christin et al. 2003, Rohr et al. 2008). For example, wood frogs (*Lithobates sylvaticus*) exposed to pesticides are more susceptible to trematode infections (Kiesecker 2002). Additionally, pesticide exposure may decrease an animal's ability to recover from physical injuries (Zabrodskii et al. 2002).

Disruption of the endocrine system is another common consequence of pesticide exposure. In birds, such exposure can cause alterations in the thyroid gland that negatively impacts thyroid homeostasis and thus metabolism (Pandey and Mohanty 2015). Aquatic mammals experience endocrine disruption when pesticides used in cultivation run-off into aquatic systems (Ross 2000). Pesticide run-off can also be problematic for other aquatic species. Male frogs exposed to pesticides have lower testosterone levels which can result in hermaphroditic changes (Hayes 2013). Frogs also experience inhibited growth of the larynx (Hayes 2013), which likely has consequences for mating success if they are unable to participate in mating calls. In fish, pesticides can inhibit important hormones causing delays in growth (Baldwin et al. 2009).

Exposure to pesticides may also result in reproductive failure for many wildlife species. In birds, exposure has been shown to reduce egg production leading to reduced clutch sizes (Grue et al. 1997, Pimentel 2005, Berny 2007). Pesticides can also cause reduced litter sizes in mammals (Grue et al. 1997, Pimentel 2005), and mammalian fertility may also be compromised when pesticides alter ovarian development and function (Tiemann 2008). Similarly, pesticides can lead to chemical castration in frogs (Hayes 2013).

Another direct effect of pesticides on wildlife is their ability to alter morphology and growth rates of certain species; these effects have primarily been documented in amphibians (Relyea 2012). For example, pesticides have been shown to cause limb deformities in wood frogs (Kiesecker 2002). They also can result in a reduction in growth and development leading to death in leopard frogs (*Lithobates pipiens*), a species of special concern in California (Relyea and Diecks 2008).

Pesticides can also cause alterations in wildlife behavior. Arthropods exhibit altered search and attack behaviors after exposure to pesticides (Pimentel 2005). In mammals, pesticides have been shown to decrease coordination and motor skills and slow response rates to noise (Wolansky and Harrill 2008). Exposure has resulted in decreased foraging time in birds (Fairbrother 1996) and change in diet of small mammals (Johnson 1964, Fagerstone et al. 1977). Pesticides also decrease the ability of birds and mammals to thermoregulate (Grue et al. 1997). When fish are exposed to pesticide run-off, they develop swimming abnormalities making them more susceptible to predation (Renick et al. 2015).

## 2.1.2 Indirect Effects

Pesticides can indirectly impact wildlife through reduction of food resources and refuges, starvation due to decreased prey availability, hypothermia, and secondary poisoning.

Pesticides can decrease habitat availability for wildlife through the elimination of food resources (e.g., plants) as well as refuge sites when plant abundance and diversity is decreased (Pimentel 2005). Small mammals experience decreased survival as a result of diet shifts, greater foraging dispersal, and limited availability of cover (Keith et al. 1959, Tietjen et al. 1967, Johnson and Hansen 1969, Hull, Jr. 1971, Spencer and Barrett 1980). Southern red-backed vole (*Myodes gapperi*) abundance, for example, decreases as primary food sources are reduced and cover is eliminated by herbicides (D'Anieri et al. 1987). Reduced shrub cover from herbicides has also been shown to decrease species diversity of small mammals (Lillywhite 1977). Moreover, small mammals that experience diet shifts have been shown to have lower reproductive success (Spencer and Barrett 1980). Diet shifts and increased foraging dispersal resulting from herbicide use have also been implicated in decreased chick survival of ground-feeding gamebirds (Green 1984, Rands 1986, Warner 1994).

When prey availability is decreased from pesticide use (e.g., arthropod reductions from insecticide exposure), it may contribute to starvation of wildlife species. For example, reduced insect prey populations such as mosquitoes and beetles have been linked to declines in insectivorous bird populations, as insects are vital to birds during the breeding season (Hallmann et al. 2014). Starvation as a result of pesticide use has also been demonstrated in fish (Pimentel 2005), game birds (Pimentel 2005, Berny 2007), and mammals (Grue et al. 1997).

Sublethal levels of pesticide exposure can cause short-term hypothermia in birds and mammals (Grue et al. 1991, Gordon 1994). Mallard ducklings (*Anas platyrhynchos*) exposed to low levels of the insecticide carbofuran experienced hypothermia and increased mortality at temperatures as high as 10° C (50° F) (Martin and Solomon 1991). In mammals, the LD50 (dose at which 50% of test subjects died) dose of pesticides was significantly reduced when temperatures were both higher and lower than average; this suggests that animals were not effectively thermoregulating when exposed to pesticides (Ahdaya et al. 1976).

Lastly, secondary poisoning either through groundwater contamination and run-off or by feeding on exposed animals is a common consequence of pesticide use (Pimentel 2005). There are numerous examples of secondary poisoning of predators and scavengers that fed on incapacitated or dead animals. Gamebirds that fed on insects (that fed on plants treated with herbicides) had decreased chick survival (Berny 2007), and laughing gull (*Leucophaeus atricilla*) adults and chicks have experienced secondary poisoning from insecticides (White et al. 1979). Raptors are also common victims of secondary poisonings. Mendelssohn and Paz (1977) reported a mass mortality of raptors that fed on poisoned voles and birds. Mortality due to secondary poisoning has also been documented in red-shouldered hawks (*Buteo lineatus*; Balcomb 1983), barn owls (*Tyto alba*; Hill and Mendenhall 1980), and bald eagles (*Haliaeetus leucocephalus*; Elliott et al. 1996).

## 2.2 Rodenticides

Anticoagulant rodenticides (ARs) are toxic pesticides used to decrease the impacts of herbivores (primarily small mammals) on cannabis plants (NDIC 2007). They work by inhibiting blood from clotting and coagulating, ultimately leading to death (Gabriel et al. 2015).

### 2.2.1 Direct Effects

The direct effects of AR exposure on wildlife are acute poisoning and immunotoxicity. AR use has resulted in the poisoning of numerous non-target species (Eason and Spurr 1995, Erickson and Urban 2004, Brakes and Smith 2005). A likely reason for this is that many manufactures of ARs use "flavorizers" to make them more palatable, including sugar, bacon, cheese, peanut butter, and apple, which makes them attractive to a variety of species (Gabriel et al. 2012). Direct mortality from consumption of ARs has been documented in birds and small mammals (Sánchez-Barbudo et al. 2012).

Exposure to ARs may also compromise the immune system of non-target species making them vulnerable to pathogens and pesticides. Riley (2007) found that AR exposure predisposed wild felids (bobcats (*Lynx rufus*) and mountain lions (*Puma concolor*)) to notoedric mange. Furthermore, voles that were exposed to ARs exhibited higher prevalence of the bacteria that causes tularemia, a zoonotic disease (Vidal et al. 2009).

### 2.2.2 Indirect Effects

The indirect effects of ARs on wildlife include starvation due to decreased prey availability, secondary poisoning, reduction in clotting mechanisms, and hypothermia.

Similarly to other pesticides, AR exposure may result in predator starvation as prey populations have been shown to be affected by rodenticide use (Wengert 2015). Secondary poisoning from ARs is also common; as the rodenticide accumulates in the prey species, they are easily captured by predators in their weakened state (Berny et al. 1997, Berny 2007). Approximately 70% of animals sampled by CDFW test positive for

4

at least one AR compound (Daniels 2013); they have been found in a variety of taxa including small mammals (Littrell and Hunter 1988, Alterio et al. 1997, Stone et al. 1999, Hosea 2000, Fournier-Chambrillon et al. 2004, Riley et al. 2007, McMillin et al. 2008, Proulx and Mackenzie 2012), corvids (Howald et al. 1999, Stone et al. 1999), raptors (Mendenhall and Pank 1980, Hegdal and Colvin 1988, Stone et al. 1999, 2003, Hosea 2000, Franklin et al. 2018, Gabriel et al. 2018), and turkeys (Hosea 2000) (see Appendix B for complete list). Additionally, Burns-Edel (2016) documented secondary poisoning of herbivores through feeding on vegetation which had absorbed rodenticide compounds.

One particular concern from AR use is their impact on rare carnivores of conservation concern. Several studies have found that ARs are a cause of mortality for Pacific fishers (*Pekania pennanti*), a candidate for listing under the ESA and CESA as well as a species of special concern in California (Gabriel et al. 2012, 2015, Thompson et al. 2014). Thompson et al. (2014) found that survival of female fishers was linked to the number of cannabis cultivation sites within their home ranges, and therefore, cultivation sites that utilize ARs may present a similar risk to other carnivores of concern in California including Sierra Nevada red fox (*Vulpes vulpes necator*), Humboldt (coastal) marten (*Martes caurina humboldtensis*), wolverine (*Gulo gulo*), gray wolf (*Canis lupus*), as well as raptors such as northern spotted owl (*Strix occidentalis caurina*), California spotted owl (*S. occidentalis occidentalis*), and great gray owls (*S. nebulosa*; Gabriel et al. 2012).

Sub-lethal exposure to ARs may also endanger wildlife by decreasing the ability of animals to clot properly (Valchev et al. 2008). Erickson and Urban (2004) found numerous accounts of predators, particularly raptors, with relatively low concentrations of ARs in their system dying from excessive bleeding as a result of minor wounds from their prey. Examples of this phenomenon have also been documented in screech owls (*Otus asio*; Rattner et al. 2012), barn owls (Webster 2009), and least weasels (*Mustela nivalis*; Townsend et al. 1984). Additionally, similarly to other pesticides, sub-lethal exposure to ARs may cause short-term hypothermia in birds and mammals compromising their ability to thermoregulate (Jaques 1959, Grue et al. 1991, Gordon 1994).

## 2.3 Fertilizers and Imported Soils

Cultivation of cannabis requires a nitrogen-rich soil environment (O'Hare et al. 2013), and thus, many cultivators use fertilizers and imported soils to increase the nitrogen content of the local soils.

Fertilizers can have a variety of negative impacts on ecosystems. They can decrease species diversity and abundance (Kleijn and Snoeijing 1997), and also decrease activity of aquatic species, including frog tadpoles (Xu and Oldham 1997). Nutrient enrichment will often increase the abundance of pests and pathogens, including those that impact wildlife (Matson et al. 1997, Johnson et al. 2010). For example, fertilizer inputs are often correlated with increases in the occurrence, severity, and distribution of infectious diseases (Johnson et al. 2010). Also, many outdoor cannabis grows include imported

soils that may contain invasive plant or animal species that can harm native biodiversity (Butsic and Brenner 2016).

Excess nutrients from fertilizers that wash into watersheds can also have negative consequences for wildlife. They can cause nutrient imbalances in the watersheds (Mallery 2010) and, through pollution of the watershed, can kill fish and other wildlife (NDIC 2007). Fertilizers often cause algae outbreaks in water systems (Mallery 2010), which, when they begin to decay, can deplete the water of oxygen, suffocating fish and other aquatic life (Bland 2014). Algae outbreaks in wetlands have also been shown to increase the abundance of parasites, such as trematodes (*Ribeiroia ondatrae*) that cause limb deformities in amphibians (Johnson et al. 2010). Additionally, fertilizers can enter and contaminate groundwater as well (NDIC 2007).

## 3. Water Impacts

According to Dudgeon et al. (2006), four of the five greatest threats to freshwater biodiversity today are flow modification, water pollution, habitat degradation, and species invasions. All four of these threats are common consequences of cannabis cultivation. On the west coast, 60% of amphibians, 16% of reptiles, 34% of birds, and 12% of mammals are classified as riparian obligates (Kelsey and West 1998).

### 3.1 Water Diversion

The primary method by which cannabis cultivation may impact wildlife is through water diversions. California has a Mediterranean climate in which most precipitation occurs during the winter months. Thus, during the growing season for cannabis (May-September), there is very little precipitation. As each cannabis plant requires about 22.7 L (6 gal) of water per day, growers must acquire water through alternate means, most commonly through irrigation by diverting springs and headwater streams. Consequences of water diversion include changes in flow regimes, fish passage barriers, loss of wildlife habitat, changes in water properties, rerouting of streams, and dewatered streams.

### 3.1.1 Changes in Flow Regimes

Reduced instream flows, prolonged low flows, and loss of seasonal flow peaks can have a number of impacts on wildlife, and changes in flow rates are likely to become even more pronounced as the climate changes (Deitch et al. 2018). High flows remove and transport fine sediment downstream (Poff et al. 1997); without these flows, streams may become graded or buried, decreasing available habitat for aquatic species. Reduction in flow can also cause channels to become disconnected from floodplains resulting in decreased productivity; floodplains are important nursery grounds for some fish species, and they transfer organic matter and organisms into the main channel (Poff et al. 1997). When fish lose access to backwater wetlands, they can experience reduced reproduction and recruitment (Junk et al. 1989, Sparks 1995). These decreases in habitat availability can increase both intra and interspecific competition as

well as likelihood of predation (CDFG 2004). Changes in flow rates can also increase the prevalence of invasive species including plants (Horton 1977, Friedman et al. 1998) and fish (Gehrke et al. 1995).

Decreased flows can also increase mortality and negatively impact abundance and diversity of a variety of species. Salmonids, for example, require suitable flow regimes (Moyle 2002). Water diversions have been shown to increase mortality of both juvenile and adult coho salmon (*Oncorhynchus kisutch*; CDFG 2004, CDFW 2015), and Almodovar and Nicola (1999) found that reduced flows can lead to decreased density and biomass of brown trout (*Salmo trutta*). Flow rates can be particularly important for survival of salmonids that live in intermittent streams (Obedzinski et al. 2018). Low flows can result in the loss of sensitive fish species, such as fluvial specialists, leading to decreased diversity (Gehrke et al. 1995, Travnichek et al. 1995, Humphries et al. 2002, Irwin and Freeman 2002, Anderson et al. 2006, Freeman and Marcinek 2006). Reduced flows can also lead to stagnant water conditions, a situation that allows the growth of harmful cyanobacteria resulting in mortality of salmonids and other aquatic animals (Power et al. 2015)

Amphibians can also be sensitive to decreased flows; plethodontid salamanders are intolerant to desiccation and thus vulnerable to headwater stream diversions (Ray 1958). Kupferberg et al. (2012) reported that low flows were strongly correlated with early life stage mortality and decreased adult densities of foothill yellow-legged frogs (*Rana boylii*) and California red-legged frogs (*Rana draytonii*), both species of special concern in California. Plant cover and diversity can also be decreased by reduced flows (Busch and Smith 1995, Stromberg et al. 1996), likely as a result of physiological stress leading to reduced growth rates and recruitment, morphological changes, and mortality (Reily and Johnson 1982, Perkins et al. 1984, Fenner et al. 1985, Kondolf and Curry 1986, Rood and Mahoney 1990). Wash-out and stranding of fish and other aquatic species can also be a consequence of reduced flows (Cushman 1985).

Fish use stream flows (high and low flows) as cues for certain life cycle transitions, and therefore, prolonged low flows can disrupt natural cues and result in changes in timing of life cycle events (Poff et al. 1997). Spawning and egg hatching can be disrupted by sustained low flows (Montgomery et al. 1983, Næsje et al. 1995, Fausch and Bestgen 1997), and migration can be delayed (Jonsson 1991; CDFG 2004).

Reduced seasonal flows can also decrease food supply for aquatic species (CDFG 2004). McKay and King (2006) reported decreased diversity of macroinvertebrates in response to low flows. Such changes can result in a substantial alteration of the aquatic food webs (Power 1992, Wootton et al. 1996). Decreases in prey availability (e.g., macroinvertebrates) can significantly decrease growth rates of salmonids (Harvey et al. 2006).

## 3.1.2 Changes in Water Properties

Water diversions can alter dissolved oxygen levels, nutrient contents, and pH as well as increase water temperatures (O'Hare et al. 2013). Reduced flow rates are correlated with increases in water temperatures as the volume of water in streams decreases. This presents threats for salmonids as increased temperatures have been shown to reduce growth rates, increase predation risk, and increase susceptibility to disease (Moore and Townsend 1998, Marine and Cech, Jr. 2004). Amphibians that live in headwater streams are also sensitive to changes in water temperature including the southern torrent salamander (*Rhyacotriton variegatus*) a species of special concern in California (Welsh and Lind 1996, Bury 2008). When water temperature increases, it holds less dissolved oxygen, which can be problematic for aquatic animals that are reliant on the oxygen. For example, reductions in dissolved oxygen can decrease survival of juvenile salmonids (Selong et al. 2001, Moyle 2002, Martins et al. 2011). Additionally, warmer water has a lower pH, and the increased acidity of the water may also have negative consequences for aquatic organisms.

3.1.3 Dewatered Streams

In addition to reduced flows, water diversion can also be responsible for dewatering streams completely. A study by Deitch et al. (2009) found that in watersheds in Sonoma County, CA, demand of registered water diversions was greater than stream flows during certain parts of the year. Similarly, Carah et al. (2015) found that estimated water demand for cannabis cultivated along the Eel River was ten times higher than could be sustained by the watershed.

Streams that dry up may be used by a variety of wildlife including aquatics but also numerous non-aquatic species as well. Some salmonids, such as cutthroat trout (*Oncorhynchus clarkii*) and juvenile coho salmon, are known to use small streams that would be at risk of being dewatered by diversions (Richardson et al. 2005). Amphibians such as the California giant salamander (*Dicamptodon ensatus*) and southern torrent salamander are often dependent on small streams, particularly during summer months (Johnston and Frid 2002, Richardson et al. 2005). Also, small streams may provide areas free from predators for Pacific tailed frogs (*Ascaphus truei*; Dupuis and Steventon 1999, Sheridan and Olson 2003). Reptiles including turtles and snakes are also known to use small streams (Meyer et al. 2007), and dippers (*Cinclus mexicanus*) are one of a few bird species known to live in small streams (Richardson et al. 2005).

There are also a variety of species that, while not dependent on streams, use them regularly. Many birds use streams for resources including food, water, and habitat as well as for movement including flycatchers, woodpeckers, jays, warblers, and hummingbirds (Murray and Stauffer 1995, Lock and Naiman 1998, Meyer et al. 2007). Marbled murrelets require access to streams near their nest sites in forests to float fledglings to coastal areas (Sealy 1972). Small mammals like Pacific water shrews (*Sorex bendirii*) also use small streams (Gomez and Anthony 1998), and cervids including mule deer (*Odocoileus hemionus*) and elk (*Cervus elaphus*) often use streams, particularly in summer months, but also intermittently during winter as well (Ager et al. 2003, D'Eon and Serrouya 2005). Streams are also an essential component

of fisher habitat, particularly in regards to rest sites; these sites are especially important to fishers in many areas of California that experience hot, dry conditions in the summer—including in the Sierras (Zielinski et al. 2004). Bats, such as the California myotis (*Myotis californicus*) and Townsend's big-eared bat (*Corynorhinus townsendii*), commonly use streams for both traveling and foraging for insects (Seidman and Zabel 2001, Salvarina 2016).

## 3.1.4 Other Impacts

Water diversions can be barriers to fish passage if they are improperly designed. Additionally, diversions can result in rerouting of streams and channelization, which reduces habitat complexity, can cause terrestrialization of the flora, and reduce species evenness (Deiller et al. 2001). In certain circumstances, groundwater pumping and wells can lead to diversion of surface water and streamflow depletion (Barlow and Leake 2012).

## 3.2 Dams and Stream Crossings

Construction of dams and stream crossings used for cannabis cultivation can also have negative impacts on ecosystems. These constructions can cause downstream channel erosion and tributary head-cutting, reduced magnitude and frequency of high flows (see section 3.1.1 for impacts of prolonged low flows), channel narrowing, and reduced formation of secondary channels and oxbows (Poff et al. 1997, Asarian and Walker 2016). Additionally, dams and stream crossings can degrade water quality and associated wildlife habitats (Santucci, Jr. et al. 2005). Streams with such constructions can have reduced abundance of anurans due to decreased availability of breeding habitat (Eskew et al. 2012). Breeding populations of foothill yellow-legged frogs, for example, are five times smaller in rivers with dams (Kupferberg et al. 2012). Stream crossings may also act as barriers to salmonids, particularly during migration (Furniss et al. 1991, Rieman et al. 1997). For example, trout biomass has been shown to be negatively correlated to the number of road crossings on a stream (Eaglin and Hubert 1993).

## 3.3 Delivery of Pollutants

Cultivation of cannabis can also result in delivery of sediment, nutrients, petroleum products, and pesticides into streams, degrading the water quality and increasing turbidity (Reid and Dunne 1984, David A. Alvarez et al. 2008, Carah et al. 2015). Run-off from pesticides and fertilizers has been shown to have a number of negative consequences for aquatic life including external lesions, intersex in fish, and mortality (Alvarez et al. 2008*b*). Sediment that washes into streams can smother gravel beds where salmonids spawn. Moreover, sedimentation can impair growth and survival of juvenile salmonids (Suttle et al. 2004, NDIC 2007). Sediment in streams can also make the water cloudy which decreases the ability of organisms to photosynthesize (Mallery 2010). Vegetation cleared to provide room for cannabis plants is often discarded into stream beds where it can cause barriers to hydrologic flows (Mallery 2010). Amphibians

that reside in streams have also been shown to be sensitive to sedimentation and vegetation debris (Welsh and Ollivier 1998, Welsh and Hodgson 2008).

# 4. Terrestrial Impacts

## 4.1 Site Development

Even before cultivation begins, development of a cultivation site can have substantial impacts on wildlife. The impacts from site development come from activities that include road construction, fencing, construction of ponds and artificial water sources, greenhouse construction, vegetation clearing, and forest conversion. These activities cause habitat fragmentation that can impact wildlife movement and eliminate corridors.

Often, cannabis sites require the construction of new roads to access cultivation areas. Wildlife mortality can occur as a result of road construction (Trombulak and Frissell 2000), and there is a great deal of research showing that roads can increase the spread of invasive species (Brothers and Spingarn 1992, Greenberg et al. 1997, Gelbard and Belnap 2003, Ansong and Pickering 2013). Additionally, roads can cause soil erosion and surface run-off that can transfer sediment into streams (see section 3.3 for impacts of stream sedimentation) (Beschta 1978, Seyedbagheri 1996, Richardson et al. 2001). Vegetation clearing for road construction can also increase the amount of light that penetrates the forest floor, which may result in changes in species composition (Trombulak and Frissell 2000). Fencing erected around cultivation sites during site construction can also be a hazard to wildlife causing entanglement and mortality (van der Ree 1999, Stuart et al. 2001).

Because of the large water needs of cannabis plants, cultivation sites may construct ponds or other artificial water sources to ensure reliable access to water during the growing season (Bauss 2017). If these ponds are not constructed with proper engineering, they can pose a threat to water quality through delivery of sediment to nearby streams. They also may result in substantial grading and fill in the area. Such water constructions have also been shown to be breeding habitat for invasive species such as the American bullfrog (*Lithobates catesbianus*; Kiesecker et al. 2001, Fuller et al. 2011), which prey on native anurans of special concern including northern red-legged frogs and foothill yellow-legged frogs (Moyle 1973, Kiesecker and Blaustein 1997, 1998, Kupferberg 1997). Also, the presence of artificial water sources can increase the spread of invasive Argentine ants (*Linepithema humile*) which displace native invertebrates (Human and Gordon 1997, Holway et al. 2002).

Some cultivation sites include the construction of greenhouses (Bauss 2017). These greenhouses may require fuel clearance (under fire codes); these areas often become degraded and are prone to establishment by invasive species. Greenhouses are often constructed in 100-year floodplains that require grading and fill; they frequently have concrete floors, which create a permanent construction footprint that cannot be readily converted back to floodplain (Poff et al. 1997). Wang et al. (2017) found that development in such areas can disconnect rivers from their natural floodplains, as well

10

as displace, fragment, and degrade essential riparian habitat. Furthermore, development in floodplains can reduce the benefits of natural flooding regimes including deposition of river silt on valley floor soils and recharging of wetlands. Additional changes such as alterations in channel structure and elimination of backwaters that result in higher velocity flows may negatively impact salmonids which require low flow refugia (Moyle 2002).

Development of a cultivation site can often include clearing of existing vegetation which can have numerous impacts on the local ecosystem (NDIC 2007, Mallery 2010, Milestone et al. 2011, Gabriel et al. 2012). Vegetation removal may result in the loss of special status plant species and the loss of habitat that supports pollinators and birds, particularly habitats necessary during the breeding season. Clearing may also cause fragmentation and loss of sensitive habitats and create edge effects that permeate far beyond the cultivation site (Harris 1988, Murcia 1995). Recent research suggests that cannabis cultivation sites are more likely to be clumped in space, further increasing the effects of fragmentation from vegetation clearing (Butsic et al. 2017).The activities associated with clearing may also disturb associated soil seed banks that sustain local plant populations. Removal of vegetation has also been shown to make communities vulnerable to colonization by invasive plant species and to spread the pathogen responsible for Sudden Oak Death syndrome (*Phytophor ramorum*; Mallery 2010). Additionally, the abundance of dried vegetation remaining after removals may increase risk for fires.

Forest conversion may also be a result of cannabis site development (Burns-Edel 2016, Wang et al. 2017). Forest conversion can lead to loss of nutrient-rich topsoils, disrupted nutrient cycling, and increased erosion (NDIC 2007, Mallery 2010). It may also result in increased exposure of species to predation risk and climate stress. Wang et al. (2017) found that cannabis cultivation sites cause both forest loss and conversion of large habitat patches to small, fragmented patches with greater edge and less interior core areas. They found that the per-unit-area effects of cannabis cultivation were similar or even greater than the effects of timber harvest (Wang et al. 2017). Additionally, areas that have been previously harvested for timber are more likely to be cultivation sites, which could lead to further conversion and degradation of these areas (Butsic and Brenner 2016)

## 4.2 Site Use and Maintenance

The use and maintenance of cannabis cultivation sites can have a number of impacts on wildlife. The presence of trash and other wastes can be detrimental if consumed by wildlife, and, if the sites are located near streams, they may become pollutants (NDIC 2007, SWB 2013). Also, use of roads, noise from the cultivation site, and the presence of artificial lighting may all have effects on wildlife.

### 4.2.1 Road Use

Roads and their associated vehicle traffic can have a number of environmental impacts including alteration of the physical and chemical environments, wildlife mortality, altered abundances and diversity of wildlife, and modification of animal behavior.

Road presence and use can alter the physical and chemical environment of the ecosystem in ways that can impact wildlife. Road use results in soil compaction and decreased moisture content under the road, even when the road is not frequently used (Vora 1988, Helvey and Kochenderfer 1990). Temperatures are increased on road surfaces which creates a heat island that may attract animals; for example, birds and snakes congregate on roads which increases their risk of mortality (Whitford 1985). Dust is dispersed from traffic which, when deposited on plants, can hinder physiological process including photosynthesis, respiration, and transpiration as well as cause physical injury to the plants (Farmer 1993). Auerbach et al. (1997) found that dust mobilization can decrease species richness and alter plant community structure. Road traffic can also supply fine sediments and contaminants to aquatic systems, which decreases the clarity (Gjessing et al. 1984, Reid and Dunne 1984); ultimately, this can negatively impact productivity as well as survival and growth of fishes (Newcombe and Jensen 1996). Additionally, roads can disrupt surface flow of water, redirecting it to the roadway (Wemple et al. 1996). This redirection can then result in changes in both timing and the direction of the runoff (King and Tennyson 1984), the effects of which are most evident in smaller streams, such as those commonly near cannabis sites (Wemple et al. 1996). Road diversions of groundwater may also result in high amounts of runoff on hillslopes that can trigger erosion (Seyedbagheri 1996, Wemple et al. 1996, Richardson et al. 2001) which can negatively impact fish and other aquatic organisms downstream for long periods of time (Hicks et al. 1991). Road use may alter the chemical environment through heavy metal contamination which can accumulate in the tissues of plants and animals (Birdsall et al. 1986, Grue et al. 1986).

Traffic on roads can also result in the mortality of wildlife as well as alter the abundance and diversity of species (Trombulak and Frissell 2000). Morality from roads has been documented in raptors (Loos and Kerlinger 1993, Varland et al. 1993, Newton et al. 1997), granivorous birds (Dhindsa et al. 1988), snakes (Rosen and Lowe 1994), amphibians (van Gelder 1973), and mammals (Bashore et al. 1985, Fuller 1989, Bjurlin and Cypher 2003). Furthermore, road presence can also decrease species abundance and diversity. Findlay and Houlahan (1997), for example, found that herptile (reptiles and amphibians) diversity in wetlands declined relative to the density of roads. Even fully aquatic organisms are affected; two studies have reported that the abundance of bull trout, an endangered species in California, was negatively related to road density (Rieman et al. 1997, Baxter et al. 1999).

The presence of roads may also cause changes in the behavior of animals. Road presence has been shown to shift home ranges of a variety of mammals including bears (*Ursus* spp.; McLellan and Shackleton 1988, Brody and Pelton 1989), elk and mule deer (Rost and Bailey 1979, Grover and Thompson 1986), wolves (Thurber et al. 1994, Newcombe and Jensen 1996), and mountain lions (Van Dyke et al. 1986). Roads may also cause alterations in movement at smaller scales as well; a variety of both small and

12

large vertebrates modify their movements in relation to roads (Oxley et al. 1974, Bruns 1977, Swihart and Slade 1984, Van Dyke et al. 1986, Brody and Pelton 1989, Merriam et al. 1989). Roads have also been reported to do decrease the reproductive success of some bird species including bald eagles (Anthony and Isaacs 1989) and sandhill cranes (*Grus canadensis*; Norling et al. 1992), both fully protected species in California. The impacts of roads on wildlife behavior appears to be independent of how frequently they are used. MacArthur et al. (1979) found the energy expenditure, as well as heart and metabolic rates, of female big horn sheep (*Ovis canadensis*) increased near roads regardless of their use. Furthermore, carnivores including gray fox, bobcat, black bear (*Ursus americanus*), badger (*Taxidea taxus*), and ringtail (*Bassariscus astutus*) have also been shown to avoid roads irrespective of their traffic volume (Baker and Leberg 2018).

## 4.2.2 Noise

Cannabis cultivation sites often have substantial amounts of noise pollution resulting from road use, generators, and other equipment. This is concerning as wildlife responses to noise can occur at exposure levels of only 55-60 dB (Barber et al. 2009). (For reference, normal conversation is approximately 60 dB.) The impacts of noise on wildlife include disrupted communication, changes in predator-prey relationships, effects on foraging efficiency, changes in habitat selection, abundance, density, and diversity, increased stress and decreased immune response, behavioral changes, and effects on reproduction.

Anthropogenic noise can disrupt the communication of many wildlife species (Patricelli and Blickley 2006). Frogs will often decrease their calling activity in response to noise (Sun and Narins 2005, Lengagne 2008, Caorsi et al. 2017). When exposed to noise, birds will sign at a higher pitch to ensure mating calls are heard, which has associated energy costs (Slabbekoorn and Peet 2003, Brumm 2004). If bird songs are not transmitted properly to their intended receivers (e.g., intraspecific males and females), territory occupancy and mate attraction may be negatively affected (Klump 1996). Similar to birds, bats have been shown to alter their echolocation call structure when subjected to anthropogenic noise (Gillam and McCracken 2007), and frogs increase the pitch of their calls (Parris et al. 2009).

Noise exposure can also impact predator-prey relationships. This can occur through changes in the spatial distribution of predator or prey species or through alterations in their movements. Noise may decrease a predator's ability to hear its prey or vice versa. Noise may be especially impactful on nocturnal animals that primarily use hearing to hunt such as owls and bats. Additionally, prey species have been shown to increase their vigilance rates and anti-predator behavior in response to noise (Francis and Barber 2013). Many prey species increase their vigilance behavior when exposed to noise because they need to rely more on visual detection of predators when auditory cues may be masked by noise (Rabin et al. 2006, Quinn et al. 2017).

Relatedly, foraging efficiency of some wildlife species has been shown to decline in response to anthropogenic noise (Miksis-Olds et al. 2007). Bats have reduced foraging

success in areas with chronic noise, and this has been correlated to the decline of 12 bat species in California that are either endangered or of special concern (Schaub et al. 2008, Siemers and Schaub 2011). Chicks of tree swallows (*Tachycineta bicolor*) that are exposed to noise fail to beg when parents return with food (Leonard and Horn 2012). Also, the structure of begging calls from chicks can be affected, and these alterations continue even when the noise is no longer present (Leonard and Horn 2008).

Noise can also impact habitat selection of species as well as abundance, density, and diversity (Francis and Barber 2013). Bats, for example, have been shown to avoid areas with anthropogenic noise (Schaub et al. 2008, Siemers and Schaub 2011). Noise has also been shown to reduce the density of nesting birds (Francis et al. 2009). A study by Bayne et al. (2008) compared areas with natural resource extraction that had low levels of noise to those that had high levels of noise and found that those with high levels of noise had significantly reduced abundance and density of the songbirds.

Exposure to noise can also cause increased stress in wildlife and result in decreased immune responses (Kight and Swaddle 2011). Blickley et al. (2012) reported that noise caused elevated levels of stress hormones in lekking male greater sage grouse (*Centrocercus urophasianus*). Northern spotted owls exposed to vehicle noise also had increased levels of stress hormones; this was particularly evident in males during times when they were exclusively responsible for feeding their mates and nestlings (Hayward et al. 2011). There is also evidence that noise can have an immunosuppressive effect in frogs (Troïanowski et al. 2017).

Reproduction is another aspect that can be impacted by anthropogenic noise. Noise exposure can cause weakened pair preference in birds (Swaddle and Page 2007) as well as reduced pairing success that can lead to a decline in overall reproductive success (Habib et al. 2007). For example, the low frequency songs of great tits (*Parus major*) become ineffective in noisy environments, and these songs are strongly correlated with female fertility and sexual fidelity (Halfwerk et al. 2011). Hebert and Golightly (2006) also suggested that noise may influence the survival and nest success of marbled murrelets (*Brachyramphus marmoratus*), an endangered species in California. In addition, female gray tree frogs (*Hyla versicolor*) cannot successful orient to male calls in the presence of noise, which likely has consequences on their reproductive success (Bee and Swanson 2007)

### 4.2.3 Artificial Lighting

Cannabis cultivation sites are increasingly using artificial lighting both in greenhouses and for "mixed-light" techniques to increase yields. This lighting can result in substantial light pollution effects on wildlife that include disruption of circadian rhythms and suppressed immune response, changes in foraging behavior, altered navigation and migration patterns, altered predator-prey relationships, impacts on reproduction, and phototaxis. The lighting materials used in cannabis cultivation also have environmental risks if not disposed of properly as they contain mercury and other toxins (O'Hare et al. 2013).

Disruption of circadian rhythms due to light pollution can have both physiological and behavioral consequences for wildlife. Songbirds that live in areas with artificial lights often begin morning choruses during night hours (Derrickson 1988, Miller 2006, Fuller et al. 2007). Artificial lighting can also have negative impacts on bat roosts (Johnston et al. 2004). The lesser horseshoe bat (*Rhinolophus hipposideros*), for example, showed significantly decreased activity and a delay in the start of commuting behavior when exposed to light (Stone et al. 1999). Larval amphibians like American toads (*Bufo americanus*) use photoperiod cues to behaviorally thermoregulate (Beiswenger 1977). Additionally, exposure to artificial light disrupts the production of melatonin in tiger salamanders (*Ambystoma tigrinum*), which ultimately can alter their metabolic rates and requiring them to increase time spent foraging (Perry et al. 2008). Gene expression can also be altered in animals that experience constant illumination (Perry et al. 2008). Finally, exposure to artificial light can suppress the immune response of species resulting in increased pathogen and parasite infections as well as increased tumor growth (Navara and Nelson 2007); this has been demonstrated in a variety of species from birds (Moore and Siopes 2000) and mammals (Bedrosian et al. 2011) to fish (Leonardi and Klempau 2003).

Artificial lighting can also cause changes in foraging behavior. Many animals decrease foraging in high light levels because of the higher risk of predation; this includes rodents (Clarke 1983, Daly et al. 1992), seabirds (Mougeot and Bretagnolle 2000), rabbits (Gilbert and Boutin 1991), bats (Rydell 1992), and fish (Gibson 1978). Beach mice (*Peromyscus polionotus*), for example, decreased foraging in the presence of artificial light (Bird et al. 2004). Light pollution has been shown to disrupt night foraging in birds (CDFG 2007) and affect feeding patterns in juvenile salmon (Valdimarsson et al. 1997). The Pacific tailed frog (*Ascaphus truei*), a species of special concern in California, is normally active at only the darkest times of night (Hailman 1982); thus, they are likely to be influenced when artificial lighting causes them to decrease activity.

Light pollution can also disrupt navigation and migration patterns as changes in ambient light guide migration patterns in a variety of species including salmonids, birds, butterflies, and eels (Rowan 1932, Lowe 1952, Grau et al. 1981, Froy et al. 2003). The migration of Pacific salmon species can be slowed or halted by the presence of artificial lights (Nightingale et al. 2006), as can out-migration of juvenile salmon (Tabor et al. 2004). Also, exposure to light can decrease smoltification and body condition in Chinook salmon (*Oncorhynchus tshawytscha*; Hoffnagle and Fivizzani 1998). Additionally, artificial light can attract and disorient birds, disrupting their migration (Ogden 1996, Longcore and Rich 2016). Similarly, orientation and homing behavior of red-spotted news (*Notophthlamus viridescens*) can be disrupted by artificial light (Phillips and Borland 1992, 1994). The vertical migration of larval salamanders (*Ambystoma* spp.) is also influenced by ambient light levels (Anderson and Graham 1967), and the disruption of their daily vertical movements can reduce growth and survival (Semlitsch 1987).

Predator-prey relationships can also be altered by artificial light. Predators may forage during times they normally would not, thus over-exploiting prey. Conversely, prey activity may decrease, decreasing the availability of prey for predators (Navara and Nelson 2007). For example, heteromyid rodents (pocket mice and kangaroo rats) showed reduced foraging behavior in the presence of artificial lighting as it was correlated with increased predation risk from owls (Brown et al. 1988). Juvenile salmon have also been shown to be more vulnerable to predation with increased light (Ginetz 1972, Tabor et al. 2004).

Artificial lighting may also impact reproduction of wildlife. The nest site choices of black-tailed godwits (*Limos limosa*), for example, are influenced by artificial lighting (Longcore and Rich 2004). In an experiment with juncos (*Junco* sp.), Rowan (1925) discovered that exposure to light can alter timing of breeding; juncos exposed to just a few minutes of artificial light came into reproductive condition despite it still being winter. Light pollution can also decrease night chorusing and mating activity of frogs (Longcore and Rich 2004).

Phototaxis, a phenomenon which results in attraction and movement towards light, can disorient, entrap, and temporarily blind wildlife species that experience it (Longcore and Rich 2004). One well-researched example of this is juvenile sea turtles emerging from nests of sandy beaches often go toward the lights inland instead of toward the sea (Witherington and Bjorndal 1991, Salmon et al. 1995). Anurans, including frogs and toads, have also been shown to congregate at artificial light sources (Buchanan 2006).

## 5. Direct Ingestion

Wildlife may also directly ingest cannabis plants; the stalks can be enticing to deer, rodents, and potentially other herbivores or omnivores (Mallery 2010). However, the risks of direct ingestion in wildlife have not yet been well studied. Driemeier (1998) found that marijuana consumption can be lethal when consumed by ruminants. Also, evidence from accidental ingestion by canid and felid pets demonstrates that cannabis can cause vomiting, hypothermia, dehydration, changes in heart rate, seizures, and comas (Donaldson 2002, Fitzgerald et al. 2013).

# 6. References

Ager, A. A., B. K. Johnson, J. W. Kern, and J. G. Kie. 2003. Daily and seasonal movements and habitat use by female Rocky Mountain elk and mule deer. Journal of Mammalogy 84:1076–1088.

Ahdaya, S. M., P. V Shah, and F. E. Guthrie. 1976. Thermoregulation in mice treated with parathion, carbaryl, or DDT. Toxicology and Applied Pharmacology 35:575–580.

Almodóvar, A., and G. G. Nicola. 1999. Effects of a small hydropower station upon brown trout *Salmo trutta* L. in the River Hoz Seca (Tagus basin, Spain) one year after regulation. Regulated Rivers: Research & Management 15:477–484.

Alterio, N., K. Brown, and H. Moller. 1997. Secondary poisoning of mustelids in a New Zealand *Nothofagus* forest. Journal of Zoology, London 243:863–869.

Alvarez, D. A., W. L. Cranor, S. D. Perkins, R. C. Clark, and S. B. Smith. 2008. Chemical and toxicologic assessment of organic contaminants in surface water using passive samplers. Journal of Environment Quality 37:1024–1033.

Alvarez, D. A., W. L. Cranor, S. D. Perkins, V. L. Schroeder, S. Werner, E. T. Furlong, and J. Holmes. 2008. Investigation of organic chemicals potentially responsible for mortality and intersex in fish of the North Fork of the Shenandoah River, Virginia during spring of 2007. U.S. Geological Survey Open-File Report 2008-1093. USGS, Reston, VA, USA.

Anderson, E. P., M. C. Freeman, and C. M. Pringle. 2006. Ecological consequences of hydropower development in Central America: Impacts of small dams and water diversion on neotropical stream fish assemblages. River Research and Applications 22:397–411.

Anderson, J. D., and R. E. Graham. 1967. Vertical migration and stratification of larval Ambystoma. Copeia 1967:371–374.

Ansong, M., and C. Pickering. 2013. Are weeds hitchhiking a ride on your car? A systematic review of seed dispersal on cars. PLoS ONE 8:e80275.

Anthony, R. G., and F. B. Isaacs. 1989. Characteristics of bald eagle nest sites in Oregon. Journal of Wildlife Management 53:148–159.

Asarian, J. E., and J. D. Walker. 2016. Long-term trends in streamflow and precipitation in Northwest California and Southwest Oregon, 1953-2012. Journal of the American Water Resources Association 52:241–261.

Auerbach, N. A., M. D. Walker, and D. A. Walker. 1997. Effects of roadside disturbance on substrate and vegetation properties in Arctic tundra. Ecological Applications 7:218–235.

Augspurger, T., M. R. Smith, C. U. Meteyer, and K. A. Converse. 1996. Mortality of passerines adjacent to a North Carolina corn field treated with granular carbofuran. Journal of Wildlife Diseases 32:113–116.

Baker, A. D., and P. L. Leberg. 2018. Impacts of human recreation on carnivores in protected areas. PLoS ONE 13:e0195436.

Balcomb, R. 1983. Secondary poisoning of red-shouldered hawks with carbofuran. Journal of Wildlife Management 47:1129–1132.

Baldwin, D. H., J. A. Spromberg, T. K. Collier, and N. L. Scholz. 2009. A fish of many scales: Extrapolating sublethal pesticide exposures to the productivity of wild

17

salmon populations. Ecological Applications 19:2004–2015.

Barber, J. R., K. R. Crooks, and K. M. Fristrup. 2009. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology and Evolution 25:180–189.

Barlow, P. M., and S. A. Leake. 2012. Streamflow depletion by wells-Understanding and managing the effects of groundwater pumping on streamflow. U.S. Geological Survey Circular 1376, Reston, VA, USA.

Bashore, T. L., W. M. Tzilkowski, and E. D. Bellis. 1985. Analysis of deer-vehicle collision sites in Pennsylvania. Journal of Wildlife Management 49:769–774.

Bauss, C. I. 2017. Mapping marijuana cultivation sites and water storage in the Redwood Creek Watershed, southern Humboldt County. The California Geographer 56:29–52.

Baxter, C. V., C. a. Frissell, and F. R. Hauer. 1999. Geomorphology, logging roads, and the distribution of bull trout spawning in a forested river basin: Implications for management and conservation. Transactions of the American Fisheries Society 128:854–867.

Bayne, E. M., L. Habib, and S. Boutin. 2008. Impacts of chronic anthropogenic noise from energy-sector activity on abundance of songbirds in the boreal forest. Conservation Biology 22:1186–1193.

Bedrosian, T. A., L. K. Fonken, J. C. Walton, and R. J. Nelson. 2011. Chronic exposure to dim light at night suppresses immune responses in Siberian hamsters. Biology Letters 7:468–471.

Bee, M. A., and E. M. Swanson. 2007. Auditory masking of anuran advertisement calls by road traffic noise. Animal Behaviour 74:1765–1776.

Beiswenger, R. E. 1977. Diet patterns of aggregative behavior in tadpoles of *Bufo americanus*, in relation to light and temperature. Ecology 58:98–108.

Berny, P. 2007. Pesticides and the intoxication of wild animals. Journal of Veterinary Pharmacology and Therapeutics 30:93–100.

Berny, P. J., T. Buronfosse, F. Buronfosse, F. Lamarque, and G. Lorgue. 1997. Field evidence of secondary poisoning of foxes (*Vulpes vulpes*). Chemosphere 35:1817–1829.

Beschta, R. L. 1978. Long-term patterns of sediment production following road construction and logging into the Oregon Coast Range. Water Resources Research 14:1011–1016.

Bird, B. L., L. C. Branch, and D. L. Miller. 2004. Effects of coastal lighting on foraging behavior of beach mice. Conservation Biology 18:1435–1439.

Birdsall, C. W., C. E. Grue, and A. Anderson. 1986. Lead concentrations in bullfrog *Rana catesbeiana* and green frog *Rana clamitans* tadpoles inhabiting highway drainages. Environmental Pollution Series A Ecological and Biological 40:233–248.

Bjurlin, C. D., and B. L. Cypher. 2003. Effects of roads on San Joaquin kit foxes: A review and synthesis of existing data. Pages 397–406 *in* C. L. Irwin, P. Garrett, and K. P. McDermott, editors. 2003 Proceedings of the International Conference on Ecology and Transportation. Center for Transporation and the Environment, North Carolina State University, Raleigh, NC, USA.

Bland, A. 2014. California's pot farms could leave salmon runs truly smoked. National Public Radio 13 January 2014. <http://www.npr.org/blogs/thesalt/2014/01/08/260788863/californias-pot-farms-could-leave-salmon-runs-truly-smoked.>.

Blickley, J. L., K. R. Word, A. H. Krakauer, J. L. Phillips, S. N. Sells, C. C. Taff, J. C. Wingfield, and G. L. Patricelli. 2012. Experimental chronic noise is related to elevated fecal corticosteroid metabolites in lekking male greater sage-grouse (*Centrocercus urophasianus*). PLoS ONE 7:e50462.

Brakes, C. R., and R. H. Smith. 2005. Exposure of non-target small mammals to rodenticides: short-term effects, recovery and implications for secondary poisoning. Journal of Applied Ecology 42:118–128.

Brody, J. A., and R. M. Pelton. 1989. Effects of roads on black bear movements in western North Carolina. Wildlife Society Bulletin 17:5–10.

Brothers, T. S., and A. Spingarn. 1992. Forest fragmentation and alien plant invasion of central Indiana old-growth forests. Conservation Biology 6:91–100.

Brown, J. S., B. P. Kotler, R. J. Smith, and W. O. Wirtz II. 1988. The effects of owl predation on the foraging behavior of Heteromyid rodents. Oecologia 76:408–415.

Brühl, C. A., T. Schmidt, S. Pieper, and A. Alscher. 2013. Terrestrial pesticide exposure of amphibians: An underestimated cause of global decline? Scientific Reports 3:1–4.

Brumm, H. 2004. The impact of environment noise on song amplitude in a terreitorial bird. Journal of Animal Ecology 73:434–440.

Bruns, E. H. 1977. Winter behavior of pronghorns in relation to habitat. Journal of Wildlife Management 41:560–571.

Buchanan, B. W. 2006. Observed and potential effects of artificial night lighting on anuran amphibians. Pages 192–220 *in* T. Longcore and C. Rich, editors. Ecological Consequences of Artifical Night Lighting. Island Press, Washington D.C., USA.

Burns-Edel, T. 2016. Environmental impacts of illicit drug production. Global Societies Journal 4:1–14.

Bury, R. B. 2008. Low thermal tolerances of stream amphibians in the Pacific Northwest: Implications for riparian and forest management. Applied Herpetology 5:63–74.

Busch, D. E., and S. D. Smith. 1995. Mechanisms associated with decline of woody species in riparian ecosystems of the southwestern U.S. Ecological Monographs 65:347–370.

Butsic, V., and J. C. Brenner. 2016. Cannabis (*Cannabis sativa* or *C. indica*) agriculture and the environment: a systematic, spatially-explicit survey and potential impacts. Environmental Research Letters 11:044023.

Butsic, V., B. Schwab, M. Baumann, and J. C. Brenner. 2017. Inside the Emerald Triangle: Modeling the placement and size of cannabis production in Humboldt County, CA, USA. Ecological Economics 142:70–80.

California Department of Fish and Game [CDFG]. 2004. Recovery strategy for California coho salmon. Report to the California Fish and Game Commission, Sacramento, CA, USA.

California Department of Fish and Game [CDFG]. 2007. California Wildlife: Conservation Challenges. California Department of Fish and Game, Sacramento, CA, USA.

California Department of Fish and Wildlife [CDFW]. 2015. Recovery strategy for California coho salmon progress report. A report prepared for the California Fish and Game Commission, Sacramento, CA, USA.

California State Water Board [SWB]. 2013. Marijuana cultivation on the North Coast threatens water quality and wildlife. Sacramento, CA, USA.

Caorsi, V. Z., C. Both, S. Cechin, R. Antunes, and M. Borges-Martins. 2017. Effects of traffic noise on the calling behavior of two Neotropical hylid frogs. PloS ONE 12:e0183342.

Carah, J. K., J. K. Howard, S. E. Thompson, A. G. Short Gianotti, S. D. Bauer, S. M. Carlson, D. N. Dralle, M. W. Gabriel, L. L. Hulette, B. J. Johnson, C. A. Knight, S. J. Kupferberg, S. L. Martin, R. L. Naylor, and M. E. Power. 2015. High time for conservation: Adding the environmental to the debate on marijuana liberalization. BioScience 65:822–829.

Christin, M. S., L. Menard, A. D. Gendron, S. Ruby, D. Cyr, D. J. Marcogliese, L. Rollins-Smith, and M. Fournier. 2003. Effects of agricultural pesticides on the immune system of *Rana pipiens* and on its resistance to parasitic infection. Aquatic Toxicology 22:1127–1133.

Clark, R. G., P. J. Weatherhead, H. Greenwood, and R. D. Titman. 1986. Numerical responses of red-winged blackbird populations to changes in regional land-use patterns. Canadian Journal of Zoology 64:1944–1950.

Clarke, J. A. 1983. Moonlight's influence on predator/prey interactions between short-eared owls (*Asio flammeus*) and deer mice (*Peromyscus maniculatus*). Behavioral Ecology and Sociobiology 13:205–209.

Cushman, R. M. 1985. Review of ecological effects of rapidly varying flows downstream from hydroelectric facilities. North American Journal of Fisheries Management 5:330–339.

D'Anieri, P., D. M. Leslie, Jr., and M. L. McCormack, Jr. 1987. Small mammals in glyphosate-treated clearcuts in northern Maine. The Canadian Field-Naturalist 101:547–550.

D'Eon, R. G., and R. Serrouya. 2005. Mule deer seasonal movements and multiscale resource selection using global positioning system radiotelemetry. Journal of Mammalogy 86:736–744.

Daly, M., P. R. Behrends, M. I. Wilson, and L. F. Jacobs. 1992. Behavioural modulation of predation risk: moonlight avoidance and crepuscular compensation in a nocturnal desert rodent, *Dipodomys merriami*. Animal Behaviour 44:1–9.

Daniels, D. 2013. Second generation anticoagulant rodenticide assessment. California Department of Pesticide Regulation, Sacramento, CA, USA.

Deiller, A. F., J.-M. N. Walter, and M. Tremolieres. 2001. Effects of flood interruption on species richness, diversity and floristic composition of woody regeneration in the upper Rhine alluvial hardwood forest. Regulated Rivers: Research & Management 17:393–405.

Deitch, M. J., M. Van Docto, M. Obedzinski, S. P. Nossaman, and A. Bartshire. 2018. Impact of multi-annual drought on streamflow and habitat in coastal California salmonid streams. Hydrological Sciences Journal 00:1–17.

Deitch, M. J., G. M. Kondolf, and A. M. Merenlender. 2009. Surface water balance to evaluate the hydrological impacts of small instream diversions and applications to the Russian River basin, California, USA. Aquatic Conservation: Marine and Freshwater Ecosystems 19:274–284.

Derrickson, K. I. M. C. 1988. Variation in repertoire presentation in northern

mockingbirds. The Condor 90:592–606.

Dhindsa, M. S., J. S. Sandhu, P. S. Sandhu, and H. S. Toor. 1988. Roadside birds in
Punjab (India): relation to mortality from vehicles. Environmental Conservation
15:303–310.

Donaldson, C. W. 2002. Marijuana exposure in animals. Veterinary Medicine 97:437–
441.

Driemeier, D. 1998. Marijuana (*Cannabis sativa*) toxicosis in cattle. Veterinary and
Human Toxicology 39:351–352.

Dudgeon, D., A. H. Arthington, M. O. Gessner, Z. I. Kawabata, D. J. Knowler, C.
Lévêque, R. J. Naiman, A. H. Prieur-Richard, D. Soto, M. L. J. Stiassny, and C. A.
Sullivan. 2006. Freshwater biodiversity: Importance, threats, status and
conservation challenges. Biological Reviews of the Cambridge Philosophical
Society 81:163–182.

Dupuis, L., and D. Steventon. 1999. Riparian management and the tailed frog in
northern coastal forests. Forest Ecology and Management 124:35–43.

Van Dyke, F. G., R. H. Brocke, and H. G. Shaw. 1986. Use of road track counts as
indices of mountain lion presence. Journal of Wildlife Management 50:102–109.

Eaglin, G. S., and W. A. Hubert. 1993. Effects of logging roads on substrate and trout in
streams of the Medicine Bow National Forest, Wyoming. North American Journal of
Fisheries Management 13:844–846.

Eason, C. T., and E. B. Spurr. 1995. Review of the toxicity and impacts of brodifacoum
on non-target wildlife in New Zealand. New Zealand Journal of Zoology 22:371–
379.

Egea-Serrano, A., R. A. Relyea, M. Tejedo, and M. Torralva. 2012. Understanding of
the impact of chemicals on amphibians: A meta-analytic review. Ecology and
Evolution 2:1382–1397.

Elliott, J. E., K. M. Langelier, P. Mineau, and L. K. Wilson. 1996. Poisoning of bald
eagles and red-tailed hawks by carbofuran and fensulfothion in the Fraser Delta of
British Columbia, Canada. Journal of Wildlife Diseases 32:486–491.

Erickson, W., and D. Urban. 2004. Potential risks of nine rodenticides to birds and non
target mammals: a comparative approach. U.S. Environmental Protection Agency,
Washington, D.C., USA.

Eskew, E. A., S. J. Price, and M. E. Dorcas. 2012. Effects of river-flow regulation on
anuran occupancy and abundance in riparian zones. Conservation Biology 26:504–
512.

Fagerstone, K. A., H. Tietjen, and G. K. Lavoie. 1977. Effects of range treatment with
2,4-D on prairie dog diet. Journal of Range Management 30:57–60.

Fairbrother, A. 1996. Cholinesterase-inhibiting insecticides. Pages 52–61 *in* A.
Fairbrother, L. N. Locke, and G. L. Hoff, editors. Noninfectious Diseases of Wildlife.
2nd edition. Iowa State University, Ames, IA, USA.

Farmer, A. M. 1993. The effects of dust on vegetation - a review. Environmental
Pollution 79:63–75.

Fausch, K. D., and K. R. Bestgen. 1997. Ecology of fishes indigenous to the central and
southwestern Great Plains. Pages 131–166 *in* F. L. Knopf and F. B. Samson,
editors. Ecology and Conservation of Great Plains Vertebrates. Springer-Verlag
New York, Inc, New York, NY, USA.

Fenner, P., W. W. Brady, D. R. Patton, P. Fenner, W. W. Brady, and D. R. Patton. 1985. Effects of regulated water flows on regeneration of Fremont cottonwood. Journal of Range Management 38:135–138.

Findlay, C. S., and J. Houlahan. 1997. Anthropogenic correlates of species richness in southeastern Ontario wetlands. Conservation Biology 11:1000–1009.

Fitzgerald, K. T., A. C. Bronstein, and K. L. Newquist. 2013. Marijuan poisoning. Topics in Companion Animal Medicine 28:8–12.

Fleischli, M. A., J. C. Franson, N. J. Thomas, D. L. Finley, and W. Riley, Jr. 2004. Avian mortality events in the United States caused by anticholinesterase pesticides: A retrospective summary of national wildlife health center records from 1980 to 2000. Archives of Environmental Contamination and Toxicology 46:542–550.

Fournier-Chambrillon, C., P. J. Berny, O. Coiffier, P. Barbedienne, B. Dassé, G. Delas, H. Galineau, A. Mazet, P. Pouzenc, R. Rosoux, and P. Fournier. 2004. Evidence of secondary poisoning of free-ranging riparian mustelids by anticoagulant rodenticides in France: Implications for conservation of European mink (*Mustela Lutreola*). Journal of Wildlife Diseases 40:688–695.

Francis, C. D., and J. R. Barber. 2013. A framework for understanding noise impacts on wildlife: An urgent conservation priority. Frontiers in Ecology and the Environment 11:305–313.

Francis, C. D., C. P. Ortega, and A. Cruz. 2009. Noise pollution changes avian communities and species interactions. Current Biology 19:1415–1419.

Franklin, A. B., P. C. Carlson, A. Rex, J. T. Rockweit, D. Garza, E. Culhane, S. F. Volker, R. J. Dusek, V. I. Shearn-Bochsler, M. W. Gabriel, and K. E. Horak. 2018. Grass is not always greener: rodenticide exposure of a threatened species near marijuana growing operations. BMC Research Notes 11:1–8.

Freeman, M. C., and P. A. Marcinek. 2006. Fish assemblage responses to water withdrawals and water supply reservoirs in piedmont streams. Environmental Management 38:435–450.

Freemark, K., and C. Boutin. 1995. Impacts of agricultural herbicide use on terrestrial wildlife in temperate landscapes: A review with special reference to North America. Agriculture, Ecosystems and Environment 52:67–91.

Friedman, J. M., W. R. Osterkamp, M. L. Scott, and G. T. Auble. 1998. Downstream effects of dams on channel geometry and bottomland vegetation: Regional patterns in the great plains. Wetlands 18:619–633.

Froy, O., A. L. Gotter, A. L. Casselman, and S. M. Reppert. 2003. Illuminating the circadian clock in monarch butterfly. Science 300:1303–1305.

Fuller, R. A., P. H. Warren, and K. J. Gaston. 2007. Daytime noise predicts nocturnal singing in urban robins. Biology Letters 3:368–370.

Fuller, T. E., K. L. Pope, D. T. Ashton, and H. H. Welsh. 2011. Linking the distribution of an invasive amphibian (*Rana catesbeiana*) to habitat conditions in a managed river system in northern California. Restoration Ecology 19:204–213.

Fuller, T. K. 1989. Population dynamics of wolves in north-central Minnesota. Wildlife Monographs 105:1–41.

Furniss, M. J., T. D. Roelofs, and C. S. Yee. 1991. Road construction and maintenance. Influences of Forest and Rangeland Management on Salmonid Habitat: American Fisheries Society Special Publication 19:297–323.

Gabriel, M. W., L. V. Diller, J. P. Dumbacher, G. M. Wengert, J. M. Higley, R. H. Poppenga, and S. Mendia. 2018. Exposure to rodenticides in Northern Spotted and Barred Owls on remote forest lands in northwestern California: evidence of food web contamination. Avian Conservation and Ecology 13:art2.

Gabriel, M. W., L. W. Woods, R. Poppenga, R. A. Sweitzer, C. Thompson, S. M. Matthews, J. M. Higley, S. M. Keller, K. Purcell, R. H. Barrett, G. M. Wengert, B. N. Sacks, and de ana L. Clifford. 2012. Anticoagulant rodenticides on our public and community lands: Spatial distribution of exposure and poisoning of a rare forest carnivore. PLoS ONE 7:e40163.

Gabriel, M. W., L. W. Woods, G. M. Wengert, N. Stephenson, J. M. Higley, C. Thompson, S. M. Matthews, R. A. Sweitzer, K. Purcell, R. H. Barrett, S. M. Keller, P. Gaffney, M. Jones, R. Poppenga, J. E. Foley, R. N. Brown, D. L. Clifford, and B. N. Sacks. 2015. Patterns of natural and human-caused mortality factors of a rare forest carnivore, the fisher (*Pekania pennanti*) in California. PLoS ONE 10:e0140640.

Gehrke, P. C., C. B. Schiller, D. B. Moffatt, and A. M. Bruce. 1995. River regulation and fish communities in the Murray-Darling River system, Australia. Regulated Rivers: Research & Management 11:363–375.

Gelbard, J. L., and J. Belnap. 2003. Roads as conduits for exotic plant invasions in a semiarid landscape. Conservation Biology 17:420–432.

van Gelder, J. J. 1973. A quatitative approach to the mortality resulting from traffic in a pouplation of *Bufo bufo* L. Oecologia 13:93–95.

Gibson, R. N. 1978. Lunar and tidal rhythms in fish. Pages 201–213 *in* J. E. Thorpe, editor. Rhythmic Activity of Fishes. Academic Press, London, UK.

Gilbert, B. S., and S. Boutin. 1991. Effect of moonlight on winter activity of snowshoe hares. Arctic and Alpine Research 23:61–65.

Gillam, E. H., and G. F. McCracken. 2007. Variability in the echolocation of *Tadarida brasiliensis*: effects of geography and local acoustic environment. Animal Behaviour 74:277–286.

Ginetz, R. M. J. 1972. Some factors affecting rainbow trout (*Salmo gairdneri*) predation on migrant sockeye salmon (*Oncorhynchus nerka*) fry. Canada Department of Environemnt Fisheries Service, Vancouver, BC, Canada.

Gjessing, E., E. Lygren, T. Berglind, T. Gulbrandsen, and R. Skanne. 1984. Effect of highway runoff on lake water quality. Science of the Total Environment 33:247–257.

Gomez, D. M., and R. G. Anthony. 1998. Small mammal abundance in riparian and upland areas of five seral stages in western Oregon. Northwest Science 72:293–302.

Gordon, C. J. 1994. Thermoregulation in laboratory mammals and humans exposed to anticholinesterase agents. Neurotoxicology and Teratology 16:427–453.

Grau, E. G., W. W. Dickhoff, R. S. Nishioka, H. A. Bern, and L. C. Folmar. 1981. Lunar phasing of the thyroxine surge preparatory to seaward migration of salmonid fish. Science 211:607–609.

Green, R. E. 1984. The feeding ecology and survival of partridge chicks (*Alectoris rufa* and *Perdix perdix*) on arable farmland in East Anglia. Journal of Applied Ecology 21:817–830.

Greenberg, C. H., S. H. Crownover, and D. R. Gordon. 1997. Roadside soils: A corridor for invasion of xeric scrub by nonindigenous plants. Natural Areas Journal 17:99–109.

Grover, K. E., and M. J. Thompson. 1986. Factors influencing spring feeding site selection by elk in the Elkhorn Mountains, Montana. Journal of Wildlife Management 50:466–470.

Grue, C. E., P. L. Gilbert, and M. E. Seeley. 1997. Neurophysiological and behavioral changes in non-target wildlife exposed to organophospate and carbamate pesticides: Thermoregulation, food consumption, and reproduction. American Zoologist 37:369–388.

Grue, C. E., A. D. M. Hart, and P. Mineau. 1991. Biological consequences of depressed brain cholinesterase activity in wildlife. Pages 151–209 in P. Mineau, editor. Cholinesterase-inhibiting insecticides—their impact on wildlife and the environment. Elsevier Science Publishers B.V., Amsterdamn, Netherlands.

Grue, C. E., D. J. Hoffman, W. N. Beyer, and P. Franson. 1986. Lead concentrations and reproductive success in European starlings, *Stutrnus vulgaris*, nesting within highway roadside verges. Environmental Pollution Series A Ecological and Biological 42:157–182.

Habib, L., E. M. Bayne, and S. Boutin. 2007. Chronic industrial noise affects pairing success and age structure of ovenbirds *Seiurus aurocapilla*. Journal of Applied Ecology 44:176–184.

Hailman, J. P. 1982. Extremely low ambient light levels of *Ascaphus truei*. Journal of Herpetology 16:83–84.

Halfwerk, W., S. Bot, J. Buikx, M. van der Velde, J. Komdeur, C. ten Cate, and H. Slabbekoorn. 2011. Low-frequency songs lose their potency in noisy urban conditions. Proceedings of the National Academy of Sciences 108:14549–14554.

Hallmann, C. A., R. P. B. Foppen, C. A. M. Van Turnhout, H. De Kroon, and E. Jongejans. 2014. Declines in insectivorous birds are associated with high neonicotinoid concentrations. Nature 511:341–343.

Harris, L. D. 1988. Edge effects and conservation of biotic diversity. Conservation Biology 2:330–332.

Harvey, B. C., R. J. Nakamoto, and J. L. White. 2006. Reduced streamflow lowers dry-season growth of rainbow trout in a small stream. Transactions of the American Fisheries Society 135:998–1005.

Hayes, T. 2013. Protecting Life. Pesticides and You 33:13–18.

Hayward, L. S., A. E. Bowles, J. C. Ha, and S. K. Wasser. 2011. Impacts of acute and long-term vehicle exposure on physiology and reproductive success of the northern spotted owl. Ecosphere 2:art65.

Hebert, P. N., and R. T. Golightly. 2006. Movements, nesting, and response to anthropogenic disturbance of marbled murrelets (*Brachyramphus marmoratus*) in Redwood National and State Parks, California. Unpublished report, Department of Wildlife, Humboldt State University, Arcata, CA and California Department of Fish and Game Report 2006-02, Sacramento, CA, USA.

Hegdal, P. L., and B. A. Colvin. 1988. Potential hazard to eastern screech owls and other raptors of brodifacoum bait used for vole control in orchards. Environmental Toxicology and Chemistry 7:245–260.

Helvey, J. D., and J. N. Kochenderfer. 1990. Soil density and moisture content on two unused forest roads during first 30 months after construction. Research Paper NE-629. U.S. Department of Agriculture, Forest Service, Northeastern Forest Experiment Station. Portland, OR, USA.

Henny, C. J., E. J. Kolbe, and L. I. Blus. 1987. Case histories of bald eagles and other raptors killed by organophosphorus insecticides topically applied to livestock. Journal of Wildlife Diseases 23:292–295.

Hicks, B. J., J. D. Hall, P. A. Bisson, and J. R. Sedell. 1991. Responses of salmonids to habitat changes. Influences of Forest and Rangeland Management on Salmonid Habitat: American Fisheries Society Special Publication 19:483–518.

Hill, E. F., and V. M. Mendenhall. 1980. Secondary poisoning of barn owls with Famphur, an organophosphate insecticide. Journal of Wildlife Management 44:676–681.

Hoffman, D. J., and P. H. Albers. 1984. Evaluation of potential embryotoxicity and teratogenicity of 42 herbicides, insecticides, and petroleum contaminants to mallard eggs. Archives of Environmental Contamination and Toxicology 13:15–27.

Hoffnagle, T. L., and A. J. Fivizzani. 1998. Effect of three hatchery lighting schemes on indices of smoltification in chinook salmon. Progressive Fish-Culturist 60:179–191.

Holway, D. A., A. V Suarez, and T. E. D. J. Case. 2002. Role of abiotic factors in governing susceptibility to invasion: A test with Argentine ants. Ecology 83:1610–1619.

Horton, J. S. 1977. The development and perpetuation of the permanent tamarisk type in the phreatophyte zone of the Southwest. Pages 124–127 *in*. Symposium on the Importance, Preservation, and Management of the Riparian Habitat. Tucson, AZ, USA.

Hosea, R. 2000. Exposure of non-target wildlife to anticoagulant rodenticides in California. Pages 236–244 *in* T. P. Salmon and A. C. Crabb, editors. Proceedings of the 19th Vertebrate Pest Conference. University of California, Davis, CA, USA.

Howald, G. R., P. Mineau, J. E. Elliott, and K. M. Cheng. 1999. Brodifacoum poisoning of avian scavengers during rat control on a seabird colony. Ecotoxicology 8:431–447.

Hull, Jr., A. C. 1971. Effect of spraying with 2,4-D upon abundance of pocket gophers in Franklin Basin, Idaho. Journal of Range Management 24:230–232.

Human, K. G., and D. M. Gordon. 1997. Effects of Argentine ants on invertebrate biodiversity in Northern California. Conservation Biology 11:1242–1248.

Humphries, P., L. G. Serafini, and A. J. King. 2002. River regulation and fish larvae: variation through space and time. Freshwater Biology 47:1307–1331.

Irwin, E. R., and M. C. Freeman. 2002. Proposal for adaptive management to conserve biotic integrity in a regulated segment of the Tallapoosa River, Alabama, USA. Conservation Biology 16:1212–1222.

Jaques, L. B. 1959. Dicoumarol drugs and the problem of haemorrhage. Canadian Medical Association Journal 81:848–854.

Johnson, D. R. 1964. Effects of range treatment with 2,4-D on rodent populations. Ecology 45:241–249.

Johnson, D. R., and R. M. Hansen. 1969. Effects of range treatment with 2,4-D on rodent populations. Journal of Wildlife Management 33:125–132.

Johnson, P. T. J., A. R. Townsend, C. C. Cleveland, P. M. Glibert, W. Howarth, V. J. McKenzie, E. Rejmankova, and M. H. Ward. 2010. Linking environmental nutrient enrichment and disease emergence in humans and wildlife. Ecological Applications 20:16–29.

Johnston, B., and L. Frid. 2002. Clearcut logging restricts the movements of terrestrial Pacific giant salamanders (*Dicamptodon tenebrosus* Good). Canadian Journal of Zoology 80:2170–2177.

Johnston, D., G. Tatarian, and E. Pierson. 2004. California bat mitigation: techniques solutions, and effectiveness. Sacramento, CA, USA.

Jonsson, N. 1991. Influence of water flow, water temperature and light on fish migration in rivers. Nordic Journal of Freshwater Research 66:20–35.

Junk, W., P. B. Bayley, and R. E. Sparks. 1989. The flood pulse concept in river-floodplain systems. Pages 110–127 *in* D. P. Dodge, editor. Proceedings of the International Large River Symposium (LARS). Canadian Special Publication of Fisheries and Aquatic Sciences 106.

Keith, J. O., R. M. Hansen, and A. L. Ward. 1959. Effect of 2,4-D on abundance and foods of pocket gophers. Journal of Wildlife Management 23:137–145.

Kelsey, K. A., and S. D. West. 1998. Riparian wildlife. Pages 235–258 *in* R. J. Naiman and R. E. Bilby, editors. River Ecology and Management: Lessons from the Pacific Coastal Ecoregion. Springer-Verlag, New York, NY, USA.

Kiesecker, J. M. 2002. Synergism between trematode infection and pesticide exposure: A link to amphibian limb deformities in nature? Proceedings of the National Academy of Sciences 99:9900–9904.

Kiesecker, J. M., and A. R. Blaustein. 1997. Population differences in responses of red-legged frogs (Rana aurora to introduced bullfrogs. Ecology 78:1752–1760.

Kiesecker, J. M., and A. R. Blaustein. 1998. Effects of inroduced bullfrogs and smallmouth bass on microhabitat use, growth, and survival of native red-legged frogs (*Rana aurora*). Conservation Biology 12:776–787.

Kiesecker, J. M., A. R. Blaustein, and C. L. Miller. 2001. Potential mechanisms underlying the displacement of native red-legged frogs by introduced bullfrogs. Ecology 82:1964–1970.

Kight, C. R., and J. P. Swaddle. 2011. How and why environmental noise impacts animals: An integrative, mechanistic review. Ecology Letters 14:1052–1061.

King, J. G., and L. C. Tennyson. 1984. Alteration of streamflow characteristics following road construction in north central Idaho. Water Resources Research 20:1159–1163.

Kleijn, D., and G. I. J. Snoeijing. 1997. Field boundary vegetation and the effects of agrochemical drift: botanical change caused by low levels of herbicide and fertilizer. Journal of Applied Ecology 34:1413–1425.

Klump, G. M. 1996. Bird communication in the noisy world. Pages 321–338 *in* D. E. Kroodsma and E. H. Miller, editors. Ecology and Evolution of Acoustic Communication in Birds. Cornell University Press, Ithaca, NY, USA.

Kondolf, G. M., and R. R. Curry. 1986. Channel erosion along the Carmel River, Monterey County, California. Earth Surface Processes and Landforms 11:307–319.

Kupferberg, S. J. 1997. Bullfrog (*Rana catesbeiana*) invasion of a California river: the role of larval competition. Ecology 78:1736–1751.

Kupferberg, S. J., W. J. Palen, A. J. Lind, S. Bobziern, A. Catenazzi, J. Drennan, and M. E. Power. 2012. Effects of flow regimes altered by dams on survival, population declines, and range-wide losses of California river-breeding frogs. Conservation Biology 26:513–524.

Lengagne, T. 2008. Traffic noise affects communication behaviour in a breeding anuran, *Hyla arborea*. Biological Conservation 141:2023–2031.

Leonard, M. L., and A. G. Horn. 2008. Does ambient noise affect growth and begging call structure in nestling birds? Behavioral Ecology 19:502–507.

Leonard, M. L., and A. G. Horn. 2012. Ambient noise increases missed detections in nestling birds. Biology Letters 8:530–532.

Leonardi, M. O., and A. E. Klempau. 2003. Artificial photoperiod influence on the immune system of juvenile rainbow trout (*Oncorhynchus mykiss*) in the Southern Hemisphere. Aquaculture 221:581–591.

Li, Q., and T. Kawada. 2006. The mechanism of organophosphorus pesticide-induced inhibition of cytolytic activity of killer cells. Cellular & Molecular Immunology 3:171–178.

Lillywhite, H. B. 1977. Effects of chaparral conversion on small vertebrates in southern California. Biological Conservation 11:171–184.

Littrell, E. E., and D. Hunter. 1988. Wild carnivore deaths due to anticoagulant intoxication. California Fish and Game 74:183.

Lock, P. A., and R. J. Naiman. 1998. Effects of stream size on bird community structure in coastal temperate forests of the Pacific Northwest, USA. Journal of Biogeography 25:773–782.

Longcore, T., and C. Rich. 2004. Ecological light pollution - Review. Frontiers in Ecology and the Environment 2:191–198.

Longcore, T., and C. Rich. 2016. Artificial night lighting and protected lands: Ecological effects and management approaches. Fort Collins, CO, USA.

Loos, G., and P. Kerlinger. 1993. Road mortality of saw-whet and screech-owls on the Cape-May Peninsula. Journal of Raptor Research 27:210–213.

Lowe, R. H. 1952. The influence of light and other factors on the seaward migration of the silver eel (*Anguilla anguilla* L.). Journal of Animal Ecology 21:275–309.

MacArthur, R. A., R. H. Johnston, and V. Geist. 1979. Factors influencing heart rate in free ranging bighorn sheep: a physiological approach to the study of wildlife harassment. Canadian Journal of Zoology 57:2010–2021.

Mallery, M. 2010. Marijuana National Forest: Encroachment on California public lands for cannabis cultivation. Berkeley Undergraduate Journal 23:1–17.

Marine, K. R., and J. J. Cech, Jr. 2004. Effects of high water temperature on growth, smoltification, and predator avoidance in juvenile Sacramento River chinook salmon. North American Journal of Fisheries Management 24:198–210.

Martin, P. A., and K. R. Solomon. 1991. Acute carbofuran exposure and cold stress: Interactive effects in mallard ducklings. Pesticide Biochemistry and Physiology 40:117–127.

Martins, E. G., S. G. Hinch, D. A. Patterson, M. J. Hague, S. J. Cooke, K. M. Miller, M. F. Lapointe, K. K. English, and A. P. Farrell. 2011. Effects of river temperature and climate warming on stock-specific survival of adult migrating Fraser River sockeye salmon (*Oncorhynchus nerka*). Global Change Biology 17:99–114.

Matson, P. A. a, W. J. J. Parton, A. G. G. Power, and M. J. J. Swift. 1997. Agricultural intensification and ecosystem properties. Science 277:504–509.

McKay, S. F., and A. J. King. 2006. Potential ecological effects of water extraction in small, unregulated streams. River Research and Applications 22:1023–1037.

McLellan, B. N., and D. M. Shackleton. 1988. Grizzly bears and resource-extraction industries: effects of roads on behaviour, habitat use and demography. Journal of Applied Ecology 25:451–460.

McMillin, S. C., R. C. Hosea, B. F. Finlayson, B. L. Cypher, and A. Mekebri. 2008. Anticoagulant rodenticide exposure in an urban population of the San Joaquin kit fox. Pages 163–165 in R. M. Timm and M. B. Madon, editors. Proceedings of the 23rd Vertebrate Pest Conference. University of California, Davis, CA, USA.

Mendelssohn, H., and U. Paz. 1977. Mass mortality of birds of prey caused by Azodrin, an organophosphate insecticide. Biological Conservation 11:163–170.

Mendenhall, V. M., and L. F. Pank. 1980. Secondary poisoning of owls by anticoagulant rodenticides. Wildlife Society Bulletin 8:311–315.

Merriam, G., M. Kozakiewicz, E. Tsuchiya, and K. Hawley. 1989. Barriers as boundaries for metapopulations and demes of Peromyscus leucopus in farm landscapes. Landscape Ecology 2:227–235.

Meyer, J. L., D. L. Strayer, J. B. Wallace, S. L. Eggert, G. S. Helfman, and N. E. Leonard. 2007. The contribution of headwater streams to biodiversity in rivers networks. Journal of the American Water Resources Association 43:86–103.

Miksis-Olds, J. L., P. L. Donaghay, J. H. Miller, P. L. Tyack, and J. A. Nystuen. 2007. Noise level correlates with manatee use of foraging habitats. The Journal of the Acoustical Society of America 121:3011–3020.

Milestone, J. F., K. Hendricks, A. Foster, J. Richardson, S. Denniston, A. Demetry, M. Ehmann, C. Cuvelier, D. Schifsky, and D. Fireman. 2011. Continued cultivation of illegal marijuana in U.S. western national parks. Pages 209–216 in S. Weber, editor. Rethinking Protected Areas in a Changing World: Proceedings of the 2011 George Wright Society Conference on Parks, Protected Areas, and Cultural Sites. The George Wright Society, Hancock, MI, USA.

Miller, M. W. 2006. Apparent effects of light pollution on singing behavior of American robins. The Condor 108:130–139.

Mineau, P., M. R. Fletcher, L. C. Glaser, N. J. Thomas, C. Brassard, L. K. Wilson, J. E. Elliott, L. A. Lyon, C. J. Henny, T. Bollinger, and S. L. Porter. 1999. Poisoning of raptors with organophosphorus and carbamate pesticides with emphasis on Canada, US, and UK. Journal of Raptor Research 33:1–37.

Mineau, P., and C. Palmer. 2013. The impact of the nation's most widely used insecticides on birds. American Bird Conservancy. The Plains, VA, USA.

Mineau, P., and M. Whiteside. 2013. Pesticide acute toxicity is a better correlate of U.S. grassland bird declines than agricultural intensification. PLoS ONE 8:e57457.

Mingo, V., S. Lötters, and N. Wagner. 2016. Risk of pesticide exposure for reptile species in the European Union. Environmental Pollution 215:164–169.

Montgomery, W. L., S. D. Mccormick, R. J. Naiman, F. G. J. Whoriskey, and G. A. Black. 1983. Spring migratory synchrony of salmonid, catostomid, and cyprinid fishes in Riviere a la Truite, Quebec. Canadian Journal of Zoology 61:2495–2502.

Moore, C. B., and T. D. Siopes. 2000. Effects of lighting conditions and melatonin

supplementation on the cellular and humoral immune responses in Japanese quail *Coturnix coturnix japonica*. General and Comparative Endocrinology 119:95–104.

Moore, M. K., and V. R. Townsend. 1998. The interaction of temperature, dissolved oxygen and predation pressure in an aquatic predator-prey system. Oikos 81:329–336.

Mougeot, F., and V. Bretagnolle. 2000. Predation risk and moonlight avoidance in nocturnal seabirds. Journal of Avian Biology 31:376–386.

Moyle, P. B. 1973. Effects of introduced bullfrogs, *Rana catesbeiana*, on native frogs of the San Joaquin Valley, California. Copeia 1973:18–22.

Moyle, P. B. 2002. Inland fishes of California. University of California Press, Berkeley, CA, USA.

Murcia, C. 1995. Edge effects in fragmented forests: Implications for conservation. Trends in Ecology and Evolution 10:58–62.

Murray, N. L., and F. Stauffer. 1995. Nongame bird use of habitat in Central Appalachian riparian forests. Journal of Wildlife Management 59:78–88.

Næsje, T., B. Jonssons, and J. Skurdal. 1995. Spring flood: a primary cue for hatching of river spawning Coregoninae. Canadian Journal of Fisheries and Aquatic Sciences 52:2190–2196.

National Drug Intelligence Center [NDIC]. 2007. Domestic cannabis cultivation assessment 2007. United States Department of Justice, Washington, D.C., USA.

Navara, K. J., and R. J. Nelson. 2007. The dark side of light at night: Physiological, epidemiological, and ecological consequences. Journal of Pineal Research 43:215–224.

Nettles, V. F. 1976. Organophosphate toxicity in wild turkeys. Journal of Wildlife Diseases 12:560–561.

Newcombe, C. P., and J. O. T. Jensen. 1996. Channel suspended sediment and fisheries: a synthesis for quantitative assessment of risk and impact. North American Journal of Fisheries Management 16:693–727.

Newton, I., I. Wyllie, and L. Dale. 1997. Mortality causes in British barn owls (*Tyto alba*), based on 1,101 carcasses examined during 1963-1996. Pages 299–307 *in* J. R. Duncan, D. H. Johnson, and T. H. Nicholls, editors. Biology and Conservation of Owls of the Northern Hemisphere: 2nd International Symposium. General Technical Report NC-190. U.S. Dept. of Agriculture, Forest Service, North Central Forest Experiment Station, St. Paul, MN, USA.

Nightingale, B., T. Longcore, and C. A. Simenstad. 2006. Artificial night lighting and fishes. Pages 257–276 *in* C. Rich and T. Longcore, editors. Ecological consequences of artificial light at night. Island Press, Washington, D.C., USA.

Norling, B. S., S. H. Anderson, and W. A. Hubert. 1992. Roost sites used by sandhill crane staging along the Platte River, Nebreska. The Great Basin Naturalist 52:253–261.

O'Hare, M., D. L. Sanchez, and P. Alstone. 2013. Environmental risks and opportunities in cannabis cultivation. BOETC Analysis Corp. Univeristy of California, Berkeley, CA, USA.

Obedzinski, M., S. N. Pierce, G. E. Horton, and M. J. Deitch. 2018. Effects of flow-related variables on oversummer survival of juvenile coho salmon in intermittent streams. Transactions of the American Fisheries Society 147:588–605.

Ogden, L. J. E. 1996. Collision course: The hazards of lighted structures and windows to migrating birds. Toronto, Canada.

Oxley, D. J., M. B. Fenton, and G. R. Carmody. 1974. The effects of roads on populations of small mammals. Journal of Applied Ecology 11:51–59.

Pandey, S. P., and B. Mohanty. 2015. The neonicotinoid pesticide imidacloprid and the dithiocarbamate fungicide mancozeb disrupt the pituitary-thyroid axis of a wildlife bird. Chemosphere 122:227–234.

Parris, K. M., M. Velik-lord, and J. M. North. 2009. Frogs call at a higher pitch in traffic noise. Ecology and Society 14:25.

Patricelli, G., and J. J. L. Blickley. 2006. Avian communication in urban noise: causes and consequences of vocal adjustment. Auk 123:639–649.

Perkins, D. J., B. N. Carlsen, M. Fredstrom, R. H. Miller, C. M. Rofer, G. T. Ruggerone, and C. S. Zimmerman. 1984. The effects of groundwater pumping on natural spring communities in Owens Valley. Pages 515–526 in R. E. Warner and K. M. Hendrix, editors. California Riparian Systems: Ecology, Conservation, and Productive Management. University of California Press, Berkeley, CA, USA.

Perry, G., B. W. Buchanan, M. Salmon, and S. E. Wise. 2008. Effects of night lighting on urban reptiles and amphibians in urban environments. Pages 239–256 in J. C. Mitchell, R. E. Jung Brown, and B. Bartholomew, editors. Urban Herpetology. Society for the Study of Amphibians and Reptiles, Salt Lake City, UT, USA.

Phillips, J. B., and S. C. Borland. 1992. Behavioural evidence for use of a light-dependent magnetoreception mechanism by a vertebrate. Nature 359:142–144.

Phillips, J., and S. Borland. 1994. Use of a specialized magnetoreception system for homing by the eastern red-spotted newt Notophthalmus viridescens. The Journal of experimental biology 188:275–91.

Pimentel, D. 2005. Environmental and economic costs of the application of pesticides primarily in the United States. Environment, Development and Sustainability 7:229–252.

Poff, N. L., J. D. Allan, M. B. Bain, J. R. Karr, K. L. Prestegarrd, B. D. Richter, R. E. Sparks, and J. C. Stromberg. 1997. The natural flow regime: a paradigm for river conservation and restoration. BioScience 47:769–784.

Power, M. E. 1992. Hydrologic and trophic controls of seasonal algal blooms in northern California rivers. Archive fur Hydrobiology 125:385–410.

Power, M. E., K. Bouma-Gregson, P. Higgins, and S. M. Carlson. 2015. The thirsty eel: Summer and winter flow thresholds that tilt the Eel River of Northwestern California from salmon-supporting to cyanobacterially degraded states. Copeia 103:200–211.

Proulx, G., and N. Mackenzie. 2012. Relative abundance of american badger (Taxidea taxus) and red fox (Vulpes vulpes) in landscapes with high and low rodenticide poisoning levels. Integrative Zoology 7:41–47.

Quinn, J. L., M. J. Whittingham, S. J. Butler, W. Cresswell, J. L. Quinn, M. J. Whittingham, S. J. Butler, W. Cresswell, and W. Noise. 2017. Noise, predation risk compensation and vigilance in the chaffinch Fringilla coelebs. Journal of Avian Biology 37:601–608.

Rabin, L. A., R. G. Coss, and D. H. Owings. 2006. The effects of wind turbines on antipredator behavior in California ground squirrels (Spermophilus beecheyi). Biological Conservation 131:410–420.

Rands, M. R. W. 1986. The survival of gamebird (Galliformes) chicks in relation to pesticide use on cereals. Ibis 128:57–64.

Rattner, B. A., K. E. Horak, R. S. Lazarus, K. M. Eisenreich, C. U. Meteyer, S. F. Volker, C. M. Campton, J. D. Eisemann, and J. J. Johnston. 2012. Assessment of toxicity and potential risk of the anticoagulant rodenticide diphacinone using Eastern screech-owls (*Megascops asio*). Ecotoxicology 21:832–846.

Ray, C. 1958. Vital limits and rates of desiccation in salamanders. Ecology 39:75–83.

van der Ree, R. 1999. Barbed wire fencing as a hazard for wildlife. The Victorian Naturalist 116:210–217.

Reid, L. M., and T. Dunne. 1984. Sediment production from forest road surfaces. Water Resources Bulletin 20:1753–1761.

Reily, P. W., and W. C. Johnson. 1982. The effects of altered hydrologic regime on tree growth along the Missouri River in North Dakota. Canadian Journal of Botany 60:2410–2422.

Relyea, R. 2003. Predator cues and pesticides: A double dose of danger for amphibians. Ecological Applications 13:1515–1521.

Relyea, R. A. 2012. New effects of Roundup on amphibians: Predators reduce herbicide mortality; herbicides induce antipredator morphology. Ecological Applications 22:634–647.

Relyea, R. A., and N. Diecks. 2008. An unforeseen chain of events: lethal effects of pesticides on frogs at sublethal concentrations. Ecological Applications 18:1728–1742.

Renick, V. C., T. W. Anderson, S. G. Morgan, and G. N. Cherr. 2015. Interactive effects of pesticide exposure and habitat structure on behavior and predation of a marine larval fish. Ecotoxicology 24:391–400.

Richardson, E. V., D. B. Simons, and P. F. Lagasse. 2001. River engineering for highway encroachments: Highways in the river environment. Hydraulic Design Series No. 6. U.S. Department of Transportation, Federal Highway Administration, National Highway Institute. Arlington, VA, USA.

Richardson, J. S., R. J. Naiman, F. J. Swanson, and D. E. Hibbs. 2005. Riparian communities associated with Pacific Northwest headwater streams: Assemblages, processes, and uniqueness. Journal of the American Water Resources Association 41:935–947.

Rieman, B. E., D. C. Lee, and R. F. Thurow. 1997. Distribution, status, and likely future trends of bull trout within the Columbia River and Klamath River Basins. North American Journal of Fisheries Management 17:1111–1125.

Riley, S. P. D., C. Bromley, R. H. Poppenga, F. A. Uzal, L. Whited, and R. M. Sauvajot. 2007. Anticoagulant exposure and notoedric mange in bobcats and mountain lions in urban southern California. Journal of Wildlife Management 71:1874–1884.

Rohr, J. R., T. R. Raffel, S. K. Sessions, and P. J. Hudson. 2008. Understanding the net effects of pesticides on amphibian trematode infections. Ecological Applications 18:1743–1753.

Rood, S. B., and J. M. Mahoney. 1990. Collapse of riparian poplar forests downstream from dams in western prairies: Probable causes and prospects for mitigation. Environmental Management 14:451–464.

Rosen, P. C., and C. H. Lowe. 1994. Highway mortality of snakes in the Sonoran Desert

of southern Arizona. Biological Conservation 68:143–148.

Ross, P. S. 2000. Marine mammals as sentinels in ecological risk assessment. Human and Ecological Risk Assessment 6:29–46.

Rost, G. R., and J. A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management 43:634–641.

Rowan, W. 1925. Relation of light to bird migration and developmental changes. Nature 115:494–495.

Rowan, W. 1932. Experiments in bird migration III. The effects of artificial light, castration and certain extracts on the Autumn movements of the American crow (*Corvus brachyrhynchos*). Proceedings of the National Academy of Sciences 18:639–654.

Rydell, J. 1992. Exploitation of insects around streetlamps by bats in Sweden. Functional Ecology 6:744–750.

Salmon, M., M. G. Tolbert, D. P. Painter, M. Goff, and R. Reiners. 1995. Behavior of loggerhead sea turtles on an urban beach. II. Hatchline Orientation. Journal of Herpetology 29:568–576.

Salvarina, I. 2016. Bats and aquatic habitats: a review of habitat use and anthropogenic impacts. Mammal Review 46:131–143.

Sánchez-Barbudo, I. S., P. R. Camarero, and R. Mateo. 2012. Primary and secondary poisoning by anticoagulant rodenticides of non-target animals in Spain. Science of the Total Environment 420:280–288.

Santucci, Jr., V. J., S. R. Gephard, and S. M. Pescitelli. 2005. Effects of multiple low-head dams on fish, macroinvertebrates, habitat, and water quality in the Fox River, Illinois. North American Journal of Fisheries Management 25:975–992.

Schaub, A., J. Ostwald, and B. M. Siemers. 2008. Foraging bats avoid noise. Journal of Experimental Biology 211:3174–3180.

Sealy, S. G. 1972. Adaptive differences in breeding biology in the marine bird family Alcidae. PhD Thesis, University of Michigan, Ann Arbor, MI, USA.

Seidman, V. M., and C. J. Zabel. 2001. Bat activity along intermittent streams in northwestern California. Journal of Mammalogy 82:738–747.

Selong, J. H., T. E. Mcmahon, A. V Zale, and F. T. Barrows. 2001. Effect of temperature on growth and survival of bull trout, with application of an improved method for determining thermal tolerance in fishes. Tran 130:1026–1037.

Semlitsch, R. D. 1987. Interactions between fish and salamander larvae: Costs of predator avoidance or competition? Oecologica 72:481–486.

Seyedbagheri, K. A. 1996. Idaho forestry best management practices: compilation of research on their effectiveness. General Technical Report INT-GTR-339. Intermountain Research Station, U.S. Forest Service, Ogden, UT, USA.

Sheridan, C. D., and D. H. Olson. 2003. Amphibian assemblages in zero-order basins in the Oregon Coast Range. Canadian Journal of Forest Research 33:1452–1477.

Siemers, B. M., and A. Schaub. 2011. Hunting at the highway: traffic noise reduces foraging efficiency in acoustic predators. Proceedings of the Royal Society B: Biological Sciences 278:1646–1652.

Slabbekoorn, H., and M. Peet. 2003. Birds sing at a higher pitch in urban noise. Nature 424:267–268.

Smutz, J. K. 1987. The effect of agriculture on ferruginous and Swainson's hawks.

Journal of Range Management 40:438–440.

Sotherton, N. W., J. W. Dover, and M. R. W. Rands. 1988. The effects of pesticide exclusion strips on faunal populations in Great Britain. Ecological Bulletins 39:197–199.

Sparks, R. E. 1995. Need for ecosystem management of large rivers and their floodplains. BioScience 45:168–182.

Spencer, S. R., and G. W. Barrett. 1980. Meadow vole population response to vegetational changes resulting from 2,4-D application. The American Midland Naturalist 103:32–46.

Stone, W. B., J. C. Okoniewski, and J. R. Stedelin. 1999. Poisoning of wildlife with anticoagulant rodenticides in New York. Journal of Wildlife Diseases 35:187–193.

Stone, W. B., J. C. Okoniewski, and J. R. Stedelin. 2003. Anticoagulant rodenticides and raptors: Recent findings from New York, 1998-2001. Bulletin of Environmental Contamination and Toxicology 70:34–40.

Stromberg, J. C., R. Tiller, and B. Richter. 1996. Effects of groundwater decline on riparian vegetation of semiarid regions: The San Pedro, Arizona. Ecological Applications 6:113–131.

Stuart, J. N., M. L. Watson, T. L. Brown, and C. Eustice. 2001. Plastic netting: An entanglement hazard to snakes and other wildlife. Herpetological Review 32:162–164.

Sun, J. W. C., and P. M. Narins. 2005. Anthropogenic sounds differentially affect amphibian call rate. Biological Conservation 121:419–427.

Suttle, K. B., M. E. Power, J. M. Levine, and C. McNeely. 2004. How fine sediment in riverbeds impairs growth and survival of juvenile salmonids. Ecological Applications 14:969–974.

Swaddle, J. P., and L. C. Page. 2007. High levels of environmental noise erode pair preferences in zebra finches: implications for noise pollution. Animal Behaviour 74:363–368.

Swihart, R. K., and N. A. Slade. 1984. Road crossing in *Sigmodon hispidus* and *Microtus ochrogaster*. Journal of Mammalogy 65:357–360.

Tabor, R. A., G. S. Brown, and V. T. Luiting. 2004. The effect of light intensity on sockeye salmon fry migratory behavior and predation by cottids in the Cedar River, Washington. North American Journal of Fisheries Management 24:128–145.

Thompson, C., R. Sweitzer, M. Gabriel, K. Purcell, R. Barrett, and R. Poppenga. 2014. Impacts of rodenticide and insecticide toxicants from marijuana cultivation sites on fisher survival rates in the Sierra National Forest, California. Conservation Letters 7:91–102.

Thurber, J. M., R. O. Peterson, T. D. Drummer, and S. A. Thomasma. 1994. Gray wolf response to refuge boundaries and roads in Alaska. Wildlife Society Bulletin 22:61–68.

Tiemann, U. 2008. *In vivo* and *in vitro* effects of the organochlorine pesticides DDT, TCPM, methoxychlor, and lindane on the female reproductive tract of mammals: A review. Reproductive Toxicology 25:316–326.

Tietjen, H. P., C. H. Halvorson, P. L. Hegdal, and A. M. Johnson. 1967. 2,4-D herbicide, vegetation, and pocket gopher relationships Black Mesa, Colorado. Ecology 48:634–643.

Townsend, M. G., P. J. Bunyan, E. M. Odam, P. I. Stanley, and H. P. Wardall. 1984. Assessment of secondary poisoning hazard of warfarin to least weasels. Journal of Wildlife Management 48:628–632.

Travnichek, V. H., M. B. Bain, M. J. Maceina, V. H. Travnichek, M. B. Bain, M. J. M. Recovery, V. H. Travnichek, M. B. Bain, and M. J. Maceina. 1995. Recovery of a warmwater fish assemblage after the initiation of a minimum-flow release downstream from a hydroelectrid dam. Transactions of the American Fisheries Society 124:836–844.

Troïanowski, M., N. Mondy, A. Dumet, C. Arcanjo, and T. Lengagne. 2017. Effects of traffic noise on tree frog stress levels, immunity, and color signaling. Conservation Biology 31:1132–1140.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14:18–30.

Valchev, I., R. Binev, V. Yordanova, and Y. Nikolov. 2008. Anticoagulant rodenticide intoxication in animals - A review. Turkish Journal of Veterinary and Animal Sciences 32:237–243.

Valdimarsson, S. K., N. B. Metcalfe, J. E. Thorpe, and F. A. Huntingford. 1997. Seasonal changes in sheltering: Effect of light and temperature on diel activity in juvenile salmon. Animal Behaviour 54:1405–1412.

Varland, D. E., E. E. Klaas, and T. M. Loughin. 1993. Use of habitat and perches, causes of mortality and time until dispersal in post-fledging American kestrels. Journal of Field Ornithology 64:169–178.

Vidal, D., V. Alzaga, J. J. Luque-Larena, R. Mateo, L. Arroyo, and J. Viñuela. 2009. Possible interaction between a rodenticide treatment and a pathogen in common vole (*Microtus arvalis*) during a population peak. Science of the Total Environment 408:267–271.

Vora, R. S. 1988. Potential soil compaction forty years after logging in northeastern California. The Great Basin Naturalist 48:117–120.

Wang, I. J., J. C. Brenner, and V. Butsic. 2017. Cannabis, an emerging agricultural crop, leads to deforestation and fragmentation. Frontiers in Ecology and the Environment 15:495–501.

Warner, R. E. 1994. Agricultural land use and grassland habitat in Illinois: future shock for midwestern birds? Conservation Biology 8:147–156.

Webster, K. H. 2009. Validation of a prothrombin time (PT) assay for assessment of brodificoum exposure in Japanese quail and barn owls. Thesis, Simon Fraser University, Burnaby, BC, Canada.

Welsh, H. H., and G. R. Hodgson. 2008. Amphibians as metrics of critical biological thresholds in forested headwater streams of the Pacific Northwest, U.S.A. Freshwater Biology 53:1470–1488.

Welsh, H. H., and A. M. Y. J. Lind. 1996. Habitat correlates of the southern torrent salamander, *Rhyacotriton variegatus* (Caudata: Rhyacotritonidae), in Northwestern California. Journal of Herpetology 30:385–398.

Welsh, H. H., and L. Ollivier. 1998. Stream amphibians as indicators of ecosystem stress: a case study from California's redwoods. Ecological Applications 8:1118–1132.

Wemple, B. C., J. A. Jones, and G. E. Grant. 1996. Channel network extension by

logging roads in two basins, Western Cascades, Oregon. Water Resources Bulletin 32:1195–1207.

Wengert, G. M. 2015. Indirect and covert impacts of trespass marijuana cultivation on public and tribal lands. Marijuana Cultivation and its Impacts on Wildlife, Habitats and the Wildlife Profession. Symposium of the Western Section of the Wildlife Society Conference. Santa Rosa, CA, USA.

White, D. H., K. A. King, C. A. Mitchell, E. F. Hill, and T. G. Lamont. 1979. Parathion causes secondary poisoning in a laughing gull breeding colony. Bulletin of Environmental Contamination and Toxicology 23:281–284.

Whitford, P. C. 1985. Bird behavior in response to the warmth of blacktop roads. Transactions of the Wisconsin Academy of Sciences, Arts, and Letters 73:135–143.

Witherington, B. E., and K. A. Bjorndal. 1991. Influences of artificial lighting on the seaward orientation of hatchling loggerhead turtles *Caretta caretta*. Biological Conservation 55:139–149.

Wolansky, M. J., and J. A. Harrill. 2008. Neurobehavioral toxicology of pyrethroid insecticides in adult animals: A critical review. Neurotoxicology and Teratology 30:55–78.

Wootton, J. T., M. S. Parker, and M. E. Power. 1996. Effects of disturbance on river food webs. Science 273:1558–1561.

Xu, Q., and R. Oldham. 1997. Lethal and sublethal effects of nitrogen fertilizer ammonium nitrate on common toad (*Bufo bufo*) tadpoles. Archives of Environmental Contamination and Toxicology 32:298–303.

Zabrodskii, P. F., V. G. Germanchuk, V. F. Kirichuk, V. S. Birbin, and A. N. Chuev. 2002. Combined effects of toxicants with various mechanisms of action and mechanical trauma on the immune system. Bulletin of Experimental Biology and Medicine 133:594–596.

Zabrodskiĭ, P. F., V. G. Lim, and E. V Strel'tsova. 2012. Disturbances of immune status and cytokine profile caused by chronic intoxication with organophosphorus compounds and their correction by administration of imunofan. Eksperimental'naia i klinicheskaia farmakologiia 75:35–37.

Zielinski, W. J., R. L. Truex, G. A. Schmidt, V. Fredrick, K. N. Schmidt, and R. H. Barrett. 2004. Resting habitat selection by fishers in California. Journal of Wildlife Management 68:475–492.

**Appendix A.** Birds that have documented pesticide poisonings and their status. (*Sources: Nettles 1976, Henny et al. 1987, Litterell 1988, Augspurger et al. 1996, Mineau et al. 1999, Fleischli et al. 2004, Pimentel 2004*)

| Order | Common Name | Scientific Name | Special Status* |
|---|---|---|---|
| Accipitriformes | Osprey | *Pandion haliaetus* | CDF-S, CDFW-WL |
| Anseriformes | American wigeon | *Anas americana* | |
| Anseriformes | Black-bellied whistling-duck | *Dendrocygna autumnalis* | |
| Anseriformes | Blue-winged teal | *Anas discors* | |
| Anseriformes | Brant goose | *Branta bernicla* | CDFW-SSC |
| Anseriformes | Bufflehead | *Bucephala albeola* | |
| Anseriformes | Canada goose | *Branta canadensis* | |
| Anseriformes | Cinnamon teal | *Anas cyanoptera* | |
| Anseriformes | Fulvous whistling-duck | *Dendrocygna bicolor* | CDFW-SSC |
| Anseriformes | Gadwall | *Anas stepera* | |
| Anseriformes | Greater white-fronted goose | *Anser albifrons* | CDFW-SSC |
| Anseriformes | Green-winged teal | *Anas crecca* | |
| Anseriformes | Lesser scaup | *Aythya affinis* | |
| Anseriformes | Mallard | *Anas platyrhynchos* | |
| Anseriformes | Mottled duck | *Anas fulvigula* | |
| Anseriformes | Muscovy duck | *Cairina moschata* | |
| Anseriformes | Northern pintail | *Anas acuta* | |
| Anseriformes | Northern shoveler | *Anas clypeata* | |
| Anseriformes | Ring-necked duck | *Aythya collaris* | |
| Anseriformes | Ross's goose | *Chen rossii* | |
| Anseriformes | Snow goose | *Chen caerulescens* | |
| Anseriformes | Wood duck | *Aix sponsa* | |
| Charadriiformes | Black tern | *Chlidonias niger* | CDFW-SSC |
| Charadriiformes | Caspian tern | *Sterna caspia* | |
| Charadriiformes | Common snipe | *Gallinago gallinago* | |
| Charadriiformes | Dunlin | *Calidris alpina* | |
| Charadriiformes | Forster's tern | *Sterna forsteri* | |

A-1

| Order | Common Name | Scientific Name | Special Status* |
|---|---|---|---|
| Charadriiformes | Herring gull | *Larus argentatus* | |
| Charadriiformes | Killdeer | *Charadrius vociferus* | |
| Charadriiformes | Laughing gull | *Larus atricilla* | CDFW-WL |
| Charadriiformes | Least sandpiper | *Calidris minutilla* | |
| Charadriiformes | Ring-billed gull | *Larus delawarensis* | |
| Charadriiformes | Semipalmated plover | *Charadrius semipalmatus* | |
| Charadriiformes | Semipalmated sandpiper | *Calidris pusilla* | |
| Ciconiiformes | Black vulture | *Coragyps atratus* | |
| Ciconiiformes | Cattle egret | *Bubulcus ibis* | |
| Ciconiiformes | Glossy ibis | *Plegadis falcinellus* | |
| Ciconiiformes | Great blue heron | *Ardea herodias* | CDF-S |
| Ciconiiformes | Great egret | *Ardea alba* | CDF-S |
| Ciconiiformes | Snowy egret | *Egretta thula* | |
| Ciconiiformes | Turkey vulture | *Cathartes aura* | |
| Columbiformes | Inca dove | *Columbina inca* | |
| Columbiformes | Mourning dove | *Zenaida macroura* | |
| Columbiformes | Rock dove | *Columba livia* | |
| Falconiformes | American kestrel | *Falco sparverius* | |
| Falconiformes | Bald eagle | *Haliaeetus leucocephalus* | BLM-S, CDFW-FP, USFS-S, USFWS-BCC |
| Falconiformes | Cooper's hawk | *Accipiter cooperii* | CDFW-WL |
| Falconiformes | Ferruginous hawk | *Buteo regalis* | CDFW-WL, USFWS-BCC |
| Falconiformes | Golden eagle | *Aquila chrysaetos* | BLM-S, CDFW-FP, CDFW-WL, USFWS-BCC |
| Falconiformes | Merlin | *Falco columbarius* | CDFW-WL |
| Falconiformes | Mississippi kite | *Ictinia mississippiensis* | |
| Falconiformes | Northern harrier | *Circus cyaneus* | CDFW-SSC |
| Falconiformes | Peregrine falcon | *Falco peregrinus* | CDF-S, CDFW-FP, USFWS-BCC |
| Falconiformes | Prairie falcon | *Falco mexicanus* | CDFW-WL, USFWS-BCC |
| Falconiformes | Red-shouldered hawk | *Buteo lineatus* | |
| Falconiformes | Red-tailed hawk | *Buteo jamaicensis* | |
| Falconiformes | Rough-legged hawk | *Buteo lagopus* | |

A-2

| Order | Common Name | Scientific Name | Special Status* |
|---|---|---|---|
| Falconiformes | Sharp-shinned hawk | *Accipiter striatus* | CDFW-WL |
| Falconiformes | Swainson's hawk | *Buteo swainsoni* | BLM-S, USFWS-BCC |
| Falconiformes | White-tailed kite | *Elanus leucurus* | BLM-S, CDFW-FP |
| Galliformes | Greater sage-grouse | *Centrocercus urophasianus* | BLM-S, CDFW-SSC, IUCN-NT, USFS-S |
| Galliformes | Northern bobwhite | *Colinus virginianus* | |
| Galliformes | Wild turkey | *Meleagris gallopavo* | |
| Gruiformes | American coot | *Fulica americana* | |
| Gruiformes | Sandhill crane | *Grus canadensis* | CDFW-SSC, BLM-S, CDFW-FP, USFS-S |
| Passeriformes | American crow | *Corvus brachyrhynchos* | |
| Passeriformes | American goldfinch | *Carduelis tristis* | |
| Passeriformes | American robin | *Turdus migratorius* | |
| Passeriformes | American tree sparrow | *Spizella arborea* | |
| Passeriformes | Barn swallow | *Hirundo rustica* | |
| Passeriformes | Black-billed magpie | *Pica hudsonia* | |
| Passeriformes | Black-capped chickadee | *Poecile atricapilla* | CDFW-WL |
| Passeriformes | Blue jay | *Cyanocitta cristata* | |
| Passeriformes | Boat-tailed grackle | *Quiscalus major* | |
| Passeriformes | Brewer's blackbird | *Euphagus cyanocephalus* | |
| Passeriformes | Brown thrasher | *Toxostoma rufum* | |
| Passeriformes | Brown-headed cowbird | *Molothrus ater* | |
| Passeriformes | Cedar waxwing | *Bombycilla cedrorum* | |
| Passeriformes | Common grackle | *Quiscalus quiscula* | |
| Passeriformes | Common raven | *Corvus corax* | |
| Passeriformes | Common yellowthroat | *Geothlypis trichas* | saltmarsh: CDFW-SSC, USFWS-BCC |
| Passeriformes | Curve-billed thrasher | *Toxostoma curvirostre* | |
| Passeriformes | Dark-eyed junco | *Junco hyemalis* | |
| Passeriformes | Eastern bluebird | *Sialia sialis* | |
| Passeriformes | Eastern meadowlark | *Sturnella magna* | |
| Passeriformes | European starling | *Sturnus vulgaris* | |
| Passeriformes | Field sparrow | *Spizella pusilla* | |

A-3

| Order | Common Name | Scientific Name | Special Status* |
|---|---|---|---|
| Passeriformes | Great-tailed grackle | Quiscalus mexicanus | |
| Passeriformes | House finch | Carpodacus mexicanus | |
| Passeriformes | House sparrow | Passer domesticus | |
| Passeriformes | Northern cardinal | Cardinalis cardinalis | CDFW-WL |
| Passeriformes | Pine siskin | Carduelis pinus | |
| Passeriformes | Prothonotary warbler | Protonotaria citrea | |
| Passeriformes | Red-winged blackbird | Agelaius phoeniceus | Kern: CDFW-SSC |
| Passeriformes | Rusty blackbird | Euphagus carolinus | |
| Passeriformes | Song sparrow | Melospiza melodia | |
| Passeriformes | Swamp sparrow | Melospiza georgiana | |
| Passeriformes | Tree swallow | Tachycineta bicolor | |
| Passeriformes | Vesper sparrow | Pooecetes gramineus | Oregon: CDFW-SSC, USFWS-BCC |
| Passeriformes | Western meadowlark | Sturnella neglecta | |
| Passeriformes | White-crowned sparrow | Zonotrichia leucophrys | |
| Passeriformes | White-throated sparrow | Zonotrichia albicollis | |
| Passeriformes | Yellow-headed blackbird | Xanthocephalus xanthocephalus | |
| Pelecaniformes | Brown pelican | Pelecanus occidentalis | CDFW-SSC |
| Piciformes | Northern flicker | Colaptes auratus | California: BLM-S, CDFW-FP, USFS-S |
| Strigiformes | Barn owl | Tyto alba | |
| Strigiformes | Barred owl | Strix varia | |
| Strigiformes | Eastern screech owl | Megascops asio | |
| Strigiformes | Great horned owl | Bubo virginianus | |
| Strigiformes | Short-eared owl | Asio flammeus | CDFW-SSC |
| Strigiformes | Snowy owl | Bubo scandiacus | |

*BLM-S: Bureau of Land Management- Sensitive; CDF-S: California Department of Forestry & Fire Protection- Sensitive; CDFW-FP: California Department of Fish & Wildlife- Fully Protected; CDFW-SSC: CDFW- Species of Special Concern; CDFW-WL: CDFW- Watch List; IUCN-NT: International Union for Conservation of Nature- Near Threatened; USFS-S: U.S. Forest Service- Sensitive; USFWS- BCC: U.S. Fish & Wildlife Service- Birds of Conservation Concern

A-4

**Appendix B.** Wildlife in which documented secondary poisoning by anticoagulant rodenticides occurred and their status (see text section 2.2 for sources).

| Common Name | Scientific Name | Special Status* |
|---|---|---|
| Bobcat | Lynx rufus | |
| European mink | Mustela lutreola | |
| Coyote | Canis latrans | |
| Red fox | Vulpes vulpes | ESA-C, CESA-TH, USFS-S |
| San Joaquin kit fox | Vulpes macrotis mutica | ESA-EN, CESA-TH |
| Gray fox | Urocyon cinereoargenteus | |
| Northern raccoon | Procyon lotor | |
| Polecat | Mustela putorius | |
| Stoat/ermine | Mustela erminea | |
| America badger | Taxidea taxus | CDFW-SSC |
| Striped skunk | Mephitis mephitis | |
| Moutain lion | Puma concolor | |
| Virginia opossum | Didelphis virginiana | |
| Heerman's kangaroo rat | Dipodomys heermanni | ESA-EN, CESA-EN, CDFW-FP |
| White-tailed deer | Odocoileus virginianus | |
| Common raven | Corvus corax | |
| American crow | Corvus brachyrhynchos | |
| Red-tailed hawk | Buteo jamaicensis | |
| Golden eagle | Aquila chrysaetos | BLM-S, CDF-S, CDFW-FP, CDFW-WL, USFWS-BCC |
| Bald eagle | Haliaeetus leucocephalus | CDFW-FP, CDF-S, USFS-S, USFWS-BCC |
| Red-shouldered hawk | Buteo lineatus | |
| Sharp-shinned hawk | Accipiter striatus | CDFW-WL |
| Cooper's hawk | Accipiter cooperii | CDFW-WL |
| American kestrel | Faco sparverius | |
| Peregrine falcon | Falco peregrinus | CDF-S, CDFW-FP, USFWS-BCC |
| Turkey vulture | Cathartes aura | |
| Barn owl | Tyto alba | |

B-1

| Snowy owl | *Bubo scandiacus* | |
| Screech owl | *Megascops* spp. | |
| Great-horned owl | *Bubo virginianus* | |
| Barred owl | *Strix varia* | |
| Northern spotted owl | *Strix occidentalis caurina* | ESA-TH, CESA-TH, CDF-S, CDFW-SSC, IUCN-NT |
| Long-eared owl | *Asio otus* | CDFW-SSC |
| Saw-whet owl | *Aegolius acadicus* | |
| Turkey | *Meleagris gallopavo* | |

*BLM-S: Bureau of Land Management- Sensitive; CDF-S: California Department of Forestry & Fire Protection- Sensitive;  CDFW-FP: California Department of Fish & Wildlife- Fully Protected; CDFW-SSC: CDFW- Species of Special Concern; CDFW-WL: CDFW- Watch List; CESA-TH: California Endangered Species Act- Threatened; CESA-EN: CESA Endangered; ESA-C: Endangered Species Act (Federal)- Candidate; ESA-EN: ESA- Endangered; ESA-TH: ESA- Threatened; IUCN-NT: International Union for Conservation of Nature- Near Threatened; USFS-S: U.S. Forest Service- Sensitive; USFWS- BCC: U.S. Fish & Wildlife Service- Birds of Conservation Concern

B-2

# Exhibit F

Please see the flash drive provided to the Court with the Courtesy Copy of the Declaration of Nicole Kuklo in Support of Defendants' Supplemental Brief in Opposition to Motion for Preliminary Injunction and the ShareFile provided to Plaintiffs.