**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
EMI YOUNG (SBN 311238)
eyoung@aclunc.org
GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

**ASIAN LAW CAUCUS**
CARL TAKEI (SBN 256229)
carlt@asianlawcaucus.org
MEGAN VEES (SBN 325184)
meganv@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

**COVINGTON & BURLING LLP**
STANLEY YOUNG (SBN 121180)
syoung@cov.com
SAMANTHA FLATTERY (SBN 342420)
sflattery@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

MICHAEL PLIMACK (SBN 133869)
mplimack@cov.com
ALISON WALL (SBN 319562)
awall@cov.com
ELLEN CHOI (SBN 326291)
echoi@cov.com
DANIEL ESSES (SBN 340193)
desses@cov.com
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Counsel for Plaintiffs Chang, et al.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA,** and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SISKIYOU** and **JEREMIAH LARUE**, in his official capacity as Sheriff,<br><br>Defendants. | CASE NO.: 2:22-cv-01378-KJM-AC<br><br>**DECLARATION OF ALISON WALL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |

I, Alison Wall, hereby declare as follows:

1. I am a member of the State Bar of California and a lawyer at Covington & Burling LLP, counsel for Plaintiffs. I make this declaration in support of Plaintiffs' Supplemental Brief in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could testify competently to their truth.

2. **Exhibit 1** is a true and correct copy of the National Fire Protection Agency's Standard for the Organization and Deployment of Fire Suppression Operations, Emergency Operations, and Special Operations to the Public Fact Sheet, retrieved from https://www.nfpa.org/downloadable-resources/fact-sheets/nfpa-1710-requirements-fact-sheet on November 21, 2024.

3. **Exhibit 2** is a true and correct copy of the County of San Diego 2023 Consolidated Fire Code, retrieved from https://www.sandiegocounty.gov/pds/docs/cosd-fire-code.pdf on November 21, 2024.

4. **Exhibit 3** is a true and correct copy of the California Department of Forestry and Fire Protection Homeowner's Checklist, retrieved from https://34c031f8-c9fd-4018-8c5a-4159cdff6b0d-cdn-endpoint.azureedge.net/-/media/calfire-website/about/communications/homeowners-checklist-2020.pdf?rev=cae0b21b608f425ca8412099420dc3da&hash=74E4C4E8423F53563B986A5AFF83ADDA (the link provided on Cal Fire's website: https://www.fire.ca.gov/what-we-do/fire-safety-outreach) on November 21, 2024.

5. **Exhibit 4** is a true and correct copy of the Ready Campaign's "How to Prepare for a Wildfire" guide, retrieved from https://www.ready.gov/sites/default/files/2020-07/how-to-prepare-for-a-wildfire.pdf on November 21, 2024. Ready is an official website of the U.S. Department of Homeland Security, as noted on its website. *See* https://www.ready.gov/about-us.

6. **Exhibit 5** is a true and correct copy of the Siskiyou County Emergency Preparedness Guide - Prepare for Wildfires web page, retrieved from https://www.co.siskiyou.ca.us/publichealth/page/siskiyou-county-emergency-preparedness-guide-prepare-wildfires on November 21, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1 | This declaration is executed this 22nd day of November, 2024, in Oakland, California.

By: */s/ Alison Wall*_____

Alison Wall