# EXHIBIT 2



# COUNTY OF SAN DIEGO
# 2023
# CONSOLIDATED FIRE CODE



8th Edition

*This Consolidated Fire Code includes the County amendments to the 2022 California Fire Code and the ordinances of the unincorporated County fire protection districts.*

Effective April 13, 2023

# Contents

2023 CONSOLIDATED FIRE CODE ............................................................................. 10

SEC. 1.001 APPLICATION OF THE CONSOLIDATED FIRE CODE. ....................... 10

SEC. 1.002 EXPLANATION OF THE 2023 CONSOLIDATED FIRE CODE. ............. 11

SEC. 96.1.001  ADOPTION OF [INSERT FIRE DISTRICT] AMENDMENTS TO THE CALIFORNIA FIRE CODE. ....................................................................................... 11

SEC. 96.1.002 CALIFORNIA FIRE CODE. ............................................................... 12

SEC. 96.1.003 [INSERT FIRE DISTRICT] FIRE CODE. ........................................... 12

SEC. 96.1.004 RESPONSIBILITY FOR ENFORCEMENT. ...................................... 13

SEC. 96.1.005 GEOGRAPHIC LIMITS. .................................................................... 13

    (a)  Sec. 5704.2.9.6.1 .......................................................................................... 13

    (b) Sec. 5706.2.4.4 ............................................................................................. 14

    (c)  Sec. 5806.2 .................................................................................................. 14

    (d)  Sec. 6104.2 .................................................................................................. 14

SEC. 96.1.006 DELETIONS, REVISIONS, ADDITIONS AND NUMERICAL EXPLANATION. ....................................................................................................... 15

SEC. 96.1.101.5 VALIDITY ...................................................................................... 15

    Sec. 101.5 Validity .............................................................................................. 15

SEC. 96.1.102.13 REPEAL OF CONFLICTING ORDINANCES, RESOLUTIONS OR MOTIONS. ............................................................................................................... 15

    Sec. 102.13 ......................................................................................................... 15

SEC. 96.1.104.9.  MODIFICATIONS. ....................................................................... 15

    Sec. 104.9 Modifications. .................................................................................... 15

SEC. 96.1.104.13 COST RECOVERY. ...................................................................... 16

    Sec. 104.13 Cost recovery .................................................................................. 16

        Sec. 104.13.1 Reimbursement required. ......................................................... 16

SEC. 96.1.105.3.9 EXPENSE RECOVERY ............................................................... 16

    Sec. 105.3.9 Expense recovery ........................................................................... 16

SEC. 96.1.105.5.52.1 CHRISTMAS TREE LOTS. ..................................................... 16

    Sec. 105.5.52.1 Christmas tree lots ..................................................................... 16

SEC. 96.1.105.5.52.2 GREENWASTE RECYCLING, MULCHING, COMPOSTING OPERATIONS AND STORAGE. ................................................................................ 17

    Sec. 105.5.52.2 .................................................................................................... 17

SEC. 96.1.105.7 NEW MATERIALS, PROCESSES OR OCCUPANCIES WHICH REQUIRE PERMITS. ................................................................................... 17

Sec. 105.7 New materials, processes or occupancies which require permits. .............. 17

SEC. 96.1.111 APPEALS. ....................................................................................... 17

Sec. 111.1 Regional Fire Appeals Board established. ................................................ 17

Sec. 111.2 Limitations on authority. ......................................................................... 17

Sec. 111.3 Qualifications. ........................................................................................ 18

Sec. 111.4 Appeals procedures ................................................................................ 18

Sec. 111.4.1 Appeals of determinations regarding building permits. ....................... 18

Sec. 111.4.2 Appeals of determinations regarding discretionary permits. ............... 18

Sec. 111.4.3 Appeals of determinations for matters other than building permits or discretionary permits. ........................................................................................ 18

Sec. 111.5 Regional Fire Appeals Board. ................................................................. 19

SEC. 96.1.112.4  VIOLATIONS, PENALTIES AND RESPONSIBILITY FOR COMPLIANCE. ....................................................................................................... 19

Sec. 112.4 Violations, penalties and responsibility for compliance. ........................... 20

AMENDMENT TO SECTION 112.4 ....................................................................... 20

Sec. 112.4 Violations, penalties and responsibility for compliance. ........................ 20

AMENDMENT TO SECTION 113.4 ....................................................................... 21

Sec. 113.4 Failure to comply. ............................................................................... 21

SEC. 96.1.202  DEFINITIONS. ............................................................................... 21

SEC. 96.1.304.1.4 OUTDOOR CARNIVALS AND FAIRS. ..................................... 25

SEC. 96.1.305.6 ROCKETS, MODEL AIRCRAFT AND SIMILAR DEVICES. ......... 25

SEC. 96.1.307.4.3 PORTABLE OUTDOOR FIREPLACES. ..................................... 25

Sec. 307.4.3 Portable outdoor fireplaces. ................................................................. 25

SEC. 96.1.307.5 ATTENDANCE OF OPEN BURNING AND RECREATIONAL FIRES. ................................................................................................................... 26

Sec. 307.5 Attendance. ........................................................................................... 26

SEC. 96.1.325. MID-RISE BUILDINGS. ................................................................. 27

Sec 325.1 General. ................................................................................................. 27

Sec. 325.1.1 Automatic sprinkler systems and standpipes. ....................................... 27

Sec. 325.1.2 Smoke detection. ................................................................................ 27

Sec. 325.1.3 Fire alarm system. .............................................................................. 28

Sec. 325.1.4 Emergency voice alarm signaling system.................................................28

Sec. 325.1.5 Fire command center................................................................................28

Sec. 325.1.6 Annunciation identification. ...................................................................29

Sec. 325.1.7 Elevators..................................................................................................29

Sec. 325.1.8 Fire department communication system. ................................................29

Sec. 325.1.9 Means of egress.......................................................................................29

Sec. 325.1.9.1 Extent of enclosure. ...........................................................................29

Sec. 325.1.9.2 Pressurized enclosures and stairways. ...............................................30

Sec. 325.1.9.3 Vestibules............................................................................................30

Sec. 325.1.9.4 Pressure differences. ..........................................................................30

Sec. 325.1.9.5 Locking of stairway doors. ................................................................30

SEC. 96.1.326 STORAGE OF FIREWOOD. (T14 1299.03 B2) Zone 1 ........................31

Sec. 326.1 General. ......................................................................................................31

SEC. 96.1.501.3.2 FIRE APPARATUS ACCESS MODIFICATIONS ..........................31

Sec. 501.3.2 Fire apparatus access modifications.......................................................32

SEC. 96.1.503 FIRE APPARATUS ACCESS ROADS ...............................................32

Sec. 503.1 General. ......................................................................................................32

Sec. 503.1.1 Buildings and facilities .........................................................................32

Sec. 503.1.2  Secondary Access ................................................................................33

Sec. 503.1.3 High-piled storage..................................................................................33

Sec. 503.2 Specifications. ............................................................................................33

Sec. 503.2.1 Dimensions. ...........................................................................................33

AMENDMENT TO SECTION 503.2.1 .........................................................................35

Sec. 503.2.1 Road phasing requirement for single family dwellings on existing legal
parcels. ..........................................................................................................................35

TABLE 503.2.1 -PHASING REQUIREMENT ..........................................................35

Sec. 503.2.2 Authority to increase minimums.............................................................36

Sec. 503.2.3 Surface....................................................................................................36

AMENDMENT TO SECTION 503.2.3 .........................................................................36

Sec. 503.2.3 Surface. ...................................................................................................36

Sec. 503.2.4 Roadway radius.......................................................................................36

Sec. 503.2.5 Dead ends.................................................................................................36

Sec. 503.2.5.1 Dead end roads turn-around required. ...................................................37

Sec. 503.2.5.2 Dead-end roads ......................................................................................37

Sec. 503.2.6 Bridges and elevated surfaces. ...................................................................37

Sec. 503.2.6.1 Bridges with one traffic lane. ................................................................37

Sec. 503.2.7 Grade. ..........................................................................................................38

Sec 503.2.7.1 Cross-Slope ............................................................................................38

Sec. 503.2.8 Angles of Approach and Departure. ...........................................................38

Sec. 503.2.9 Roadway Turnouts. .....................................................................................38

Sec. 503.3 Marking. ..........................................................................................................38

Sec. 503.3.1 Fire Lane Designation ...............................................................................38

Sec. 503.4 Obstruction of fire apparatus access roads ....................................................38

Sec. 503.4.1 Traffic calming devices. ............................................................................38

Sec. 503.5 Required gates or barricades. .........................................................................38

Sec. 503.5.1 Secured gates and barricades. ...................................................................39

Sec. 503.5.2 School fences and gates. ...........................................................................39

Sec. 503.6 Security gates .................................................................................................39

SEC.96.1.505 PREMISES IDENTIFICATION ..................................................................40

Sec. 505.1 Address identification .....................................................................................40

Sec. 505.2 Street or road signs. .......................................................................................41

Sec 505.2.1 Traffic Access Limitations. ........................................................................41

Sec. 505.3 Easement address signs. .................................................................................41

Sec. 505.4 Directory map. ................................................................................................41

Sec. 505.5 Response map updates. ...................................................................................41

SEC. 96.1.506.1.3 EMERGENCY KEY ACCESS. ...........................................................41

Sec. 506.1.3 Emergency key access. ................................................................................41

SEC. 96.1.507.2 TYPE OF WATER SUPPLY. ..................................................................42

Sec. 507.2 Type of water supply. ......................................................................................42

Sec. 507.2.1 Private fire service mains. .........................................................................42

Sec. 507.2.2 Water tanks. ...............................................................................................42

TABLE 507.2.2 ................................................................................................................42

SEC. 96.1.507.3 FIRE FLOW. ...........................................................................................43

Sec. 507.3 Fire flow. .........................................................................................................43

SEC. 96.1.507.5.7 FIRE HYDRANT AND FIRE VALVE LOCATION. ...................... 44

Sec. 507.5.7 Fire hydrant and fire valve location. ...................................... 44

Sec. 507.5.7.1 Signing of water sources and fire department connections. ............... 44

SEC 96.1.507.5.8 WATERLINE EXTENSIONS. ............................................ 44

Sec. 507.5.8 Waterline Extensions. .................................................... 44

SEC. 96.1.605.3.1 SPARK ARRESTERS. .................................................. 44

Sec. 605.3.1 Spark arresters. .......................................................... 44

SEC. 96.1.605.8.1 RESIDENTIAL INCINERATORS. ...................................... 45

Sec. 605.8.1 Residential Incinerators .................................................. 45

SEC. 96.1.903.2 AUTOMATIC SPRINKLER SYSTEMS-WHERE REQUIRED. ........ 45

Sec. 903.2 Where required ............................................................. 45

Sec. 903.2 (a) Additions. .............................................................. 45

Sec. 903.2 (b) Remodels or reconstructions. ........................................... 46

Sec. 903.2 (c) Group U Occupancies ................................................... 46

AMENDMENT TO SECTION 903.2 (RSF) ................................................ 46

AMENDMENT TO SECTION 903.2 (San Marcos) .......................................... 47

AUTOMATIC SPRINKLER SYSTEMS - COMMERCIAL ................................... 47

SEC. 96.1.903.4 AUTOMATIC SPRINKLER SYSTEM MONITORING AND
ALARMS. .............................................................................. 48

Sec. 903.4 Automatic Sprinkler system supervision and alarms ........................ 48

SEC. 96.1.1205.5 GROUND-MOUNTED PHOTOVOLTAIC ARRAYS. .................... 49

Sec. 1205.5 Ground-mounted photovoltaic arrays. ...................................... 49

Sec. 1205.5.1 Fire apparatus access roads ............................................. 49

Sec. 1205.5.2 Perimeter fire apparatus access roadway ............................... 49

Sec. 1205.5.3 Fuel modification ...................................................... 49

Sec. 1205.5.4 Water supply ........................................................... 49

Sec. 1205.6 Identification ............................................................. 49

SEC. 96.1.2808 STORAGE AND PROCESSING OF WOOD CHIPS, HOGGED
MATERIAL, FINES, COMPOST, SOLID BIOMASS FEEDSTOCK AND RAW
PRODUCT ASSOCIATED WITH YARD WASTE, AGRO-INDUSTRIAL AND
RECYCLING FACILITIES. ............................................................ 50

Sec. 2808.1 General ................................................................... 50

Sec. 2808.2 Storage sites ............................................................. 50

Sec. 2808.3 Size of piles ................................................................... 50

Sec. 2808.4 Pile separation .............................................................. 50

Sec. 2808.5 Combustible vegetation control .................................... 50

Sec. 2808.6 Static pile protection .................................................... 50

Sec. 2808.7 Firefighting water supplies and storage ....................... 51

Sec. 2808.7.1 Public water supply ................................................ 51

Sec. 2808.7.2 Private water supply .............................................. 51

Sec. 2808.8 Fire Extinguishers ........................................................ 51

Sec. 2808.9 Material-handling equipment ....................................... 51

Sec. 2808.10 Operational and emergency plans ............................... 51

Sec. 2808.10.1 Permit required .................................................... 51

Sec. 2808.10.2 Financial assurance for cost recovery. .................. 52

Sec. 2808.10.3 Notification of fire department ............................ 52

Sec. 2808.10.4 Equipment operator emergency callback. ............. 52

Sec. 2808.10.5 Incoming waste diversion plan ............................ 52

Sec. 2808.10.6 Unprocessable or non-greenwaste material .......... 52

Sec. 2808.10.7 Fire access roadway ............................................ 52

Sec. 2808.10.8 General safety rules for site equipment maintenance ...... 53

Sec. 2808.10.9 Site security........................................................... 53

Sec. 2808.10.10 Smoking and open burning prohibited .............. 53

SEC. 96.1.3319. FUEL MODIFICATION ZONE REQUIREMENTS ........... 53

Sec. 3319.1 Fuel modification zone during construction .................. 53

SEC. 96.1.4902.  DEFINITIONS. ...................................................... 53

Sec. 4902.1 General ........................................................................ 53

SEC. 96.1.4903 PLANS. .................................................................. 54

Sec. 4903.1.1 When required.......................................................... 54

SEC. 96.1.4904 FIRE HAZARD SEVERITY ZONES ......................... 55

AMENDMENT TO SECTION 4904.3.1 .......................................... 55

Sec. 4904.3.1 Fire Hazard Severity Zones ................................... 55

SRA Lands...................................................................................... 55

LRA Lands...................................................................................... 55

SEC.96.1.4905 WILDFIRE PROTECTION BUILDING CONSTRUCTION ............... 56

Sec. 4905.2 Construction methods for exterior wildfire exposure ................................ 56

SEC. 96.1.4906 VEGETATION MANAGEMENT ......................................................... 56

Sec. 4906.3 Landscape plans. *When required by the FAHJ* ..................................... 56

AMENDMENT TO SECTION 4906.3 ......................................................................... 56

Sec. 4906.3 Landscape plans. ................................................................................... 56

Sec. 4906.3.1  Contents ........................................................................................ 56

Sec. 4906.3.2 Landscaping Installation ................................................................ 57

Sec. 4906.4 Vegetation ............................................................................................ 57

Sec. 4906.4.1 Shrubs. ......................................................................................... 57

Sec. 4906.4.2 Trees ............................................................................................ 57

Sec. 4906.4.2.1 Non-fire-resistant vegetation. .................................................... 58

SEC. 96.1.4907 DEFENSIBLE SPACE & ................................................................. 58

ANNEX E "DEFENSIBLE SPACE ORDINANCES FOR FIRE DISTRICTS" ............. 58

Sec. 4907.4 Building and Structure setbacks from property lines ............................. 58

Sec. 4907.4.1 General fire setbacks ..................................................................... 58

Sec. 4907.4.2 Fire setbacks adjacent protected areas ........................................ 58

AMENDMENT TO SECTION 4907.4.3 ..................................................................... 59

Sec. 4907.4.3 Building and Structure setback from slope. ....................................... 59

Sec. 4907.5 Fuel modification ................................................................................... 59

Sec. 4907.6 Fuel modification of combustible vegetation from sides of roadways. ...... 61

AMENDMENT TO SECTION 4907.6 (Deer Springs) ................................................ 61

Sec. 4907.6 .......................................................................................................... 61

Sec. 4907.7 Community fuel modification ................................................................. 62

Sec. 4907.7.1 Land ownership .............................................................................. 62

Sec. 4907.8 Maintenance of defensible space ......................................................... 62

Sec. 4907.8.1 Trees ............................................................................................. 62

TABLE 4907.8.1 .................................................................................................. 63

AMENDMENT TO SECTION 4907.8.2. ..................................................................... 63

Sec. 4907.8.2 Orchards, groves or vineyards ....................................................... 63

AMENDMENT TO SECTION 4907.8.3. ..................................................................... 63

Sec. 4907.8.3 Eucalyptus forests and oak woodlands .......................................... 63

Sec. 4907.9 Home Ignition Zones: ........................................................................... 64

Sec. 4907.9.1 Zone 0 "Immediate Zone" 0-5' ............................................................ 64

Sec. 4907.9.2 Zone 1 "Intermediate Zone" from Zone 0 to 50' ................................. 64

Sec. 4907.9.3 Zone 2 "Extended Zone" from Zone 1 to 100' ..................................... 65

SEC. 96.1.5607.16. EXPLOSIVES AND FIREWORKS-APPLICABILITY .................. 70

Sec. 5607.16.1 Applicability .......................................................................................... 70

Sec. 5607.16.2 Definitions ............................................................................................. 70

Sec. 5607.16.2.1 Application .......................................................................................... 70

Sec. 5607.16.3 Permit requirements .............................................................................. 70

AMENDMENT TO SECTION 5607.16.3.1 .................................................................... 71

Sec. 5607.16.3.1 Blasting permit required. ................................................................... 71

Sec. 5607.16.3.2 Permit conditions .............................................................................. 71

Sec. 5607.16.3.3 Insurance and indemnification required ........................................... 71

Sec. 5607.16.3.4 Blasting hours. ................................................................................... 71

Sec. 5607.16.3.5 Additional operational requirements ................................................ 71

Sec. 5607.16.3.6 Seizure of illegal items ..................................................................... 73

Sec. 5607.16.3.7 Violations for false or misleading information ................................. 73

Sec. 5607.16.3.8 Fees .................................................................................................... 73

SEC. 96.1.5608.1 FIREWORKS DISPLAY .................................................................... 73

Sec. 5608.1 General ....................................................................................................... 73

Sec. 5608.1.1 Scope ...................................................................................................... 74

SEC.96.1.5705.2.4 TRANSFERRING CLASS I, II OR III LIQUIDS. .......................... 74

Sec. 5705.2.4 Transferring Class I, II or III liquids. ..................................................... 74

SEC. 96.1.5706.2.5.2 TANKS FOR GRAVITY DISCHARGE ...................................... 74

Sec. 5706.2.5.2.1 Limitations on tanks for gravity discharge ..................................... 74

SEC. 96.1.5706.2.8.2 PROHIBITION ON USE OF TANK VEHICLE. ......................... 75

Sec. 5706.2.8.2 Tank vehicle as a substitute for permanent tank prohibited ............... 75

SEC. 96.1.6107.5 SAFETY PRECAUTIONS AND DEVICES-SECURING LPG
TANKS. ........................................................................................................................... 75

Sec. 6107.5 Securing LPG tanks ................................................................................... 75

SEC. 96.1.8001 REFERENCED STANDARDS. ............................................................. 75

Sec. 8001  Referenced standard NFPA 13D .................................................................. 75

NFPA 13D 5.1.1.2 Spare sprinkler heads .................................................................... 75

NFPA 13D 7.2.5 (RSF) Inspector Test.........................................................................75

NFPA 13D 7.3.4 Pressure gauge .................................................................................76

NFPA 13D 7.6 Alarms ................................................................................................76

NFPA 13D 8.3.2 ..........................................................................................................76

NFPA 13D 8.3.3 (RSF) ...............................................................................................76

NFPA 13D 8.3.4 (RSF) ...............................................................................................76

NFPA 13D 8.3.4 ..........................................................................................................77

NFPA 13D 8.3.5.1.1 ....................................................................................................77

NFPA 13D 8.3.10 (RSF) .............................................................................................77

NFPA 13D 10.2.4.1 3-Head Calculation .....................................................................77

NFPA 13D 10.2.5 Pressure Cushion ...........................................................................77

NFPA 13D 11.2.1.1 Hydrostatic Tests ........................................................................77

NFPA 13D 12.3.6 Inactive Systems ............................................................................77

SEC. 96.1.APP.B103.3 AREAS WITHOUT WATER SUPPLY SYSTEMS.................78

B103.3 Areas without water supply systems ...............................................................78

SEC. 96.1.APP.H100 REPORTING FORMS ..................................................................78

H100.1 Reporting forms ..............................................................................................78

SEC. 96.1.007 EFFECTIVE DATE .................................................................................79

INDEX BY CODE SECTION ..........................................................................................80

***FINDINGS*** ................................................................................................................97

**Additional Findings for Chapter 49** .........................................................................97

**Findings for the Fire Code** .......................................................................................99

ANNEX A RESIDENTIAL FIRE APPARATUS TURN AROUND ............................103

ANNEX B COMMERCIAL FIRE APPARATUS TURN AROUND ...........................104

ANNEX C SLOPE CROSS SECTION..........................................................................105

ANNEX D FUEL MODIFICATION ZONES ...............................................................106

ANNEX E DEFENSIBLE SPACE ORDINANCES AND UNINCORPORATED FIRE
DISTRICTS MAP ........................................................................................................107

ANNEX E DEFENSIBLE SPACE ORDINANCES MAP AND UNINCORPORATED
FIRE DISTRICTS MAP...............................................................................................108

ANNEX F PRIVATE WATER STORAGE TANK ......................................................109

<u>ORDINANCE NO. 10836 (N.S.)</u>

AN ORDINANCE RATIFYING THE 2023 CONSOLIDATED FIRE CODE FOR THE
FIRE PROTECTION DISTRICTS IN SAN DIEGO COUNTY

The Board of Supervisors of the County of San Diego ordains as follows:

Section 1. California Health and Safety Code (H & S Code) section 13869.7 (a) provides that a fire protection district organized pursuant to Part 2.7 (commencing with section 13800) of Division 12 of the H & S Code, may adopt building standards relating to fire and panic safety that are more stringent than the building standards adopted by the State Fire Marshal and contained in the California Building Standards Code. H & S Code section 13869.7(c) requires a fire protection district to transmit its adopted ordinance to the county where the ordinance will apply and allows the legislative body of a county to ratify, modify or deny an adopted fire protection district ordinance. The fire protection districts within the boundaries of San Diego County have collaborated to adopt by an ordinance for each district, the 2022 California Fire Code. The 2023 Consolidated Fire Code is based upon the County's 2023 Fire Code as currently referenced and adopted in Title 9, Division 6, Chapter 1 of the County Code, subject to the modifications of each fire protection district to the Building Standards Code based upon their respective determinations as to what modifications are reasonably necessary because of local climatic, geological and topographical conditions within the district.

Section 2: The County of San Diego ratifies the 2023 Consolidated Fire Code to read as follows:

**2023 CONSOLIDATED FIRE CODE**
**FOR THE FIRE PROTECTION DISTRICTS**
**IN SAN DIEGO COUNTY**

**SEC. 1.001 APPLICATION OF THE CONSOLIDATED FIRE CODE.**

This code contains the ordinances of each of the fire protection districts shown in the box below. There is an index at the end of the code which contains a section by section explanation of any differences between this code and the California Fire Code.

| Fire Districts | |
|---|---|
| Alpine | Rincon Del Diablo |
| Bonita-Sunnyside | San Diego County Fire |
| Deer Springs | San Marcos |
| Lakeside | San Miguel |
| North County | Valley Center |
| Rancho Santa Fe | Vista |

## SEC. 1.002 EXPLANATION OF THE 2023 CONSOLIDATED FIRE CODE.

(a)  This code is based upon the California Fire Code. The fire protection districts adopt the California Fire Code subject to the modifications or changes that are reflected in the gray boxes in this code.  The gray boxes identify modifications or changes to the California Fire Code adopted by one or more fire protection district which each adopting district has determined is necessary because of local climatic, geological or topographical conditions that exist in the district.  Minor changes in the administrative provisions are not identified in gray boxes because the change does not reflect a change in policy or application of the fire code.  The index at the end of this code identifies these minor changes in administrative provisions with designation "Jurisdictional Difference" (JD).

(b)  The digits that follow "96.1," with the exception of the introductory provisions, correspond as closely as possible to the California Fire Code contained in California Building Standards Code.

## SEC. 96.1.001 ADOPTION OF [INSERT FIRE DISTRICT] AMENDMENTS TO THE CALIFORNIA FIRE CODE.

Every three years the State of California repeals, revises and republishes the California Building Standards Code ("CBSC") in its entirety and in doing so adopts and publishes amendments to the included California Fire Code (California Code of Regulations, Title 24, Part 9).  Pursuant to California Health & Safety Code section 17958, the CBSC and its California Fire Code become effective 180 days after publication. California Health and Safety Code section 13869.7 provides that a fire protection district may adopt the California Fire Code by reference as the district's code and make such changes or modifications that the governing body finds are reasonably necessary because of local climatic, geological or topographical conditions. In this chapter, the [insert fire district] adopts modifications and changes to the Fire Code portion of the CBSC that are reasonably necessary because of the County's climatic, geological and topographical conditions.

The Board of Directors of the [insert fire district] adopts the following: (1) the 2022 California Fire Code (CFC) portion of the CBSC, including the appendix to Chapter 4 and appendices B, C, D, H, I & O; (2) the 2021 International Fire Code (IFC) and the National Fire Protection Association Standards 13, 13-R & 13-D, as referenced in Chapter 80 of CFC; and (3) the [insert fire district]'s amendments in this chapter.  Collectively, these shall be referred to as the 2023 Consolidated Fire Code for the [insert fire district], also referred to as the [insert fire district] Fire Code.

To determine which of these codes governs in any particular case, code amendments adopted by the State of California shall take precedence over the 2021 IFC, and the 2021 IFC shall be used for those code sections not adopted by the State.  Amendments the

County adopts shall take precedence over both the 2021 IFC and 2022 California Fire Code provisions. Where this Chapter states that a provision of the California Fire Code is revised, referenced, changed, deleted, added or otherwise modified, that means revised, referenced, changed, deleted, added or otherwise modified as it is incorporated into this Chapter.

This 2023 Consolidated Fire Code is adopted for the protection of the public health and safety and applies to both ministerial and discretionary projects.  It includes definitions, provisions for the safeguarding of life and property from fire and explosion hazards arising from the storage, handling and use of hazardous substances, materials and devices, and from conditions hazardous to life or property in the occupancy of buildings, requirements for permits and inspection for installing or altering systems, regulations for the erection, construction, enlargement, alteration, repair, moving, removal, conversion, demolition, equipment use and maintenance of buildings, structures and premises, including the installation, alteration or repair of new and existing fire protection systems and their inspection and provides penalties for violation of this code.  It shall apply to all new construction and to any alterations, repairs, or reconstruction, except as otherwise provided for in this chapter.  Nothing in this chapter shall interfere with or impede the authority of the final decision maker authorized to approve, conditionally approve or deny discretionary projects.

## SEC. 96.1.002 CALIFORNIA FIRE CODE.

The "California Fire Code" means the 2022 Fire Code portion of the CBSC, including the appendix to Chapter 4 and appendices B, C, D, H, I & O and the IFC (2021 edition).

## SEC. 96.1.003 [INSERT FIRE DISTRICT] FIRE CODE.

References to "this chapter" shall mean the 2023 Consolidated Fire Code adopted by the [insert fire district], also referred to as the [insert fire district] Fire Code.  References to a section number not proceeded by the prefix "96.1," which stands for the title, division and chapter respectively of a section in this chapter, shall refer to the California Fire Code.

## SEC. 96.1.004 RESPONSIBILITY FOR ENFORCEMENT.

(a)  The County Fire Warden or authorized representative shall be responsible for ensuring County enforcement of Chapter 56 of the California Fire Code as it pertains to fireworks and pyrotechnics and California Code of Regulations, Title 19, Division 1, Chapter 6. The San Diego Sheriff shall be responsible for enforcement of Chapter 56 of the California Fire Code as it pertains to explosives and California Code of Regulations, Title 19, Division 1, Chapter 10.

(b)  All other fire code enforcement responsibility shall be by the fire chief or his/her duly authorized representative for each fire protection district.

## SEC. 96.1.005 GEOGRAPHIC LIMITS.

The geographic limits referred to in certain sections of the 2022 California Fire Code are established as follows:

   (a)  **Sec. 5704.2.9.6.1**  The geographic limits in which the storage of Class I and Class II liquids in above-ground tanks outside of buildings is prohibited:  the unincorporated area of the County of San Diego.

   Exceptions:
   1.  In areas zoned for mixed, general or high impact industrial uses.

   2.  Crankcase draining may be stored in specially constructed above-ground storage tanks, approved by the fire code official, with a maximum capacity of 550 gallons. These tanks may be located within a building when the fire code official deems appropriate, and the container meets U.L. Standard 2085.  Containers shall be installed and used in accordance with their listing and provisions shall be made for leak and spill containment.  In no case shall storage be allowed on residential or institutional property.

   3. With the fire code official's approval, Class I and II liquids may be stored above ground outside of buildings in specially designed, approved and listed containers which have features incorporated into their design which mitigate concerns for exposure to heat, ignition sources and mechanical damage.  Containers shall be installed and used in accordance with their listing, and provisions shall be made for leak and spill containment.  The fire code official may disapprove the installation of these containers when in his or her opinion their use presents a risk to life or property.

**(b) Sec. 5706.2.4.4**  The geographic limits in which the storage of Class I and Class II liquids in above-ground tanks is prohibited:  the unincorporated area of the County of San Diego.

Exceptions:
1.  In areas zoned for other than residential uses, when approved by the FAHJ.

2.  Crankcase draining may be stored in specially constructed above-ground storage tanks, approved by the fire code official, with a maximum capacity of 550 gallons. These tanks may be located within a building when the fire code official deems appropriate, and the container meets U.L. Standard 2085.  Containers shall be installed and used in accordance with their listing, and provisions shall be made for leak and spill containment.  In no case shall storage be allowed in residential or institutional property.

3.  With the fire code official's approval, Class I and II liquids may be stored above ground in specially designed, approved and listed containers which meet U.L. Standard 2085.  Containers shall be installed and used in accordance with their listing, and provisions shall be made for leak and spill containment.  The fire code official may disapprove the installation of such containers when in his/her opinion their use presents a risk to life or property.

**(c)  Sec. 5806.2**  The geographic limits in which the storage of flammable cryogenic fluids in stationary containers is prohibited:  the unincorporated area of the County of San Diego, except for areas zoned for mixed, general or high impact industrial uses.

**(d)  Sec. 6104.2**  The geographic limits in which the bulk storage of liquefied petroleum gas is prohibited for the protection of heavily populated and congested areas: the unincorporated area of the County of San Diego, except for areas zoned for mixed, general or high impact industrial uses.

Exception:  Bulk tanks with a maximum aggregate capacity of 30,000 gallons water capacity for above-ground storage of underground distribution to residential areas, where the storage and distribution meets Fire Code requirements as determined by the FAHJ.

## SEC. 96.1.006 DELETIONS, REVISIONS, ADDITIONS AND NUMERICAL EXPLANATION.

When deletions, revisions and additions are made in this chapter to the California Fire Code, the digits following the first three digits of the section numbers in this chapter refer to conform to the numbering system of the California Fire Code: e.g., SEC. 96.1.307.5 refers to Chapter 3 section 307.5 of the California Fire Code. When deletions, revisions and additions are made to an appendix of the California Fire Code, "APP" is added to the number: e.g., section SEC. 96.1.APP.B103.3 refers to Appendix Chapter B, section 103.3 of the California Fire Code.

## SEC. 96.1.101.5 VALIDITY.

Section 101.5 of the California Fire Code is revised to read:

**Sec. 101.5 Validity.** *The Board of Supervisors declares that should any section, paragraph, sentence or word of this chapter be declared invalid for any reason it is the intent of this Board that it would have passed all other portions of this chapter independently of any portion that may be declared invalid.*

## SEC. 96.1.102.13 REPEAL OF CONFLICTING ORDINANCES, RESOLUTIONS OR MOTIONS.

Section 102.13 is added to the California Fire Code to read:

**Sec. 102.13** Repeal of conflicting ordinances, resolutions or motions. All former ordinances, resolutions or motions or parts thereof, conflicting or inconsistent with the provisions of this chapter are repealed.

## SEC. 96.1.104.9.  MODIFICATIONS.

Section 104.9 of the California Fire Code is revised to read:

**Sec. 104.9 Modifications.** Whenever there are practical difficulties involved in carrying out the provisions of this code, the fire code official shall have the authority to grant modifications for individual cases, provided the fire code official shall first find that special individual reason makes the strict letter of this code impracticable and the modification is in compliance with the intent and purpose of this code and that such modification does not lessen health, life and fire safety requirements. *The applicant's request for a modification shall state the specific sections(s) for which a modification is requested, material facts supporting the contention of the applicant, the details of the modification or mitigating measure proposed and, if applicable, a map showing the proposed location and citing of*

*the modification or mitigation measure.* The details of action granting modifications shall be recorded and entered in the files of the department of fire prevention.

## SEC. 96.1.104.13 COST RECOVERY.

Section 104.13 is added to the California Fire Code to read:

**Sec. 104.13 Cost recovery**. The purpose of this section is to establish authority to obtain reimbursement from responsible individuals for the expenses of any emergency response and/or enforcement action by the fire department to protect the public from criminal or negligible activities, and from fire or hazardous substances.

**Sec. 104.13.1 Reimbursement required.** In accordance with the Health and Safety Code section 13000 et seq., an individual who acts negligently or in violation of the law and thereby requires the jurisdiction to provide an emergency response to a danger posed by a fire or hazardous substance shall be liable for reimbursement to the agency for the costs incurred. In accordance with Government Code sections 53150 through 53158, any individual who is under the influence of an alcoholic beverage or any drug or the combined influence of an alcoholic beverage or any drug, and whose negligent operation of a motor vehicle, boat or vessel or civil aircraft caused by that influence proximately causes any incident and thereby requires the agency to provide an emergency response shall reimburse the agency for the cost incurred.

## SEC. 96.1.105.3.9 EXPENSE RECOVERY.

Section 105.3.9 is added to the California Fire Code to read:

**Sec. 105.3.9 Expense recovery**. The fire code official may impose a fee for recovery of expenses incurred to enforce the fire prevention provisions of this code.

## SEC. 96.1.105.5.52.1 CHRISTMAS TREE LOTS.

Section 105.5.52.1 is added to the California Fire Code to read:

**Sec. 105.5.52.1 Christmas tree lots**. An operational permit is required to operate a Christmas tree lot, with or without flame proofing services.

## SEC. 96.1.105.5.52.2 GREENWASTE RECYCLING, MULCHING, COMPOSTING OPERATIONS AND STORAGE.

Section 105.5.52.2 is added to the California Fire Code to read:

**Sec. 105.5.52.2** Greenwaste recycling, mulching, composting operations, and storage.  An operational permit is required for green waste recycling, mulching, composting operations, and storage.

## SEC. 96.1.105.7 NEW MATERIALS, PROCESSES OR OCCUPANCIES WHICH REQUIRE PERMITS.

Section 105.7 is added to the California Fire Code to read:

**Sec. 105.7 New materials, processes or occupancies which require permits.**  The fire code official may determine, after allowing affected persons an opportunity to be heard, that a material, process or occupancy, not listed in this code shall require a permit, in addition to those now enumerated in this code.  In that case, the fire code official shall prepare a list of any additional material, process or occupancy that shall require a permit and post the list in a conspicuous place in the offices of the fire authority having jurisdiction.  Any interested person may obtain a copy of the list.

## SEC. 96.1.111 APPEALS.

Section 111 of the California Fire Code is revised to read:

**Sec. 111.1 Regional Fire Appeals Board established.**  In order to hear and decide appeals of orders, decisions or determinations made by the fire code official relative to the application and interpretation of this code*, including the granting or denial of modifications,* there shall be and is hereby created a *Regional Fire Appeals Board (Appeals Board).  The Appeals Board shall adopt rules of procedure for conducting its business, and shall render all decisions and findings in writing to the appellant with a duplicate copy to the fire code official.  A copy shall also be sent to the Building Official or other decision maker for the project, whichever is appropriate.*

**Sec. 111.2 Limitations on authority.**  An application for appeal shall be based on a claim that the intent of this code or the rules legally adopted hereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or an equivalent method of protection or safety is proposed.  The *Appeals Board* shall not have authority to waive requirements of this code.

**Sec. 111.3 Qualifications.** The *Appeals Board* shall consist of members who are qualified by experience and training to pass on matters pertaining to hazards of fire, explosions, hazardous conditions or fire protection systems and are not employees of the jurisdiction.

**Sec. 111.4 Appeals procedures**. *This section establishes appeal procedures of an order, decision or determination (collectively, "determination") made by the fire code official, including the granting or denial of appeals.*

**Sec. 111.4.1 Appeals of determinations regarding building permits.** *The County, fire agency or project applicant may appeal a determination made by the fire code official related to a project for which a building permit is required by filing an appeal in writing with the Appeals Board within 30 days of the fire code official's final determination. The Appeals Board shall make factual findings and issue a written recommendation to the County Building Official on whether the fire code official's determination should be upheld, overruled or modified. The Building Official may not waive the requirements of this code, except as authorized by the code and is subject to the same requirements and restrictions in the code that applied to the fire code official. A copy of the recommendation shall be provided to the applicant. The County Building Official shall act on the Appeals Board's recommendation and issue a written decision to the parties within 15 days of receipt of the Appeals Board's recommendation. The Building Official's decision shall be final.*

**Sec. 111.4.2 Appeals of determinations regarding discretionary permits.** *The County, the fire agency or the project applicant may seek review of the fire code official's determination by the Appeals Board by filing a request for review with the Appeals Board within 30 days of the fire code official's determination. When reviewing a fire code official's determination pursuant to this subsection, the Appeals Board shall act in an advisory capacity. The Appeals Board shall review the fire code official's determination and make a recommendation to uphold, overrule or modify the fire code official's determination. The Appeals Board shall render its recommendation to the County decision maker or decision-making body for consideration with the application for the discretionary permit.*

**Sec. 111.4.3 Appeals of determinations for matters other than building permits or discretionary permits.**

(a) **Areas outside a fire protection district.** *Any affected party may appeal a determination made by the fire code official regarding a matter for which a building permit or discretionary permit is not required by filing an appeal in writing with the Appeals Board within 30 days of the fire code official's final determination. The Appeals Board shall review the fire code official's determination and make a recommendation to uphold, overrule or modify the fire code official's determination. The Appeals Board's determination shall be final.*

(b) **Areas inside a fire protection district.**    Any affected party may appeal a determination made by the fire code official regarding a matter for which a building permit or discretionary permit is not required by filing an appeal in writing with the fire protection district's Board of Directors within 30 days of the fire code official's final determination.  The Board of Directors shall review the fire code official's determination and make a recommendation to uphold, overrule or modify the fire code official's determination.  The Board of Director's determination shall be final.

(c) **Areas inside San Diego Fire Protection District.**  Any affected party may appeal a determination made by a fire code official regarding a matter for which a building permit or discretionary permit is not required by filing an appeal in writing with the Appeals Board within 30 days of the fire code official's final determination.    The Appeals Board shall review the fire code official's determination and make a recommendation to uphold, overrule or modify the fire code official's determination.  The Appeals Board's determination shall be final.

### Sec. 111.5 Regional Fire Appeals Board.

(a) The Appeals Board members shall consist of the following:

- Two representatives from the San Diego County Fire Districts Association.
- Two chief officers from CAL FIRE.
- One fire marshal from the unincorporated area of the County.

(b) The Appeals Board shall not include a representative from the agency whose fire code official made the determination that is being appealed.  An alternate for the regular member(s) of the Appeals Board shall be designated to serve in this situation.

(c) Three members shall constitute a quorum for the transaction of business, and three affirmative votes shall be necessary to render a recommendation.

(d) If the Appeals Board recommends a modification to this code for an individual case, a copy of the recommendation and findings along with a map showing the proposed modification and mitigating measures shall be forwarded to the Unit Chief of CAL FIRE, San Diego/Imperial Unit.

## SEC. 96.1.112.4  VIOLATIONS, PENALTIES AND RESPONSIBILITY FOR COMPLIANCE.

Section 112.4 of the California Fire Code is revised to read:

*Sec. 112.4 Violations, penalties and responsibility for compliance. It shall be unlawful for any person, as defined in section 12.115 of the County Code of Regulatory Ordinances, to use any property or erect, construct, enlarge, alter, repair, move, remove, improve, convert, demolish, equip, use, occupy or maintain any building or structure, or vacant land or cause the same to be done, contrary to or in violation of any of the provisions of this chapter.  A property owner shall be considered to have allowed any use or improvement of property occupied by or under the dominion and control of the owner and shall be responsible for the discontinuance and removal of any violation of the Fire Code.  This responsibility shall include property leased to another person.  A property owner shall also be responsible for the discontinuance and removal of any violation of the Fire Code that existed on the property prior to the current owner's purchase of the property.*

## AMENDMENT TO SECTION 112.4

The Alpine, Bonita-Sunnyside, Lakeside, North County, Rancho Santa Fe, Rincon Del Diablo, San Marcos, San Miguel, Valley Center and Vista Fire Protection Districts adopt the following code amendment:

---

**Sec. 112.4 Violations, penalties and responsibility for compliance.**  Any person who shall violate any of the provisions of this code or standards hereby adopted or fail to comply therewith, or who shall violate or fail to comply with any order made there under, or who shall build in violation of any detailed statement or specification or plans submitted and approved there under, or any certificate or permit issued there under, and from which no appeal has been taken, or who shall fail to comply with such an order as affirmed or modified by the attorney for the (insert fire protection district) or by a court of competent jurisdiction within the time fixed herein, shall severally for each and every violation  and non-compliance respectively, be guilty of an infraction or misdemeanor, punishable by a fine not exceeding $1,000.00 or by imprisonment in County Jail not exceeding six (6) months, or both.  The imposition of one penalty of any violation shall not excuse the violation or permit it to continue; and all such persons shall be required to correct or remedy such violations or defects within a reasonable time; and when not otherwise specified, each day that prohibited conditions are maintained shall constitute a separate offense.

The application of the above penalty shall not be held to prevent the enforced removal of prohibited conditions.

---

**AMENDMENT TO SECTION 113.4**

The Alpine, Bonita-Sunnyside, Lakeside, North County, Rancho Santa Fe, Rincon Del Diablo, San Miguel, Valley Center and Vista Fire Protection Districts adopt the following code amendment:

> **Sec. 113.4 Failure to comply.**  Any person who shall continue any work after having been served with a stop work order, except such work as that the person is directed to perform to remove a violation or unsafe condition, shall be liable to a fine of not less than $250.00 or more than $1,000.00.

## SEC. 96.1.202  DEFINITIONS.

Section 202 of the California Fire Code is revised by adding or modifying the following definitions:

ACCESSORY DWELLING UNIT.  Defined as an attached or a detached residential dwelling unit which provides complete independent living facilities for one or more persons. It shall include permanent provisions for living, sleeping, eating, cooking, and sanitation on the same parcel as the single-family dwelling is situated. An accessory dwelling unit also includes the following:

(A) An efficiency unit, as defined in Section 17958.1 of the Health and Safety Code.

(B) A manufactured home, as defined in Section 18007 of the Health and Safety Code.

AERATED STATIC PILE.  A composting process that uses an air distribution system to blow or draw air through the pile. Little or no pile agitation or turning is performed.

*BLASTER.  A person who has been approved by the Sheriff to conduct blasting operations and who has been placed on the list of approved blasters.  The listing shall be valid for one year unless revoked by the Sheriff.*

*BLASTING AGENT.  A material or mixture consisting of a fuel and oxidizer intended for blasting.  The finished product as mixed and packaged for use or shipment shall not be detonated by means of a No. 8 test blasting cap when unconfined.*

BLASTING OPERATION.  The uses of an explosive device or explosive material to destroy, modify, obliterate or remove any obstruction of any kind.

BLASTING PERMIT.  A permit issued by the Issuing Officer pursuant to section 105.6.15. The permit shall apply to a specific site and shall be valid for a period not to exceed one year.

*BLAST SITE. The geographically defined area, as shown on a project map or plot plan, where a blaster is authorized by a blasting permit issued under this section to conduct a blasting operation.*

CHIPPING AND GRINDING**.**  An activity that mechanically reduces the size of organic matter.

COMPOSTING OPERATION**.**   An operation that is conducted for the purpose of producing compost.  The operation shall be by one or more of the following processes used to produce a compost product: static pile, windrow pile or aerated static pile.

DEAD-END ROAD.  A road that has only one point of vehicular ingress/egress, including cul-de-sacs and looped roads.

DISTANCE MEASUREMENT.  All specified or referenced distances are measured along the ground, unless otherwise stated.

DWELLING UNIT. Any building or portion thereof which contains living facilities, including provisions for sleeping, eating, cooking and/or sanitation for not more than one family.

ENCLOSED. Closed in or fenced off.

EXPLOSIVES PERMIT.  A permit to possess or use explosives, issued by the Issuing Officer, pursuant to California Health and Safety Code sections 12000 et seq. and Chapter 56 of this code.  An explosives permit shall be valid for a period not to exceed one year, as provided in the permit conditions.

FIRE APPARATUS ACCESS ROAD.  A road that provides fire apparatus access from a fire station to a facility, building or portion thereof.  This is a general term that *includes, but is not limited to a* fire lane, public street, private street, driveway, parking lot lane and access roadway.

FIRE AUTHORITY HAVING JURISDICTION (FAHJ). The designated entity providing enforcement of fire regulations as they relate to planning, construction and development. The FAHJ may also provide fire suppression and other emergency services.

*FIRE CHIEF.  The fire chief is one of the following:*

(a)  The person appointed by the Board of Supervisors to serve as fire chief in the unincorporated areas not within a fire protection district.
(b)  The chief officer of a fire protection district.
(c)  The Fire Warden or her or his delegated representative when enforcing section 96.1.5608.1 of this Chapter.

FIRE CODE OFFICIAL.  The Fire Warden or her or his delegated representative, the fire chief or a duly authorized representative, or other person as may be designated by law, appointment or delegation and charged with the administration and enforcement of this Chapter.

FIRE DEPARTMENT.  Any regularly organized fire department, fire protection district, fire company, or legally formed volunteer fire department registered with the County of San Diego regularly charged with the responsibility of providing fire protection to a jurisdiction.

FIRE HAZARD.  Any condition or conduct which:(a) increases or may increase the threat of fire to a greater degree than customarily recognized as normal by persons in the public service regularly engaged in preventing, suppressing or extinguishing fire or (b) may obstruct, delay, hinder or interfere with the operations of the fire department or the egress of occupants in the event of fire.

FIRE PROTECTION DISTRICT.  Any fire protection district created under State law and any water district providing fire protection services.

FUEL MODIFICATION ZONE. A strip of land where combustible vegetation has been thinned or modified or both and partially or totally replaced with approved fire-resistant and/or irrigated plants to provide an acceptable level of risk from vegetation fires. Fuel modification reduces the radiant and convective heat on a structure and provides valuable defensible space for firefighters to make an effective stand against an approaching fire front.

GREENWASTE. Organic material that includes, but is not limited to, yard trimmings, plant waste, manure, untreated wood wastes, paper products and natural fiber products.

HARDSCAPE. Concrete, gravel, pavers or other non-combustible material.

HAZARDOUS FIRE AREA.  Any geographic area mapped by the State or designated by a local jurisdiction as a moderate, high or very high fire hazard area or which the FAHJ has determined is a hazardous fire area, because the type and condition of vegetation, topography, weather and structure density increase the probability that the area will be susceptible to a wildfire.

*HOGGED MATERIALS.  Mill waste consisting mainly of hogged bark but may include a mixture of bark, chips, dust or other by-product from trees and vegetation.*

INSPECTOR. For the purposes of sections 96.1. 5601.2, an inspector is a person on the Issuing Officer's approved list of inspectors authorized to conduct inspections, before and after a blast.  To be on the Issuing Officer's approved list, an inspector shall have a blasting license issued by Cal/OSHA.

MAJOR BLASTING.  A blasting operation that does not meet the criteria for minor blasting.

MID-RISE BUILDING.  A building four stories or more high, but not exceeding 75 feet in height and not defined as a high-rise building by section 202 of the California Building Code.  Measurements shall be made from the underside of the roof or floor above the topmost space that may be occupied to the lowest fire apparatus access road level.

MINOR BLASTING. A blasting operation that meets all of the following criteria: quantity of rock to be blasted does not exceed 100 cubic yards per shot, bore hole diameter does not exceed 2 inches, hole depth does not exceed 12 feet, maximum charge weight does not exceed 8 pounds of explosives per delay and the initiation of each charge will be separated by at least 8 milliseconds.  The maximum charge weight shall not exceed the Scaled Distance as shown below:

| Distance from Blast Site (In Feet) | Scale Distance Factor |
|---|---|
| 0  -  300 | Mandatory Seismic Monitoring |
| 301  - 5,000 | 55 |
| 5,000+ | 65 |

MULCHING.  The process by which mixed greenwaste is mechanically reduced in size for the purpose of making compost.

RESPONSE TIME.  The elapsed time from the fire department's receipt of the first alarm to when the first fire unit arrives at the scene.

SKY LANTERN. An unmanned device with a fuel source that incorporates an open flame in order to make the device airborne.

*STATIC PILE.  A composting process that is similar to the aerated static pile except that the air source may or may not be controlled.*

STRUCTURE.  That which is built or constructed, an edifice or building of any kind, or any piece of work artificially built up or composed of parts joined together in some manner.

TRAVEL TIME.  The estimated time it would take for a responding agency to travel from the fire station to the furthest structure in a proposed development project, determined by measuring the safest, most direct, appropriate and reliable route with consideration given to safe operating speeds for heavy fire apparatus.

WINDROW COMPOSTING PROCESS.  The process in which compostable material is placed in elongated piles.  The piles or windrows are aerated and/or mechanically turned on a periodic basis.

WOOD CHIPS.  Chips of various species of wood produced or used in chipping and grinding operations.

### SEC. 96.1.304.1.4 OUTDOOR CARNIVALS AND FAIRS.

Section 304.1.4 is added to the California Fire Code to read:

Sec. 304.1.4 Outdoor carnivals and fairs. Outdoor carnivals and fairs shall only be conducted on grounds free of combustible vegetation or trimmed to the satisfaction of the FAHJ.

### SEC. 96.1.305.6 ROCKETS, MODEL AIRCRAFT AND SIMILAR DEVICES.

Section 305.6 is added to the California Fire Code to read:

Sec. 305.6 Rockets, model aircraft and similar devices.  Rockets, model airplanes, gliders, balloons, sky lanterns, floating luminary or similar devices powered with an engine, propellant, open flame or other feature liable to start or cause a fire shall not be projected into or across hazardous fire areas without prior approval of the fire code official.

### SEC. 96.1.307.4.3 PORTABLE OUTDOOR FIREPLACES.

Section 307.4.3 of the California Fire Code is *revised* to read:

**Sec. 307.4.3 Portable outdoor fireplaces.** Portable outdoor fireplaces shall be used in accordance with the manufacturer's instructions and shall not be operated within 15 feet (3048 mm) of a structure or combustible material.

Exception: Portable outdoor fireplaces used at one-and two-family dwellings. *All "warming fires", by which open burning of wood, shall have installed a "spark arrester" of ½" screen mesh or smaller or used in accordance with the manufacturer's instructions.*

## SEC. 96.1.307.5 ATTENDANCE OF OPEN BURNING AND RECREATIONAL FIRES.

Section 307.5 of the California Fire Code is revised to read:

**Sec. 307.5 Attendance.**  Open burning, bonfires, recreational fires and the use of portable outdoor fireplaces shall be constantly attended *by an adult* until the fire is extinguished. Not fewer than one portable fire extinguisher complying with section 906 with a minimum 4-A rating or other approved on-site fire-extinguishing equipment, such as dirt, sand, water barrel, garden hose or water truck, shall be available for immediate utilization.

## SEC. 96.1.325. MID-RISE BUILDINGS.

Section 325 is added to the California Fire Code to read:

**Sec 325.1 General.**  A newly constructed mid-rise building or a mid-rise building which undergoes a complete renovation that requires the building to be completely vacated shall comply with this section.

Exceptions:

1.  Buildings used exclusively as an open parking garage.

2.  Buildings where all floors above the fourth floor level are used exclusively as an open parking garage.

3.  Buildings such as a power plant, lookout tower, steeple, grain house, and other similar structures with intermittent human occupancy.

**Sec. 325.1.1 Automatic sprinkler systems and standpipes.** Mid-rise buildings shall be protected throughout by an automatic sprinkler system designed and installed in conformance with the NFPA 13 edition as referenced in Chapter 80 of CFC and in accordance with the following:

1.  A control valve and a water flow alarm shall be provided for each floor.  Each control valve and water flow alarm shall be electronically supervised.

2.  Mid-rise buildings shall be provided with a Class I standpipe system that is interconnected with the automatic sprinkler system.  The system shall consist of 2½-inch hose valves located in each stair enclosure on every floor.  Two hose outlets shall be located on the roof outside of each stair enclosure which penetrates the roof.  The standpipe system shall be designed, installed and tested in accordance with the NFPA 14 edition as referenced in Chapter 80 of CFC.

3.  Fire department standpipe connections and valves serving each floor shall be located in the vestibule and located in a manner so as not to obstruct egress when hose lines are connected and charged.

**Sec. 325.1.2 Smoke detection.**  Smoke detectors shall be provided in accordance with this section.  Smoke detectors shall be connected to an automatic fire alarm system and shall be installed in accordance with the NFPA 72 edition as referenced in Chapter 80 of CFC. The actuation of any device required by this section shall operate the emergency voice alarm signal system and shall operate all equipment necessary to prevent the circulation of

smoke through air return and exhaust ductwork.  Smoke detectors shall be located as follows:

1.  In every mechanical equipment, electrical, transformer, telephone equipment, unmanned computer equipment, elevator machinery or similar room and in all elevator lobbies.  Elevator lobby detectors shall be connected to an alarm verification zone or be listed as a releasing device.

2.  In the main return air and exhaust air plenum of each air conditioning system. The smoke detector shall be located in a serviceable area downstream of the last duct inlet.

3.  At each connection to a vertical duct or riser serving two or more stories from a return air duct or plenum of an air conditioning system.  In Group R-1 and R-2 occupancies, an approved smoke detector is allowed to be used in each return air riser carrying not more than 5,000 cubic feet per minute and not serving more than 10 air inlet openings.

4.  For Group R-1 and R-2 occupancies in all corridors serving as a means of egress for an occupant load of 10 or more persons.

**Sec. 325.1.3 Fire alarm system.**  An approved and listed, automatic and manual, fully addressable and electronically-supervised fire alarm system shall be provided in conformance with this code and the California Building Code & NFPA 72 edition as referenced in Chapter 80 of CFC.

**Sec. 325.1.4 Emergency voice alarm signaling system.**  The operation of any automatic fire detector or water flow device shall automatically sound an alert tone followed by a pre-recorded voice instruction giving appropriate information and direction on a general or selective basis to the following terminal areas:

1.  Elevators
2.  Elevator lobbies
3.  Corridors
4.  Exit stairways
5.  Rooms and tenant spaces
6.  Dwelling units
7.  Hotel guest rooms
8.  Areas designated as safe refuge within the building

**Sec. 325.1.5 Fire command center.**  A fire command center for fire department operations shall be provided.  The location and accessibility of the fire command center shall be approved by the *fire* code official.  The room shall be separated from the remainder of the

building by not less than a 2-hour fire barrier.  The room shall be a minimum of 200 square feet with a minimum dimension of 10 feet.  It shall contain the following facilities at a minimum:

1.  Voice alarm and public address panels
2.  Fire department communications panel
3.  Fire alarm annunciator panel
4.  Elevator annunciator panel (when building exceeds 55 feet in height)
5.  Status indicators and controls for air-handling systems (stairwell pressurization)
6.  Controls for unlocking stairwell doors
7.  Fire pump status indicators (if required)
8.  Set of complete building plans
9.  Elevator control switches for switching of emergency power
10. Work table

**Sec. 325.1.6 Annunciation identification.**  Control panels in the central control station shall be permanently identified as to their function.  Water flow, automatic fire detection and manually-activated fire alarms, supervisory and trouble signals shall be monitored by an approved UL-listed central monitoring station and annunciated in the fire command center by means of an audible and visual indicator.  For the purposes of annunciation, zoning shall be in accordance with the following:

1.  When the system serves more than one building, each building shall be a separate zone.
2.  Each floor in a building shall be a separate zone.
3.  When one or more risers serve the same floor, each riser shall be a separate zone.

**Sec. 325.1.7 Elevators.**  Elevators and elevator lobbies shall comply with Chapter 30 of the California Building Code.    At least one elevator cab shall be assigned for fire department use, and shall serve all floors of the building.  This cab shall be provided large enough to accommodate an ambulance-type stretcher in accordance with section 3002.4 of the California Building Code.

**Sec. 325.1.8 Fire department communication system.**  An approved two-way fire department communication system designed and installed in accordance with the NFPA 72 edition referenced in Chapter 80 of CFC shall be provided for fire department use per section 907.2.13.2.

**Sec. 325.1.9 Means of egress.**  In addition to the requirements of Chapter 10, egress components of mid-rise buildings shall comply with sections 325.1.9.1 through 325.1.9.5.

   **Sec. 325.1.9.1 Extent of enclosure.**  Stairway enclosures shall be continuous and shall fully enclose all portions of the stairway.  Exit enclosures shall exit directly to the

exterior of the building or include an exit passageway on the ground floor leading to the exterior of the building.  Each exit enclosure shall extend completely through the roof and be provided with a door that leads onto the roof.

**Sec. 325.1.9.2 Pressurized enclosures and stairways.**  All required stairways and enclosures in a mid-rise building shall be pressurized as specified in section 909. Pressurized stairways shall be designed to exhaust smoke manually when needed.

**Sec. 325.1.9.3 Vestibules.**  Pressurized stairway enclosures serving a mid-rise building shall be provided with a pressurized entrance vestibule on each floor that complies with section 909.

**Sec. 325.1.9.4 Pressure differences.**  The minimum pressure difference between a vestibule and adjacent areas shall comply with section 909.

**Sec. 325.1.9.5 Locking of stairway doors.**  All stairway doors that are locked to prohibit access from the interior of the stairway shall have the capability of being unlocked simultaneously, without unlatching, upon a signal from the fire command center.  Upon failure of normal electrical service or activation of any fire alarm, the locking mechanism shall automatically retract to the unlocked position.

A telephone or other two-way communication system connected to an approved emergency service which operates continuously shall be provided at not less than every third floor in each required exit stairway vestibule.

Approved signage stating doors are locked shall be provided in each stairwell vestibule on each floor in which entry may be made and on each floor in which a telephone is located. Hardware for locking stairway vestibule doors shall be State Fire Marshal listed and approved by the fire code official by permit before installation.  Stairway doors located between the vestibules and the stairway shaft shall not be locked.

## SEC. 96.1.326 STORAGE OF FIREWOOD. (T14 1299.03 B2) Zone 1

Section 326 is added to the California Fire Code to read:

**Sec. 326.1 General.**  Firewood shall not be stored in unenclosed space beneath a building or structure, on a deck or under eaves, a canopy or other projection or overhang. When required by the fire code official, firewood or other combustible material stored in the defensible space surrounding a structure shall be located at least 30 feet from any structure and separated by a minimum of 15 feet from the drip line of any trees, measured horizontally. Firewood and combustible materials not for use on the premises shall be stored so as to not pose a fire hazard. Wood storage shall be located on bare soil or a non-combustible material. Minimum clearance around wood storage pile shall be 10' bare soil, free of vegetation or other combustible material measured on a horizontal plane.
The maximum size of wood storage shall be 2 cords of woods with the pile dimensions no greater than 4 feet in height, 4 feet in width, and 16 feet in length.

Exception: Permit may be issued by the FAHJ for wood storage amounts in excess of this section.

## AMENDMENT TO SECTION 326.1. Zones 1 and 2

The San Diego County Fire Protection District adopts the following code amendment:

**Sec. 326.1 General.**  The following requirements apply to the storage of firewood and other combustible material.  Zones 1 and 2 are defined in section 4907.9.

(a)  Requirements Applicable to Zone 1:  Firewood and other combustible material shall not be stored unless completely covered in a fire-resistant container or enclosure.
(b)  Requirements Applicable to Zone 2:  Firewood and other combustible material shall be located at least 50 feet from any structure.
(b)  Requirements Applicable to Both Zones 1 and 2:  Firewood and other combustible material shall not be stored in unenclosed space beneath a building or structure, on a deck or under eaves, a canopy or other projection or overhang, and shall be separated by a minimum of 15 feet from the drip line of any trees, measured horizontally. Firewood and combustible materials not for use on the premises shall be stored so as to not pose a fire hazard. Wood storage shall be located on bare soil or a non-combustible material. Minimum clearance around wood storage pile shall be 10' bare soil, free of vegetation or other combustible material measured on a horizontal plane.
The maximum size of wood storage shall be 2 cords of woods with the pile dimensions no greater than 4 feet in height, 4 feet in width, and 16 feet in length.

Exception: Permit may be issued by the FAHJ for wood storage amounts in excess of this section.

**Sec. 501.3.2 Fire apparatus access modifications.**  Plans for the modification of fire apparatus access road shall be submitted to the fire code official for review and approval prior to construction or modification of any fire apparatus road.

## SEC. 96.1.503 FIRE APPARATUS ACCESS ROADS

Section 503 of the California Fire Code is revised to read:

**Sec. 503.1 General.**  Fire apparatus access roads shall be provided and maintained in accordance with Sections 503.1.1 through 503.1.3.

*Fire apparatus access roads shall be provided and maintained in compliance with this section and the most recent edition and any amendments thereto, of public and private road standards as adopted by the County of San Diego (San Diego County Standards for Private Roads and Public Roads, San Diego County Department of Public Works).  The fire code official may modify the requirements of this section if the modification provides equivalent access.*

**Sec. 503.1.1 Buildings and facilities**.  *Approved* fire apparatus access roads shall be provided for every facility, building or portion of a building hereafter constructed or moved into or within the jurisdiction. The fire apparatus access road shall comply with the requirements of this section and shall extend to within 150 feet (45 720 mm) of all portions of the facility and all portions of the *exterior walls* of the first story of the building as measured by an *approved* route around the exterior of the building or facility.

Exceptions:
1. The *fire code official* is authorized to increase the dimension of 150 feet (45 720 mm) where any of the following conditions occur:

    1.1 The building is equipped throughout with an *approved automatic sprinkler system* installed in accordance with Section 903.3.1.1, 903.3.1.2 or 903.3.1.3.

    1.2. Fire apparatus access roads cannot be installed because of location on property, topography, waterways, non-negotiable grades or other similar conditions, and an *approved* alternative means of fire protection is provided.

    1.3. There are not more than two Group R-3 or Group U occupancies.

2. Where approved by the *fire code official*, fire apparatus access roads shall be permitted to be exempted or modified for solar photovoltaic power generation facilities.

**Sec. 503.1.2  Secondary Access.**  *The fire code official is authorized to require more than one fire apparatus road when a new subdivision is proposed, and the maximum allowable dead-end road length is exceeded (Sec. 503.2.5.1.).  In addition, the fire code official may determine additional fire apparatus access roads are required on other proposed projects.  This requirement is based on the potential for impairment of a single road by vehicle congestion, condition of terrain, climate conditions or other factors that could limit access.  When additional fire apparatus roads are necessary as mitigation for the exceedance of maximum allowable dead-end road length, the additional fire apparatus access road must be remote from the primary fire apparatus road as determined by the fire code official.*

**Sec. 503.1.3 High-piled storage.**  Fire department vehicle access to buildings used for high-piled combustible storage shall comply with the applicable provisions of Chapter 32.

**Sec. 503.2 Specifications.** Fire apparatus access roads shall be installed and arranged in accordance with Sections 503.2.1 through 503.2.9.

**Sec. 503.2.1 Dimensions.** *The dimensions of fire apparatus access roads shall be in accordance with the following:*

*(a) Fire apparatus access roads shall have an unobstructed improved width of not less than 24 feet, except as provided in section 503.2.1.1 for single-family residential driveways serving no more than two residential parcels, which shall have a minimum of 16 feet of unobstructed improved width.  Any of the following, which have separated lanes of one-way traffic: gated entrances with card readers, guard stations or center medians, are allowed, provided that each lane is not less than 14 feet wide.*

*(b) Fire apparatus access roads that are public or private roads which are provided or improved as a result of a Tentative Map, Tentative Parcel Map or a Major/Minor Use Permit shall have the dimensions as set forth by the County of San Diego Standards for Public and Private Roads.*

*(c)* All fire apparatus access roads shall have an unobstructed vertical clearance of not less than 13 feet 6 inches.

*(d) Vertical clearances or road widths shall be increased when the fire code official determines that vertical clearances or road widths are not adequate to provide fire apparatus access.*

*(e) Vertical clearances or road width may be reduced when the fire code official determines the reduction does not impair access by fire apparatus.  In cases where the*

vertical clearance has been reduced, approved signs shall be installed and maintained indicating the amount of vertical clearance.

(f) Driveways exceeding 150 feet in length, but less than 600 feet in length, shall provide a turnout near the midpoint of the driveway. Where the driveway exceeds 600 feet, turnouts shall be provided no more than 400 feet apart.

(g) For buildings that are more than 35 feet in height, a 35-foot unobstructed fire lane shall be provided, unless otherwise approved by the fire code official. Fire apparatus access roads shall have an unobstructed width of not less than 35 feet when within laddering distance of buildings exceeding 35 feet in height. The access road shall be set back from buildings exceeding two stories in height such that the centerline of the fire access road shall be equal to 1/4 the difference in elevation from the fire access road to the roof. The building curbside access roads serving buildings over two stories in height but less than 44 feet in height shall be permitted to be up to 10 feet away from the building.

## AMENDMENT TO SECTION 503.2.1

The North County, Rancho Santa Fe, Rincon Del Diablo, San Miguel and Valley Center Fire Protection Districts adopt the following code amendment:

**Sec. 503.2.1 Road phasing requirement for single family dwellings on existing legal parcels.**

(a)  The fire apparatus access road requirement for widening an existing, improved and paved fire apparatus access roadway shall be as provided in Table 503.2.1.  The fire apparatus access road shall be constructed to extend from the property line to the nearest public or private road.

### TABLE 503.2.1 -PHASING REQUIREMENT
### Fire Apparatus Access Roadway – Single Family Dwellings

| Number of Parcels Served | Unobstructed Road Width | Roadways Over 600 foot Long |
|---|---|---|
| 1-2 | 16-foot, paved | Turnouts every 400 feet |
| 3-8 | 20-foot, paved | Turnouts every 400 feet |
| 9 or more | 24-foot, paved | Not required |

(b)  The fire apparatus access road shall not be required to be improved for a non-habitable accessory structure or a residential addition or remodel less than 500 square feet if the fire apparatus access road has already been improved and paved to a minimum width of 20 feet.  If the road is less than 20 feet wide, the roadway shall be widened to 20 feet. *The preceding addition or remodel exception is limited to one permit per three-year period from the date of the last permit approval.*

**Exception:** Vertical clearances or road width may be reduced when the fire code official determines the reduction does not impair access by fire apparatus.  In cases where the vertical clearance has been reduced, approved signs shall be installed and maintained indicating the amount of vertical clearance.

**Sec. 503.2.2 Authority to increase minimums.**  The fire code official shall have the authority to require or permit modifications to the required access widths where they are inadequate for fire or rescue operations or where necessary to meet the public safety objectives of the jurisdiction.

**Sec. 503.2.3 Surface.**  Fire apparatus access roads shall be designed and maintained to support the imposed loads of fire apparatus *(not less than 75,000 lbs. unless authorized by the fire code official) and shall be provided with an approved paved surface* so as to provide all-weather driving capabilities. *The paving and sub-base shall be installed to the standards specified in the County of San Diego Parking Design Manual.  A residential driveway constructed of 3½" Portland cement concrete may be installed on any slope up to 20% provided that slopes over 15% have a deep broom finish perpendicular to the direction of travel to enhance traction.  The fire code official may allow a surfacing material of 6 inches of compacted decomposed granite on fire apparatus access roads with a slope of 10% or less in areas allowed by the San Diego County Standards for Private Roads.*

## AMENDMENT TO SECTION 503.2.3

The Bonita-Sunnyside, Lakeside, North County, Rancho Santa Fe, Rincon Del Diablo Fire Protection Districts adopt the following code amendment:

> **Sec. 503.2.3 Surface.** Fire apparatus access roads shall be designed and maintained to support the imposed loads of fire apparatus (not less than 75,000 lbs. unless authorized by the FAHJ) and shall be provided with an approved paved surface so as to provide all weather driving capabilities. The paving and sub-base shall be installed to the standards specified in the County of San Diego Parking Design Manual.  A residential driveway constructed of 3½" Portland cement concrete may be installed on any slope up to 20% provided that slopes over 15% have a deep broom finish perpendicular to the direction of travel or other approved surface to enhance traction.

**Sec. 503.2.4 Roadway radius.**  *The horizontal inside radius of a fire apparatus access road shall comply with the County of San Diego Public and Private Road Standards. The horizontal inside radius of any public or private driveway shall be a minimum of 28 feet, as measured on the inside edge of the improvement width or as approved by the fire code official.  The length of vertical curves of fire apparatus access roads shall not be less than 100 feet, or as approved by the fire code official.*

**Sec. 503.2.5 Dead ends.**  Dead-end fire apparatus access roads in excess of 150 feet in length shall be provided with an approved area for turning around *emergency* apparatus.

**Sec. 503.2.5.1 Dead end roads turn-around required.** *A cul-de-sac or other approved turn-around shall be provided in residential areas where the fire apparatus access roads serve 3 or more parcels. The minimum unobstructed radius width for a cul-de-sac in a residential area shall be 36 feet paved, 40 feet graded, or as approved by the fire code official. The fire code official shall establish a policy identifying acceptable turnarounds for various project types. See Annex A & B for illustrations.*

**Sec. 503.2.5.2 Dead end roads**. *The maximum length of a dead end road, including all dead end roads accessed from that dead end road, shall not exceed the following cumulative lengths, regardless of the number of parcels served:*
*(Title 14 SRA 1273.09 Ref.)*

| ZONING FOR PARCEL SERVED BY DEAD END ROAD(s) | CUMULATIVE LENGTH OF DEAD END ROAD(s) |
|---|---|
| Parcels zoned for less than 1 acre | 800 feet |
| Parcels zoned for 1 acre to 4.99 acres | 1,320 feet |
| Parcels zoned for 5 acres to 19.99 acres | 2,640 feet |
| Parcels zoned for 20 acres or larger | 5,280 feet table |

*All lengths shall be measured from the edge of the roadway surface at the intersection where the road begins to the end of the road surface at its farthest point. Where a dead end road crosses areas of differing zoned parcel sizes, requiring different length limits, the shortest allowable length shall apply. Where parcels are zoned 5 acres or larger, turnarounds shall be provided at a maximum of 1,320 foot intervals. Each dead end road shall have a turnaround approved by the fire code official and constructed at its terminus.*

*A turnaround shall be provided to all building sites on driveways over 150 feet in length and shall be within fifty (50) feet of the building.*

**Sec. 503.2.6 Bridges and elevated surfaces.** Where a bridge or an elevated surface is part of a fire apparatus access road, the bridge shall be constructed and maintained in accordance with AASHTO HB-17. Bridges and elevated surfaces shall be designed for a live load sufficient to carry the imposed loads of fire apparatus. Vehicle load limits *and clearance limitations* shall be posted at both entrances to bridges where required by the fire code official. Where elevated surfaces designed for emergency vehicle use are adjacent to surfaces which are not designed for such use, approved barriers, approved signs or both shall be installed and maintained where required by the fire code official.

**Sec. 503.2.6.1 Bridges with one traffic lane.** *When approved by the fire code official, private bridges providing access to not more than two residential dwellings may have one 12-foot-wide travel lane and it shall provide for unobstructed visibility from one end to the other, and turnouts shall be provided at both ends.*

**Sec. 503.2.7 Grade.**  *The gradient for a fire apparatus access roadway shall not exceed 15.0%.  The fire code official may allow roadway grades up to 20.0% provided that the roadway surface conforms to section 503.2.3.  The fire code official may require additional mitigation measures.*

**Sec 503.2.7.1 Cross-Slope**. *The standard cross-slope shall be 2 percent; minimum cross-slope shall be 1 percent; maximum cross-slope shall be 5 percent.*

**Sec. 503.2.8 Angles of Approach and Departure.** The angles of approach and departure for fire apparatus access roads shall *not exceed 7 degrees (12 %) for the first 30' or as approved by the fire code official* and shall not allow for transitions between grades that exceed 6% elevation change along any 10-foot section.

**Sec. 503.2.9 Roadway Turnouts.**  *When required by the fire code official, turnouts shall be a minimum of 12 feet wide and 30 feet long with a minimum 25-foot taper on each end. (Title 14 SRA 1273.06)*

*Exception: The minimum width of the turnout may be reduced to 10 feet wide when the fire code official determines the reduction does not impair access by fire apparatus.*

**Sec. 503.3 Marking.**  When required by the fire code official, approved signs or other approved notices or markings that include the words "NO PARKING FIRE LANE" shall be provided for fire apparatus access roads to identify such roads or prohibit the obstruction thereof.  *Signs or notices* shall be maintained in a clean and legible condition at all times and be replaced or repaired when necessary to provide adequate visibility.

**Sec. 503.3.1 Fire Lane Designation**. *Where the fire code official determines that it is necessary to ensure adequate fire access, the fire code official may designate existing roadways as fire apparatus access roads as provided by Vehicle Code section 22500.1.*

**Sec. 503.4 Obstruction of fire apparatus access roads.**  Fire apparatus access roads shall not be obstructed in any manner, including the parking of vehicles.  The minimum road widths and clearances established in sections 503.2.1 and 503.2.2 shall be maintained at all times.

**Sec. 503.4.1 Traffic calming devices.**  Traffic calming devices *(including, but not limited to, speed bumps, speed humps, speed control dips, etc.)* shall be prohibited unless approved by the fire code official.

**Sec. 503.5 Required gates or barricades.**  The fire code official is authorized to require the installation and maintenance of gates or other approved barricades across fire apparatus access roads, trails or other access ways, not including public streets, alleys or highways. Electric gate openers, where provided, shall be listed in accordance with UL 325.  Gates

intended for automatic operation shall be designed, constructed and installed to comply with the requirements of ASTM F2200.

**Sec. 503.5.1 Secured gates and barricades.**  When required, gates and barricades shall be secured *as approved by the fire code official*.  Roads, trails and other access ways that have been closed and obstructed in the manner prescribed by section 503.5 shall not be trespassed on or used unless authorized by the owner and the fire code official.

Exception:  The restriction on use shall not apply to public officers acting within the scope of duty.

**Sec. 503.5.2 School fences and gates.**  *School grounds may be fenced and gates therein may be equipped with locks, provided that safe dispersal areas based on three square feet per occupant are located between the school and the fence.  Such required safe dispersal areas shall not be located less than 50 feet from school buildings.*

*Every public and private school shall conform to Education Code section 32020, which states:*

The governing board of every public school district and the governing authority of every private school, which maintains any building used for the instruction or housing of school pupils on land entirely enclosed (except for building walls) by fences or walls, shall, through the cooperation of local law enforcement and fire protection agencies having jurisdiction of the area, provide for the erection of gates in these fences or walls.  The gates shall be of sufficient size to permit the entrance of ambulances, police equipment and fire-fighting apparatus used by law enforcement and fire protection agencies.  There shall be no less than one access gate and there shall be as many of these gates as needed to ensure access to all major buildings and ground areas.  If these gates are equipped with locks, the locking devices shall be designed to permit ready entrance by the use of chain or bolt-cutting devices *with which the local law enforcement and fire protection agencies may be equipped.*

**Sec. 503.6 Security gates**. *No person shall install a security gate or security device across a fire apparatus access road without the fire code official's approval.*

1. *An automatic gate across a fire access road or driveway shall be equipped with an approved emergency key-operated switch overriding all command functions and opening the gate.*
2. *A gate accessing more than four residences or residential lots or a gate accessing hazardous, institutional, educational or assembly occupancy group structure, shall also be equipped with an approved emergency traffic control-activating strobe light sensor or other device approved by the fire code official, which will activate the gate on the approach of emergency apparatus.*

3. *An automatic gate shall be provided with a battery back-up or manual mechanical disconnect in case of power failure with "fail open" and "fail secure" options enabled to prevent entrapment.*

4. *An automatic gate shall meet fire department policies deemed necessary by the fire code official for rapid, reliable access.*

5. *When required by the fire code official, an automatic gate in existence at the time of adoption of this chapter is required to install an approved emergency key-operated switch or other mechanism approved by the fire code official, at an approved location, which overrides all command functions and opens the gate. A property owner shall comply with this requirement within 90 days of receiving written notice to comply.*

6. *Where this section requires an approved key-operated switch, it may be dual-keyed or equipped with dual switches provided to facilitate access by law enforcement personnel.*

7. *All gates providing access from a road to a driveway shall be located a minimum of 30 feet from the nearest edge of the roadway and shall be at least two feet wider than the width of the traffic lane(s) serving the gate.*

8. *Electric gate openers, where provided, shall be listed in accordance with UL 325. Gates intended for automatic operation shall be designed, constructed and installed to comply with the requirements of ASTM F2200.*

## SEC.96.1.505 PREMISES IDENTIFICATION

Section 505 of the California Fire Code is revised to read:

**Sec. 505.1 Address identification**. New and existing buildings shall be provided with approved address identification. The address identification shall be legible and placed in a position that is visible from the street or road fronting the property.

Address identification characters shall contrast with their background. Address numbers shall be Arabic numbers or alphabetical letters. Numbers shall not be spelled out. Each character shall be not less than 4 inches (102 mm) high with a minimum stroke width of ½-inch (12.7 mm) *for residential buildings, 8 inches high with a 1-inch stroke for commercial and multi-family residential buildings, and 12 inches high with a 1-inch stroke for industrial buildings.* Where required by the fire code official, address identification shall be provided in additional approved locations to facilitate emergency response. Where access is by means of a private road and the building cannot be viewed from the public way, a monument, pole or other sign or means shall be used to identify the structure. Address identification shall be maintained.

**Sec. 505.2 Street or road signs.**  Streets and roads shall be identified with approved signs. Temporary signs shall be installed at each street intersection when construction of new roadways allows passage by vehicles.  Signs shall be of an approved size, weather-resistant and be maintained until replaced by permanent signs.  *All new public roads, all private roads within major subdivisions and all private road easements serving four or more parcels shall be named.  Road name signs shall comply with County of San Diego Department of Public Works Design Standard #DS-13.*

**Sec 505.2.1 Traffic Access Limitations.** *Signs identifying traffic access limitations shall be placed at the intersection preceding the traffic access limitation, and no more than 100 feet before such traffic access limitation*

**Sec. 505.3 Easement address signs.** *A road easement which is not named differently from the roadway from which it originates shall have an address sign installed and maintained listing all street numbers occurring on that easement. The sign shall be located where the easement intersects the named roadway.  The numbers on the sign shall contrast with the background and have a minimum height of 4 inches and a minimum stroke of ½-inch.*

**Sec. 505.4 Directory map.**  *A lighted directory map acceptable to the FAHJ, shall be installed at the driveway entrance to a residential multi-family project or a mobile home park, with more than 15 units.*

**Sec. 505.5 Response map updates.**  *Any new development which necessitates updating emergency response maps due to new structures, hydrants, roadways or similar features shall be required to provide map updates in a format compatible with current department mapping services and shall be charged a reasonable fee for updating all response maps.*

**SEC. 96.1.506.1.3 EMERGENCY KEY ACCESS.**

Section 506.1.3 is added to the California Fire Code portion to read:

**Sec. 506.1.3 Emergency key access.**  All central station-monitored fire detection systems and automatic sprinkler systems shall have an approved emergency key access box on site in an approved location.  The owner or occupant shall provide and maintain current keys for any structure for fire department placement in the box and shall notify the fire department in writing when the building is re-keyed.

## SEC. 96.1.507.2 TYPE OF WATER SUPPLY.

Section 507.2 of the California Fire Code is revised to read:

**Sec. 507.2 Type of water supply.** A water supply *may* consist of reservoirs, pressure tanks, elevated tanks, water mains or other fixed systems, *as approved by the fire code official,* capable of providing the required fire flow. *In setting the requirements for fire flow, the fire code official shall follow section 507.3 or Appendix B of the CFC, or the standard published by the Insurance Service Office, "Guide for Determination of Required Fire Flow".*

**Sec. 507.2.1 Private fire service mains.** Private fire service mains and appurtenances shall be installed in accordance with NFPA 24 as referenced in Chapter 80 of CFC.

**Sec. 507.2.2 Water tanks.** Water tanks for private *residential* fire protection, *when authorized by the fire code official*, shall *comply with Table 507.2.2* and be installed in accordance with the NFPA 22 edition referenced in Chapter 80 of CFC. Water tanks for *commercial* fire protection, *when authorized by the fire code official,* shall be installed in accordance with the NFPA 22 edition referenced in Chapter 80 of CFC. *Water tanks are only allowed as determined by the fire code official if a letter from the applicable water district is provided stating that the district would not be able to provide service (proper fire flow) if the water line were extended and a hydrant installed.*

| TABLE 507.2.2 RESIDENTIAL WATER TANK REQUIREMENTS | | | |
|---|---|---|---|
| Building Square Feet | Gallons Per Minute Water Flow | Capacity Gallons | Duration Minutes |
| Up to 1,500 | 250 | 5,000 | 20 |
| Over 1,500 | 250 | 10,000 | 40 |
| When the exposure distance is one hundred feet (100') or less from an adjacent property, or where additional hazards or higher fire flow exists, the required water storage may be modified by the fire code official. | | | |

1. Tank bottom elevation shall be equal to or higher than the fire department connection on the premises. Regardless of domestic use, all tanks shall be equipped with a device that will ensure that the tank contains the designated amount of water for fire flow duration as determined by the FAHJ. Tank size may be increased to serve multiple structures on a single parcel. The bottom of the water storage tank shall be level with or above the building pad.

2.  Supply outlet shall be at least one-4 inch in diameter from the base of the tank to the point of outlet at the fire department connection.  The fire department connection shall have an approved means of controlling water flow.  The fire department connection shall be at least one-4 inch National Standard Thread (male), reduced to one- 2½ inch National Standard Thread (male).  Additional outlets may be required.

3.  Location of fire department outlet shall be shown on the plot plan when submitted to the FAHJ.  Consideration will be given to topography, elevations, and distance from structures, driveway access, prevailing winds, etc.

4.  The outlet shall be located along a fire apparatus access roadway and shall not be closer than 50 feet or further than 150 feet from the structure unless approved by the FAHJ.

5.  All exposed tank supply pipes shall be listed for above-ground use as per the NFPA 13 edition referenced in Chapter 80 of CFC.  Adequate support shall be provided.

6.  Water storage tanks shall be constructed from materials approved by the NFPA 22 edition referenced in Chapter 80 of CFC and installed per manufacturer instructions.

7.  Plans shall be submitted to the FAHJ for approval prior to tank installation. Tanks shall be installed as per County Zoning setback requirements. See "Annex F" example plan submittal.

8.  Vessels previously used for products other than water shall not be allowed.

9.  All underground piping serving the fire department connection shall be listed and approved as per the NFPA 24 edition referenced in Chapter 80 of CFC.

## SEC. 96.1.507.3 FIRE FLOW.

Section 507.3 of the California Fire Code is revised to read:

**Sec. 507.3 Fire flow.**  Fire flow requirements shall be based on Appendix B of the California Fire Code or the standard published by the Insurance Services Office, "Guide for Determination of Required Fire Flow."  Consideration should be given to increasing the gallons per minute to protect buildings and structures of extremely large square footage and for such reasons as: poor access roads, grade and canyon rims, hazardous brush and response times greater than five minutes by a recognized fire department or fire suppression company.  In hazardous fire areas the main capacity for new subdivisions shall not be less than 2,500 – 3,000 gallons per minute, unless otherwise approved by the fire code official. If fire flow increases are not feasible, the fire code official may require alternative design standards such as: alternative types of construction that provides a higher level of fire resistance, fuel break requirements, which may include required irrigation, modified access

road requirements, specified setback distances for building sites addressing canyon rim developments and hazardous brush areas, and other requirements as authorized by this chapter and as required by the fire code official.

### SEC. 96.1.507.5.7 FIRE HYDRANT AND FIRE VALVE LOCATION.

Section 507.5.7 is added to the California Fire Code to read: (Title 14 1275.15)

**Sec. 507.5.7 Fire hydrant and fire valve location.**  The fire hydrant or fire valve shall be between 14 to *24* inches above grade, no closer than 4 feet nor further than 10 feet from the roadway, and 10 feet from combustible vegetation.

**Sec. 507.5.7.1 Signing of water sources and fire department connections.** *The fire code official shall require fire hydrants and fire department connections to be identified.  Fire hydrants shall be identified by a reflective blue marker and fire department connections shall be identified by a reflective green marker, with a minimum dimension of 3 inches, in the center of the travel lane adjacent the water source, or by other methods approved by the fire code official.*

*All materials shall be listed and approved by the water purveyor and/or fire code official. The fire code official may require a fire hydrant to have any combination of one-4 inch and one-2 ½ inch outlets with National Standard Threads.*

SEC 96.1.507.5.8 WATERLINE EXTENSIONS**.**

Section 507.5.8 is added to the California Fire Code to read:

**Sec. 507.5.8 Waterline Extensions.**  The fire code official may require a waterline extension for the purpose of installing a fire hydrant if a water main is 1,500 feet or less from the property line. *Water tanks are only allowed as determined by the fire code official if a letter from the applicable water district is provided stating that the district would not be able to provide service (proper fire flow) if the water line were extended and a hydrant installed.*

### SEC. 96.1.605.3.1 SPARK ARRESTERS.

Section 605.3.1 is added to the California Fire Code to read:

**Sec. 605.3.1 Spark arresters.** All buildings and structures having a chimney, flue or stovepipe attached to a fireplace, stove, barbecue or other solid or liquid fuel burning equipment or device shall have the chimney, flue or stovepipe equipped with an approved spark arrester.  An approved spark arrester is a device intended to prevent sparks from

escaping into the atmosphere, constructed of welded or woven wire mesh, 12-gauge thickness or larger, with openings no greater than ½" inch, or other alternative material the FAHJ determines provides equal or better protection.

## SEC. 96.1.605.8.1 RESIDENTIAL INCINERATORS.

Section 605.8.1 of the California Fire Code is revised to read:

**Sec. 605.8.1 Residential Incinerators.** *Residential incinerators are prohibited in the unincorporated area of the County.*

## SEC. 96.1.903.2 AUTOMATIC SPRINKLER SYSTEMS-WHERE REQUIRED.

Section 903.2 of the California Fire Code is revised to read:

**Sec. 903.2 Where required**. Approved automatic sprinkler systems shall be installed in all new buildings.  For the purpose of automatic sprinkler systems, buildings separated by less than 10 feet from adjacent buildings shall be considered one building.  Fire barriers and partitions, regardless of rating, shall not be considered as creating separate buildings for purposes of determining automatic sprinkler system requirements.  Mezzanines shall be included in the total square footage calculation. All new buildings constructed shall have an approved NFPA 13, NFPA 13R or NFPA 13D automatic sprinkler system installed as per 903.3.1.1, 903.3.1.2 or 903.3.1.3. The Fire Code Official has the final decision of which NFPA 13 standard to apply, as required due to access, water supply and travel time.

Exceptions:

1. Group U occupancies not greater than 500 square feet, and when the building is more than 10 feet from an adjacent building or property line measured from the farthest projection from the building.

2. Agricultural buildings constructed of wood or metal frames over which fabric or similar material is stretched, which are specifically used as green houses are exempt from the automatic sprinkler system requirements unless physically connected to other building.

**Sec. 903.2 (a) Additions.** An automatic sprinkler system *shall* be required to be installed throughout the building when the addition is more than 50% of the existing building or when the altered building will exceed a fire flow as calculated pursuant to section 507.3. The fire code official may require an automatic sprinkler system to be installed in buildings where no water main exists to provide the required fire flow or where a special hazard exists, such as poor access roads, steep grades and canyon rims, hazardous brush and response times greater than 5 minutes by a fire department.  The fire code official

may require that other protective measures be taken based on existing conditions and/or potential hazards. The preceding addition or remodel exception is limited to one permit per three-year period from the date of the last permit approval.

**Sec. 903.2 (b) Remodels or reconstructions.**  The fire code official may require an automatic sprinkler system to be installed throughout buildings if a remodel or reconstruction includes significant modification to the interior or roof of the building. The fire code official may require that other protective measures be taken based on existing conditions and/or potential hazards. The preceding addition or remodel exception is limited to one permit per three-year period from the date of the last permit approval.

**Sec. 903.2 (c) Group U Occupancies**. For Group U Occupancies greater than 500 square feet, an approved automatic sprinkler system shall be installed as per NFPA 13D edition referenced in Chapter 80 CFC, or as approved by the FAHJ.

## AMENDMENT TO SECTION 903.2 (RSF)

The Rancho Santa Fe Fire Protection District adopts the following code amendment:

---

**Sec. 903.2 Where required.**  Approved automatic sprinkler systems shall be installed in all new buildings.  For the purpose of automatic sprinkler systems, buildings separated by less than 10 feet from adjacent buildings shall be considered one building.  Fire barriers and partitions, regardless of rating, shall not be considered as creating separate buildings for purposes of determining automatic sprinkler system requirements.  Mezzanines shall be included in the total square footage calculation. All new buildings constructed shall have an approved NFPA 13, NFPA 13R or NFPA 13D automatic sprinkler system installed as per 903.3.1.1,  903.3.1.2 or 903.3.1.3. The Fire Code Official has the final decision of which NFPA 13 standard to apply, NFPA 13R or NFPA 13D as required due to access, water supply and travel time. R-3 Occupancies over 6000 square feet shall be designed  and installed to NFPA 13R most recent edition referenced in Chapter 80 CFC.

**Exceptions:**
1.   Group U occupancies not greater than 500 square feet, when the building is *20 feet* or more from an adjacent building and *30 feet* from property line measured from the farthest projection from the building.

2.   Agricultural buildings constructed of wood or metal frames over which fabric or similar material is stretched, which are specifically used as green houses are exempt from the automatic sprinkler system requirements unless physically connected to other buildings.

---

## AMENDMENT TO SECTION 903.2 (San Marcos)

The San Marcos Fire Protection District adopts the following code amendment:

**17.64.180 Automatic Sprinkler System.** Section 903.2 of the California Fire Code is referenced to read as follows:

> An automatic sprinkler system shall be installed in occupancies and at locations as set forth in section 903.2 and listed in 17.64.190 and 17.64.200.

**17.64.190 Automatic Sprinkler Systems - Commercial.** Section 903.2 of the California Fire Code is referenced to read as follows:

> An automatic sprinkler system shall be installed in *Group A, B, E, S, F & M* occupancies.

**AUTOMATIC SPRINKLER SYSTEMS - COMMERCIAL**

The Fire Chief shall require the installation of an automatic sprinkler system meeting California Building and Fire Code when any one of the following conditions exist:

> (1)    In all Group A, B, E, S, F & M, commercial buildings hereinafter constructed when the square footage exceeds 5,000 square feet or 34 feet in height.

> (2)    When Fire Department travel time exceeds five (5) minutes from the closest fire station to any building.  (Time tests will be conducted by the Fire Department based on established testing procedures).

## SEC. 96.1.903.4 AUTOMATIC SPRINKLER SYSTEM MONITORING AND ALARMS.

Section 903.4 of the California Fire Code is revised to read:

**Sec. 903.4 Automatic Sprinkler system supervision and alarms**.  All valves controlling the water supply for automatic sprinkler systems, pumps, tanks, water levels and temperatures, critical air pressures and water-flow switches on all automatic sprinkler systems shall be electronically supervised by a listed fire alarm control unit.

Exceptions:

1.  Automatic sprinkler systems *with less than 100 fire sprinklers* protecting one-family and two-family dwellings and Group U occupancies.

2.  Limited area sprinkler systems in accordance with Section 903.3.8.

3.  Automatic sprinkler systems installed in accordance with NFPA 13R edition referenced in Chapter 80 CFC. Where a common supply main is used to supply both domestic water and the automatic sprinkler system and a separate control valve for the automatic sprinkler system is not provided.

4.  Jockey pump control valves that are sealed or locked in the open position.

5.  Control valves to commercial kitchen hoods, paint spray booths or dip tanks that are sealed or locked in the open position.

6.  Valves controlling the fuel supply to fire pump engines that are sealed or locked in the open position.

7.  Trim valves to pressure switches in dry, preaction and deluge sprinkler systems that are sealed or locked in the open position.

## SEC. 96.1.1205.5 GROUND-MOUNTED PHOTOVOLTAIC ARRAYS.

Section 1205.5 of the California Fire Code is revised to read:

**Sec. 1205.5 Ground-mounted photovoltaic arrays.**  *Ground-mounted photovoltaic array installations shall meet the requirements of sections 1205.5.1 through 1205.5.4.*

*Sec. 1205.5.1 **Fire apparatus access roads**.  Fire apparatus access roads to ground-mounted photovoltaic arrays, associated equipment structures and operations/maintenance buildings shall comply with section 503.*

*Exception: Private residential and agricultural systems less than 10 acres in size and where the energy generated is primarily for on-site use are exempt from this requirement subject to the approval of the fire code official.*

*Sec. 1205.5.2 **Perimeter fire apparatus access roadway**.  Ground-mounted photovoltaic arrays 10 acres or larger in size shall provide a fire apparatus access roadway around the perimeter of the project.  The perimeter fire apparatus access roadway shall comply with section 503.*

*Sec. 1205.5.3 **Fuel modification**.  Combustible vegetation within the array and to a distance of 30 feet from the array and associated equipment shall be reduced to a height of no more than 6 inches.  The fuel modification zone may be increased when required by the fire code official.*

*Exception: For private residential and agricultural systems less than 10 acres in size and where the energy generated is used primarily on-site, the required fuel modification zone may be reduced to 10 feet from the array and associated equipment.*

*Operation/maintenance buildings shall be provided with fuel modification zones that comply with section 4907.5.*

*Sec. 1205.5.4 **Water supply**.  Water supply for fire protection and suppression shall be provided for equipment structures and operations/maintenance buildings as required by section 507.*

**Sec. 1205.6 Identification**.  *Ground-mounted photovoltaic arrays with multiple equipment structures shall include a means of readily identifying each equipment structure.  The fire code official may require a lighted directory map of the project to be installed on-site near the entrance to the facility for projects of 10 or more acres in size.*

**SEC. 96.1.2808 STORAGE AND PROCESSING OF WOOD CHIPS, HOGGED MATERIAL, FINES, COMPOST, SOLID BIOMASS FEEDSTOCK AND RAW PRODUCT ASSOCIATED WITH YARD WASTE, AGRO-INDUSTRIAL AND RECYCLING FACILITIES.**

Section 2808 of the California Fire Code is revised to read:

**Sec. 2808.1 General**.  The storage and processing (mulching, composting) of wood chips, hogged materials, fines, compost, solid biomass feedstock and raw product produced from yard waste, debris and agro-industrial and recycling facilities shall be in accordance with section 2808.1 through 2808.10.10.

**Sec. 2808.2 Storage sites**.  Storage sites shall be level and on solid ground or other approved all-weather surface.

**Sec. 2808.3 Size of piles**.  Pile height, width and length shall be limited to criteria approved by the fire code official, based in part on the site material handling equipment.  In no case shall a pile exceed 12 feet in height, 100 feet in width and 200 feet in length.

**Sec. 2808.4 Pile separation.**  Piles shall be separated from adjacent piles and property lines by fire department access roadways.

**Sec. 2808.5 Combustible vegetation control.**  The operator shall clear any combustible material, weeds, brush, trees or other vegetation (including mulch) that is or may become, dry and capable of transmitting fire, from within 50 feet of raw greenwaste and mulch piles. Clearance shall be to bare earth or approved pavement.  Individual growing trees within that distance may remain, subject to the fire code official's approval.

**Sec. 2808.6 Static pile protection**.  Interior pile temperatures shall be monitored and recorded on a regular basis per the Operational Plan.  Internal pile temperatures shall be taken at ⅔ the pile height, 12 to 24 inches from the surface with a probe-type thermometer. Readings shall be made at not greater than 50-foot intervals along the length of the pile. Temperatures above 158° F are known to adversely affect microbial decomposition and are considered excessive. Infrared thermometers may be used to monitor for hot spots at the surface, but are not a substitute for internal probe measurement and documentation. Once windrows exceed 170° F, the windrows shall be reduced in size, be rotated and be monitored daily until temperatures drop below 158° F. All greenwaste stockpiles shall be re-mixed as necessary to alleviate any fire due to spontaneous combustion or temperatures above 170° F.  Windrows shall be visually inspected on a regular basis.  Once fires have been detected in any windrows at a site, this visual inspection shall be a minimum daily requirement.  Daily inspections shall continue until the threat of fire no longer exists and the fire code official agrees inspections may be discontinued.  All temperature and pile-handling records shall be kept on file at the site and be made available for inspection by

fire department personnel. Data shall include date, time, temperature, specific location and person conducting measurement.

**Sec. 2808.7 Firefighting water supplies and storage**. Firefighting water supplies shall conform to sections 2808.7.1 or 2808.7.2.

**Sec. 2808.7.1 Public water supply**. The operator shall provide and maintain approved fire hydrants and waterline mains as required by the fire code official. Water lines may be approved aboveground lines supplied from a reliable water supply with adequate protection against impact and fire flow reaction. Hydrant spacing shall be at 400-foot intervals along primary fire access roadways. Fire flow at each hydrant shall be least 1000 gallons per minute at 20 psi. Duration of the required fireflow shall be as determined by the fire code official.

**Sec. 2808.7.2 Private water supply**. Above-ground water storage tanks may be installed when authorized by the fire code official where public water supply is not adequate to meet fire flow requirements. Volume and duration of the required fireflow shall be as determined by the fire code official.

**Sec. 2808.8 Fire Extinguishers:**

**Sec. 2808.9 Material-handling equipment**. Equipment used on all piles should be of a type that minimizes compaction. All vehicles operating on or around the piles shall have a Class A fire extinguisher of a minimum 2-A rating, in addition to the Class B rating appropriate for the vehicles. Approved material-handling equipment shall be available during firefighting operations for moving wood chips, hogged material, compost and raw product produced from yard waste and wood fines.

**Sec. 2808.10 Operational and emergency plans.** The following operational and emergency action plans shall be submitted to and be approved by the fire code official prior to initiating an operation under section 2808.10 through 2808.10.10:

1. **Operational Plan**. The operational plan shall include: Site layout, pile dimensions, fire access, water supply, site security, site operations, temperature monitoring, rotation and diversion plan.

2. **Emergency Plan**. The emergency plan shall include: Operator fire response actions, fire dispersal area, emergency equipment operator callback and initiation of incoming diversion plan. All plans shall define the equipment necessary to process and handle the materials.

**Sec. 2808.10.1 Permit required.** A permit shall be obtained from the fire code official prior to engaging in the operation and storing process of wood chips, hogged

material, fines, compost and raw product in association with yard waste and similar material recycling facilities.  The permit shall be renewed on an annual basis or shall be limited to such period of time as designated by the fire code official.  Permits shall not be transferable and any change in use, location, occupancy, operation or ownership shall require a new permit.

Sec. 2808.10.2 **Financial assurance for cost recovery.**   A security bond, irrevocable letter of credit or other approved form of financial assurance shall be required to be posted, in an amount determined by the fire code official. The financial assurance shall be a minimum of $25,000.00 and a maximum of $100,000.00, depending on the size of operation.   The financial assurance shall reimburse the fire department for expenses incurred in any emergency response and/or enforcement action by the fire department to protect the public from fire or hazardous substances related to the operation. The financial assurance shall be returned to the operator in a timely fashion once the operation is closed, to the satisfaction of the fire code official.

Sec. 2808.10.3 **Notification of fire department**. The operator shall report all fires to the fire department immediately upon discovery.

Sec. 2808.10.4 **Equipment operator emergency callback.**   The operator shall implement and maintain a plan for rapid equipment operator response to the site.   The maximum response time to the site shall be within one hour of a fire department notification.   The following equipment shall be on site and staffed with skilled operators: bulldozer, loaders and heavy duty equipment necessary to mitigate a fire.   Notification procedure shall be maintained operational 24 hours a day, seven days a week.   Notification may be by pager activation, telephone answering service, or other approved means.

Sec. 2808.10.5 **Incoming waste diversion plan.**   The operator shall develop a diversion plan for incoming greenwaste for implementation in the event of equipment failure or other inability to process and distribute greenwaste. The plan shall prevent stockpiling of waste on the site and unauthorized depositing of waste on or near the site. The operator shall initiate the diversion plan based on criteria in the Operational and Emergency Plan without further direction from the fire department.

Sec. 2808.10.6 **Unprocessable or non-greenwaste material.**   All greenwaste that cannot be processed on-site, such as stumps and fibrous plants, shall be immediately removed from the feedstock, stored in roll-off containers or bins and be removed from the facility on a weekly basis.  All plastic bags shall be removed prior to shredding material.

Sec. 2808.10.7 **Fire access roadway.**   A fire access roadway shall be provided to the site and on the site.  Each roadway shall be at least 20 feet wide, but the fire code official may require a greater width, depending on site conditions.  The operator shall also

be required to obtain the fire code official's approval for the type of driving surface for the onsite access roadway.

**Sec. 2808.10.8 General safety rules for site equipment maintenance**.  Welding or cutting torch operations shall be conducted a minimum of 30 feet from combustible materials.  A fire watch shall be provided to detect fire, and to operate fire-extinguishing equipment throughout the welding or cutting operation and 30 minutes thereafter.  Refueling and on-site maintenance shall meet California Fire Code requirements in Chapters 23 & 57 and all other applicable fire code requirements.

**Sec. 2808.10.9 Site security**.  Pile storage areas shall be surrounded with approved fencing.  Fences shall be a minimum of 6 feet in height.

**Sec. 2808.10.10 Smoking and open burning prohibited**.  The operator shall prohibit smoking and open flame on the operational site, including smoking within vehicles.  Approved signs shall be clearly and prominently posted, and shall be enforced by the site operators.  No open burning shall be allowed on site.

## SEC. 96.1.3319. FUEL MODIFICATION ZONE REQUIREMENTS

Section 3319 is added to the California Fire Code to read:

**Sec. 3319.1 Fuel modification zone during construction**. Any person doing construction of any kind which requires a permit under this code or the County Building Code shall install a fuel modification zone prior to allowing any combustible material to arrive on the site and shall maintain the zone during the duration of the project.

## SEC. 96.1.4902.  DEFINITIONS.

Section 4902 of the California Fire Code is revised to read:

**Sec. 4902.1 General**.  For the purposes of this chapter, certain terms are defined as follows:

BUILDING OFFICIAL means the Director of the Planning and Development Services or any person appointed or hired by the Director to administer or enforce the County's planning and construction standards.  The building official duties shall include plan checking, inspections and code enforcement.

COMBUSTIBLE VEGETATION means material that in its natural state will readily ignite, burn and transmit fire from native or landscape plants to any building or other vegetation.  Combustible vegetation includes dry grass, brush, weeds, litter or other flammable vegetation that creates a fire hazard.

DEFENSIBLE SPACE is an area either natural or man-made, where material capable of allowing a fire to spread unchecked has been treated, cleared or modified to slow the rate and intensity of an advancing wildfire and to create an area for fire suppression operations to occur. Distance measurements for defensible space shall be measured on a horizontal plane.

FUEL BREAK is an area, strategically located for fighting anticipated fires, where the native vegetation has been permanently modified or replaced so that fires burning into it can be more easily controlled. Fuel breaks divide fire-prone areas into smaller areas for easier fire control and to provide access for firefighting.

OPEN SPACE EASEMENT means any right or interest in perpetuity or for a term for years in open-space land, as that term is defined in Government Code section 51051, acquired by the County, a city or a non-profit organization where the instrument granting the right or interest imposes restriction on use of the land, to preserve the land for public use or enjoyment of the natural or scenic character of the land.

OPEN SPACE PRESERVE means open-space land, as that term is defined in Government Code section 65560(b), for the preservation of natural resources, managed production of resources, outdoor recreation, public health and safety, buffer for a military installation or the protection of cultural resources.

SLOPE is the variation of terrain from the horizontal; the number of feet, rise or fall per 100 feet, measured horizontally, expressed as a percentage. Regardless of manufactured cut, fill or natural slope.

TREE CROWN means the primary and secondary branches growing out from the main stem, together with twigs and foliage.

**SEC. 96.1.4903 PLANS.**

Section 4903.1.1 of the California Fire Code is added to read:

**SECTION 4903.1.1**
**FIRE PROTECTION PLAN WHEN REQUIRED**

**Sec. 4903.1.1 When required**. Planning and Development Services or the FAHJ shall require an applicant for a parcel map, subdivision map, specific plan or major use permit for any property located in a wildland-urban interface fire area to submit a Fire Protection Plan (FPP) as part of the approval process located in mapped any Fire Hazard Severity Zones for LRA and SRA.

## SEC. 96.1.4904 FIRE HAZARD SEVERITY ZONES

Section 4904.3.1 of the California Fire Code is *revised* to read:

## *AMENDMENT TO SECTION 4904.3.1*

*The Alpine, Bonita-Sunnyside, Lakeside, San Miguel Fire Protection Districts adopt the following code amendment:*

---

**Sec. 4904.3.1 Fire Hazard Severity Zones**

**SRA Lands -** *The legislative body shall designate the Wildland Urban Interface Areas within the jurisdiction. The Wildland Urban Interface Areas shall be based on the findings of fact. The Wildland Urban Interface Area boundary shall be any geographic area mapped or otherwise identified by the State or local jurisdiction as a Moderate Hazard, High Hazard, or Very High Fire Severity Zone, or as set forth by the (insert fire district name). When the type and condition of vegetation, topography, weather, and structure density, which potentially increases the probability of vegetation conflagration, exists, such area shall be considered a Very High Fire Hazard Severity Zone. Authority cited PRC 4290 (c). This resulting in all SRA lands designated by Cal Fire as per PRC 4125 being designated now as VHFHSZ. (Enforcement of defensible space PRC 4291).*

**LRA Lands -** *The legislative body shall designate the Wildland Urban Interface Areas within the jurisdiction. The Wildland Urban Interface Areas shall be based on the findings of fact. The Wildland Urban Interface Area boundary shall be any geographic area mapped or otherwise identified by the State or local jurisdiction as a Moderate Hazard, High Hazard, or Very High Fire Severity Zone, or as set forth by the (insert fire district name). When the type and condition of vegetation, topography, weather, and structure density, which potentially increases the probability of vegetation conflagration, exists, such area shall be considered a Very High Fire Hazard Severity Zone. Authority cited Gov Code 51179 designated by SFM as per Gov Code 51178 being designated now as VHFHSZ. (Enforcement of defensible space Gov Code 51182).*

*Compliance with Title 14 CCR 1270 is accomplished for all requirements 1270.01(c) found in regulations required by statute PRC 4290.*

---

## SEC.96.1.4905 WILDFIRE PROTECTION BUILDING CONSTRUCTION

Section 4905 of the California Fire Code is revised to read:

**Sec. 4905.2 Construction methods for exterior wildfire exposure**. *The construction methods for exterior wildfire exposure in a wildland-urban interface fire area shall be as provided in Chapter 7A of the County Building Code.*

## SEC. 96.1.4906 VEGETATION MANAGEMENT

Section 4906 of the California Fire Code is *revised* to read:

**Sec. 4906.3 Landscape plans.** *When required by the FAHJ landscape plans shall be provided to the FAHJ or a designated third party for any new construction and or addition for residential and commercial buildings or accessory thereof. Plans shall be submitted and approved prior to any framing inspection. In addition, plans shall be provided when modifications occur to any previously approved landscape plan or to the Home Ignition Zones.*

## AMENDMENT TO SECTION 4906.3

The Alpine and Rancho Santa Fe Fire Protection Districts adopt the following code amendment:

> **Sec. 4906.3 Landscape plans.** Landscape plans shall be provided to the FAHJ or a designated third party for any new construction and or addition for residential and commercial buildings or accessory thereof. Plans shall be submitted and approved prior to any framing inspection. In addition, plans shall be provided when modifications occur to any previously approved landscape plan or to the Home Ignition Zones.

**Sec. 4906.3.1  Contents**. Landscape plans shall contain the following:

1. Plans shall be prepared by a California Licensed Landscape Architect, Architect, or Civil Engineer. A landscape designer could prepare planting plans only (not irrigation) for a single-family residence but would need one of the above professionals to stamp the plans verifying compliance with the regulations.
2. Provide plans with a readable (Engineer or Architect) scale.
3. Delineation of fuel modification zones and Home Ignition Zones with a general description of the zone's dimensions and character.
4. Describe and show existing vegetation on plan.
5. Designate irrigated areas on the plan.

6. Include a Plant Legend with both botanical and common names for existing and proposed plant material.
7. Define all symbols, site amenities, features, and shaded areas, etc. used on the plans.
8. Draw all plant symbols of what the full mature canopy size will be.
9. Include quantities of trees and large shrubs being proposed.

**Sec. 4906.3.2 Landscaping Installation.** All landscaping shall be installed per the approved plan prior to final inspection for issuance of certificate of occupancy.

**Sec. 4906.4 Vegetation**. All new vegetation shall be *drought tolerant* and fire-resistant vegetation in accordance with this section.

Exception: Trees classified as non-fire resistant vegetation complying with Section 4906.4.2.1

To be considered fire resistant vegetation, it must meet at least one of the following:
1. Be identified as fire-resistant vegetation in an approved book, journal or listing from an approved organization.
2. Be identified as fire-resistant vegetation by a licensed landscape architect with supporting justification.
3. Plants considered fire resistant vegetation and approved by the local enforcing agency.

**Sec. 4906.4.1 Shrubs.** All new plantings of shrubs *planted in Zone 1 and Zone 2* shall comply with the following:
1. Shrubs shall not exceed 6 feet in height.
2. Groupings of shrubs are limited to a maximum aggregate diameter of 10 feet.
3. Shrub groupings shall be separated from other groupings a minimum of 15 feet
4. Shrub groupings shall be separated from structures a minimum of 30 feet.
5. Where shrubs are located below or within a tree's drip line, the lowest tree branch shall be a minimum of three times the height of the understory shrubs or 10 feet whichever is greater.
6. *Ornamental grasses shall be planted a minimum 5 feet from any structure.*

**Sec. 4906.4.2 Trees**. Trees shall be managed as follow within the *50'* foot zone of a structure:
1. New trees shall be planted and maintained so that the tree's drip line at maturity is a minimum of 10 feet from any combustible structure.
2. The horizontal distance between crowns of new trees and crowns of adjacent trees shall not be less than 10 feet.

3. *Existing trees shall be trimmed to provide a minimum separation of 10 feet (3048 mm) away from roof lines, barbecue, fire pit, other heat or flame producing devices, chimney and stovepipe outlets per Title 14, Section 1299.03.*

4. *For streetscape plantings, all non-fire resistive trees shall be planted so that the center of the tree trunk is 20 feet from edge of curb. Fire resistive trees may be planted 10 feet from edge of curb to center of tree trunk.*

**Sec. 4906.4.2.1 Non-fire-resistant vegetation.** New trees not classified as fire resistant vegetation, such as conifers (*including Junipers and Cypress*), palms *with fibrous tissues*, pepper trees, *acacia species, bamboo species* and eucalyptus species, and other species deemed highly flammable by the FAHJ shall be permitted provided the tree is planted and maintained so that the tree's drip line at maturity is a minimum 30 feet from any combustible structure.

## SEC. 96.1.4907 DEFENSIBLE SPACE & ANNEX E "DEFENSIBLE SPACE ORDINANCES FOR FIRE DISTRICTS"

Section 4907 of the California Fire Code is revised to read:

**Sec. 4907.4 Building and Structure setbacks from property lines**. The building official shall establish the minimum setbacks for locating a building and structure on a lot in a wildland-urban interface fire area. The setbacks may be greater than the minimum setbacks provided in the County Zoning Ordinance, when necessary to protect a building and structure from an unreasonable hazard from a wildfire.

**Sec. 4907.4.1 General fire setbacks**. Buildings and structures shall be setback a minimum of 30 feet from property lines and biological open space easements unless existing permitted buildings and structures are located within 30 feet of the property line or the County Zoning Ordinance requires a greater minimum. When the property line abuts a roadway, the setback shall be measured from the centerline of the roadway.

Exception: When both the building official and the FAHJ determine that the hazard from a wildland fire is not significant or when the terrain, parcel size or other constraints on the parcel make the required setback infeasible.

**Sec. 4907.4.2 Fire setbacks adjacent protected areas**. Buildings and structures shall be setback a minimum of 100 feet from any property line adjacent to a national forest, state park or open space preserve. This setback may be reduced when existing permitted buildings and structures are located within 100 feet of the property line or additional mitigation measures are employed that are satisfactory to both the FAHJ and the building official.

## AMENDMENT TO SECTION 4907.4.3

The Alpine, Bonita-Sunnyside, Lakeside, Rancho Santa Fe, Rincon Del Diablo, San Marcos, San Miguel, Valley Center and Vista Fire Protection Districts adopt the following code amendment:

---

**Sec. 4907.4.3 Building and Structure setback from slope.** Single-story buildings or structures shall be setback a minimum 15 feet horizontally from top of slope to the farthest projection from the structure. A single-story building or structure shall be less than 12 feet above grade, measured from plate height. A two-story building or structure shall be setback a minimum of 30 feet horizontally from top of slope to the farthest projection from the structure. A two-story building or structure shall be greater than a 12-foot plate height but shall not exceed 35 feet in total height. Buildings and structures greater than two stories may require a greater setback as determined by the fire code official.

See Annex C for "Illustration of Slope".

---

**Sec. 4907.5 Fuel modification**. A fuel modification zone shall be required around every building that is designed primarily for human habitation or use or a building designed specifically to house farm animals.  Decks, sheds, gazebos, freestanding open-sided shade covers and similar accessory structures less than 250 square feet and 50 feet or more from a dwelling, and fences more than 5 feet from a dwelling, are not considered structures for the establishment of a fuel modification zone.  A fuel modification zone shall comply with the following:

(a)  When a building or structure in a hazardous fire area is located 100 feet or more from the property line, the person owning or occupying the building or structure shall maintain a fuel modification zone within 100 feet of the building or structure.  See Sec. 4907.9 "Home Ignition Zones". See Annex D for "Fuel Modification".

(b) The fire code official may increase the fuel modification zone more than the 100 foot minimum if fuel and/or topography are determined to increase the fire hazard severity.

(c)  When a building or structure in a hazardous fire area is setback less than 100 feet from the property line, the person owning or occupying the building or structure shall meet the requirements in subsection (a) above, to the extent possible, in the area between the building or structure and the property line.

(d)  The building official and the FAHJ may provide lists of prohibited and recommended plants.

(e)  The fuel modification zone shall be located entirely on the subject property unless approved by the FAHJ.  This required fuel modification zone may be reduced as allowed in subsection (c) above or increased as required by a fire protection plan.

(f)  When the subject property contains an area designated to protect biological or other sensitive habitat or resource, no building or other structure requiring a fuel modification zone shall be located so as to extend the fuel modification zone into a protected area.

(g) Improved Property: Property owners shall be permitted to clear all combustible vegetation within a one hundred (100) foot radius of all buildings and structures using methods, such as mowing and trimming that leave plant root structure intact to stabilize soil. Clearing is not limited to these methods and discing, which exposes bare mineral soil, may be used if deemed necessary by the FAHJ.

1. Where the distance from the structure to the property line of the parcel on which the building is located is less than the distance required to be cleared, (100'), the adjacent parcel owner may be required to establish the required fuel break to achieve the required distance of defensible space if such requirement is approved by the Fire Code Official.

## AMENDMENT TO SECTION 4907.5

San Marcos Fire Protection District adopt the following code amendment:

---

**Sec. 4907.5  Fuel modification.**  A person owning, leasing, controlling, operating or maintaining a building or structure in or adjoining a hazardous fire area, and a person owning, leasing or controlling land adjacent to a building or structure in or adjoining a hazardous fire area shall maintain an effective fuel modification zone by removing, clearing or modifying combustible vegetation and other flammable materials from areas within 150 feet from each building or structure.  The fuel modification zone may be replanted with either approved irrigated, fire-resistant planting material or approved non-irrigated, drought-tolerant, fire-resistant plant material.  Replanting of the fuel modification zone may be required for erosion control.

**Exceptions:**
1. Single specimens of trees, ornamental shrubbery or similar plants used as ground cover, provided that they do not form a means of rapidly transmitting fire from the native growth to any structure.
2. Grass and other vegetation located more than 30 feet from a building or structure and less than 18 inches in height need not be removed where necessary to stabilize the soil and prevent erosion.
3. With the approval of the FAHJ, the width of the fuel modification zone may be reduced where ignition-resistant structures or other features are constructed.  However, in no case shall the fuel modification zone be reduced to less than 100 feet.   This exception shall not be construed to allow the FAHJ to require ignition-resistant construction on an existing structure with a fuel modification zone of less than 100 feet.

---

**Sec. 4907.6 Fuel modification of combustible vegetation from sides of roadways.** The FAHJ may require a property owner to modify combustible vegetation in the area within 20 feet from each side of the driveway or a public or private road adjacent to the property to establish a fuel modification zone.  The FAHJ has the right to enter private property to ensure the fuel modification zone requirements are met.

Exception:  The FAHJ may reduce the width of the fuel modification zone if it will not impair access.

## AMENDMENT TO SECTION 4907.6 (Deer Springs)

The Deer Springs Fire Protection District adopts the following code amendment:

---

**Sec. 4907.6**  Modification of combustible vegetation is required within 20 feet from each side of an evacuation road as designated in the Community Wildfire Protection Plan.

---

**Sec. 4907.7 Community fuel modification**.  The FAHJ may require a developer, as a condition of issuing a certificate of occupancy, to establish one or more fuel modification zones to protect a new community by reducing the fuel loads adjacent to a community and buildings within it.  The developer shall assign the land on which any fuel modification zone is established under this section to the association or other common owner group that succeeds the developer as the person responsible for common areas within the community.

**Sec. 4907.7.1 Land ownership**.  Once a fuel modification zone has been established under section 4907.5 the land on which the zone is located shall be under the control of an association or other common ownership established in perpetuity, for the benefit of the community to be protected.

**Sec. 4907.8 Maintenance of defensible space**.  Any person owning, leasing, controlling, operating or maintaining a building or structure required to establish a fuel modification zone pursuant to Sec. 4907.5 shall maintain the defensible space.  The FAHJ may enter the property to determine if the person responsible is complying with this section.  The FAHJ may issue an order to the person responsible for maintaining the defensible space directing the person to modify or remove non-fire resistant vegetation from defensible space areas, remove leaves, needles and other dead vegetative material from the roof of a building, maintain trees as required by Sec. 4907.8.1 or to take other action the FAHJ determines is necessary to comply with the intent of sections 4907 et seq.

**Sec. 4907.8.1 Trees**.  Crowns of mature trees located within defensible space shall maintain a minimum horizontal clearance of 10 feet for fire resistant trees and 30 feet for non-fire resistive trees.  Mature trees shall be pruned to remove limbs to maintain a vertical separation of three times the height of the lower vegetation or 6 feet, whichever is greater, above the ground surface adjacent to the trees.  Dead wood and litter shall be regularly removed from trees.  Ornamental trees shall be limited to groupings of 2-3 trees with canopies for each grouping separated horizontally as described in Table 4907.8.1.

## TABLE 4907.8.1
## DISTANCE BETWEEN TREE CANOPIES

| Distance between Tree Canopies by Percent Slope | |
|---|---|
| Percent of Slope | Required Distances Between Edge of Mature Tree Canopies (1) |
| 0 to 20 | 10 feet |
| 21 to 40 | 20 feet |
| 41 plus | 30 feet |

*1. Determined from canopy dimensions as described in Sunset Western Garden Book (Current Edition)*

## AMENDMENT TO SECTION 4907.8.2.

The Alpine, Deer Springs, Rancho Santa Fe, Rincon Del Diablo, San Marcos, San Miguel, Valley Center, Vista  Fire Protection Districts adopt the following code amendment:

**Sec. 4907.8.2 Orchards, groves or vineyards**. All orchards, groves and vineyards shall be kept in a healthy state and free of combustible debris and vegetation, including dead or downed trees.  A 10-foot firebreak shall be cleared around the perimeter of any orchard, grove or vineyard.  Dead grasses between rows of trees or vines shall be mowed.

## AMENDMENT TO SECTION 4907.8.3.

The Rancho Santa Fe, Rincon Del Diablo, and San Miguel Fire Protection Districts adopt the following code amendment:

**Sec. 4907.8.3 Eucalyptus forests and oak woodlands**. All forests and woodlands shall be kept in a healthy state and maintained as described below.  The forest or woodlands shall be free of all dead, dying, or diseased trees (excluding tree stumps no higher than six inches above the ground).  Dead, dying, or diseased trees shall include insect infested trees, no longer living, in the last stages of growth or infected by a pathogen of any type.  If combustible vegetation is located underneath a tree's drip line, the lowest branch shall be at least three times as high as the understory brush or grasses, or ten feet, whichever is greater.  This will reduce the build-up of "ladder" fuels.  Firewood shall be neatly stacked and shall have a minimum of 30 feet of clearance (no vegetation) around the entire firewood storage area.  Debris and trimmings produced by the removal process shall be removed from the site, or if left, shall be converted into mulch by a chipping machine and evenly dispersed to maximum depth of six inches.

**Sec. 4907.9 Home Ignition Zones:**

*Sec. 4907.9.1 Zone 0 "Immediate Zone" 0-5'* Meaning from exterior wall surface or patio, deck or attachment to building or structure extending 5 feet on a horizontal plane. This zone shall be constructed of continuous hardscape or non-combustible materials. Removal of combustible materials surrounding the exterior wall area and maintaining area free and clear of combustible materials. The use of mulch and other combustible materials shall be prohibited.

**AMENDMENT TO SECTION 4907.9.1**

The San Diego County Fire Protection District adopts the following code amendment:

> *Sec. 4907.9.1 Zone 0 "Immediate Zone" 0-5'* *Meaning from exterior wall surface or patio, deck or attachment to building or structure extending 5 feet on a horizontal plane. This zone shall be constructed of continuous hardscape or non-combustible materials.*
> *(a) Combustible materials must be removed from the area, including but not limited to roofs, gutters, decks, porches, and stairways.*
> *(b) Firewood and lumber are prohibited.*
> *(c) Dead branches that overhang roofs, are below or adjacent to windows, or which are adjacent to wall surfaces must be removed. All branches within ten (10) feet of any chimney or stovepipe outlet must be removed.*

*Sec. 4907.9.2 Zone 1 "Intermediate Zone" from Zone 0 to 50'* means from the immediate edge of Zone 0 extending out in a horizontal plane. This zone shall consist of planting of low growth, drought tolerant and fire resistive plant species. The height of the plants in this zone starts at 6" adjacent to Zone 0 and extending in a linear fashion up to a maximum of 18" at intersection with Zone 2. Vegetation in this zone shall be irrigated and not exceed 6' in height and shall be moderate in nature as per Sec. 4907.6.4.1. Firewood inside this zone shall be piled minimum of 30' away from all buildings and structures. Cords of firewood shall also be maintained at least 10' from property lines and not stacked under tree canopies drip lines.

### AMENDMENT TO SECTION 4907.9.2

The San Diego County Fire Protection District adopts the following code amendment:

> ***Sec. 4907.9.2 Zone 1 "Intermediate Zone" from Zone 0 to 50'*** *means from the immediate edge of Zone 0 extending out in a horizontal plane. This zone shall consist of planting of low growth, drought tolerant and fire resistive plant species. The height of the plants in this zone starts at 6" adjacent to Zone 0 and extending in a linear fashion up to a maximum of 18" at intersection with Zone 2.*
>
> > *(a) Dead or dying grass, plants, shrubs, trees, branches, leaves, weeds, and pine needles must be removed from the area.*
> >
> > *(b) Other combustible materials must not be adjacent to or under combustible decks, balconies, and stairs.*
> >
> > *(c) Vegetation in this zone shall be irrigated and not exceed 6' in height and shall be moderate in nature as per Sec. 4907.6.4.1.*
> >
> > *d) Dead branches that overhang roofs, are below or adjacent to windows, or which are adjacent to wall surfaces must be removed. All branches within ten (10) feet of any chimney and stovepipe outlet must be removed.*

***Sec. 4907.9.3 Zone 2 "Extended Zone" from Zone 1 to 100'*** **means from the** immediate edge of Zone 1 extending out in a horizontal plane for 50'. This zone consists of planting of drought tolerant and fire resistive plant species of moderate height. Brush and plants shall be limbed up off the ground so the lowest branches are 1/3 height of bush/tree/plant or up to 6' off the ground on mature trees. This area would be considered selective clearing of natural vegetation and dense chaparral by removing a minimum 50% of the square footage of this area.

## AMENDMENT TO SECTION 4907.9.3

The San Diego County Fire Protection District adopts the following code amendment:

> **Sec. 4907.9.3 Zone 2 "Extended Zone" from Zone 1 to 100'** means from the immediate edge of Zone 1 extending out in a horizontal plane for 50'. This zone consists of planting of drought tolerant and fire resistive plant species of moderate height. This area would be considered selective clearing of natural vegetation and dense chaparral by removing a minimum 50% of the square footage of this area.
>
>     *(a) Horizontal and vertical spacing among shrubs and trees must be created using fuel separation, as follows:*
>
>         *(1) Dead and dying woody surface fuel and trees shall be removed. Loose surface litter (consisting of fallen leaves or needles, twigs, bark, cones, and small branches) shall be permitted to a maximum depth of three (3) inches.*
>
>         *(2) Annual grasses and forbs must be cut down to a maximum height of four (4) inches.*

## ADDITION OF SECTION 4907.9.4

The San Diego County Fire Protection District adopts the following code addition:

> **Sec. 4907.9.4 Requirements Applicable to Zones 1 and 2**
>
>     *(a) Liquid Petroleum Gas storage tanks with a greater than 50 lb. or 11.4-gallon capacity shall have a minimum of ten (10) feet of clearance from Combustible Materials. Liquid Petroleum Gas means a material composed predominantly of one or more of the following hydrocarbons: propane, propylene, butane (normal butane or isobutane) and butylene.*
>
>     *(b) Vegetation shall not be cleared to bare soil.*
>
>     *(c) Brush and plants shall be limbed up off the ground, so the lowest branches are 1/3 height of bush/tree/plant or up to 6' off the ground on mature trees.*
>
>     *(d) Firewood shall be stored in compliance with section 96.1.326 of this Code.*

## ADDITION OF SECTION 4907.9.5

The San Diego County Fire Protection District adopts the following code addition:

> **Sec. 4907.9.5  Establishment and Maintenance of a Fuel Modification Zone**
> (a) A fuel modification zone shall be established and maintained using methods such as mowing, cutting, grazing and trimming that leave the plant root structure intact to stabilize the soil and prevent erosion. Removed trees shall have the stumps cut no higher than eight (8) inches above the ground. Any chipping of trees or vegetation that is done onsite may be allowed to remain so long as it is dispersed over an area not to exceed six (6) inches in depth. If the Fire Code Official determines that difficult terrain, danger of erosion, or other unusual circumstances make strict compliance with this section undesirable or impractical, enforcement thereof may be suspended and reasonable alternative measures shall be provided.
> (b) Areas where combustible vegetation is removed to establish a fuel modification zone may be re-planted with single specimens of trees, fire-resistant ornamental shrubbery, and other fire-resistant planting materials or cultivated ground covers that do not form a means of rapidly transmitting fire from native or landscape plants to any Improvement or other vegetation, to the Fire Code Official's satisfaction. Re-planting may be required for erosion control.
> (c) The formation of a fuel modification zone shall be carried out in conformance with all federal, state and local environmental laws, regulations and agreements including, but not limited to, the Endangered Species Act, the Memorandum of Understanding between the Fish and Wildlife Service of the United States Department of the Interior, the California Department of Fish and Wildlife, the California Department of Forestry and Fire Protection, the San Diego County Fire Chiefs Association, and the San Diego County regulations regarding grading, clearing and watercourses found in Division 7 of Title 8 of the San Diego County Regulatory Code.

**ADDITION OF SECTION 4907.9.10**

The San Diego County Fire Protection District adopts the following code addition:

> ***Sec. 4907.10 Violations of Sections 4907.1-4907.5***
> *(a) The County may use any of the following remedies to address violations of Sections 4907.1 – 4907.5:*
>> *(1) Criminal prosecution as provided by State law or County Code;*
>> *(2) Civil action for any legal and/or equitable remedy including, but not limited to injunctive relief, declaratory relief, civil penalties, damages, restitution, site restoration, and cost recovery;*
>> *(3) Nuisance abatement as provided by County Code; and*
>> *(4) Administrative actions as provided by County Code.*
> *(b) The appeal process set forth in Section 96.1.111 shall not apply to the remedies listed in subdivision (a).  Instead, the appeal process provided for those remedies by State law or County Code shall apply.*

**ADDITION OF SECTION 4907.9.11**

The San Diego County Fire Protection District adopts the following code addition:

> ***Sec. 4907.11  Inspection of Properties***
> *The FAHJ shall enforce the provisions of this Chapter.  Pursuant to Public Resources Code section 4119, the FAHJ may inspect all properties, except the interior of dwellings, subject to any legal requirements, for the purpose of ascertaining compliance with this Chapter.*

2023 Consolidated Fire Code for the Fire Protection Districts in San Diego County

## Section 4907.9.3 Home Ignition Zones



## SEC. 96.1.5607.16. EXPLOSIVES AND FIREWORKS-APPLICABILITY.

Section 5607.16 is added to the California Fire Code to read:

**Sec. 5607.16.1 Applicability**.   This section shall apply to the manufacture, possession, storage, sale, transportation and use of explosives and blasting agents and to any blasting operation in the unincorporated area of the County. The Sheriff is the Issuing Officer for purposes of this section. The Sheriff may delegate the duties of Issuing Officer at her or his discretion. Additionally, as may be appropriate based on circumstances, the Issuing Officer may enter into memoranda of agreement with non-County fire agencies whereby such non-County agency will assume the duties of issuing a permit or permits required by this Chapter. The Issuing Officer shall determine whether a blast is a major blast or a minor blast under this section.  A minor blast is subject to all conditions of this section except the inspection requirements.

**Sec. 5607.16.2 Definitions**.  The following terms are defined in section 202:

**BLASTER.**
**BLASTING AGENT.**
**BLASTING OPERATION.**
**BLASTING PERMIT.**
**BLAST SITE.**
**EXPLOSIVES PERMIT.**
**INSPECTOR.**
**MAJOR BLASTING.**
**MINOR BLASTING.**

**Sec. 5607.16.2.1 Application**.  Application for a permit required by this section shall be in the form required by the Issuing Officer.

**Sec. 5607.16.3 Permit requirements**. No person shall conduct blasting in the unincorporated area of the County without an explosives permit issued under this chapter. A person applying for an explosives permit shall, in addition to demonstrating compliance with fire safety requirements also comply with all County requirements for any building permits, grading permits, use permits, encroachment permits and all other entitlements to use property, including zoning requirements and any determination under the Zoning Ordinance of non-conforming status.  The applicant shall be responsible for providing proof of all necessary approvals when requested by the Issuing Officer.

## AMENDMENT TO SECTION 5607.16.3.1

The Alpine, Lakeside, North County, Rincon Del Diablo, San Marcos, San Miguel, Valley Center and Vista Fire Protection Districts adopt the following code amendment:

> **Sec. 5607.16.3.1 Blasting permit required.** In addition to obtaining a explosives permit, no person shall conduct blasting without first obtaining a blasting permit. The applicant shall be responsible for providing proof of all necessary approvals when requested by the Issuing Officer.

**Sec. 5607.16.3.2 Permit conditions**. The Issuing Officer may impose conditions and procedures as are deemed reasonably necessary to protect the public health and safety based upon the facts and circumstances of a particular blasting operation. The permit conditions shall be in writing. Failure to comply with any permit condition is grounds for revocation of the permit. A blaster may request the Issuing Officer release the blaster from any permit condition if circumstances have changed that make the condition no longer applicable. In addition to complying with the County blasting regulations, a blaster shall also comply with blasting regulations of neighboring jurisdictions, for any blasting operations outside of the unincorporated area of the County conducted in conjunction with a project within the unincorporated areas of the County.

**Sec. 5607.16.3.3 Insurance and indemnification required**. As an additional condition for obtaining an explosives permit the applicant shall submit: (1) a certificate of insurance evidencing that the blaster has obtained a general liability insurance policy which includes coverage for explosion, collapse and underground property damage from an insurer satisfactory to the Issuing Officer, that is in effect for the period covered by the permit, written on an "occurrence" basis, in an amount of not less than $500,000 per each occurrence, naming the County and the FAHJ as an additional insured and providing that the policy will not be canceled or terminated without 30 days prior written notice to the County and (2) an agreement signed by the blaster agreeing to defend, indemnify and hold the County and its agents, officers and employees harmless from any claims or actions arising from the issuance of the permit or any blasting activity conducted under the permit.

**Sec. 5607.16.3.4 Blasting hours.** Blasting shall only be allowed Monday through Saturday, between the hours of 7:00 a.m. and 6:00 p.m. or ½ hour before sunset, whichever occurs first, unless special circumstances warrant another time or day and the Issuing Officer grants approval of the change in time or day.

**Sec. 5607.16.3.5 Additional operational requirements**. The owner of any property in the unincorporated area of the County on which any blasting is intended to occur, shall give, or cause to be given, a one-time notice in writing, for any proposed blasting to the local fire agency and dispatch center and to all residences, including mobile homes, and businesses within 600 feet of any potential major blast location or 300 feet

from any potential minor blast location.  The notice shall be given not less than 24 hours, but not more than one week, before a blasting operation and shall be in a form approved by the Issuing Officer.  The minimum 24-hour notice requirement may be reduced to a lesser period but not less than one hour if the Issuing Officer determines that special circumstances warrant the reduction in time.   Adequate precautions shall be taken to reasonably safeguard persons and property before, during and after blasting operations. These precautions shall include:

1.   The blaster shall retain an inspector to inspect all buildings and structures, including mobile homes, within 300 feet of the blast site before blasting operations, unless inspection is waived by the owner and/or occupant.  The inspector shall obtain permission of the owner and/or occupant before conducting the inspection. The inspection shall be only for the purpose of determining the existence of any visible or reasonably recognizable preexisting defects or damages in any building and structure.  Waiver of inspection shall be in writing signed by the owner and/or occupant.  Refusal to allow inspection shall also constitute a waiver.  The inspector shall notify the owner and/or occupant of the consequences of refusing an inspection shall include a refusal in the summary report filed with the Issuing Officer.  The blaster shall request an inspector conduct post-blast inspections upon receipt of a written complaint of property damage if the complaint is made within 60 days of completion of blasting operations.  If the blaster has knowledge of alleged property damage independent of the written complaint, the blaster shall also retain an inspector to conduct a post-blast inspection.

2.  An inspector shall complete and sign pre-blast- inspection reports identifying all findings and inspection waivers. The blaster shall retain the inspection reports for three years from the date of the blasting and upon a complaint of alleged damage the blaster shall immediately file a copy of the report with the Issuing Officer and provide a copy to the complainant.  If there is a change in the blasting contractor after blasting has commenced on a project, a re-inspection shall be conducted in accordance with the preceding paragraph before the new blasting contractor undertakes any additional blasting.

3.  The blaster shall retain an inspector to conduct a post-blast- inspection of any building and structure for which a written complaint alleging blast damage has been received.  A written report of the inspection shall be immediately filed with the Issuing Officer and provided to any person who made a complaint for damages.

4.  The blaster shall allow any representative of the Issuing Officer to inspect the blast site and blast materials or explosives at any reasonable time.

5.  If the blaster wants a representative of the Issuing Officer to witness a blasting operation the blaster shall make a request with the Issuing Officer at least 12 hours

before the blast.  The blaster shall confirm the request for a witness with the Issuing Officer at least one hour before the blast.  The blaster shall be responsible for any cost incurred by the Issuing Officer in having a representative witness the blast.

6.  The blaster shall notify the Issuing Officer on the day of a scheduled blasting operation not less than one hour before blasting.

7.  All major blasting operations shall be monitored by an approved seismograph located at the nearest building and structure within 600 feet of the blasting operation. All daily seismograph reports shall be maintained by the blaster for three years from the blasting.

**Sec. 5607.16.3.6 Seizure of illegal items**.  The Issuing Officer may seize at the owner's expense, all explosives, ammunition or blasting agents, which are illegally manufactured, sold, offered or exposed for sale, delivered, stored, possessed or transported in violation of this chapter.

**Sec. 5607.16.3.7 Violations for false or misleading information**. It shall be unlawful and a violation of this chapter for any person to provide false or misleading information or documentation to the County or any of its officers or employees or to any fire department, fire protection district, fire company or legally formed volunteer fire department, or its officers or employees in the unincorporated area of the County, having jurisdiction over any aspect of the explosives or blasting permit process or blasting operations.

**Sec. 5607.16.3.8 Fees**.  A person applying to the Issuing Officer to be approved as a blaster or inspector, as defined in this section, shall pay an application fee to the Issuing Officer. A person applying for an explosives permit under this section shall pay the fee established by the Issuing Officer with the application.  The amount of any fee required by this chapter shall be determined by the Issuing Officer on the basis of the full costs involved in processing an application.

## SEC. 96.1.5608.1 FIREWORKS DISPLAY.

Section 5608.1 of the California Fire Code is revised to read:

**Sec. 5608.1 General**.  Outdoor fireworks displays, use of pyrotechnics before a proximate audience and pyrotechnic special effects in motion picture, television, theatrical and group entertainment productions shall comply with California Code of Regulations, Title 19, Chapter 6 *Fireworks and County Code sections 32.101 et seq.  The Fire Warden is the Issuing Officer for any fireworks permit required by this Chapter. The Fire Warden may delegate the duties of Issuing Officer at her or his discretion. Additionally, as may be appropriate based on circumstances, the Issuing Officer may enter into memoranda of*

*agreement with non-County fire agencies whereby such non-County agency will assume the duties of issuing a permit or permits required by this Chapter.*

**Sec. 5608.1.1 Scope**. *The possession, manufacture, sale, storage, use and display of fireworks are prohibited in the unincorporated area of the County except as provided in County Code sections 32.101 et seq.*

## SEC.96.1.5705.2.4 TRANSFERRING CLASS I, II OR III LIQUIDS.

Section 5705.2.4 of the California Fire Code is revised to read:

**Sec. 5705.2.4 Transferring Class I, II or III liquids.** *Class I or II liquids or Class III liquids that are heated up to or above their flash points shall be transferred by one of the following methods:*

1. From safety cans complying with UL 30.

2. Through an approved closed piping system.

3. From containers or tanks by an approved pump taking suction through an opening in the top of the container or tank.

4. Approved engineered liquid transfer system.

Exception:  Liquids in containers not exceeding a 5.3-gallon (20 L) capacity.

## SEC. 96.1.5706.2.5.2 TANKS FOR GRAVITY DISCHARGE.

Section 5706.2.5.2.1 is added to the California Fire Code to read:

**Sec. 5706.2.5.2.1 Limitations on tanks for gravity discharge**.  Gravity dispensing of Class I or II liquids or Class III liquids that are heated up to or above their flash points is prohibited.  Dispensing devices for flammable and combustible liquids shall be of an approved type.  Approved pumps taking suction from the top of the tank shall be used. Flammable or combustible liquids shall not be dispensed by a device that operates through pressure within a storage tank.  Air or oxygen shall not be used to pressurize an aboveground tank.

## SEC. 96.1.5706.2.8.2 PROHIBITION ON USE OF TANK VEHICLE.

Section 5706.2.8.2 is added to the California Fire Code to read:

**Sec. 5706.2.8.2 Tank vehicle as a substitute for permanent tank prohibited**.  The use of a tank vehicle in a stationary manner as a substitute for an approved above-ground or below-ground fuel tank is prohibited.

## SEC. 96.1.6107.5 SAFETY PRECAUTIONS AND DEVICES-SECURING LPG TANKS.

Section 6107.5 is added to the California Fire Code to read:

**Sec. 6107.5 Securing LPG tanks**. When required by the FAHJ, LPG tanks shall be secured to prevent the tank from rolling or moving.

## SEC. 96.1.8001 REFERENCED STANDARDS.

Section 8001 is added to the California Fire Code to read:

**Sec. 8001  Referenced standard NFPA 13D**. Referenced sections as follows:

***Revise 5.1.1.2 to read as follows:***

**NFPA 13D 5.1.1.2 Spare sprinkler heads**.  Spare fire sprinkler heads (one of each type or as approved by the FAHJ) wrench, inspectors test key and operation and maintenance instructions shall be provided in the vicinity of the riser.

***The Rancho Santa Fe Fire and Valley Center Fire Protection Districts revise the following section to read as follows:***

> **NFPA 13D 7.2.5 (RSF) Inspector Test.**  Each automatic sprinkler system shall have a ½" or larger test connection with a threaded keyless valve. The valve shall be remote to the riser, located on the building exterior about five 5 feet above final grade. It shall be labeled with a permanent plate with minimum ¼" lettering, contrasting with background, and stating: "INSPECTOR TEST".  (Pre-assembled riser assemblies with a built-in Drain/Test valve shall not be accepted for inspector test valve unless approved by the FAHJ.)

*Add a new 7.3.4 to read as follows:*

**NFPA 13D 7.3.4 Pressure gauge**. An approved 300 psi pressure gauge shall be permanently installed at the riser.

*Revise 7.6 to read as follows:*

**NFPA 13D 7.6 Alarms**. A water flow switch shall be provided and located on the sprinkler riser above the check valve and main drain and shall actuate an audible fire alarm signal bell and may be required to be interconnected to the interior smoke alarms. The water flow switch shall be a retarding type with a delay between 15-60 seconds before activation of the signal bell. Alarm bell shall have a minimum diameter of 8 inches and be mounted on the exterior in the vicinity of the master bedroom. The alarm bell shall be clearly audible in all bedrooms with intervening doors closed.

*Revise 8.3.2 to read as follows:*

**NFPA 13D 8.3.2** Sprinklers are not required in bathrooms where the area does not exceed 55 sq. ft. unless there is door exiting directly to the outside, and the walls and ceilings including behind fixtures, are of noncombustible or limited combustible materials providing a fifteen-minute thermal barrier.

***The Rancho Santa Fe Fire Protection District revises the following section to read as follows:***

> **NFPA 13D 8.3.3 (RSF)** Sprinklers shall not be required in clothes closets, linen closets, and pantries that meet the following conditions:
>   1. The area of the space does not exceed 24 sq. ft.
>   2. The shortest dimension does not exceed 3 ft.
>   3. The walls and ceilings are surfaced with noncombustible or limited-combustible materials as defined in NFPA 220.
>   4.  The closet does not contain any type of electrical items such as light fixtures, electrical outlets or low voltage equipment.

***The Rancho Santa Fe Fire Protection District revises the following section to read as follows:***

> **NFPA 13D 8.3.4 (RSF)** Sprinklers shall be installed in garages, carports and similar structures unless they meet the exception in Sec. 903.2. Covered patios, decks, balconies or similar projections that extend 10 feet or more from the structure will require adequate fire sprinkler coverage.

*Revise 8.3.4 to read as follows:*

**NFPA 13D 8.3.4** Sprinklers may be omitted from carports and open attached porches. However, attached garages shall be protected with intermediate temperature rated sprinklers. Sprinkler heads in garages shall be protected against mechanical damage by approved guards, unless recessed heads are provided. Garage doors may be disregarded in the layout of the automatic sprinkler system.

*Revise 8.3.5.1.1 to read as follows:*

**NFPA 13D 8.3.5.1.1** Where the fuel-fired equipment is above all of the occupied areas of the dwelling unit, at least one quick-response intermediate temperature sprinkler shall be installed above the equipment.

*The Rancho Santa Fe Fire Protection District revises the following section to read as follows:*

**NFPA 13D 8.3.10 (RSF)** Sprinklers shall be installed in saunas and wine rooms.

*Add a new 10.2.4.1 to read as follows:*

**NFPA 13D 10.2.4.1 3-Head Calculation**. When design conditions exceed the allowances of sec. 10.2, a 3-head calculation may be required by the FAHJ.

*Add a new 10.2.5 to read as follows:*

**NFPA 13D 10.2.5 Pressure Cushion**. The system shall be designed 10% below available water source pressure during peak usage.

*Revise 11.2.1.1 to read as follows:*

**NFPA 13D 11.2.1.1 Hydrostatic Tests**. Where a fire department connection is not provided, the system shall be hydrostatically tested at 200 psi for 2 hours.

*Revised 12.3.6 to read as follows:*

**NFPA 13D 12.3.6 Inactive Systems**. When automatic sprinkler systems are shut-off or otherwise inoperative for periods greater than 48 hours for repair of service, the FAHJ must be notified immediately.

## SEC. 96.1.APP.B103.3 AREAS WITHOUT WATER SUPPLY SYSTEMS.

Appendix B, section B103.3 of the California Fire Code is revised to read:

**B103.3 Areas without water supply systems.**  For information regarding water supplies for fire-fighting purposes in rural areas and suburban areas in which adequate and reliable water supplies do not exist, the fire code official is authorized to utilize NFPA 1142 or the standard published by the Insurance Services Office document entitled "Guide for Determination of Required Fire Flow."

## SEC. 96.1.APP.H100 REPORTING FORMS

Appendix H, sec. H100 is added to the California Fire Code to read:

**SECTION H100**
**REPORTING FORMS**

**H100.1 Reporting forms**.  Hazardous Materials reporting forms currently adopted by San Diego County Department of Environmental Health Hazardous Materials Management Unit which cover the same areas as forms contained in this Appendix are adopted by reference and take precedence over this Appendix.

## SEC. 96.1.007 EFFECTIVE DATE

This ordinance shall take effect and be in force thirty days after the date of its passage and before the expiration of fifteen days after its passage, a summary hereof shall be published once with the names of the members of this Board voting for and against it in the San Diego Commerce, a newspaper of general circulation published in the County of San Diego.

Section 3.  This ordinance shall take effect and be in force thirty days after its passage, and before the expiration of fifteen days after its passage, a summary hereof shall be published once with the names of the members of this Board voting for and against it in the Daily Transcript, a newspaper of general circulation published in the County of San Diego.

APPROVED AS TO FORM AND LEGALITY
Claudia G. Silva, County Counsel
BY:  Mark Day, Deputy County Counsel

# INDEX BY CODE SECTION
# CONSOLIDATED FIRE CODE

Differences:
1. Showed the language and text that is different from the California Fire Code and the County Code as shown in *Italics*.
2. Changed punctuation or a grammatical change.
3. Words were deleted or sections deleted. County amendments were not necessary as section was adopted in model code language.
4. Revised or referenced texts. Changes from the previous code that have been revised.
5. NO CHANGE (NC) means no changes made. Language is the same.
6. NEW – Means new image or section provided for clarity.

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| Sec. 96.1.001 | Sec 96.1.001 | Application of the CCC | NC | | | 4 |
| Sec. 96.1.002 | Sec 96.1.002 | Explanation of the CCC | NC | | | 4 |
| Sec. 96.1.004 | Sec 96.1.004 | Responsibility of Enforcement | R | | | 4 |
| Sec. 96.1.001 | Sec. 96.1.001 | Adoption of County Amendments to the CFC | NC | Section 2 | Section 2 | 4 |
| | | Amendment to Section 96.1.001 | NC | Section 1 | Section 1 | 5 |
| Sec. 96.1.002 | Sec. 96.1.002 | Explanation of CFC to 2022 Fire Code | NC | | | 4 |
| Sec. 96.1.003 | Sec. 96.1.003 | Explanation of Fire Code adding 96.1 | NC | | | 4 |
| Sec. 96.1.004 | Sec. 96.1.004 | Responsibility for Enforcement | NC | | | 5 |
| Sec. 96.1.005 | Sec. 96.1.005 | Geographic Limits | NC | | | 5 |
| | | Storage of Class I and Class II liquids in above ground tanks outside of buildings | A | Sec. 5704.2.9.6.1 | Sec. 5704.2.9.6.1 | 5 |
| | | Storage of Class I and Class II liquids in above ground tanks | A | Sec. 5706.2.4.4 | Sec. 5706.2.4.4 | 5 |
| | | Storage of flammable cryogenic fluids in stationary containers | A | Sec. 5806.2 | Sec. 5806.2 | 5 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Storage of bulk LPG for protection in heavily populated and congested areas | A | Sec. 6104.2 | Sec. 6104.2 | 5 |
| Sec. 96.1.006 | Sec. 96.1.006 | Deletions, Revisions, Additions and Numerical | NC | | | 5 |
| Sec. 96.1.101.5 | Sec. 96.1.101.5 | Validity | NC | Sec. 101.5 | Sec. 101.5 | 5 |
| Sec. 96.1.102.13 | Sec. 96.1.102.13 | Repeal of Conflicting Ordinances, Resolutions or Motions | A | Sec. 102.13 | Sec. 102.13 | 5 |
| Sec. 96.1.104.8 | Sec. 96.1.104.9 | Modifications | R | Sec. 104.8 | Sec. 104.9 | 4 |
| Sec. 96.1.104.12 | Sec. 96.1.104.13 | Cost Recovery | A | Sec. 104.12 | Sec. 104.13 | 4 |
| Sec. 96.1.104.12.1 | Sec. 96.1.104.13.1 | Reimbursement Required | A | Sec. 104.12.1 | Sec. 104.13.1 | 4 |
| Sec. 96.1.105.3.9 | Sec. 96.1.105.3.9 | Expense Recovery | A | Sec. 105.3.9 | Sec. 105.3.9 | 5 |
| Sec. 96.1.105.6.6.1 | Sec. 96.1.105.5.52.1 | Christmas Tree Lots | A | Sec. 105.6.6.52 | Sec. 105.5.52.1 | 4 |
| Sec. 96.1.105.6.20.1 | Sec. 96.1.105.5.52.2 | Greenwaste Recycling, Mulching, Composting & Storage | A | Sec. 105.6.20.1 | Sec. 105.5.52.2 | 4 |
| Sec. 96.1.105.8 | Sec. 96.1.105.7 | New materials, Process or Occupancies Require Permits | A | Sec. 105.8 | Sec. 105.7 | 1, 4 |
| Sec. 96.1.109 | Sec. 96.1.111 | Appeals | R | Sec. 109 | Sec. 111 | 4 |
| | | Regional Fire Appeals Board established | R | Sec. 109.1 | Sec. 111.1 | 4 |
| | | Limitations on authority | R | Sec. 109.2 | Sec. 111.2 | 4 |
| | | Qualifications | R | Sec. 109.3 | Sec. 111.3 | 4 |
| | | Appeals Procedures | R | Sec. 109.4 | Sec. 111.4 | 4 |
| | | Appeals of determinations regarding building permits | R | Sec. 109.4.1 | Sec. 111.4.1 | 4 |
| | | Appeals of determinations regarding | R | Sec. 109.4.2 | Sec. 111.4.2 | 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | discretionary permits | | | | |
| | | Appeals of determinations for matters other than building permits or discretionary permits | R | Sec. 109.4.3 | Sec. 111.4.3 | 4 |
| | | Regional Fire Appeals Board | R | Sec. 109.5 | Sec. 111.5 | |
| Sec. 96.1.110.4 | Sec. 96.1.112.4 | Violations, Penalties and Responsibilities for Compliance | R | Sec. 110.4 | Sec. 112.4 | 4 |
| | | Amendment to Section 112.4 Violations, penalties and responsibility for compliance | AMEND | Sec. 110.4 | Sec. 112.4 | 4 |
| | | Amendment to Section 113.4 Failure to Comply | AMEND | Sec. 112.4 | Sec. 113.4 | 4 |
| | Sec. 96.1.111.4.3 | Appeals inside SDCFPD | A | | Sec. 111.4.3.(c) | 6 |
| Sec. 96.1.202 | Sec. 96.1.202 | Definitions | R | Sec. 202 | Sec. 202 | 1, 2, 4 |
| Sec. 96.1.304.1.4 | Sec. 96.1.304.1.4 | Outdoor Carnivals and Fairs | A | Sec. 304.1.4 | Sec. 304.1.4 | 5 |
| Sec. 96.1.305.6 | Sec. 96.1.305.6 | Rockets, Model aircraft and similar | A | Sec. 305.6 | Sec. 305.6 | 5 |
| | Sec. 96.1.307.4.3 | Portable Outdoor Fireplaces | R | | Sec. 307.4.3 | 1, 4 |
| Sec. 96.1.307.5 | Sec. 96.1.307.5 | Attendance of Open Burning and Recreational Fires | R | Sec. 307.5 | Sec. 307.5 | 1, 4 |
| Sec. 96.1.321 | Sec. 96.1.325 | Mid-Rise Buildings | A | Sec. 321 | Sec. 325 | 1, 4 |
| | | Mid-Rise: **General** | A | Sec. 321.1 | Sec. 325.1 | 4 |
| | | Mid-Rise: **Automatic Sprinkler System & Standpipes** | A | Sec. 321.1.1 | Sec. 325.1.1 | 4 |
| | | Mid-Rise: **Smoke Detection** | A | Sec. 321.1.2 | Sec. 325.1.2 | 4 |
| | | Mid-Rise: **Fire Alarm** | A | Sec. 321.1.3 | Sec. 325.1.3 | 4 |
| | | Mid-Rise: **Emergency Voice** | A | Sec. 321.1.4 | Sec. 325.1.4 | 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Alarm Signaling System | | | | |
| | | Mid-Rise: **Fire Command Center** | A | Sec. 321.1.5 | Sec. 325.1.5 | 4 |
| | | Mid-Rise: **Annunciation Identification** | A | Sec. 321.1.6 | Sec. 325.1.6 | 4 |
| | | Mid-Rise: **Elevators** | A | Sec. 321.1.7 | Sec. 325.1.7 | 4 |
| | | Mid-Rise: **Fire Department Communication System** | A | Sec. 321.1.8 | Sec. 325.1.8 | 4 |
| | | Mid-Rise: **Means of Egress** | A | Sec. 321.1.9 | Sec. 325.1.9 | 4 |
| | | Mid-Rise: **Extent of Enclosure** | A | Sec. 321.1.9.1 | Sec. 325.1.9.1 | 4 |
| | | Mid-Rise: **Pressurized Enclosures and Stairways** | A | Sec. 321.1.9.2 | Sec. 325.1.9.2 | 4 |
| | | Mid-Rise: **Vestibules** | A | Sec. 321.1.9.3 | Sec. 325.1.9.3 | 4 |
| | | Mid-Rise: **Pressure Differences** | A | Sec. 321.1.9.4 | Sec. 325.1.9.4 | 4 |
| | | Mid-Rise: **Locking of Stairway Doors** | A | Sec. 321.1.9.5 | Sec. 325.1.9.5 | 4 |
| Sec. 96.1.322 | Sec. 96.1.326 | Storage of Firewood | A | Sec. 322 | Sec. 326 | 4 |
| Sec. 96.1.326.1 | Sec. 96.1.326 | Storage of Firewood | A | | Sec. 326 | 6 |
| Sec. 96.1.501.3.1 | Sec. 96.1.501.3.1 | Fire Apparatus Access Modifications | A | Sec. 501.3.1 | Sec. 501.3.2 | 4 |
| Sec. 96.1.503 | Sec. 96.1.503 | Fire Apparatus Access Roads | R | Sec. 503 | Sec. 503 | 5 |
| | | Fire Apparatus Access Roads: **General** | R | Sec. 503.1 | Sec. 503.1 | 1, 3 |
| | | Fire Apparatus Access Roads: **Buildings and Facilities** | R | Sec. 503.1.1 | Sec. 503.1.1 | 1, 2, 3, 4 |
| | | Fire Apparatus Access Roads: **Additional Access** | R | Sec. 503.1.2 | Sec. 503.1.2 | 1, 2, 3, 4 |
| | | Fire Apparatus Access Roads: | N | | Sec. 503.1.2.1 | 1, 4, 6 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | **Secondary Access Required** | | | | |
| | | Fire Apparatus Access Roads: **High Piled Storage** | R | Sec. 503.1.3 | Sec. 503.1.3 | 4 |
| | | Fire Apparatus Access Roads: **Specifications** | R | Sec. 503.2 | Sec. 503.2 | 1, 4 |
| | | Fire Apparatus Access Roads: **Dimensions** | R | Sec. 503.2.1 | Sec. 503.2.1 | 1, 2, 3, 4 |
| | | Fire Apparatus Access Roads: **Amendment to Road Phasing** | AMEND | Sec. 503.2.1.1 | Sec. 503.2.1 | 1, 2, 3, 4 |
| | | Fire Apparatus Access Roads: **Authority to Increase Minimum** | R | Sec. 503.2.2 | Sec. 503.2.2 | 5 |
| | | Fire Apparatus Access Roads: **Surface** | R | Sec. 503.2.3 | Sec. 503.2.3 | 1 |
| | | Fire Apparatus Access Roads: **Amendment to Surface** | R | Sec. 503.2.3 | Sec. 503.2.3 | 4 |
| | | Fire Apparatus Access Roads: **Roadway Radius** | R | Sec. 503.2.4 | Sec. 503.2.4 | 1 |
| | | Fire Apparatus Access Roads: **Dead Ends** | R | Sec. 503.2.5 | Sec. 503.2.5 | 1, 4, 6 |
| | | Fire Apparatus Access Roads: **Dead End Roads turn-around required** | R | Sec. 503.2.5.1 | Sec. 503.2.5.1 | 1 |
| | | Fire Apparatus Access Roads: **Dead End Roads** | R | | Sec. 503.2.5.2 | 4 |
| | | Fire Apparatus Access Roads: **Bridges and Elevated Surfaces** | R | Sec. 503.2.6 | Sec. 503.2.6 | 1 |
| | | Fire Apparatus Access Roads: **Bridges with 1 traffic lane** | R | Sec. 503.2.6.1 | Sec. 503.2.6.1 | 1 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Fire Apparatus Access Roads: **Grade** | R | Sec. 503.2.7 | Sec. 503.2.7 | 1 |
| | | Fire Apparatus Access Roads: **Cross Slope** | R | Sec. 503.2.7.1 | Sec. 503.2.7.1 | 1, 4 |
| | | Fire Apparatus Access Roads: **Angles of Approach and Departure** | R | Sec. 503.2.8 | Sec. 503.2.8 | 1, 4 |
| | | Fire Apparatus Access Roads: **Roadway Turn Outs** | R | Sec. 503.2.9 | Sec. 503.2.9 | 1, 4 |
| | | Fire Apparatus Access Roads: **Marking** | R | Sec. 503.3 | Sec. 503.3 | 1, 4 |
| | | Fire Apparatus Access Roads: **Fire Lane Designation** | R | Sec. 503.3.1 | Sec. 503.3.1 | 1, 4 |
| | | Fire Apparatus Access Roads: **Obstruction of Fire Apparatus Roads** | R | Sec. 503.4 | Sec. 503.4 | 1, 4 |
| | | Fire Apparatus Access Roads: **Traffic Calming Devices** | R | Sec. 503.4.1 | Sec. 503.4.1 | 1, 4 |
| | | Fire Apparatus Access Roads: **Required Gates or Barricades** | R | Sec. 503.5 | Sec. 503.5 | 5 |
| | | Fire Apparatus Access Roads: **Secured Gates and Barricades** | R | Sec. 503.5.1 | Sec. 503.5.1 | 1, 4 |
| | | Fire Apparatus Access Roads: **School Fences and Gates** | R | Sec. 503.5.2 | Sec. 503.5.2 | 1 |
| | | Fire Apparatus Access Roads: **Security Gates** | R | Sec. 503.6 | Sec. 503.6 | 1 |
| Sec. 96.1.505 | Sec. 96.1.505 | Premises Identification | R | Sec. 505 | Sec. 505 | 5 |
| | | Address Identification | R | Sec. 505.1 | Sec. 505.1 | 5 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Street or Road Signs | R | Sec. 505.2 | Sec. 505.2 | 5 |
| | | Traffic Access Limitations | R | Sec. 505.2.1 | Sec. 505.2.1 | 1 |
| | | Easement Address Signs | R | Sec. 505.3 | Sec. 505.3 | 1 |
| | | Directory Map | R | Sec. 505.4 | Sec. 505.4 | 1 |
| | | Response Map Updates | R | Sec. 505.5 | Sec. 505.5 | 1 |
| Sec. 96.1.506.1.3 | Sec. 96.1.506.1.3 | Emergency Key Access | A | Sec. 506.1.3 | Sec. 506.1.3 | 1, 3 |
| Sec. 96.1.507.2 | Sec. 96.1.507.2 | Type of Water Supply | R | Sec. 507.2 | Sec. 507.2 | 1, 4 |
| | | Private Fire Service Mains | R | Sec. 507.2.1 | Sec. 507.2.1 | 1, 2 |
| | | Water Storage Tanks | R | Sec. 507.2.2 | Sec. 507.2.2 | 1, 2, 4 |
| Sec. 96.1.507.3 | Sec. 96.1.507.3 | Fire Flow | R | Sec. 507.3 | Sec. 507.3 | 1, 4 |
| Sec. 96.1.507.5.7 | Sec. 96.1.507.5.7 | Fire Hydrant and Fire Valve Location | A | Sec. 507.5.7 | Sec. 507.5.7 | 1, 4 |
| | | Signing of Water Sources and Fire Department Connections | A | Sec. 507.5.7.1 | Sec. 507.5.7.1 | 1 |
| Sec. 96.1.507.5.8 | Sec. 96.1.507.5.8 | Waterline Extensions | A | Sec. 507.5.8 | Sec. 507.5.8 | 4 |
| Sec. 96.1.603.6.6 | Sec. 96.1.605.3.1 | Spark Arresters | A | Sec. 603.6.6 | Sec. 605.3.1 | 4 |
| Sec. 96.1.603.8.1 | Sec. 96.1.605.8.1 | Residential Incinerators | R | Sec. 603.8.1 | Sec. 605.8.1 | 4 |
| | | Smoke Ventilation (Remove from CCC & Ord now in model code) | D | Sec. 1204.3.3 | | 3 |
| Sec. 96.1.1204.4 | Sec. 96.1.1205.5 | Ground Mounted Photovoltaic Arrays | R | Sec. 1204.4 | Sec. 1205.5 | 4 |
| | | Fire Apparatus Access Roads | R | Sec. 1204.4.1 | Sec. 1205.5.1 | 4 |
| | | Perimeter Fire Apparatus Access Roadway | R | Sec. 1204.4.2 | Sec. 1205.5.2 | 4 |
| | | Fuel Modification | R | Sec. 1204.4.3 | Sec. 1205.5.3 | 4 |
| | | Water Supply | R | Sec. 1204.4.4 | Sec. 1205.5.4 | 4 |
| | | Identification | R | Sec. 1204.5 | Sec. 1205.6 | 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Fire Department Connections | D | Now part of model code | | 3 |
| | | Fire Hydrants and Fire Appliances | D | Now part of model code | | 3 |
| Sec. 96.1.903.2 | Sec. 96.1.903.2 | Automatic Sprinkler Systems Where Required | R | Sec. 903.2 | Sec. 903.2 | 1, 4 |
| | | Additions | A | Sec. 903.2(a) | Sec. 903.2(a) | 1, 4 |
| | | Remodels or Reconstruction | A | Sec. 903.2(b) | Sec. 903.2(b) | 1, 4 |
| | | Group U Occupancies | A | Sec. 903.2(c) | Sec. 903.2(c) | 4 |
| | | Amendment to Section 903.2(c) Where Required RSF | AMEND | Sec. 903.2 | Sec. 903.2(c) | 1, 4 |
| | | Amendment to Section 903.2 San Marcos | D | Sec. 903.2 | ~~Sec. 903.2~~ | 3 |
| Sec. 96.1.903.4 | Sec. 96.1.903.4 | Sprinkler System Monitoring and Alarms | R | Sec. 903.4 | Sec. 903.4 | 1 |
| Sec. 96.1.2808 | Sec. 96.1.2808 | Storage and Processing of Wood Chips, Hogged Materials, Fines, Compost, Solid Biomass Feedstock and Raw Product associated with Yard Waste, Agro- Industrial and Recycling Facilities | R | Sec. 2808 | Sec. 2808 | 4 |
| General | Sec. 2808.1 | General | D | Sec. 2808.1 | Sec. 2808.1 | 3 |
| Storage Site | Sec. 2808.11 | Definitions | D | Sec. 2808.2 | IN CH 2 DEFINITIONS | 3 |
| Size of Piles | Sec. 105.6.25.1, 2808.14 | Permit Required | D | Sec. 2808.3 | Sec. 2808.10.1 | 3 |
| Pile Separation | Sec. 2808.13 | Financial Assurance | D | Sec. 2808.4 | Sec. 2808.10.2 | 3 |
| Combustible Waste | Sec. 2808.12 | Operational & Emergency Plan | D | Sec. 2808.5 | Sec. 2808.10 | 3 |
| Static Pile | Sec. 2808.15 | Notification of Fire Department | D | Sec. 2808.6 | Sec. 2808.10.3 | 3 |
| Pile Fire Protection | Sec. 903.3.1(CFC) | Equipment Operator Emergency Call | D | Sec. 2808.7 | Sec. 2808.10.4 | 3 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| Fire Extinguishers | Sec. 906 (CFC) | Incoming Waste Diversion Plan | D | Sec. 2808.8 | Sec. 2808.10.5 | 3 |
| Material Handling Equipment | Sec. 2808.17 | Unprocessed or Non-Green Waste | D | Sec. 2808.9 | Sec. 2808.10.6 | 3 |
| Emergency Plan | Sec. 2808.3 | Fire Access Roadway | D | Sec. 2808.10 | Sec. 2808.10.7 | 3 |
| | Sec. 2808.5 | Storage Sites | D | Sec. 2808.11 | Sec. 2808.2 | 3 |
| | Sec. 2808.6 | Combustible Vegetation | D | Sec. 2808.12 | Sec. 2808.5 | 3 |
| | Sec. 2808.7 | Pile Separation | D | Sec. 2808.13 | Sec. 2808.4 | 3 |
| | Sec. 2808.8 | Size of Piles | D | Sec. 2808.14 | Sec. 2808.3 | 3 |
| | Sec. 2808.9 | Static Pile Protection | D | Sec. 2808.15 | Sec. 2808.6 | 3 |
| | Sec. 2808.10 | Fire Fighting Water Supplies | D | Sec. 2808.16 | Sec. 2808.7 | 3 |
| | Sec. 2808.4 | Public Water Supply | D | Sec. 2808.16.1 | Sec. 2808.7.1 | 3 |
| | Sec. 2808.16 | Private Water Supply | D | Sec. 2808.16.2 | Sec. 2808.7.2 | 3 |
| | | Fire Extinguishers | D | | Sec. 2808.8 | 3 |
| | Sec. 2808.18 | Material Handling Equipment | D | Sec. 2808.17 | Sec. 2808.9 | 3 |
| | Sec. 2808.19 | General Fire Safety Rules | D | Sec. 2808.18 | Sec. 2808.10.8 | 3 |
| | Sec. 2808.20 | Site Security | D | Sec. 2808.19 | Sec. 2808.10.9 | 3 |
| | | Smoking Prohibited & Open Burning | D | Sec. 2808.20 | Sec. 2808.10.10 | 3 |
| | | General | R | Sec. 2808.1 | Sec. 2808.1 | 1, 4, 6 |
| | | Storage Sites | R | Sec. 2808.11 | Sec. 2808.2 | 1, 4, 6 |
| | | Size of Piles | R | Sec. 2808.14 | Sec. 2808.3 | 1, 4, 6 |
| | | Pile Separation | R | Sec. 2808.13 | Sec. 2808.4 | 1, 4, 6 |
| | | Combustible Vegetation | R | Sec. 2808.12 | Sec. 2808.5 | 1, 4, 6 |
| | | Static Pile Protection | R | Sec. 2808.15 | Sec. 2808.6 | 1, 4, 6 |
| | | Fire Fighting Water Supplies | R | Sec. 2808.16 | Sec. 2808.7 | 1, 4, 6 |
| | | Public Water Supply | R | Sec. 2808.16.1 | Sec. 2808.7.1 | 1, 4, 6 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Private Water Supply | R | Sec. 2808.16.2 | Sec. 2808.7.2 | 1, 4, 6 |
| | | Fire Extinguishers | R | | Sec. 2808.8 | 1, 4, 6 |
| | | Material Handling Equipment | R | Sec. 2808.17 | Sec. 2808.9 | 1, 4, 6 |
| | | Operational & Emergency Plan | R | Sec. 2808.5 | Sec. 2808.10 | 1, 4, 6 |
| | | Permit Required | R | Sec. 2808.3 | Sec. 2808.10.1 | 1, 4, 6 |
| | | Financial Assurance | R | Sec. 2808.4 | Sec. 2808.10.2 | 1, 4, 6 |
| | | Notification of Fire Department | R | Sec. 2808.6 | Sec. 2808.10.3 | 1, 4, 6 |
| | | Equipment Operator Emergency Call | R | Sec. 2808.7 | Sec. 2808.10.4 | 1, 4, 6 |
| | | Incoming Waste Diversion Plan | R | Sec. 2808.8 | Sec. 2808.10.5 | 1, 4, 6 |
| | | Unprocessed or Non-Green Waste | R | Sec. 2808.9 | Sec. 2808.10.6 | 1, 4, 6 |
| | | Fire Access Roadway | R | Sec. 2808.10 | Sec. 2808.10.7 | 1, 4, 6 |
| | | General Fire Safety Rules | R | Sec. 2808.18 | Sec. 2808.10.8 | 1, 4, 6 |
| | | Site Security | R | Sec. 2808.19 | Sec. 2808.10.9 | 1, 4, 6 |
| | | Smoking Prohibited & Open Burning | R | Sec. 2808.20 | Sec. 2808.10.10 | 1, 4, 6 |
| | | Definitions | R | Sec. 2808.2 | IN CH 2 DEFINITIONS | 1, 4, 6 |
| Sec. 3206.2 | Sec. 96.1.3206.2 | General Fire Protection and Life Safety Features | D | Sec. 3206.2 | Sec. 3206.2 | 3 |
| Sec. 96.1.3318 | Sec. 96.1.3319 | Fuel Modification Zone Requirements | A | Sec. 3318 | Sec. 3319 | 4 |
| | Sec. 96.1.4901 | **General  4901** | R | | Sec. 4901 | 4 |
| | | Scope | R | | Sec. 4901.1 | 4 |
| | | Purpose | R | | Sec. 4901.2 | 4 |
| | Sec. 96.1.4902 | **Definitions 4902** | R | | Sec. 4902 | 4 |
| Sec. 96.1.4902 | | Definitions: **General** | R | Sec. 4902.1 | Sec. 4902.1 | 4 |
| | | Declaration | R | Sec. 4902.2 | Sec. 4904.3.1 | 4 |
| Sec. 96.1.4903 | | Fire Protection Plan | R | Sec. 4903 | Sec. 4903 | 4 |
| | Sec. 96.1.4903 | **Plans 4903** | R | | Sec. 4903 | 1, 4 |
| | | Plans: **General** | N | | Sec. 4903.1 | 6 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Plans: **When Required** | R | | Sec. 4903.1.1 | 1, 4 |
| | | Plans: **Contents** | N | | Sec. 4903.2 | 1, 4 |
| | | Plans: **Project Info** | N | | Sec. 4903.2.1 | 1, 4 |
| | | Plans: **Preliminary Fire Protection Plan** | N | | Sec. 4903.2.1.1 | 1, 4 |
| | | Plans: **Final Fire Protection Plan** | N | | Sec. 4903.2.1.2 | 1, 4 |
| | Sec. 96.1.4904 | **Fire Hazard Severity Zones 4904** | R | | | 1, 4 |
| | | Fire Hazard Severity Zones: **General** | R | | Sec. 4904.1 | 1, 4 |
| | | Fire Hazard Severity Zones: **Classifications** | R | | Sec. 4904.2 | 1, 4 |
| | | Fire Hazard Severity Zones: **Amendment to Classifications** | AMEND | | Sec. 4904.2.1 | 1, 4 |
| | | Fire Hazard Severity Zones: **Local Agency Requirements** | N | | Sec. 4904.3 | 1, 4 |
| | | Fire Hazard Severity Zones: **Local Agency Ordinances** | N | | Sec. 4904.3.1 | 1, 4 |
| | | Fire Hazard Severity Zones: **Local Agency Discretion** | N | | Sec. 4904.3.2 | 1, 4 |
| | Sec. 96.1.4905 | **Wildfire Protection Building Construction 4905** | NC | | Sec 4905 | 5 |
| Sec.96.1.4905 | | Wildfire Protection Building Construction: **General** | NC | Sec. 4905.1 | Sec. 4905.1 | 5 |
| Sec. 96.1.4905 | | Wildfire Protection Building Construction: **Construction methods** | NC | Sec. 4905.1 | Sec. 4905.2 | 5 |
| | | Wildfire Protection Building | NC | | Sec. 4905.3 | 5 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Construction: **Establishment of Limits** | | | | |
| | Sec.96.1.4906 | **Vegetation Management 4906** | **AMEND** | | Sec. 4906 | 1, 4 |
| | | Vegetation Management: **General** | **AMEND** | | Sec. 4906.1 | 1, 4 |
| | | Vegetation Management: **Application** | **AMEND** | | Sec. 4906.2 | 1, 4 |
| | | Vegetation Management: **Landscape Plans When Required** | **AMEND** | | Sec. 4906.3 | 1, 4 |
| | | Vegetation Management: **Landscape Plans** | **AMEND** | | Sec. 4906.3 | 1, 4 |
| | | Vegetation Management: **Contents** | **AMEND** | | Sec. 4906.3.1 | 1, 4 |
| | | Vegetation Management: **Vegetation** | **AMEND** | | Sec. 4906.4 | 1, 4 |
| | | Vegetation Management: **Shrubs** | **AMEND** | | Sec. 4906.4.1 | 1, 4 |
| | | Vegetation Management: **Trees** | **AMEND** | | Sec. 4906.4.2 | 1, 4 |
| | | Vegetation Management: **Non-Fire Resistant** | **AMEND** | | Sec. 4906.4.2.1 | 1, 4 |
| Sec. 96.1.4907 | Sec. 96.1.4907 | **Defensible Space 4907** | | Sec. 4907 | Sec. 4907 | 1, 4, 6 |
| | | Defensible Space: **General** | **R** | | Sec. 4907.1 | 1, 4, 6 |
| | | Defensible Space: **Application** | **N** | | Sec. 4907.2 | 1, 4, 6 |
| | | Defensible Space: **Requirements** | **N** | | Sec. 4907.3 | 1, 4, 6 |
| | | Defensible Space: **Building and Structure setbacks from property line** | **R** | Sec. 4907.1 | Sec. 4907.4 | 1, 4, 6 |
| | | Defensible Space: **General Fire Setbacks** | **R** | Sec. 4907.1.1 | Sec. 4907.4.1 | 1, 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Defensible Space: **Fire Setbacks adjacent protected areas** | R | Sec. 4907.1.2 | Sec. 4907.4.2 | 1, 4 |
| | | Defensible Space: **Building and Structure Setback from Slope** | R | Sec. 4907.1.3 | Sec. 4907.4.3 | 5 |
| | | Defensible Space: **Amendment to Building and Structure Setback from Slope** | AMEND | | Sec. 4907.4.3 | 1, 4, 6 |
| | | Defensible Space: **Fuel Modification** | R | Sec. 4907.2 | Sec. 4907.5 | 1, 4, 6 |
| | | Defensible Space: **Amendment to Fuel Modification San Marcos** | AMEND | | Sec. 4907.5 | 1, 4, 6 |
| | | Defensible Space: **Fuel Modification of Combustible Vegetation from Sides of Roadways** | R | Sec. 4907.2.1 | Sec. 4907.6 | 1, 4, 6 |
| | | Defensible Space: **Community Fuel Modification** | R | Sec. 4907.2.2 | Sec. 4907.7 | 4 |
| | | Defensible Space: **Land ownership** | R | Sec. 4907.2.2.1 | Sec. 4907.7.1 | 4 |
| | | Defensible Space: **Maintenance of Defensible Space** | R | Sec. 4907.3 | Sec. 4907.8 | 4 |
| | | Defensible Space: **Trees** | R | Sec. 4907.3.1 | Sec. 4907.8.1 | 4 |
| | | Defensible Space: **Amendment to Orchards, Groves and Vineyards** | AMEND | Sec. 4907.3.2 | Sec. 4907.8.2 | 4 |
| | | Defensible Space: **Amendment to Eucalyptus forest and oak woodlands** | AMEND | Sec. 4907.3.3 | Sec. 4907.8.3 | 4 |
| | | Defensible Space: **Home Ignition Zones** | R | Sec. 4907.4 | Sec. 4907.9 | 4 |
| | | Defensible Space: **Zone 0 -** | AMEND | | Sec. 4907.9.1 | 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | **Immediate Zone 0'-5'** | | | | |
| | | Defensible Space: **Zone 1 - Intermediate Zone 5'-50'** | **AMEND** | | Sec. 4907.9.2 | 4 |
| | | Defensible Space: **Zone 2 - Extended Zone 50'-100'** | **AMEND** | | Sec. 4907.9.3 | 4 |
| | | Defensible Space: Amendment to **Landscape Plans (RSF)** | **AMEND** | Sec. 4907.5 | Sec. 4907.10 | 4 |
| | | Defensible Space: Amendment to **Landscaping Requirements (RSF)** | **D** | | ~~Sec. 4907.10.1~~ | 3 |
| | | Defensible Space: Amendment to **Landscaping Installation (RSF)** | **D** | | ~~Sec. 4907.10.2~~ | 3 |
| | Sec. 96.1.4907.11 | **Inspection of Properties** | **A** | | Sec 4907.11 | 4 |
| | Sec. 96.1.4908 | **Fire Safe Development Regulations 4908** | **N** | | Sec. 4908 | 4 |
| | | Fire Safe Development Regulations: **General** | **N** | | Sec. 4908.1 | 4 |
| | | Fire Safe Development Regulations: **Subdivision Map Findings** | **N** | | Sec. 4908.2 | 4 |
| | Sec. 96.1.4909 | **Subdivision Review Survey 4909** | **N** | | Sec. 4909 | 4 |
| | | Subdivision Review Survey: **Subdivision Identification** | **N** | | Sec. 4909.1 | 4 |
| | | Subdivision Review Survey: **Fire Safety Recommendations** | **N** | | Sec. 4909.2 | 4 |
| | | Subdivision Review Survey: **Implementation** | **N** | | Sec. 4909.3 | 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Subdivision Review Survey: **Re-Survey** | **N** | | Sec. 4909.4 | 4 |
| | Sec. 96.1.4910 | **General Plan Safety Element 4910** | **N** | | Sec. 4910 | 4 |
| | | General Plan Safety Element: **General** | **N** | | Sec. 4910.1 | 4 |
| | | General Plan Safety Element: **Submission** | **N** | | Sec. 4910.2 | 4 |
| | | General Plan Safety Element: **Review** | **N** | | Sec. 4910.3 | 4 |
| | | General Plan Safety Element: **Adoption** | **N** | | Sec. 4910.4 | 4 |
| | Sec. 96.1. | | | | | |
| Sec. 96.1.5601.2 | Sec. 96.1.5607.16 | Explosives and Fireworks Applicability | **R** | Sec. 5601.2 | Sec. 5607.16 | 1, 4 |
| Sec. 96.1.5601.2 | Sec. 96.1.5607.16.1 | Applicability | **R** | Sec. 5601.2 | Sec. 56016.1 | 1, 4 |
| | | Definitions | **R** | Sec. 5601.2.1 | Sec. 5607.16.2 | 1, 4 |
| | | Application | **R** | Sec. 5601.2.2 | Sec. 5607.16.2.1 | 1, 4 |
| | | Permit Requirements | **R** | Sec. 5601.2.3 | Sec. 5607.16.3 | 1, 4 |
| | | Amendment to Blasting Permit Required | **R** | Sec. 5601.2.3.1 | Sec. 5607.16.3.1 | 1, 4 |
| | | Permit Conditions | **R** | Sec. 5601.2.4 | Sec. 5607.16.3.2 | 1, 4 |
| | | Insurance and indemnification Required | **R** | Sec. 5601.2.5 | Sec. 5607.16.3.3 | 1, 4 |
| | | Blasting Hours | **R** | Sec. 5601.2.6 | Sec. 5607.16.3.4 | 1, 4 |
| | | Additional Operational Requirements | **R** | Sec. 5601.2.7 | Sec. 5607.16.3.5 | 1, 4 |
| | | Seizure of illegal Items | **R** | Sec. 5601.2.8 | Sec. 5607.16.3.6 | 1, 4 |
| | | Violations for false or misleading information | **R** | Sec. 5601.2.9 | Sec. 5607.16.3.7 | 1, 4 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
| | | Fees | R | Sec. 5601.2.10 | Sec. 5607.16.3.8 | 1, 4 |
| Sec. 96.1.5608.1 | Sec. 96.1.5608.1 | Fireworks Display General | R | Sec. 5608.1 | Sec. 5608.1 | 5 |
| | | Scope | R | Sec. 5608.1.1 | Sec. 5608.1.1 | 5 |
| Sec. 96.1.5705.2.4 | Sec. 96.1.5705.2.4 | Transferring Class I, II or III Liquids | R | Sec. 5705.2.4 | Sec. 5705.2.4 | 5 |
| Sec. 5706.2.5.2.1 | Sec. 96.1.5706.2.5.2.1 | Tanks for Gravity Discharge | A | Sec. 5706.2.5.2.1 | Sec. 5706.2.5.2.1 | 5 |
| Sec. 5706.2.8.2 | Sec. 5706.2.8.2 | Prohibition on Use of Tank Vehicle | A | Sec. 5706.2.8.2 | Sec. 5706.2.8.2 | 5 |
| Sec. 6107.5 | Sec. 96.1.6107.5 | Safety Precautions and Devices Securing LPG | A | Sec. 6107.5 | Sec. 6107.5 | 5 |
| Sec. 96.1.8001 | Sec. 96.1.8001 | Referenced Standards | NC | Sec. 8001 | Sec. 8001 | 1, 2, 3, 4 |
| | | NFPA 13D | R | Sec. 8001 | Sec. 8001 | 1, 2, 3, 4 |
| | | Spare Sprinkler Heads | R | 5.1.1.2 | 5.1.1.2 | 5 |
| | | Pressure Reducing Valve | D | 7.1.5 | ~~7.1.5~~ | 1, 3, 4 |
| | | Amendment to Inspector Test (RSF &VC) | AMEND | 7.2.5 | 7.2.5 | 5 |
| | | Pressure Gauge (GROUP) | A | 7.3.3 | 7.3.4 | 1, 4 |
| | | Alarms (GROUP) | R | 7.6 | 7.6 | 1, 4 |
| | | Sprinklered areas to be omitted (GROUP) | R | 8.3.2 | 8.3.2 | 5 |
| | | Amendment to NFPA 13D Sprinklers required (RSF) | AMEND | 8.3.3 | 8.3.3 | 1, 4 |
| | | Installing sprinklers in garages, carports, patios over 10' (RSF) | R | 8.3.4 | 8.3.4 | 1, 4 |
| | | Installing sprinklers in garages (GROUP) | R | 8.3.4 | 8.3.4 | 5 |
| | | Installing sprinkler above FAU (GROUP) | R | 8.3.5.1.1 | 8.3.5.1.1 | 5 |
| | | Sprinklers shall be installed in saunas | A | 8.3.10 | 8.3.10 | 5 |

| County Section Old (2020) | County Section New (2023) | Subject | Added, Amend, Revised | 2020 Fire District Section (2020) | 2023 Fire District Section (2023) | Difference |
|---|---|---|---|---|---|---|
|  |  | and wine rooms (RSF) |  |  |  |  |
|  |  | 3-Head Calculation (GROUP) | A | 10.2.4.1 | 10.2.4.1 | 5 |
|  |  | Pressure cushion (GROUP) | A | 10.2.5 | 10.2.5 | 5 |
|  |  | Hydrostatic Test (GROUP) | R | 11.2.1.1 | 11.2.1.1 | 5 |
|  |  | Inactive Systems (GROUP) | R | 12.3.3 | 12.3.6 | 4 |
| Sec. 96.1.APP.B103. | Sec. 96.1.APP.B103.3 | Areas Without Water Supply Systems | NC | Appendix B103.3 | Appendix B103.3 | 5 |
| Sec.96.1.APP.H100 | Sec. 96.1.APP.H | Reporting Forms | NC | Appendix H | Appendix H | 5 |
| Sec. 96.1.007 | Sec. 96.1.007 | Effective Date | R |  |  | 4 |
|  |  | Index by code section | NC |  |  | 5 |
|  |  | Findings | NC |  |  | 5 |
|  |  | Additional Findings for Chapter 49 WUI | NC |  |  | 5 |
|  |  | Findings for the Fire Code | NC |  |  | 5 |
|  | Annex A | Annex Residential Turn Around | A |  | Annex A | 6 |
|  | Annex B | Annex Commercial Turn Around | A |  | Annex B | 6 |
|  | Annex C | Annex Slope Measurements | A |  | Annex C | 6 |
|  | Annex D | Annex Fuel Modifications Measurements | A |  | Annex D | 6 |
|  | Annex E | Annex Defensible Space Ordinance Maps | A |  | Annex E | 6 |
|  | Annex F | Annex Private Water Storage Tank plan requirements | A |  | Annex F | 6 |

1. Showed the language and text that is different from the California Fire Code and the County Code as shown in *Italics*

2. Changed punctuation or a grammatical change.

3. Words were deleted or sections deleted. County amendments were not necessary as section was adopted in model code language.

4. Revised or amended texts. Changes from the previous code that have been revised.

5. NO CHANGE (NC) means no changes made. Language is the same.

6. NEW – Means new image or section provided for clarity.

# *FINDINGS*

FOR REVISION OF THE SAN DIEGO COUNTY FIRE PROTECTION DISTRICT
AMENDMENTS TO THE 2022 CALIFORNIA FIRE CODE OF THE CALIFORNIA
CODE OF REGULATIONS TITLE 24, PART 9

As required by Health and Safety Code section 17958.7 the San Diego County Fire Protection District does herewith make express findings that amendments to the 2022 California Fire Code are necessary for the protection of the public health, safety, and welfare due certain climatic, topographic, or geological features existing in the County of San Diego.

The following matrix lists the Insert your fire protection district amendments and the corresponding express findings.  Minor editorial changes or typographical corrections to the Fire Code are not shown in these findings.  The full texts of the proposed San Diego County Fire Protection District amendments are shown in the San Diego County Fire Protection District Fire Code.

## Additional Findings for Chapter 49

## REQUIREMENTS FOR WILDLAND-URBAN INTERFACE FIRE AREAS

As required by Health and Safety Code section 17958.7 the San Diego County Fire District Board of Directors does herewith make express findings that amendments to the California Building Standards Code are necessary for the protection of the public health, safety and welfare due certain climatic, topographic or geological features existing in the County of San Diego.

## DEFINITIONS:

**CLIMATE.**  The average course or condition of the weather at a particular place over a period of many years, as exhibited in absolute extremes, means and frequencies of given departures from these means (i.e., of temperature, wind velocity, precipitation and other weather elements).

**TOPOGRAPHY.**  The configuration of landmass surface, including its relief (elevation) and the position of its natural and man-made features that affect the ability to cross or transit a terrain.

**GEOGRAPHY.**  A science that deals with the earth and its life, especially the description of land, sea, air, and the distribution of plant and animal life including man and his

industries with reference to the mutual relations of these diverse elements. Webster's Third New California Dictionary

## CLIMATIC CONSIDERATIONS:

There are two types of climates: macro and micro. A macro climate affects an entire region and gives the area a general environmental context. A micro-climate is a specific variation that could be related to the other two factors, topography, and geography. A micro-climate may cover a relatively small area or be able to encompass an entire community, as opposed to another community in the same County of San Diego.

Climatic consideration should be given to the extremes, means, and anomalies of the following weather elements:
1. Temperatures.
2. Relative humidifies.
3. Precipitation and flooding conditions.
4. Wind speed and duration of periods of high velocity.
5. Wind direction.
6. Fog and other atmospheric conditions.

## TOPOGRAPHIC CONSIDERATIONS:

Topographic considerations should be given to the presence of the following topographical elements:
1. Elevation and ranges of elevation.
2. Location of ridges, drainages and escarpments.
3. Percent of grade (slope).
4. Location of roads, bridges and railroads.
5. Other topographical features, such as aspect exposure.

This information becomes an important part of creating an analysis of urban-wildland areas because topography and slope are key elements (along with fuel type) that create the need for specific ignition-resistance requirements in this code.

## GEOGRAPHIC CONSIDERATIONS:

Geography should be evaluated to determine the relationship between man-made improvements (creating an exposure) and factors such as the following:
1. Fuel types, concentration in a mosaic and distribution of fuel types.
2. Earthquake fault zones.
3. Hazardous material routes.
4. Artificial boundaries created by jurisdictional boundaries.

5. Vulnerability of infrastructure to damage by climate and topographical concerns.

## Findings for the Fire Code

**Finding 1**

The San Diego County Fire Protection District herewith make findings that flood conditions carry the potential for overcoming the ability of the fire department to aid or assist in fire control, evacuations, rescues, and the emergency task demands inherent in such situations. The potential for flooding conditions results in limiting fire department emergency vehicular traffic, with resulting overtaxing fire department personnel, may further cause a substantial or total lack of protection against fire for the buildings and structures located within the jurisdiction.

**Finding 2**

The San Diego County Fire Protection District is situated near three major faults, each capable of generating earthquakes of significant magnitude. These are the Rose Canyon Fault, the Elsinore Fault, and the Agua Caliente Fault. These faults are subject to becoming active at any time; the San Diego County Fire Protection District is particularly vulnerable to devastation should such an earthquake occur.

The potential effects of earthquake activity include isolating certain areas of San Diego County Fire Protection District from the surrounding area and restricting or eliminating internal circulation due to the potential for collapsing of highway overpasses and underpasses, along with other bridges in the area, or an earth slide, and the potential for vertical movement rendering surface travel unduly burdensome or impossible.

**Finding 3**

The San Diego County Fire Protection District is bisected by the County of San Diego ROADWAY SYSTEM**.** This highway is heavily traveled by transportation vehicles carrying known toxic, flammable, explosive and hazardous materials. The potential for release or threatened release of a hazardous material along this route and others within the district is likely given the volume transported daily. Incidents of this nature will normally require all available emergency response personnel to prevent injury and loss of life and to prevent, as far as practicable, property loss. Emergency personnel responding to such aforementioned incidents may be unduly impeded and delayed in accomplishing an emergency response as a result of this situation. With the potential result of undue and unnecessary risk to the protection of life and public safety and, in particular, endangering residents and occupants in buildings or structures without the protection of automatic fire sprinklers.

**Finding 4**

Much of the rural area of the San Diego County Fire Protection District is a mountainous topography and lacks the infrastructure needed for water supply (fire flow) and experiences water shortages from time to time. Those conditions have severely adverse effect on water availability for firefighting. Fires starting in sprinklered buildings are typically controlled by one or two sprinkler heads, flowing as little as 13 gallons per minute.

Hose streams used by engine companies on well- established structure fires operate at about 250 gallons per minute each, and the estimated water need for a typical residential fire is 1,250 to 1,500 gallons per minute, according to the Insurance Service Office and the 2022 California Fire Code.

Under circumstances such as, lack of water infrastructure, earthquakes, multiple fires and wildland fires within a community, the limited water demands needs of residential fire sprinklers would control and extinguish many fires before they spread from building to wildland. In such a disaster, water demands needed for conflagration firefighting probably would not be available.

**Finding 5**

The topography of the San Diego County Fire Protection District presents problems in delivery of emergency services, including fire protection. Hilly terrain has narrow, winding roads with very little circulation, preventing rapid access and orderly evacuation. Much of these hills are covered with highly combustible natural vegetation. In addition to access and evacuation problems, the terrain makes delivery of water extremely difficult. Some hill areas are served by water pump systems subject to failure in fire, high winds, earthquake and other power failure situations. This would only allow domestic gravity feed water from tanks and not enough water for firefighting.

**Finding 6**

Due to the mountainous topography in much of the rural area of the San Diego County Fire Protection District, roadway condition, gates, angle of approach or departure, steeply sloping roadways and grades are common. It is very important that roadways be named and identified in order to facilitate emergency response.

**Finding 7**

Due to the mountainous topography in much of the rural area of the San Diego County Fire Protection District, steep, narrow, and winding roads and areas of heavy brush are common.  These features make it difficult for emergency response personnel to easily and quickly find the location of the site that requires assistance.  It is therefore essential that street numbers and signs be easily readable to ensure the quickest response times for a given location.

**Finding 8**

Due to access and mountainous topography in much of the San Diego County Fire Protection District, difficult roadway conditions, gates, angle of approach or departure, steeply sloping roadways and grades are common.  In addition, combining potentially severe rainstorms and ground water retention of many areas of the District where there is expansive soil.  This produces a condition wherein the moisture content of the soil is sufficient that roadways become damaged due to soil expansion and shrinkage.  All weather, paved surfaces capable of supporting the imposed loads of fire apparatus are necessary to ensure access of emergency response personnel.  These roadways, gates, approach angles, steep slopes and grades can also make it difficult for fire apparatus and other emergency vehicles to access a site.  It is therefore essential that these roadway accesses be provided with proper all weather, paved surfaces, angle of approach, grades, and gate access.

**Finding 9**

Due to the mountainous topography served by most of the San Diego County Fire Protection District, conditions exist such as poor water supply, poor access roads, steep grades, and steep canyon slopes.  In addition, the distances emergency response personnel must travel can be very large and the response times can be long.  Numerous studies of the growth of a fire in relation to time have proven that at ten minutes the fire is expected to have burned beyond control and any occupants remaining in the burning building would not be expected to survive.  A ten-minute response time more realistically represents the time beyond which serious injury or death is expected to occur.  It is therefore found that the San Diego County Fire Protection District response time at which mitigation would be required, is 10 minutes.  Such mitigation would be in the form of fire sprinklers or increased fire flow.  In addition, with fire sprinklers and smoke detectors together have reduced the number of fatalities in homes by 59%.

**Finding 10**

Areas in the San Diego County Fire Protection District can have special fire prevention needs not fully covered by the provisions of the Fire Code itself.  This is due to the unique topographic features demographics, infrastructure, and local economics of the Fire District.

**Finding 11**

The topography of the San Diego County Fire Protection District presents problems in delivery of emergency services, including fire protection. Hilly terrain has narrow, winding roads with little circulation, preventing rapid access and orderly evacuation. Much of these hills are covered with highly non-fire resistive natural vegetation. In addition to access and evacuation problems, the terrain makes delivery of water extremely difficult. Some hill areas are served by water tank and pump systems are subject to failure in fire, high winds, earthquake and other power failure situations.

The aforementioned problems are set forth in the 2022 California Building Code and amendments.

**Finding 12**

The seasonal climatic conditions during the late summer and fall create numerous serious difficulties regarding the control of and protection against fires in the San Diego County Fire Protection District. The hot, dry weather typical of this area in summer and fall, coupled with Santa Ana winds and low humidity frequently results in wildfires that threaten or could threaten the San Diego County Fire Protection District**.**

Although some code requirements, such as fire-resistive roof classification, have a direct bearing on building survival in a wildland fire situation, others, such as residential fire sprinklers, may also have a positive effect. In dry climate on low humidity days, many materials are much more easily ignited. More fires are likely to occur and any fire, once started, can expand extremely rapidly. Residential fire sprinklers can arrest a fire starting within a structure before the fire is able to spread to adjacent brush and structures.

A seasonal wind also has the potential for interfering with emergency vehicle access, delaying or making impossible fire responses, because of toppling of extensive plantings of dense chaparral, eucalyptus and confers trees. The trees are subject to uprooting in strong winds due to relatively small root bases compared to the tree itself. The aforementioned problems support the imposition of fire-protection requirements greater than those set forth in the Building Code or Fire Code.

## ANNEX A RESIDENTIAL FIRE APPARATUS TURN AROUND
## REFERENCED SEC. 503.2.5 DEAD ENDS



## ANNEX B COMMERCIAL FIRE APPARATUS TURN AROUND
## REFERENCED SEC. 503.2.5 DEAD ENDS



## ANNEX C SLOPE CROSS SECTION MEASUREMENTS REFERENCED SEC. 4907.4.3

**4907.4.3 Building and Structure setback from slope**. Single-story buildings or structures shall be setback a minimum 15 feet horizontally from top of slope to the farthest projection from the structure. A single-story building or structure shall be less than 12 feet above grade, measured from plate height. A two-story building or structure shall be setback a minimum of 30 feet horizontally from top of slope to the farthest projection from the structure. A two-story building or structure shall be greater than a 12-foot plate height but shall not exceed 35 feet in total height. Buildings and structures greater than two stories may require a greater setback as determined by the fire code official.



Figure 1. Top of Slope Setback

## ANNEX D FUEL MODIFICATION ZONES MEASUREMENTS REFERENCED FIGURE 4907.5

Create and maintain Zone 0 Non-Combustible Zone. Remove ALL Combustible materials: Vegetation, mulch, bark, sheds, fences attachments within this zone.
REMOVE – Combustible materials in this zone
REDUCE – Potential for direct flame against building or structure
REPLACE – Non-combustible materials acceptable to FAHJ



## ANNEX E DEFENSIBLE SPACE ORDINANCES AND UNINCORPORATED FIRE DISTRICTS MAP

Refer to the map on the following page to determine the appropriate Unincorporated Fire District. Defensible Space Ordinances differ depending on which fire district your property is located. Refer to the below web links to find the appropriate Defensible Space Ordinance. If your fire district is not listed below, please contact the appropriate fire code official for your fire district.

Alpine Fire Protection District
https://www.alpinefire.org/files/a935a53b0/2016.01+Weed+Abatement+Ordinance.pdf

Deer Springs Fire Protection District
https://www.sandiegocounty.gov/content/dam/sdc/sdcfa/documents/prevention/2011-defensible-space-ordinance.pdf

Lakeside Fire Protection District
https://lakesidefire.org/defensible-space/

North County Fire Protection District
https://www.ncfire.org/files/9c10be67f/Ordinance+2001-1+-+Weed+Abatement.pdf

Rancho Santa Fe Fire Protection District
http://www.rsf-fire.org/wp-content/uploads/2022/03/0.-Ord-2022-02-Weed-Abatement-Final.pdf

Rincon Del Diablo Municipal Water District
http://rinconwater.org/wp-content/uploads/2018/12/Water-Administrative-Code-rev-2017.pdf

San Diego County Fire Protection District
https://www.sandiegocounty.gov/content/dam/sdc/sdcfa/documents/prevention/2011-defensible-space-ordinance.pdf

San Marcos Fire Protection District
https://www.san-marcos.net/departments/public-safety/fire-department/fire-prevention/ab38-defensible-space-inspections

San Miguel Fire Protection District
https://sanmiguelfire.specialdistrict.org/files/2f4b1b461/Ordinance+14-1+-+Weed+Abatement+%28signed%29.pdf

Valley Center Fire Protection District
https://www.valleycenterfire.com/wp-content/uploads/2022/08/Ordinance-55-weed-abatement.pdf

2023 Consolidated Fire Code for the Fire Protection Districts in San Diego County

# ANNEX E DEFENSIBLE SPACE ORDINANCES MAP AND UNINCORPORATED FIRE DISTRICTS MAP



## ANNEX F PRIVATE WATER STORAGE TANK INSTALLATION REQUIREMENTS

Plans shall be submitted to the FAHJ for approval prior to the installation of water tank. All materials shall be listed and approved by the FAHJ. **Figure 507.2.2**

