# EXHIBIT 3

# OUTSIDE   

## 1 Design/Construction
(For new Wildland Urban Interface Construction or Remodels)

- ☐ Use ignition resistant construction (effective January 1, 2008) for roofs/roof assemblies, gutters, vents, desks, exterior walls, exterior windows.
- ☐ Enclose the underside of eaves, balconies and above ground decks with fire resistant materials
- ☐ Show your 100 feet Defensible Space on plot plan
- ☐ Build your home away from ridge tops, canyons and areas between high points of a ridge
- ☐ Consider installing residential sprinklers
- ☐ Make sure that electric service lines, fuse boxes and circuit breaker panels are installed and maintained per code
- ☐ Contact qualified individuals to perform electrical maintenance and repairs

## 2 Access

- ☐ Make sure that your street name sign is visibly posted at each street intersection
- ☐ Post your house address so it is easily visible from the street, especially at night
- ☐ Address numbers should be at least 3 inches tall and on a contrasting background
- ☐ Identify at least two exit routes from your neighborhood
- ☐ Clear flammable vegetation at least 10 feet from roads and five feet from driveways
- ☐ Cut back overhanging tree branches above access roads
- ☐ Construct roads that allow two-way traffic
- ☐ Make sure dead-end roads, and long drive ways have turn-around areas wide enough for emergency vehicles
- ☐ Design bridges to carry heavy emergency vehicles
- ☐ Post clear road signs to show traffic restrictions such as dead-end roads, and weight and height limitations

## 3 Roof

- ☐ Install a fire resistant roof. Contact your local fire department for current roofing requirements
- ☐ Remove dead leaves and needles from your roof and gutters
- ☐ Remove dead branches overhanging your roof and keep branches 10 feet from your chimney
- ☐ Cover your chimney outlet and stovepipe with a nonflammable screen of 1/2 inch or smaller mesh

**March 2009**

## 4 Landscape

- ☐ Create a **Defensible Space** of 100 feet around your home. It is required by law
- ☐ Create a **"LEAN, CLEAN and GREEN ZONE"** by removing all flammable vegetation within 30 feet immediately surrounding your home
- ☐ Then create a **"REDUCED FUEL ZONE"** in the remaining 70 feet or to your property line

  You have two options in this area:

  **A.** Create horizontal and vertical spacing between plants. The amount of space will depend on how steep your property is and the size of your plants.

  **B.** Large trees do not have to be removed as long as all of the plants beneath them are removed.

- ☐ Remove lower tree branches at least six feet from the ground
- ☐ Landscape with fire resistant plants
- ☐ Maintain all plants with regular water, and keep dead braches, leaves and needles removed.
- ☐ When clearing vegetation, use care when operating equipment such as lawnmowers. One small spark may start a fire; a string trimmer is much safer

## 5 Yard

- ☐ Stack woodpiles at least 30 feet from all structures and remove vegetation within 10 feet of woodpiles
- ☐ Above ground Liquefied Petroleum Gas (LP-gas) containers (500 or less water gallons) shall be located a minimum of 10 feet with respect to buildings, public ways, and lot lines of adjoining property that can be built upon. - CFC 3804.3
- ☐ Remove all stacks of construction materials, pine needles, leaves and other debris from your yard
- ☐ Contact your local fire department to see if debris burning is allowed in your area; if so, obtain a burning permit and follow all local air quality restrictions

## 6 Emergency Water Supply

- ☐ Maintain an emergency water supply that meets fire department standards through one of the following:
  - a community water/hydrant system
  - a cooperative emergency storage tank with neighbors
  - a minimum storage supply of 2,500 gallon on your property (like a pond or pool)
- ☐ Clearly mark all emergency water sources
- ☐ Create easy firefighter access to your closest emergency water source
- ☐ If your water comes from a well, consider an emergency generator to operate the pump during a power failure

---

California Department of Forestry and Fire Protection

# Homeowners Checklist

## *How To Make Your Home Fire Safe*

www.fire.ca.gov



For more information contact your local CAL FIRE office, fire department or Fire Safe Council for tips and assistance.
www.fire.ca.gov

**Get Your Community Involved**
www.firesafecouncil.org or www.firewise.org



# INSIDE

## 1 Kitchen
- Keep a working fire extinguisher in the kitchen
- Maintain electric and gas stoves in good operating condition
- Keep baking soda on hand to extinguish stove-top grease fires
- Turn the handles of pots and pans away from the front of the stove
- Install curtains and towel holders away from stoveburners
- Store matches and lighters out of reach of children
- Make sure that electrical outlets are designed to handle appliance loads

## 2 Living Room
- Install a screen in front of fireplace or wood stove
- Store the ashes from your fireplace (and barbecue) in a metal container and dispose of only when cold
- Clean fireplace chimneys and flues at least once a year

## 3 Hallway
- Install smoke detectors between living and sleeping areas
- Test smoke detectors monthly and replace batteries twice a year, when clocks are changed in the spring and fall
- Replace electrical cords that do not work properly, have loose connections, or are frayed

## 4 Bedroom
- If you sleep with the door closed, install a smoke detector in the bedroom
- Turn off electric blankets and other electrical appliances when not in use
- Do not smoke in bed
- If you have security bars on your windows or doors, be sure they have an approved quick release mechanism so you and your family can get out in the event of a fire

## 5 Bathroom
- Disconnect appliances such as curling irons and hair dryers when done; store in a safe location until cool
- Keep items such as towels away from wall and floor heaters

## 6 Garage
- Mount a working fire extinguisher in the garage
- Have tools such as a shovel, hoe, rake and bucket available for use in a wildfire emergency
- Install a solid door with self-closing hinges between living areas and the garage
- Dispose of oily rags in (UL) Underwriters Laboratories approved metal containers
- Store all combustibles away from ignition sources such as water heaters
- Disconnect electrical tools and appliances when not in use
- Allow hot tools such as glue guns and soldering irons to cool before storing
- Properly store flammable liquids in approved containers and away from ignition sources such as pilot lights

## * Disaster Preparedness
- Maintain at least a three-day supply of drinking water, and food that does not require refrigeration and generally does not need cooking
- Maintain a portable radio, flashlight, emergency cooking equipment, lanterns and batteries
- Outdoor cooking appliances such as barbecues should never be taken indoors for use as heaters
- Maintain first aid supplies to treat the injured until help arrives
- Keep a list of valuables to take with you in an emergency; if possible, store these valuables together
- For safety, securely attach all water heaters and furniture such as cabinets and bookshelves to walls
- Have a contingency plan to enable family members to contact each other. Establish a family/friend phone tree
- Designate an emergency meeting place outside your home
- Practice emergency exit drills in the house (EDITH) regularly
- Make sure that all family members understand how to STOP, DROP AND ROLL if their clothes should catch fire