Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California  95864
Telephone:    (916) 978-3434
Facsimile:     (916) 978-3430
Email: rlinkert@mathenysears.com
            msimmons@mathenysears.com

***Exempt from filing fees per Gov. Code § 6103***

Attorneys for DEFENDANT COUNTY OF SISKIYOU AND JEREMIAH LARUE, in his official capacity as Sheriff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| GER CHONG ZE CHANG, MAI NOU VANG, RUSSELL MATHIS, YING SUSANNA VA, and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff <br><br> Defendant. | Case No.: 2:22-cv-01378-KJM-AC <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** <br><br> ACTION FILED: AUGUST 3, 2022 <br> TRIAL DATE:      TBD |

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that Richard S. Linkert and Madison M. Simmons of MATHENY SEARS LINKERT & JAIME LLP are no longer counsel of record for Defendants COUNTY OF SISKIYOU and JEREMIAH LARUE, in his official capacity as Sheriff in this case.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2024 | **MATHENY SEARS LINKERT & JAIME LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | RICHARD S. LINKERT, ESQ.<br>MADISON M. SIMMONS, ESQ. |
| 5 | | Attorneys for Defendant,<br>COUNTY OF SISKIYOU and |
| 6 | | JEREMIAH LARUE, in his official<br>capacity as Sheriff |