UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ger Chong Ze Chang, et al., | No. 2:22-cv-01378-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| County of Siskiyou, et al., | |
| Defendants. | |

The court has considered the parties' responses to the order to show cause, *see* Order (Jan. 18, 2025), ECF No. 130; Defs.' Resp., ECF No. 134; Pls.' Corrected Resp., ECF No. 135, and orders as follows:

- The order to show cause (ECF No. 130) is **discharged**.
- The motion to modify (ECF No. 119) is **denied**.
- **Within fourteen days** after the date this order is filed, plaintiffs must post security under Federal Rule of Civil Procedure 65(c) by way of bond or cash in the amount of $56,300. The terms of the preliminary injunction at ECF No. 116, including the appointment of Magistrate Judge Claire as Special Master, otherwise **remain in force**.

1

- The dates and deadlines imposed in the scheduling order at ECF No. 127 **remain unchanged** and will not be modified absent a showing of good cause under Federal Rule of Civil Procedure 16(b)(4).

IT IS SO ORDERED.

DATED: February 14, 2025.

_____
UNITED STATES DISTRICT JUDGE