UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL MATHIS; JORDAN CHONG MOUA; MAI NOU VANG; YING SUSANNA VA; and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU; and JEREMIAH LARUE, in his official capacity as Sheriff,<br><br>Defendants. | Case No. 2:22-cv-01378-KJM-AC<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that the Parties' Stipulation to Amend the Protective Order is approved and incorporated herein, and that the Protective Order (Dkt. No. 107) is amended pursuant to the Parties' Stipulation.

IT IS FURTHER ORDERED THAT:

1. Defendants shall forthwith produce to Plaintiffs all Recorded Incident Files in the possession of Siskiyou County Sheriff's Office, including all Body Worn Camera video footage of traffic stops and all reports made pursuant to the Racial and Identity Profiling Act.

2. Except as expressly amended, the Protective Order (Dkt. No. 107) remains in effect and unchanged.

IT IS SO ORDERED.

Dated: July 14, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE