| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA** <br> JOHN THOMAS H. DO (SBN 285075) <br> jdo@aclunc.org <br> EMI YOUNG (SBN 311238) <br> eyoung@aclunc.org <br> GRAYCE ZELPHIN (SBN 279112) <br> gzelphin@aclunc.org <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> (415) 293-6333 <br><br> **ASIAN LAW CAUCUS** <br> CARL TAKEI (SBN 256229) <br> carlt@asianlawcaucus.org <br> MEGAN VEES (SBN 325184) <br> meganv@asianlawcaucus.org <br> 55 Columbus Avenue <br> San Francisco, CA 94111 <br> (415) 896-1701 <br><br> **COVINGTON & BURLING LLP** <br> STANLEY YOUNG (SBN 121180) <br> syoung@cov.com <br> 3000 El Camino Real, 5 Palo Alto Square, 10th Flr. <br> Palo Alto, CA 94306-2112 <br> (650) 632-4700 <br><br> *Counsel for Plaintiffs Mathis, et al.* | **SPINELLI, DONALD & NOTT, P.C.** <br> J. SCOTT DONALD (SBN 158338) <br> scottd@sdnlaw.com <br> 300 University Avenue, Suite 100 <br> Sacramento, CA 95825 <br> (916) 448-7888 <br><br> **BEST BEST & KRIEGER LLP** <br> JEFFREY V. DUNN (SBN 131926) <br> jeffrey.dunn@bbklaw.com <br> CHRISTOPHER M. PISANO (SBN 192831) <br> christopher.pisano@bbklaw.com <br> MARCO ORNELAS-LOPEZ (SBN 343187) <br> marco.ornelaslopez@bbklaw.com <br> 500 Capitol Mall, Ste. 2500 <br> Sacramento, CA 95814 <br> (916) 325-4000 <br><br> *Counsel for Defendants County of Siskiyou and Jeremiah Larue, in his official capacity as Sheriff* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL MATHIS, JORDAN CHONG MOUA, YING SUSANNA VA, MAI NOU VANG,** and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **COUNTY OF SISKIYOU** and **JEREMIAH LARUE**, in his official capacity as Sheriff, <br><br> Defendants. | CASE NO.: 2:22-cv-01378-KJM-AC <br><br> **ORDER** |

**ORDER**

Pursuant to the Stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for Summary Adjudication is continued to a hearing date of September 25, 2025 at 10:00 a.m. in Courtroom 3. The deadline for Plaintiffs to file an opposition to Defendants' Motion for Summary Adjudication is extended to August 29, 2025, and the deadline for Defendants to file a reply is extended to September 12, 2025.

**IT IS SO ORDERED.**

DATED: July 23, 2025.

_____
UNITED STATES DISTRICT JUDGE