UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Mathis, et al., | No. 2:22-cv-01378-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| County of Siskiyou, et al., | |
| Defendants. | |

The stipulated request to modify the pretrial scheduling order (ECF No. 177) is **granted**. The deadline for (1) fact discovery is December 15, 2025; (2) initial expert witness disclosures is January 30, 2026; (2) filing any motion for class certification is February 10, 2026; (3) rebuttal expert witness disclosures is February 27, 2026; (4) all expert discovery is March 27, 2026; and (5) filing all dispositive motions is April 20, 2026.

The hearing on the pending motion for summary judgment (ECF No. 156) **remains on calendar** for 1:30 p.m. on October, 17, 2025, as previously ordered, and the briefing deadlines for that motion are **unchanged**.  This order does not preclude any party from presenting arguments under Federal Rule of Civil Procedure 56(d) in connection with the pending motion for summary judgment.

IT IS SO ORDERED.

DATED: September 9, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1