**BEST BEST & KRIEGER LLP**
JEFFREY V. DUNN (Bar No. 131926)
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO (Bar No. 192831)
christopher.pisano@bbklaw.com
500 Capitol Mall, Ste. 2500
Sacramento, CA 95814
Telephone: (916) 325-4000

**SPINELLI, DONALD & NOTT, P.C.**
J. SCOTT DONALD (Bar No. 158338)
scottd@sdnlaw.com
300 University Ave., Ste. 100 Sacramento, CA 95825
Telephone: (916) 448-7888

*Counsel for Defendants County of Siskiyou and Jeremiah Larue, in his official capacity as Sheriff*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
JOHN THOMAS H. DO (Bar. No. 285075)
jdo@aclunc.org
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333

**ASIAN LAW CAUCUS**
MEGAN VEES (Bar No. 325184)
meganv@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
(415) 896-1701

**COVINGTON & BURLING LLP**
STANLEY YOUNG (Bar No. 121180)
syoung@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Flr.
Palo Alto, CA 94306-2112
(650) 632-4700

*Counsel for Plaintiffs Mathis, et al.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MATHIS; JORDAN CHONG MOUA; YING SUSANNA VA; MAI NOU VANG, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SISKIYOU; and JEREMIAH LARUE, in his official capacity as Sheriff,<br><br>    Defendants | Civil Case No. 2:22-cv-01378-KJM-AC<br><br>**JOINT STIPULATION AND ORDER ON DISCOVERY DISPUTES** |

**STIPULATION**

Plaintiffs Russell Mathis, Jordan Chong Moua, Ying Susanna Va, and Mai Nou Vang, ("Plaintiffs") and Defendants County of Siskiyou and Jeremiah LaRue, in his official capacity as Sheriff ("Defendants") (Plaintiffs and Defendants collectively referred to as "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court issue the proposed order to facilitate the orderly completion of discovery and the resolution of discovery disputes given the case schedule.

WHEREAS, Defendants have an inspection request and Plaintiffs have written discovery requests and deposition notices pending;

WHEREAS, the Court granted Plaintiffs' motion to compel discovery, Dkt. No. 189;

WHEREAS, the Parties negotiated an extended discovery schedule to facilitate Defendants' production of discovery, Defendants are under a stipulated order to produce all remaining responsive documents by December 30, 2025, Dkt. No 195, and the Court adopted January 23, 2026 as the new close of fact discovery, Dkt. No. 195;

WHEREAS, the Parties continue to meet and confer on at least a weekly basis on a number of issues but wish to forgo motion practice during the holidays and save any motion practice for after the production of additional discovery or further negotiations;

WHEREAS, Plaintiffs will be conducting several depositions in January 2026 due to the prior unavailability of County employees and delays in production of relevant documents;

WHEREAS, Defendants represent that they require additional time to produce three categories of discovery: Racial and Identity Profiling Act ("RIPA") data, body worn camera ("BWC") footage, and Computer-Aided Dispatch (CAD);

WHEREAS, the Parties' partial settlement agreement remains pending before this Court, Dkt. No. 190, and the parties respectfully renew this request;

WHEREAS, Plaintiffs' discovery requests remain, and the partial settlement does not impact Defendants' obligations to produce responsive documents or Plaintiffs' prosecution of remaining claims.

NOW THEREFORE, the Parties AGREE and STIPULATE that:

(1) Defendants shall produce all responsive documents by December 30, 2025, except for RIPA data, BWC footage, and CADs.

(2) All responsive RIPA data, BWC footage, and CADs will be produced two weeks later on January 13, 2026.

(3) Discovery motions regarding fact discovery disputes, including motions to compel, must be filed by February 20, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:     **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**

By:    */s/ John Thomas H. Do*
       JOHN THOMAS H. DO

Attorney for Plaintiffs

DATED:     **BEST BEST & KRIEGER LLP**

By:    */s/ Christopher M. Pisano*
       CHISTOPHER M. PISANO

Attorney for Defendants

**IT IS SO ORDERED.**

Dated: January 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE