**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
EMI YOUNG (SBN 311238)
eyoung@aclunc.org
GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

**ASIAN LAW CAUCUS**
MEGAN VEES (SBN 325184)
meganv@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

**COVINGTON & BURLING LLP**
STANLEY YOUNG (SBN 121180)
syoung@cov.com
CONNOR KENNEDY (SBN 350911)
ckennedy@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

HAKEEM RIZK (SBN 326438)
hrizk@cov.com
ELLEN CHOI (SBN 326291)
echoi@cov.com
DANIEL ESSES (SBN 340193)
desses@cov.com
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Counsel for Plaintiffs Mathis, et al.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**RUSSELL MATHIS,** and all others similarly situated,

    Plaintiffs,

    v.

**COUNTY OF SISKIYOU** and **JEREMIAH LARUE**, in his official capacity as Sheriff,

    Defendants.

CASE NO.: 2:22−CV−01378−TLN−AC

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SPOLIATION SANCTIONS RE JEREMIAH LARUE, RAY HAUPT, AND MARTHA AKER**

Date:        May 27, 2026
Time:       10:00 A.M.
Courtroom:  26
Judge:     The Honorable Allison Claire

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on May 27, 2026, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Allison Claire in Department 26 of the above entitled court located at 501 I Street, Eighth Floor, Sacramento, California 95814, Plaintiff Russell Mathis will and hereby does move the court to make a finding that spoliation has occurred and grant appropriate sanctions, including pursuant to Local Rule 110 and Rule 37 of the Federal Rules of Civil Procedure, with respect to documents in the files of Sheriff Jeremiah LaRue, Supervisor Ray Haupt, and former Assistant District Attorney Martha Aker; or, alternatively, if and as the facts may warrant, to compel Defendants to supplement or complete document searches for Jeremiah LaRue, Ray Haupt, and Martha Aker in compliance with ECF No. 189 (and affirmed by ECF No. 196) and all other applicable discovery rules and obligations and to disclose all responsive, non-privileged documents by a time certain; and order all other further relief that the Court deems just and proper.

The parties have met and conferred regarding these discovery disputes in writing and over video conferencing but were unable to resolve the dispute. Pursuant to Local Rule 251(c) and Magistrate Judge Claire's Standing Orders, the parties will prepare and file a Joint Statement re Discovery Disagreement at least fourteen (14) days before the scheduled hearing date.

This Motion is based on the forthcoming Joint Statement re Discovery Disagreement, argument of counsel, all pleadings, records and papers on file, and such other matters that may be presented to the Court.

Dated: March 13, 2026

Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF NORTHERN CALIFORNIA**

By:    */s/ John Do* (as authorized on 3/13/2026)
      JOHN THOMAS H. DO
      EMI YOUNG
      GRAYCE ZELPHIN

2

**ASIAN LAW CAUCUS**


By:    /s/ Megan Vees (as authorized on 3/13/2026)
         MEGAN VEES


**COVINGTON & BURLING LLP**


By:    /s/ Stanley Young
         STANLEY YOUNG
         HAKEEM RIZK
         DANIEL ESSES
         CONNOR KENNEDY

         Counsel for Plaintiffs Mathis, et al.

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SPOLIATION SANCTIONS RE JEREMIAH LARUE, RAY HAUPT, AND MARTHA AKER; CASE NO. 2:22−CV−01378−TLN−AC