**BEST BEST & KRIEGER LLP**
JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
500 Capitol Mall, Ste. 2500
Sacramento, CA 95814
Telephone:    (916) 325-4000

**SPINELLI, DONALD & NOTT, P.C.**
J. SCOTT DONALD, Bar No. 158338
scottd@sdnlaw.com
300 University Ave., Ste. 100
Sacramento, CA 95825
Telephone:    (916) 448-7888

*Counsel for Defendants County of Siskiyou and
Jeremiah Larue, in his official capacity as
Sheriff*

**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA**
JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
EMI YOUNG (SBN 311238)
eyoung@aclunc.org
GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333

**ASIAN LAW CAUCUS**
MEGAN VEES (SBN 325184)
meganv@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
(415) 896-1701

**COVINGTON & BURLING LLP**
STANLEY YOUNG (SBN 121180)
syoung@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Flr.
Palo Alto, CA 94306-2112
(650) 632-4700
HAKEEM S. RIZK (SBN 326438)
hrizk@cov.com
Salesforce Tower, 415 Mission St., Suite 5400
San Francisco, CA 94104-2533
(415) 591-6000

*Counsel for Plaintiffs Mathis, et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MATHIS; JORDAN CHONG MOUA; YING SUSANNA VA; MAI NOU VANG, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU; and JEREMIAH LARUE, in his official capacity as Sheriff,<br><br>Defendants. | Case No.  2:22−CV−01378−TLN−AC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |

**STIPULATION**

Plaintiff Russell Mathis ("Plaintiff"[1]) and Defendants County of Siskiyou and Jeremiah LaRue, in his official capacity as Sheriff ("Defendants") (collectively referred to as "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court issue the proposed revised scheduling order set forth below.  This request is made in light of the Parties' current and ongoing settlement discussions, which are progressing in a meaningful way and could lead to a resolution of the case, and in order to avoid potentially unnecessary expenditure of the Parties' and Court's resources resolving pending discovery motions and engaging in expert discovery.

The Parties request together that the Court modify the scheduling order by extending deadlines approximately one (1) month as seen below, on the following grounds:

1.    Good cause exists to continue the current expert disclosure, class certification, and dispositive motion deadlines because the Parties are engaged in serious discussions to attempt to settle the remainder of the active claims in this litigation. The parties have exchanged written proposals regarding settlement and have met via teleconference to narrow the areas for further negotiation. Although the Parties had previously failed to reach a settlement of the active claims during a Court-mediated settlement conference, there have been significant changes to negotiating positions since that time. Based on these discussions, the Parties believe there is a reasonable prospect of settlement within the next month and are seeking an approximate one-month extension of the relevant case deadlines to determine whether a settlement can be reached.

2.    The proposed extension of upcoming case deadlines would allow the Parties to delay undertaking further costly and time-intensive discovery and motion practice, as well as the Court's resolution of various motions which may not be necessary, and permit the Parties to continue to focus their attention on settlement

---

[1] Although the caption reflects multiple named plaintiffs, Plaintiff Mathis is the sole remaining named plaintiff following a partial settlement entered at ECF 197.

negotiations in the short term. The pending discovery and anticipated motions are described in greater detail in the section that follows.

3.      The Parties do not believe this modest modification will significantly delay ultimate resolution in this matter, and no trial date has been set.

4.      If this continuance is not granted, the Parties will be prejudiced because they may expend time and resources addressing discovery issues and engaging in motion practice that may be rendered unnecessary by a settlement. They may also be required to disclose expert reports without the full scope of relevant information, given the pending discovery motions described below.

## I.      STATUS OF DISCOVERY

Fact discovery in this case closed on January 23, 2026. ECF No. 195. However, based on stipulations by the Parties in light of several outstanding discovery issues, the deadline for filing of fact discovery motions was extended to March 13, 2026. ECF No. 201. There are several pending fact discovery motions to compel and for sanctions, which have been noticed for a hearing date in May 2026. ECF Nos. 204-07.In view of their mutual desire to determine if settlement can be reached before litigating these motions and requesting that the Court undertake their resolution, they will seek to defer that hearing date consistent with the schedule proposed here. In the event that a settlement is not reached, the Parties will use the remaining time to try and resolve any discovery disputes in advance of Court intervention. The Parties are also preparing for the expert disclosure deadline, currently on June 15, 2026, as both Parties have represented that they intend to disclose multiple expert reports. The Parties have reached a stipulation regarding a proposed inspection of Plaintiff Mathis's property by Defendants' experts, which would need to occur before the expert disclosure deadline.

## II.      GOOD CAUSE FOR CONTINUING COMPLETION DATES

In light of the quickly approaching hearing date regarding the Motions to Compel and for sanctions and other deadlines, the Parties seek this modest extension of one (1) month to permit them to defer resource-intensive motion work, expert discovery, and the related property inspection, and continue to focus their attention and efforts on settlement negotiations. The

2:22−CV−01378−TLN−AC
JOINT STIP TO MODIFY SCHEDULING
ORDER

Parties believe that this brief extension to determine if settlement can be reached would best serve their and the Court's interest in efficient use of resources. The proposed extension of the case schedule would allow the Parties to continue to stagger resolution of their pending discovery motions before other relevant case deadlines, as these motions seek (in part) disclosure of material that may inform Plaintiff's expert reports. It would also allow the Parties to delay filing of class certification briefs and the scheduling of a hearing on that motion while determining if a settlement can be reached.

**III.    PRIOR REQUESTS FOR EXTENSION HAVE BEEN MADE**

The Parties have jointly moved for modification of the case schedule on six occasions; all of these requests have been granted. ECF Nos. 127, 147, 178, 195. 200, and 209.

THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby stipulate and agree as follows:

| Event | Current Date | New Date |
|---|---|---|
| Initial Expert Witness Disclosures | June 15, 2026 | July 15, 2026 |
| Last Day to File Motion for Class Certification | July 1, 2026 | August 3, 2026 |
| Rebuttal Expert Witness Disclosures | July 20, 2026 | August 20, 2026 |
| Close of Expert Discovery | August 17, 2026 | September 17, 2026 |
| Last Date to File Dispositive Motions | September 18, 2026 | October 19, 2026 |
| Pre-trial Conference | TBD | TBD |
| Trial | TBD | TBD |

**IT IS SO STIPULATED.**

[SIGNATURES ON THE NEXT PAGE]

- 4 -

2:22−CV−01378−TLN−AC
JOINT STIP TO MODIFY SCHEDULING
ORDER

Dated:  May 5, 2026                          BEST BEST & KRIEGER LLP


                                             ___/s/Christopher M. Pisano_____
                                             CHRISTOPHER M. PISANO
                                             Attorneys for Defendants
                                             County of Siskiyou and Jeremiah Larue, in his
                                             official capacity as Sheriff


                                             ___/s/J. Scott Donald (as authorized on 05/05/2026)
                                             SPINELLI, DONALD & NOTT, PC
                                             J. SCOTT DONALD
                                             Attorneys for Defendants
                                             County of Siskiyou and Jeremiah Larue, in his
                                             official capacity as Sheriff


                                             AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION OF NORTHERN CALIFORNIA

                                             __/s/Emi Young (as authorized on 05/05/2026_____
                                             JOHN THOMAS H. DO
                                             EMI YOUNG
                                             GRAYCE ZELPHIN
                                             Attorneys for Plaintiffs Russell Mathis, et al.


                                             ASIAN LAW CAUCUS

                                             ___/s/ Megan Vees_(as authorized on 05/05/2026)____
                                             MEGAN VEES
                                             WINIFRED KAO
                                             Attorneys for Plaintiffs Russell Mathis, et al.


                                             COVINGTON & BURLING LLP

                                             ___/s/Stanley Young (as authorized on 05/05/2026)__
                                             STANLEY YOUNG
                                             HAKEEM RIZK
                                             Attorneys for Plaintiffs Russell Mathis, et al.

## ORDER

This Court, having received and reviewed the Stipulation of the Parties referenced immediately above, and finding good cause,

IT IS HEREBY ORDERED THAT,

The modifications requested in the below chart be granted:

| Event | Current Date | New Date |
|---|---|---|
| Initial Expert Witness Disclosures | June 15, 2026 | July 15, 2026 |
| Last Day to File Motion for Class Certification | July 1, 2026 | **August 3, 2026** |
| Rebuttal Expert Witness Disclosures | July 20, 2026 | August 20, 2026 |
| Close of Expert Discovery | August 17, 2026 | September 17, 2026 |
| Last Date to File Dispositive Motions | September 18, 2026 | **October 19, 2026** |
| Pre-trial Conference | TBD | TBD |
| Trial | TBD | TBD |

IT IS SO ORDERED.

Dated: May 6, 2026

Troy L. Nunley
Chief United States District Judge

2:22−CV−01378−TLN−AC
JOINT STIP TO MODIFY SCHEDULING
ORDER